**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CENTRA, INC.,

      Plaintiff,                             Case No. 06-15185

vs.                                          Hon. Nancy G. Edmunds

DAVID ESTRIN, Individually, and        Magistrate Judge Steven R. Whalen
GOWLING LAFLEUR HENDERSON LLP,
a Canadian Limited Liability Partnership,

      Defendants.

---

Craig L. John (P27146)
Steven P. Cares (P68503)
Attorneys for Centra
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800

---

## NOTICE OF WITHDRAWAL OF ATTORNEY [3]

TO:    Clerk of the Court;
         All Counsel of Record.

      Please take notice that Steven P. Cares of Dykema Gossett PLLC hereby withdraws his appearance only in the above-captioned matter as counsel for Plaintiff Centra, Inc.

                                                Respectfully submitted,

                                                DYKEMA GOSSETT PLLC

                                      By: s/Steven P. Cares
                                              Craig L. John (P27146)
                                              Steven P. Cares (P68503)
                                              Attorneys for Centra
                                              400 Renaissance Center
                                              Detroit, MI 48243
Date: November 29, 2006                (313) 568-6800

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Steven P. Cares

- Craig L. John

Defendants David Estrin and Gowling Lafleur Henderson LLP will receive a copy of this pleading via U.S. mail, sent to their last known address: 1 First Canadian Place, Suite 1600, 100 King Street West, Toronto, Ontario, Canada, M5X 1G5.

    Respectfully submitted,

    DYKEMA GOSSETT PLLC

    By: s/Steven P. Cares
    Craig L. John (P27146)
    Steven P. Cares (P68503)
    Attorneys for Centra
    400 Renaissance Center
    Detroit, MI 48243
Date: November 29, 2006    (313) 568-6800

DET01\533850.1
ID\SPCA