## INDEX OF EXHIBITS

| | |
|---|---|
| Ex. 1 | First Amended Complaint |
| Ex. 2 | Estrin Declaration |
| Ex. 3 | Byrne Declaration |
| Ex. 4 | 5/22/03 letter |
| Ex. 5 | 9/9/04 letter |
| Ex. 6 | 8/6/04 article |
| Ex. 7 | Site Plan Control Agreement |
| Ex. 8 | Hill Declaration |
| Ex. 9 | 6/27/05 letter |
| Ex. 10 | Wach Declaration |
| Ex. 11 | Complaint |
| Ex. 12 | 12/8/06 letter |
| Ex. 13 | 1/28/06 article |
| Ex. 14 | 9/14/04 letter |
| Ex. 15 | *Bank of Montreal v. Dresler*, N.B.J. No. 324 [2002] |
| Ex. 16 | *Cleveland v. Cleveland Electric Illuminating Co., et. al.*, 440 F. Supp. 193, 212 (N. D. Ohio 1976), *aff'd without opinion*, 573 F.2d 1310 (6th Cir. 1977), *cert. denied*, 435 U.S. 996, 98 S. Ct. 1648, 56 L. Ed. 2d 85 (1978). |

f:\docsopen\kkalczynski\1-ind\0329893.01