## INDEX OF EXHIBITS

| | |
|---|---|
| Ex. 1 | Declaration of David Estrin Regarding Personal Jurisdiction |
| Ex. 2 | First Amended Complaint |
| Ex. 3 | Exhibit A to First Amended Complaint |
| Ex. 4 | Declaration of Karen Byrne |
| Ex. 5 | Website for Central Transport International, Inc. |

f:\docsopen\kkalczynski\l-ind\0329979.01