# Who We Are

12/20/2006 - 6:34 PM

## About Central Transport

Central Transport is a dynamic less-than-truckload (LTL) general commodities transportation service available throughout North America. Central Transport traces its roots to a group of companies founded in the early 1930's in Detroit, Michigan. We will put our transportation experience to work for you.

## Coverage

Central Transport offers direct service to 98% of major manufacturing and retail markets across North America. Our network consists of more than 200 customer service centers in the United States, Canada, and Mexico and a team of more than 4,000 dedicated individuals.

## Technology

Our investment in an automated freight flow system has enhanced our ability to provide error-free movement of your freight from pickup to delivery. Central Transport drivers are equipped with revolutionary communication devices, RIM™ wireless handhelds, that record shipment information at each pickup and delivery location, saving time over a paperwork system and providing current freight status data. This means we are stream-lining our service center operations to reduce costs and provide our customers with real-time information on the location of their shipments.

## Business Partners

We are one of a group of transportation-related companies owned by the privately held CenTra, Inc. which Forbes ranks among the largest 500 private companies in America. Some of the other transportation companies in the CenTra group include: LINC (Logistics Insight Corporation), CTX, CSI (Custom Services International) and Central Global Express..

   

## Fleet

With Central Transport, your freight moves through our system via one of the newest fleets in the industry. Our improved service center operations and ISO 9001:2000 certification means your freight moves efficiently through the Central Transport system.

## Quality

With an increased focus on quality, Central Transport has improved its claims-free ratio to over 99.0% and is not stopping there. We offer outstanding service and the highest quality to you within a competitive pricing program. Through our commitment to continually advance our technology, use state-of-the-art equipment and select and train the best transportation specialists in the field, we have positioned our selves to be a total transportation solution for you.

## CTII Certificates

- C-TPAT Certificate
- Customs Self Assessment Certificate
- Clearance Certificate-Canada
- FAST Certificate
- HazMat Certificate
- ISO Certificate

Printed by M. Stothers: Central Transport International, Inc. - Who We Are           12/20/2006

In order to view, save and print certificates you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.