UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRA, INC., a Delaware Corporation and
DETROIT INTERNATIONAL BRIDGE
COMPANY, a Michigan Corporation

        Plaintiffs,

-vs-

DAVID ESTRIN, Individually, and
GOWLING LAFLEUR HENDERSON LLP,
a Canadian Limited Liability Partnership,

        Defendants.

Case No. 06-15185

Hon. Nancy G. Edmunds

Magistrate Judge Steven R. Whalen

**Attorneys for Plaintiffs:**
Craig L. John (P27146)
Thomas J. Murray (P56331)
Joseph A. Doerr (P66109)
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
Phone: (313) 568-6800
Email: cjohn@dykema.com

**Attorneys for Defendants:**
Sharon M. Woods (P22542)
Kevin Kalczynski (P57929)
Melonie M. Stothers (P65344)
Barris, Sott, Denn & Driker, PLLC
211 West Fort Street, 15th Floor
Detroit, Michigan 48226
Phone: (313) 965-9725
Email: mstohers@bsdd.com

**APPEARANCE OF MELONIE M. STOTHERS ON BEHALF OF DEFENDANTS
DAVID ESTRIN AND GOWLING LAFLEUR HENDERSON LLP**

PLEASE TAKE NOTICE that Melonie M. Stothers, of the firm of Barris, Sott, Denn & Driker, P.L.L.C., hereby enters her appearance as attorney for defendants David Estrin and Gowling Lafleur Henderson LLP in the above-captioned matter.

    Respectfully Submitted,

    BARRIS, SOTT, DENN & DRIKER, P.L.L.C.

    By:   /s/ Melonie M. Stothers
           Sharon M. Woods (P22542)
           Kevin Kalczynski (P57929)
           Melonie M. Stothers (P65344)
    Attorneys for Defendants
    211 West Fort St., 15th Floor
    Detroit, Michigan 48226
    (313) 965-9725
    Email: mstothers@bsdd.com

Date: January 12, 2007

f:\docsopen\kkalczynski\l-app\0329437.01

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Joseph A. Doerr (doerr@dykema.com); and Craig L. John (cjohn@dykema.com). There are no manual recipients.

Parties may access this filing through the Court's system.

                        BARRIS, SOTT, DENN & DRIKER, P.L.L.C.

By:   /s/ Melonie M. Stothers
       Sharon M. Woods (P22542)
       Kevin Kalczynski (P57929)
       Melonie M. Stothers (P65344)
Attorneys for Defendants
211 West Fort St., 15th Floor
Detroit, Michigan 48226
(313) 965-9725
Email: mstothers@bsdd.com

f:\docsopen\mstothers\l-cert\0329988.01