UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRA, INC., a Delaware corporation and
DETROIT INTERNATIONAL BRIDGE
COMPANY, a Michigan corporation,

    Plaintiffs,

v.

DAVID ESTRIN, individually, and GOWLING
LAFLEUR HENDERSON, LLP, a Canadian
limited liability partnership,

    Defendants.

Case No. 06-15185

Hon. Nancy G. Edmunds

Referral Judge:  Steven R. Whalen

| **DYKEMA GOSSETT PLLC** | **BARRIS, SOTT, DENN & DRIKER, PLLC** |
|---|---|
| Craig L. John (P27146) | Sharon M. Woods (P22542) |
| Thomas J. Murray (P56331) | Kevin Kalczynski (P57929) |
| Joseph A. Doerr (P66109) | Melonie M. Stothers (P65344) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 39577 Woodward Ave., Suite 300 | 211 W. Fort St., 15th Floor |
| Bloomfield Hills, MI 48304-5086 | Detroit, MI 48226 |
| (248) 203-0700 | (313) 965-9725 |

## PLAINTIFFS' APPEARANCE AND NOTICE OF APPEARANCE

TO:  Clerk of the Court

**PLEASE TAKE NOTICE** that Dykema Gossett PLLC, through Thomas J. Murray, enters an appearance on behalf of Plaintiffs CenTra, Inc. and Detroit International Bridge Company in the above-captioned matter.  Please direct future pleadings, notices and correspondence accordingly.

    Respectfully submitted,

    **DYKEMA GOSSETT PLLC**

    By: s/ Thomas J. Murray
        Thomas J. Murray (P56331)
        Attorneys for Plaintiffs
        39577 Woodward Ave., Suite 300
        Bloomfield Hills, MI 48304-5086
        (248) 203-0806

Dated:  January 24, 2007

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 24, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Sharon M. Woods, Kevin Kalczynski, Melonie M. Stothers, Craig L. John and Joseph A. Doerr.

                                            s/ Thomas J. Murray_____
                                            Dykema Gossett PLLC
                                            Attorneys for Plaintiffs
                                            39577 Woodward Ave., Suite 300
                                            Bloomfield Hills, MI  48304-5086
                                            (248) 203-0806
                                            E-mail:  tmurray@dykema.com
                                            Thomas J. Murray (P56331)

BH01\700576.1
ID\TJMU

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE•SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304