## **INDEX OF EXHIBITS**

Ex. 1  2/1/07 letter to Sharon Woods from Craig John

Ex. 2  Affidavit of Craig L. John