# EXHIBIT 1



Dykema Gossett PLLC
Suite 300
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304

WWW.DYKEMA.COM

Tel: (248) 203-0700
Fax: (248) 203-0763

**Craig L. John**
Direct Dial: (248) 203-0714
Email: CJOHN@DYKEMA.COM

February 1, 2007

**Via E-mail and U.S. mail**

Sharon M. Woods, Esq.
Barris, Sott, Denn & Driker, P.L.L.C.
15th Floor
211 West Fort Street
Detroit, MI 48226-3281

Re: **CenTra, Inc., et al. v. David Estrin, et al.**
    Case No. 06-15185

Dear Ms. Woods:

Pursuant to the local rules, we are obligated to meet and confer and prepare a Discovery Plan. Given the significant factual issues raised in Defendants' motion to dismiss and motion for summary judgment, we want to meet as soon as possible. Accordingly, we would like to schedule a telephonic meet and confer conference on February 5 or 6, 2007. We are available for such a conference either day at just about any time. Please advise when you are available to attend a telephonic meet and confer conference on those dates to discuss the Discovery Plan.

We look forward to and appreciate your anticipated cooperation.

Very truly yours,

DYKEMA GOSSETT PLLC

*Craig L. John* /tjm

Craig L. John

cc: Kevin Kalczynski, Esq. (via email)
    Thomas J. Murray, Esq. (via email)

BH01\702808.1
ID\TJMU

CALIFORNIA | ILLINOIS | MICHIGAN | WASHINGTON D.C.