UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRA, INC., a Delaware Corporation and
DETROIT INTERNATIONAL BRIDGE
COMPANY, a Michigan Corporation

       Plaintiffs,

-vs-

DAVID ESTRIN, Individually, and
GOWLING LAFLEUR HENDERSON LLP,
a Canadian Limited Liability Partnership,

       Defendants.

Case No. 06-15185

Hon. Nancy G. Edmunds

Magistrate Judge Steven R. Whalen

_____

**Attorneys for Plaintiffs:**
Craig L. John (P27146)
Thomas J. Murray (P56331)
Joseph A. Doerr (P66109)
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
Phone: (313) 568-6800
Email: cjohn@dykema.com

**Attorneys for Defendants:**
Sharon M. Woods (P22542)
Kevin Kalczynski (P57929)
Melonie L. M. Stothers (P65344)
Barris, Sott, Denn & Driker, PLLC
211 West Fort Street, 15th Floor
Detroit, Michigan 48226
Phone: (313) 965-9725
Email: kkalczynski@bsdd.com

_____

**ORDER DENYING PLAINTIFFS' MOTION TO CONDUCT DISCOVERY
AND SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS FOR
SUMMARY JUDGMENT AND TO DISMISS THE COMPLAINT**

This matter having come before the Court on Plaintiffs' Motion to Conduct Discovery, and the Defendants having filed a Response, and the Court having heard the arguments of counsel, it is hereby ordered for the reasons stated on the record, which are hereby incorporated into this Order, that Plaintiffs' Motion to Conduct Discovery is DENIED.

It is also further ordered that Plaintiffs' Responses to Defendants' Motion for Summary Judgment and Defendant Estrin's Motion to Dismiss the First Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(2), shall be filed and served on or before March 9, 2007. Defendants' Replies to Plaintiffs' Responses shall be filed and served on or before March 23, 2007.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: February 16, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 16, 2007, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager

f:\docsopen\kkalczynski\l-ord\0332141.01