# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CENTRA INC., *ET AL.,*
        Plaintiff(s),

CASE NUMBER: 06-15185

v.

HON. NANCY G. EDMUNDS

DAVID ESTRIN, ET AL,
        Defendant(s).
_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Nancy G. Edmunds, United States District Judge for the above proceeding on **APRIL 11, 2007 AT 2:00 P.M.**, in **Court Room 226**, Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

■ MOTION FOR SUMMARY JUDGMENT [9] and [10]

## CERTIFICATE OF MAILING

I certify that a copy of this notice was served on this date.

s/Carol A. Hemeyer
Case Manager
(313) 234-5157

Dated: February 28, 2007