**EXHIBIT 2**

U.S. Department of Justice
Washington, DC 20530

Exhibit A
To Registration Statement
Pursuant to the Foreign Agents Registration Act of 1938, as amended

OMB NO. 1105-0003

Privacy Act Statement. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the Administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Criminal Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

*Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently.*

| | |
|---|---|
| 1. Name and address of registrant<br>430 N Old Woodward, Birmingham, MI 48009 | 2. Registration No.<br>5657 |
| 3. Name of foreign principal<br>Gowling Lafleur Henderson LLP on behalf of City of Windsor (ONT) | 4. Principal address of foreign principal<br>40 King St. W, Suite 5800, Toronto, Ontario M5H 3Z7 Canada |

5. Indicate whether your foreign principal is one of the following:

☐ Foreign government

☐ Foreign political party

☒ Foreign or domestic organization: If either, check one of the following:

    ☒ Partnership      ☐ Committee

    ☐ Corporation      ☐ Voluntary group

    ☐ Association      ☐ Other (specify): _____

☐ Individual-State nationality _____

6. If the foreign principal is a foreign government, state:

    a) Branch or agency represented by the registrant.

    b) Name and title of official with whom registrant deals.
        None

7. If the foreign principal is a foreign political party, state:

    a) Principal address.
        None

    b) Name and title of official with whom registrant deals.

    c) Principal aim.

8. If the foreign principal is not a foreign government or a foreign political party,

   a) State the nature of the business or activity of this foreign principal

   None

   b) Is this foreign principal

   | | Yes | No |
   |---|---|---|
   | Supervised by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Owned by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Directed by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Controlled by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Financed by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |
   | Subsidized in part by a foreign government, foreign political party, or other foreign principal | ☐ | ☒ |

9. Explain fully all items answered "Yes" in Item 8(b). *(If additional space is needed, a full insert page must be used.)*

None

10. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.

Partners of Gowlings Lafleur Henderson LLP

| Date of Exhibit A | Name and Title | Signature |
|---|---|---|
| October 13, 2004 | Daniel Cherrin, Vice President - Public I | *[signed]* |

U.S. Department of Justice　　　　Exhibit B　　　　　　　　　　　　　　　　　　　OMB NO. 1105-0007
Washington, DC 20530　　　　　To Registration Statement
　　　　　　　　　　　　　　　Pursuant to the Foreign Agents Registration Act of 1938, as amended

INSTRUCTIONS: A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. One original and two legible photocopies of this form shall be filed for each foreign principal named in the registration statement and must be signed by or on behalf of the registrant.

Privacy Act Statement. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the Administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Criminal Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant | 2. Registration No. |
|---|---|
| Public I | 5657 |

3. Name of Foreign Principal

Gowling Lafleur Henderson on behalf of the City of Windsor

### Check Appropriate Boxes:

4. ☒ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☐ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

Public I has agreed to establish relationships on behalf of the foreign principal to build better relations around key issues important to the region.

Formerly OBD-65　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FORM CRM-157
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUNE 1998

8. Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

Public I will seek to schedule meetings between the foreign principle and members of congress, executive agencies and organizations in Washington, D.C. and Michigan.

9. Will the activities on behalf of the above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below?   Yes ☐   No ☑

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

None

| Date of Exhibit B | Name and Title | Signature |
|---|---|---|
| October 13, 2004 | Daniel Cherrin, Vice President (Public I) | |

Footnote: Political activity as defined in Section 1(o) of the Act means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

U.S. Department of Justice
Washington, DC 20530

Short-Form Registration Statement
Pursuant to the Foreign Agents Registration
Act of 1938, as amended

OMB NO. 1105-0013

COPY

Each partner, officer, director, associate, employee, and agent of a registrant is required to file a short form registration statement unless he engages in no activities in furtherance of the interests of the registrant's foreign principal or unless the services he renders to the registrant are in a secretarial, clerical, or in a related or similar capacity.

Privacy Act Statement. Every registration statement, short form registration statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the Administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .429 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Criminal Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name | 2. Registration No. |
|---|---|
| Daniel Cherrin | 5657 |

| 3. Residence Address(es) | 4. Business Address(es) |
|---|---|
| 3786 Tyler Berkley, MI 48072 | 430 N Old Woodward Ave., Birmingham, MI 48009 |

| 5. Date and Place of Birth January 15, 1973 - Detroit, MI  Nationality American  Present Citizenship United States | 6. If present citizenship was not acquired by birth, indicate when, and how acquired.  None |
|---|---|

7. Occupation
Vice President

8. What is the name and address of the primary registrant?
Name: Public I
Address: 430 N Old Woodward Ave., Birmingham, MI 48009

9. Indicate your connection with the primary registrant:
- [x] partner
- [ ] director
- [ ] employee
- [ ] consultant
- [ ] officer
- [ ] associate
- [ ] agent
- [ ] subcontractor
- [ ] other (specify)

10. List every foreign principal to whom you will render services in support of the primary registrant.

Gowling Lafleur Henderson, LLP on behlaf of the City of Windsor (Ontario)

11. Describe separately and in detail all services which you will render to the foreign principal(s) listed in Item 10 either directly, or through the primary registrant listed in Item 8, and the date(s) of such services. (If space is insufficient, a full page insert must be used.)

—Assist Gowling-Laufler-Henderson in its provision of legal advice and representation to the City of Windsor in the following: Monitoring the progress of the Bi-National Study between the United States and Canada; Monitoring legislative activities as they impact the Detroit Windsor border in the Michigan Legislature and U.S. Congress; Establishing relationships with key business and political leaders in Michigan and Washington, D.C. and educating them on the short and long-term impact various border proposals have on the city of Windsor.

12. Do any of the above described services include political activity as defined in Section 1(o) of the Act and in the footnote below?
Yes ☐   No ☑

If yes, describe separately and in detail such political activity.
None

13. The services described in Items 11 and 12 are to be rendered on a
☐ full time basis   ☐ part time basis   ☑ special basis

14. What compensation or thing of value have you received to date or will you receive for the above services?

☐ Salary:   Amount $ None _____ per _____   ☐ Commission at _____ % of _____

☐ Salary: Not based solely on services rendered to the foreign principal(s).

☐ Fee: Amount $ None   ☐ Other thing of value _____

15. During the period beginning 60 days prior to the date of your obligation to register to the time of filing this statement, did you make any contributions of money or other things of value from your own funds or possessions and on your own behalf in connection with any election to political office or in connection with any primary election, convention, or caucus held to select candidates for any political office?   Yes ☐   No ☑

If yes, furnish the following information:

| Date | Amount of thing of value | Name of political organization | Name of candidate |

None

## EXECUTION

In accordance with 28 U. S.C. § 1746, the undersigned swears or affirm(s) under penalty of perjury that he/she has read the information set forth in this registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

October 13, 2004
(Date of signature)         (Signature)

Footnote: Political activity as defined in Section 1(o) of the Act means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.