# EXHIBIT F

# GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

Suite 2400, 2 First Canadian Place,
Toronto, Ontario, Canada M5X 1A4
Tel: (416) 862-8484
Fax: (416) 861-0148

Direct Line: 777-6359
File Number: T3508556

September 10, 1990

Mr. Kevin F. Carr
Legal Counsel
McKinlay Transport, Ltd.
Legal Department
12225 Stephens
Warren, Michigan
U.S.A.  48089

Dear Mr. Carr:

### RE: McKINLAY ats. PITNEY BOWES

Enclosed please find our account in respect of services rendered regarding the above-noted matter.

You will note from the account that originally I received instructions in respect of this matter from Ms. Perry. However, more recently I was in direct contact with you. Accordingly, I thought it appropriate to direct the account to your attention.

Yours very truly,

GOWLING, STRATHY & HENDERSON

Peter J. Lukasiewicz

PJL/jh
Encl.

160 Elgin Street,
Ottawa, Ontario, Canada K1N 8S3
Tel: (613) 232-1781

Commerce Court West
Toronto, Ontario, Canada M5L 1J3
Tel: (416) 862-7525

50 Queen Street North
Kitchener, Ontario, Canada N2H 6M1
Tel: (519) 576-6910

19 Thorne Street
Cambridge, Ontario, Canada N1R 5W1
Tel: (519) 621-6910

OFFICES
160 Elgin Street
Ottawa, Ontario
Canada K1N 8S3
Tel: (613) 232-1781

2 First Canadian Place
Toronto, Ontario
Canada M5X 1A4
Tel: (416) 862-8484

50 Queen Street North
Kitchener, Ontario
Canada N2H 6M1
Tel: (519) 576-6910
    (519) 653-5910

19 Thorne Street
Cambridge, Ontario
Canada N1R 5W1
Tel: (519) 621-6910
    (519) 653-1168

# GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

Suite 3800
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

| | |
|---|---|
| INVOICE NUMBER | 578565 |

PLEASE QUOTE INVOICE NUMBER AND REMIT TO:
BOX 466, STATION "A", OTTAWA, CANADA K1N 8S3

| OUR FILE | T3508556 |
|---|---|
| DATE | 27/08/90 |
| PAGE | 1 |

Simpson and Moran
Fifth Floor North
555 S. Woodward
Birmingham, MI 48011
USA
Vivian Perry

Our Matter # T3508556
McKinlay Transport Ltd ats. Pitney Bowes of Canada

15/05/87   telephone attendance with Vivian Perry;
           correspondence to Brian Foster; correspondence to
           Vivian Perry; telephone attendance with Robert
           Baldwin;

           Lukasiewicz, Peter J

22/05/87   review of file; and drafting Statement of Defence
           and Cross-claim;

           Lukasiewicz, Peter J

28/05/87   correspondence to Vivian Perry, review of draft
           Statement of Defence;

           Lukasiewicz, Peter J

03/06/87   correspondence to Vivian Perry at Simpson & Moran

           Lukasiewicz, Peter J

15/07/87   correspondence to Vivian Perry

           Lukasiewicz, Peter J

# GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _____

    Lukasiewicz, Peter J
DATE   August 27, 1990

TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF   16 % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.

OFFICES
160 Elgin Street
Ottawa, Ontario
Canada K1N 8S3
Tel: (613) 232-1781

2 First Canadian Place
Toronto, Ontario
Canada M5X 1A4
Tel: (416) 862-8484

50 Queen Street North
Kitchener, Ontario
Canada N2H 6M1
Tel: (519) 576-6910
     (519) 653-5910

19 Thorne Street
Cambridge, Ontario
Canada N1R 5W1
Tel: (519) 621-6910
     (519) 653-1168

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

Suite 3800
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

| INVOICE NUMBER | 578565 |
|---|---|
| PLEASE QUOTE INVOICE NUMBER AND REMIT TO: BOX 466, STATION "A", OTTAWA, CANADA K1N 8S3 | |
| OUR FILE | T3508556 |
| DATE 27/08/90 | PAGE 2 |

| Date | Description | Lawyer |
|---|---|---|
| 10/10/89 | correspondence to Vivian Perry | Lukasiewicz, Peter J |
| 08/12/89 | correspondence to Mr. Andrew Jones, solicitor for the Plaintiff | Lukasiewicz, Peter J |
| 19/01/90 | correspondence to Mr. Andrew Jones | Lukasiewicz, Peter J |
| 31/01/90 | correspondence to Mr. Andrew Jones | Lukasiewicz, Peter J |
| 06/03/90 | discussion with Peter Lukasiewicz; telephone attendance with Mr. Jones' office re: order to dismiss action; letter to MacKinlay Transport re: status of matter | Di Domenico, A. |
| 13/07/90 | correspondence to Mr. Kevin Carr of McKinlay Transport Inc. | Lukasiewicz, Peter J |
| 13/08/90 | correspondence to Mr. Kevin Carr | Lukasiewicz, Peter J |

# GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _____

DATE  Lukasiewicz, Peter J
      August 27, 1990

TERMS: DUE UPON RECEIPT

INTEREST AT THE RATE OF 16 % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN ONE MONTH FROM THE DATE OF THIS INVOICE.

| INVOICE NUMBER | INVOICE DATE | FIRM | AMOUNT |
|---|---|---|---|
| 578565 | 08/27/90 | GOWLING, STRATHY & HENDERSON | $ 934.22 |

\* THE ABOVE INVOICES ARE FOR ATTORNEY FEES IN THE MATTER OF MCKINLAY TRANSPORT LTD ATS PITNEY BOWES OF CANADA.

CASE HISTORY:

START DATE: MAY 1987

COMPANY CONTACT: KEVIN CARR

DESCRIPTION: CLAIM FOR

STATUS: *Closed. Case dismissed w/o costs*

TO DATE TOTALS: MCKINLAY TRANSPORT LTD ATS PITNEY BOWES OF CANADA.

| YEAR | GOWLING, STRATHY | SIMPSON MORAN | TOTAL |
|---|---|---|---|
| 1986 | | $ 42.00 | $ 42.00 |
| 1987 | | 60.00 | 60.00 |
| 1988 | | | |
| 1989 | | | |
| 1990 | $ 934.22* | | 934.22 |
| | $ 934.22 | $ 102.00 | $1,036.22 |

\* THE 1990 AMOUNT INCLUDES THE CURRENT AMOUNT BEING PAID.

\*\* THE TOTAL TO DATE IS ONLY FOR THE FIRM LISTED, WITH THE WORK/INVOICES PERTAINING TO THE CASES THEY ARE INVOLVED WITH. NO INVOICES FROM OTHER FIRMS PERTAINING TO THIS CASE HAVE BEEN FOUND. IF AND WHEN OTHERS ARE FOUND, THIS REPORT WILL BE UPDATED IMMEDIATELY.

102251