# EXHIBIT G

**GOWLING, STRATHY & HENDERSON**
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

| OUR FILE | T776840 | | |
| 43822 | 30/11/93 | PAGE | 1 |

Central Transport Inc.
c/o Kahn, Kahn And Gibson
Suite 750 Columbia Center
201 West Big Beaver Road
Troy, Michigan 48084, U.S.A.

Our Matter # T776840
Re: vs. Anixter

COMPUTER
DEC 03 1993
ENTERED

| | | | | |
|---|---|---|---|---|
| 30/12/92 | Brief review of material received from client; | | | |
| | David A. Rubin | .30 hrs. | 300.00/hr | 90.00 |
| 08/06/93 | Review of file; report on recommended actions to be taken; | | | |
| | Duncan deChastelain | 1.00 hrs. | 75.00/hr | 75.00 |
| 15/06/93 | Review of file demand letter; | | | |
| | David A. Rubin | .20 hrs. | 315.00/hr | 63.00 |
| 18/06/93 | Review of file; telephone message F. Sager; | | | |
| | David A. Rubin | .30 hrs. | 315.00/hr | 94.50 |
| 20/10/93 | briefly reviewed file; | | | |
| | Susan D. Rosen | .10 hrs. | 165.00/hr | 16.50 |
| 21/10/93 | Brief review of file; telephone attendance with F. Sager discussed nature of proof available to prove | | | |

**GOWLING, STRATHY & HENDERSON**
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _____

David A. Rubin

DATE November 30, 1993

ERRORS AND OMISSIONS EXCLUDED
TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF 5.0 % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.
PRICES ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

ACCOUNTING

WORKING COPY ONLY
ORIGINAL FOR
APPROVAL

G S & H Service Tax
Identification Number
R106365451

977 2400# 2/ 6

**GOWLING, STRATHY &**
BARRISTERS & SOLICITORS • PATENT & TRADE...

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

outstanding debt has been satisfied.
Rubin;

Susan D. Rosen     .60 hrs

26/10/93   Meeting with D. Rubin re status of f........ and letter to client re status of file;

Susan D. Rosen     .30 hrs

27/10/93   Reviewed letter to client re status ...... owed by Anixter;

Susan D. Rosen     .10 hrs    165.00/hr     16.50

Total Fees for Professional Services     308.25

PLEASE REMIT TOTAL INVOICE BALANCE DUE ......    308.25

# GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER
David A. Rubin
DATE November 30, 1993

ERRORS AND OMISSIONS EXCLUDED
TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF ... % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN ONE MONTH FROM THE DATE OF THE INVOICE
PRICES ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED
ACCOUNTING
Goods & Services Tax Registration Number
R119364511

# GOWLING, STRATHY & HENDERSON

**BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE REA... OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGE... RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU /... HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THI... COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL TO US BY POSTAL SERVICE AT THE ADDRESS NOTED BELOW. THANK YOU.

INSTRUCT...

☐ RUSH (WITHIN 1 HR.)
☐ SEND BEFORE ___ : ___ PM
☐ SEND TOD...
☐ CALL BEFORE ...
☐ IF THIS ... CANNOT
   BE SENT BY ...
   ... TURN TO ...
☐ SEND OVERN...

ORIGINAL TO ... BY MAIL
    YES ☐    NO ☐

**DATE:** March 8, 1994                 **FILE NO.:** FIRM

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

**NAME:** Attention: Grace

**COMPANY/FIRM:** Central Transport Inc.          **CITY:** Troy, Michigan

**FAX:** 313-977-2400          **TELEPH... NO:**

**MESSAGE:** Attached are two invoices which you requested.

**FROM:** Harold Reid                 **I.D.** No. 001

TOTAL NUMBER OF PAGES, INCLUDING COVER 6.  IF THERE IS A PROBLE... TRANSMISSION OR IF ALL ... NOT RECEIVED, PLEASE CALL AT (613) 232-1781, EXT.  FOR RETRANSMISSION.

| 160 Elgin Street Suite 2600 OTTAWA, Ontario K1P 1C3 **XX** Tel: 613-232-1781 Fax: 613-563-9869 | Commerce Court West Suite 4900 TORONTO, Ontario M5L 1J3 Tel: 416-862-7525 Fax: 416-862-7661 | 19 Thorne Street CAMBRIDGE, Ontario N1R 5W1 Tel: 519-621-6910 Fax: 519-621-5028 | 50 Queen St., North Suite 1100 KITCHENER, Ontario N2H 6M2 Tel: 519-576-6910 Fax: 519-576-6030 | Verkhnyn ...slobovskaya ... Mercow, ... 109240 ...t ... 019-7 ...7-1472 |
|---|---|---|---|---|

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

OFFICES

50 Queen Street North
Kitchener, Ontario
Canada N2H 6M2
Tel: (519) 576-6910

19 Thorne Street
Cambridge, Ontario
Canada N1R 9W1
Tel: (519) 621-6910

160 Elgin Street
Ottawa, Ontario
Canada K1P 1C3
Tel: (613) 232-1781

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

| INVOICE NUMBER | 827815 |
|---|---|

PLEASE QUOTE INVOICE NUMBER AND REMIT TO:

BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3

OUR FILE: T776840

| DATE | 31/01/94 | PAGE 1 |
|---|---|---|

48822

Central Transport Inc.
c/o Kahn, Kahn And Gibson
Suite 750 Columbia Center
201 West Big Beaver Road
Troy, Michigan 48084, U.S.A.

Our Matter # T776840
Re: vs. Anixter

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/12/93 | meeting with David Rubin-received instructions regarding review of material received from Debtor; | | | |
| | Susan D. Rosen | .10 hrs. | 165.00/hr | 16.50 |
| 11/12/93 | dictated letter to R. Roosen re: receipt of letter and documentation from Frank Sager; | | | |
| | Susan D. Rosen | .10 hrs. | 165.00/hr | 16.50 |
| 14/12/93 | reviewed letter to Mr. Roosen re: confirmation of receipt of Frank Sager's documentation; | | | |
| | Susan D. Rosen | .10 hrs. | 165.00/hr | 16.50 |
| 30/12/93 | reviewed file; reviewed material provided by Anixter and prepared a summary of outstanding claims and paid accounts; telephone attendance with Anixter; memo to file; | | | |
| | Susan D. Rosen | 1.40 hrs. | 165.00/hr | 231.00 |
| 11/01/94 | telephone attendance with Corine Corkrin re: status of outstanding debt; memo to file; | | | |

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER

David A. Rubin

DATE January 31, 1994

ERRORS AND OMISSIONS EXCLUDED

TERMS: DUE UPON RECEIPT

INTEREST AT THE RATE OF 4.3 % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN ONE MONTH FROM THE DATE OF THIS INVOICE.

PRICES ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number
R119364511

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

OFFICES

| | |
|---|---|
| 50 Queen Street North<br>Kitchener, Ontario<br>Canada N2H 6M2<br>Tel: (519) 576-6910 | 19 Thome Street<br>Cambridge, Ontario<br>Canada N1R 5W1<br>Tel: (519) 621-6910 |

160 Elgin Street
Ottawa, Ontario
Canada K1P 1C3
Tel: (613) 232-1781

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

48822

| INVOICE NUMBER | 827815 |
|---|---|

PLEASE QUOTE INVOICE NUMBER
AND REMIT TO:

BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3

OUR FILE

T776840

| DATE | PAGE |
|---|---|
| 31/01/94 | 2 |

---

telephone attendance with Susan McDonell from
Anixter; memo to file;

| | | | |
|---|---|---|---|
| Susan D. Rosen | .40 hrs. | 185.00/hr | 74.00 |

14/01/94   telephone attendance with Corrine Cockrain from
Anixter re: outstanding accounts; reviewed
invoices in file; left message for Richard Roosen;

| | | | |
|---|---|---|---|
| Susan D. Rosen | .40 hrs. | 185.00/hr | 74.00 |

17/01/94   telephone attendance with Richard Roosen re:
requirement of a detailed printout of invoice
numbers and amounts currently outstanding; memo to
file;

| | | | |
|---|---|---|---|
| Susan D. Rosen | .10 hrs. | 185.00/hr | 18.50 |

17/01/94   telephone attendance

| | | | |
|---|---|---|---|
| Susan D. Rosen | .20 hrs. | 185.00/hr | 37.00 |

25/01/94   telephone attendance with Corine Cockran re:
status of insurance list;

| | | | |
|---|---|---|---|
| Susan D. Rosen | .10 hrs. | 185.00/hr | 18.50 |

Total Fees for Professional Services ...............$   171.25

## Reimbursable Costs

Taxable Disbursements

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _____

David A. Rubin

DATE January 31, 1994

ERRORS AND OMISSIONS EXCLUDED

TERMS: DUE UPON RECEIPT

INTEREST AT THE RATE OF   4.3   % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.

PRICES ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number
R119364511

**OFFICES**

50 Queen Street North
Kitchener, Ontario
Canada N2H 6M2
Tel: (519) 576-6910

19 Thorne Street
Cambridge, Ontario
Canada N1R 5W1
Tel: (519) 621-6910

160 Elgin Street
Ottawa, Ontario
Canada K1P 1C3
Tel: (613) 232-1781

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

48822

| INVOICE NUMBER | 827815 |
|---|---|

PLEASE QUOTE INVOICE NUMBER AND REMIT TO:

BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3

| OUR FILE | T776840 |
|---|---|

| DATE | 31/01/94 | PAGE 3 |
|---|---|---|

---

| | | |
|---|---|---|
| Long distance telephone charges | $ | 1.37 |
| TOTAL Taxable Disbursements | $ | 1.37 |

Total Reimbursable Costs ...................$     1.37

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................$     172.62
===============

US conversion $172.62 Cdn - 1.37 = $126.00 US

FEES                    $125.00 US

# GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER

David A. Rubin
DATE January 31, 1994

ERRORS AND OMISSIONS EXCLUDED

TERMS: DUE UPON RECEIPT .

INTEREST AT THE RATE OF   4.3   % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.

PRICES ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number
R119364511

| INVOICE NUMBER | INVOICE DATE | FIRM | AMOUNT |
|---|---|---|---|
| 813999 | 11/30/93 | GOWLING, STRATHY & HENDERSON | $ 308.25 * |
| 827815 | 01/31/94 | GOWLING, STRATHY & HENDERSON | 172.82 * |
| | | | $ 481.07 * |

*   THE ABOVE INVOICES ARE FOR ATTORNEY FEES IN THE MATTER OF ANIXTER.

CASE HISTORY:

    START DATE:  DECEMBER 1992

    COMPANY
    CONTACT:  CATHY GUASTELLA

    DESCRIPTION:  COLLECTION MATTER FOR $57,729.62 FOR PAST DUE FREIGHT
              CHARGES.

    STATUS:


TO DATE TOTALS:

| YEAR | GOWLING, STRATHY | KAHN, KAHN | TOTAL |
|---|---|---|---|
| 1993 | $ 308.25 * | | $ 308.25 |
| 1994 | 172.82 * | $ 87.50 | 260.32 |
| | $ 481.07 * | $ 87.50 | $ 568.57 |

* THE 1993 AND 1994 AMOUNTS INCLUDE THE CURRENT AMOUNT BEING PAID.

** THE TOTAL TO DATE IS ONLY FOR THE FIRM LISTED, WITH THE WORK/INVOICES
   PERTAINING TO THE CASES THEY ARE INVOLVED WITH.  NO INVOICES FROM OTHER
   FIRMS PERTAINING TO THIS CASE HAVE BEEN FOUND.  IF AND WHEN OTHERS ARE
   FOUND, THIS REPORT WILL BE UPDATED IMMEDIATELY.

102251

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

**OFFICES**

| | |
|---|---|
| 50 Queen Street North. Kitchener, Ontario Canada N2H 6M2 Tel: (519) 576-6910 | 19 Thorne Street Cambridge, Ontario Canada N1R 5W1 Tel: (519) 621-6910 |
| 160 Elgin Street Ottawa, Ontario Canada K1P 1C3 Tel: (613) 232-1781 | 595 Burrard Street P.O. Box 49122 Vancouver, B.C. Canada V7X 1J1 Tel: (604) 683-6498 |

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

48822

INVOICE NUMBER 896693

PLEASE QUOTE INVOICE NUMBER AND REMIT TO:
BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3

OUR FILE
T776840

DATE 31/01/95

PAGE 1

entral Transport Inc.
/o Kahn, Kahn And Gibson
uite 750 Columbia Center
01 West Big Beaver Road
roy, Michigan 48084, U.S.A.

*Vendor # 102251*

r Matter # T776840
: vs. Anixter

---

'01/94 Telephone attendance with Andrea re: status of the *OK per file W.A.* list of outstanding invoices; memo to file; *(Notes W.A.)*

Susan D. Rosen .10 hrs. 185.00/hr 18.50

'01/94 Telephone attendance with Andrea to confirm current amount outstanding is approximately $29,000.00 and not $57,000.00; dictated letter to Anixter Canada enclosing invoice summary;

Susan D. Rosen .30 hrs. 185.00/hr 55.50

01/94 Telephone attendance with Andrea re: determining the current outstanding amount owed by Anixter and received the fax of outstanding invoices; memo to file;

Susan D. Rosen .30 hrs. 185.00/hr 55.50

02/94 Telephone attendance with Andrea re: revised list of invoices;

Susan D. Rosen .10 hrs. 185.00/hr 18.50

WORKING COPY ONLY

02/94 Meeting with David Rubin; reviewed letter from J.

JUL 0 5 1995

ORIGINAL SENT
TO A/P ON:

---

GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

David A. Rubin

ERRORS AND OMISSIONS EXCLUDED
TERMS: DUE UPON RECEIPT

INTEREST AT THE RATE OF 8.0 % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN

Goods & Services Tax
Registration Number
R119364511

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

**OFFICES**

50 Queen Street North
Kitchener, Ontario
Canada N2H 6M2
Tel: (519) 576-6910

19 Thorne Street
Cambridge, Ontario
Canada N1R 5W1
Tel: (519) 621-5910

160 Elgin Street
Ottawa, Ontario
Canada K1P 1C3
Tel: (613) 232-1781

595 Burrard Street
P.O. Box 49122
Vancouver, B.C.
Canada V7X 1J1
Tel: (604) 683-6498

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

48822

| INVOICE NUMBER | 896693 |
|---|---|

PLEASE QUOTE INVOICE NUMBER AND REMIT TO:

BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3

OUR FILE **T776840**

| DATE | PAGE |
|---|---|
| 31/01/95 | 2 |

Gibson; left phone mail message for J. Gibson;
dictated letter to J. Gibson re: status of file;

Susan D. Rosen               .20 hrs.    185.00/hr                 37.00

6/02/94   Reviewed and amended letter to Jack A. Gibson re:
status of file;

Susan D. Rosen               .10 hrs.    185.00/hr                 18.50

9/02/94   Telephone attendance with Andrea re: status of
Insurance list for Anixter;

Susan D. Rosen               .30 hrs.    185.00/hr                 55.50

7/03/94   Telephone attendance with Anixter re: settlement
of outstanding account;

Susan D. Rosen               .10 hrs.    185.00/hr                 18.50

7/04/94   Telephone attendance with new transportation mgr
from Anixter Canada re: outstanding account; memo
to file;

Susan D. Rosen               .30 hrs.    185.00/hr                 55.50

1/05/94   Telephone attendance with Anixter Canada to
discuss payment of account; memo to file;

Susan D. Rosen               .30 hrs.    185.00/hr                 55.50

4/07/94   Reviewed Correspondance from Anixter Canada Inc.;
drafted letter to client seeking instructions;

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _____

David A. Rubin

ERRORS AND OMISSIONS EXCLUDED

TERMS: DUE UPON RECEIPT

INTEREST AT THE RATE OF **8.0** % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN

Goods & Services Tax
Registration Number
R119364511

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

**OFFICES**

| | |
|---|---|
| 50 Queen Street North • Kitchener, Ontario Canada N2H 6M2 Tel: (519) 576-6910 | 19 Thorne Street Cambridge, Ontario Canada N1R 5W1 Tel: (519) 621-6910 |
| 160 Elgin Street Ottawa, Ontario Canada K1P 1C3 Tel: (613) 232-1781 | 595 Burrard Street P.O. Box 49122 Vancouver, B.C. Canada V7X 1J1 Tel: (604) 683-6498 |

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

48822

| INVOICE NUMBER | **896693** | |
|---|---|---|
| PLEASE QUOTE INVOICE NUMBER AND REMIT TO: BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3 | | |
| OUR FILE | **T776840** | |
| DATE | 31/01/95 | PAGE 3 |

|  |  |  |  |  |
|---|---|---|---|---|
| | Susan D. Rosen | .40 hrs. | 185.00/hr | 74.00 |

/07/94  Reviewed letter and enclosures to client;

| | Susan D. Rosen | .20 hrs. | 185.00/hr | 37.00 |

/07/94  Received and reviewed letter from client re instructions to proceed to collect outstanding debt;

| | Susan D. Rosen | .10 hrs. | 185.00/hr | 18.50 |

3/07/94  Meeting with D. Rubin to advise him of the status of this file; memo to file;

| | Susan D. Rosen | .20 hrs. | 185.00/hr | 37.00 |

9/09/94  Review of file; correspondence to client;

| | David A. Rubin | 1.00 hrs. | 325.00/hr | 325.00 |

3/11/94  Conducting a federal Corporate Search on Anixter Canada Inc.; forwarding via facsimile; memo to M.Mazepa/A.Mathieson;

| | Deborah Dolan | .50 hrs. | 55.00/hr | 27.50 |

3/11/94  Corporate Search, re: Anixter Canada, A Mathieson;

| | Michelle Mazepa | .50 hrs. | 70.00/hr | 35.00 |

3/11/94  Reviewing and organizing client documentation to prepare statement of claim.

# GOWLING, STRATHY & HENDERSON

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _____

David A. Rubin

ERRORS AND OMISSIONS EXCLUDED

TERMS: DUE UPON RECEIPT

INTEREST AT THE RATE OF **8.0** % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN

Goods & Services Tax
Registration Number
R119364511

**GOWLING, STRATHY & HENDERSON**

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

OFFICES

| 50 Queen Street North | 19 Thorne Street |
| Kitchener, Ontario | Cambridge, Ontario |
| Canada  N2H 6M2 | Canada  N1R 5W1 |
| Tel: (519) 576-6910 | Tel: (519) 621-6910 |

| 160 Elgin Street | 595 Burrard Street |
| Ottawa, Ontario | P.O. Box 49122 |
| Canada  K1P 1C3 | Vancouver, B.C. |
| Tel: (613) 232-1781 | Canada  V7X 1J1 |
| | Tel: (604) 683-6498 |

Suite 4900
Commerce Court West
Toronto, Ontario
Canada  M5L 1J3
Tel: (416) 862-7525

48822

| INVOICE NUMBER | 896693 |

PLEASE QUOTE INVOICE NUMBER AND REMIT TO:

BOX 466, STATION "D", OTTAWA, CANADA  K1P 1C3

OUR FILE  **T776840**

| DATE | PAGE |
|---|---|
| 31/01/95 | 4 |

---

|  |  |  |  |  |
|---|---|---|---|---|
| | Alison Mathieson | .50 hrs. | 90.00/hr | 45.00 |
| 03/11/94 | Organizing client's documents, preparation of accounting | | | |
| | Alison Mathieson | 1.20 hrs. | 90.00/hr | 108.00 |
| 22/11/94 | Telephone attendance with client to provide a status up-date of the file; | | | |
| | Susan D. Rosen | .10 hrs. | 185.00/hr | 18.50 |
| 23/11/94 | Telephone call with Wanda Schmanski re status of file. | | | |
| | Alison Mathieson | .20 hrs. | 90.00/hr | 18.00 |
| 25/11/94 | Reviewing file and material from Anixter Canada, discussions with Wanda Schmanski of Central. Further telephone call to Schmanski, preparation of memo. | | | |
| | Alison Mathieson | 1.10 hrs. | 90.00/hr | 99.00 |
| 4/12/94 | Review of file; | | | |
| | Peter J. Lukasiewicz | .50 hrs. | 275.00/hr | 137.50 |
| 8/12/94 | Review of file; | | | |
| | Chris DiFrancesco | .50 hrs. | 165.00/hr | 82.50 |
| 9/12/94 | Discussion with Alison Mathieson; telephone | | | |

OK Wanda Szymanski

OK Wanda Szymanski

**GOWLING, STRATHY & HENDERSON**

BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _____

David A. Rubin

ERRORS AND OMISSIONS EXCLUDED

TERMS: DUE UPON RECEIPT

INTEREST AT THE RATE OF  **8.0** % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN ONE MONTH FROM THE <u>DATE OF THIS INVOICE.</u>

Goods & Services Tax Registration Number
R119364511

# GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

OFFICES

50 Queen Street North
Kitchener, Ontario
Canada N2H 6M2
Tel: (519) 576-6910

19 Thorne Street
Cambridge, Ontario
Canada N1R 5W1
Tel: (519) 621-6910

160 Elgin Street
Ottawa, Ontario
Canada K1P 1C3
Tel: (613) 232-1781

595 Burrard Street
P.O. Box 49122
Vancouver, B.C.
Canada V7X 1J1
Tel: (604) 683-6498

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

48822

| INVOICE NUMBER | 896693 |
| --- | --- |

PLEASE QUOTE INVOICE NUMBER AND REMIT TO:

BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3

| OUR FILE | T776840 | |
| --- | --- | --- |
| DATE | 31/01/95 | PAGE |
| | | 5 |

---

attendance with G. Gammage; telephone attendance with R. Roosen; telephone attendance with C. Cacoran;

Chris DiFrancesco    .60 hrs.    165.00/hr      99.00

.2/12/94   Telephone attendance with C. Carcoran (x2);

Chris DiFrancesco    .30 hrs.    165.00/hr      49.50

.3/12/94   Receive and review offer to settle; correspondence to W. Szmanski; telephone attendance with Roosen and Szmanski; telephone attendance with C. Corcoran;

Chris DiFrancesco    .50 hrs.    165.00/hr      82.50

.4/12/94   Telephone attendance with C. Corcoran; telephone attendance with W. Szmanski; preparation of release; correspondence to Corcoran;

Chris DiFrancesco    1.00 hrs.    165.00/hr      165.00

.5/12/94   Telephone attendance with R. Rosen; telephone attendance with W. Szmanski; correspondence to C. Corcoran;

Chris DiFrancesco    .50 hrs.    165.00/hr      82.50

.6/12/94   Receive and review executed release; forward cheque to Central;

Chris DiFrancesco    .20 hrs.    165.00/hr      33.00

.9/12/94   Telephone attendance with W. Szymanski;

# GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _CSD_

David A. Rubin

DATE January 31, 1995

ERRORS AND OMISSIONS EXCLUDED

TERMS: DUE UPON RECEIPT

INTEREST AT THE RATE OF   8.0   % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN ONE MONTH FROM THE DATE OF THIS INVOICE.

ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number

R119364511

**OFFICES**

50 Queen Street North
Kitchener, Ontario
Canada N2H 6M2
Tel: (519) 576-6910

160 Elgin Street
Ottawa, Ontario
Canada K1P 1C3
Tel: (613) 232-1781

19 Thorne Street
Cambridge, Ontario
Canada N1R 5W1
Tel: (519) 621-6910

595 Burrard Street
P.O. Box 49122
Vancouver, B.C.
Canada V7X 1J1
Tel: (604) 683-6498

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525

48822

| | | |
|---|---|---|
| INVOICE NUMBER | **896693** | |
| PLEASE QUOTE INVOICE NUMBER AND REMIT TO: | BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3 | |
| OUR FILE | **T776840** | |
| DATE | 31/01/95 | PAGE 6 |

---

| | | | |
|---|---|---|---|
| | Chris DiFrancesco | .10 hrs. 165.00/hr | 16.50 |

2/01/95  Receive executed Release from Central;
correspondence to C. Corcoran;

Chris DiFrancesco  .20 hrs.  195.00/hr  39.00

Total Fees for Professional Services ...............$  2018.00

## Reimbursable Costs

**Agency Disbursements**

9/11/94  CORPORATE SEARCH; STAFF #447; 04/11/94;  $  8.00
TOTAL Agency Disbursements  $  8.00

**Taxable Disbursements**

| | | |
|---|---|---|
| Courier charges | $ | 26.25 |
| Photocopy charges | $ | 19.50 |
| Telecopier charges | $ | 8.26 |
| Long distance telephone charges | $ | 16.39 |
| TOTAL Taxable Disbursements | $ | 70.40 |

Total Reimbursable Costs ...............  78.40

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...............$  2096.40

EQUIVALENT IN U.S. DOLLARS...............$  1509.41

## GOWLING, STRATHY & HENDERSON
### BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _____

David A. Rubin
DATE January 31, 1995

ERRORS AND OMISSIONS EXCLUDED

**TERMS: DUE UPON RECEIPT**

INTEREST AT THE RATE OF 8.0 % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.
PRICES ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number
R119364511