# EXHIBIT H

OFFICES
Commerce Cou[...] [...]st          50 Queen Street North
Toronto, Ontari[...]          Kitchener, Ontario
Canada M5L 1J3              Canada N2H 6M2
Tel: (416) 862-7525         Tel: (519) 576-6910

19 Thorne Street
Cambridge, Ontario
Canada N1R 5W1
Tel: (519) 621-6910

# WLING, STRATHY & HENDER[SON]
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

Suite 2600
160 Elgin Street
Ottawa, Ontario
Canada K1P 1C3
Tel: (613) 232-1781

17455

CKH

| INVOICE NUMBER | 749474 |
|---|---|
| PLEASE QUOTE INVOICE NUMBER AND REMIT TO: BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3 | |
| OUR FILE | 02311092 |
| DATE | 15/01/93 |
| PAGE | 1 |

Dykema Gossett
Suite 3500
400 Renaissance Centre
Detroit, MI 48243
USA
Attn: J. Theodore Everingham

Our Matter # 02311092
Detroit International Bridge Company
Series "C" Note Financing

FOR SERVICES RENDERED by all personnel in our firm with respect to the above-referenced Note Financing and our acting as Canadian counsel on this financing including: review of prior financing documentation; review of proposed financing documentation; attendances with respect to preparation of our legal opinion; research as to legislation pertaining to Canadian Transit Company; attendances with respect to Messrs. Chapman, Cutler, being counsel for the lending institutions; attendances with respect to Messrs. Dykema Gossett, being United States counsel to the borrower; together with all other attendances in respect of this financing and our legal opinion in respect thereof for which our advice or participation was requested.

Total Fees for Professional Services ................$ 22500.00

Handwritten annotations:
105- 8889.17
114- 425.90
199- 3084.50
226- 37.30
228- 60.00
293- 1782.65
395- 88
596- 7255.80
656- 251.78
659- 43.90
782.35
861- 546

## Reimbursable Costs

Agency Disbursements

| | | |
|---|---|---|
| PPSA searches & registrations | $ | 12.00 |
| Registry Office Services, including, Registration fees, Search fees, Sheriff's certificates, productions & copies | $ | 12.00 |

GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER _[signature]_
Brian McIntomny
DATE January 15, 1993

ERRORS AND OMISSIONS EXCLUDED
TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF 8.3 % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN ONE MONTH FROM THE DATE OF THIS INVOICE.
PRICES ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED
FILE COPY

Goods & Services Tax
Registration Number
R119364511

OFFICES
Commerce Court West
Toronto, Ont
Canada M5L
Tel: (416) 862-7525

50 Queen Street North
Kitchener, Ontario
Canada N2H 6M2
Tel: (519) 576-6910

19 Thorne Street
Cambridge, Ontario
Canada N1R 5W1
Tel: (519) 621-6910

WLING, STRATHY & HENDER(
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

Suite 2600
160 Elgin Street
Ottawa, Ontario
Canada K1P 1C3
Tel: (613) 232-1781.

17455

| INVOICE NUMBER | 749474 |
|---|---|
| PLEASE QUOTE INVOICE NUMBER AND REMIT TO: BOX 466, STATION "D", OTTAWA, CANADA K1P 1C3 | |
| OUR FILE | 02811092 |
| DATE | 15/01/93 |
| PAGE | 2 |

```
            Search charges                               $        3.00
TOTAL Agency Disbursements                               $       27.00


Taxable Disbursements

            Courier charges                              $       44.75
            Photocopy charges                            $       25.00
            Telecopier charges                           $      120.79
            Long distance telephone charges              $      301.15
TOTAL Taxable Disbursements                              $      491.69


            Total Reimbursable Costs ................... $      518.69



PLEASE REMIT TOTAL INVOICE BALANCE DUE .................. $    23018.69
                                                             ===========
```

GOWLING, STRATHY & HENDERSON
BARRISTERS & SOLICITORS • PATENT & TRADE MARK AGENTS

PER  Brian McIntomny
DATE January 15, 1993

ERRORS AND OMISSIONS EXCLUDED
TERMS: DUE UPON RECEIPT
8.3
INTEREST AT THE RATE OF    % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.
PRICES ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED
FILE COPY

Goods & Services Tax
Registration Number
R119364511