# EXHIBIT I

Central Transport Inc.
W.J. Lindley, Esq.
Manager Litigation
12225 Stephen Road
Warren, MI 48089 USA

November 30, 1998
Invoice 49310
Page 1

In account with

## LAFLEUR BROWN | BARRISTERS & SOLICITORS

RECORDED
JAN 3 0 2001

1 Place Ville-Marie
37th floor
Montréal, Québec
Canada H3B 3P4

GST: R132702226
QST: 1007466354

FOR PROFESSIONAL SERVICES RENDERED and
costs incurred through November 13, 1998

Our File # 914194.0004
Contrat avec Sous-Traitants au Quebec

| | | |
|---|---|---|
| 27/08/98 | Receipt and study of a Notice from the Federal Court; review of file with Benoit Gascon regarding same; | |
| | A.-M. Ryan | .25 hrs. |
| 01/09/98 | Letter to Mr. Blahsfield (re: receipt of notice from the Federal Court and intentions regarding same). | |
| | A.-M. Ryan | .16 hrs. |
| 10/09/98 | Note to Benoit Gascon (re: client's intentions). | |
| | A.-M. Ryan | .16 hrs. |
| 17/09/98 | Telephone conversation with Mr. Blashfield (re: Notice from the Federal Court); telephone conversation with Mtre Gouin regarding same. | |
| | A.-M. Ryan | .16 hrs. |
| 18/09/98 | Telephone conversation with Mtre Gouin's assistant; telephone conversation with Jocelyn Leclerc regarding client's position (re: notice from Federal Court). | |
| | A.-M. Ryan | .33 hrs. |

Wire Transfer Information
Canadian Imperial Bank of Commerce, 265 St-Jacques, Montréal, Québec.
Account of Lafleur Brown no. 54 02913 Transit no. 00031 Bank no. 010

Accounts are due upon receipt. Interest at the rate of 11% per annum will be added to all accounts which are overdue 30 days or more. Any disbursements incurred on your behalf and not charged to your account on the date of this statement will be billed later.

Central Transport Inc.  
W.J. Lindley, Esq.  
Manager Litigation  
12225 Stephen Road  
Warren, MI   48089   USA

November 30, 1998  
Invoice 49310  
Page     2

| Date | Description | |
|---|---|---|
| 23/09/98 | Telephone conversation with Mr. Blashfield (re: Notice from the Federal Court). | |
| | A.-M. Ryan | .08 hrs. |
| 24/09/98 | Telephone conversation with Federal Court; Review of file with Benoit Groleau and David Perez regarding status of file and possible steps that could be taken; general overview of file; telephone conversation with Mr. Blashfield and David Perez regarding status of Federal Court file, trademark file and negotiations between parties; fax to Mr. Blashfield. | |
| | A.-M. Ryan | .83 hrs. |
| 24/09/98 | Research regarding status of trade-mark and Federal Court proceedings. | |
| | D. Perez | .50 hrs. |
| 24/09/98 | Meeting with Me A.M. Ryan and D. Perez - discussion on the influence of the injunction on the trademark. | |
| | B. Groleau | 1.25 hrs. |
| 24/09/98 | Aller chercher document à la Cour Fédérale. | |
| | T. Carrière | .50 hrs. |
| 25/09/98 | Telephone conversation with Mr. Blashfield regading Federal Court procedures; letter to Mr. Blashfield regarding same. | |
| | A.-M. Ryan | .33 hrs. |

LAFLEUR BROWN

Central Transport Inc.  
W.J. Lindley, Esq.  
Manager Litigation  
12225 Stephen Road  
Warren, MI  48089    USA

November 30, 1998  
Invoice 49310  
Page     3

| | | |
|---|---|---|
| 28/09/98 | Telephone conversation with Mr. Blashfield (re: confirmation not to continue the procedures before the Federal Court); note to file. | |
| | A.-M. Ryan | .16 hrs. |
| 09/11/98 | Receipt and study of an Order from the Federal Court (re: dismissal of proceedings); letter to client regarding same. | |
| | A.-M. Ryan | .25 hrs. |

Fees for Professional Services        $      884.40  
Total Fees............................ $      884.40

       Taxable disbursements

          Telecommunication charges                9.00  
          Photocopy and printing                   4.23  
          Transportation                           3.76  
          Long distance communications             5.58

          TOTAL Taxable disbursements        $     22.57

Disbursements                                        $     22.57  
Total Due for This Matter............................ $    906.97

DATE 1-29-01  
APP'D WILL LINDLEY     MB  
ACCT 310-976

       LAFLEUR BROWN

12/22/2000 FRI 16:15  FAX 514 392 9557  GOWLING LAFLEUR                    ☒005/005

Central Transport Inc.                     November 30, 1998
W.J. Lindley, Esq.                         Invoice 49310
Manager Litigation                         Page    4
12225 Stephen Road
Warren, MI  48089   USA

## Totals for this Invoice

Fees for Professional Services ........................... $     884.40
Total Disbursements ...................................... $      22.57

Goods and Services Tax ................................... $       0.00
                                                                ------------
Net Current Billing for this Invoice ................... $     906.97
                                                                ============

LAFLEUR BROWN

DEC 22 2000 16:21                                     514 392 9557  PAGE.005