# EXHIBIT L



Gowling Lafleur Henderson LLP | Barristers & Solicitors | Patent & Trade-Mark Agents |

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

128567

INVOICE NUMBER
15450743

Please quote this number
AND REMIT TO:
Suite 4900 Commerce Court West
Toronto, CANADA M5L 1J3

OUR FILE
T937674

DATE       PAGE
Oct 29, 2003   1

Central Transport International, Inc.
12225 Stephens Road
Warren, MI  48089
USA

RECORDED
NOV 17 2003
LAW DEPARTMENT

Our Matter: T937674
General Matters

TO OUR FEE:

| | | | |
|---|---|---|---|
| 24/07/2003 | Receipt of instructions to arrange for skip trace on Ronald Edward McKinlay and Murray Wilbert Reader McKinlay; discussion with Catherine Pawluch re: background on individuals; e-mail to Ken Bouchard; telephone attendance with Ken Bouchard to discuss trace; | | |
| | Pam Carter | 0.50 | 75.00 |
| | Fees for Professional Services | | $75.00 |

Disbursements

TAXABLE COSTS

| | | |
|---|---|---|
| 29/07/2003 | Disbursements - Taxable<br>VENDOR: C.D.R.C. INC.; INVOICE#: 21531; DATE: 7/29/03 - T937674; agent's fee to conduct skip trace; Catherine Pawluch | $100.00 |
| | TOTAL Taxable Disbursements | $100.00 |

Matter Summary

| | |
|---|---|
| Fees for Professional Services | 75.00 |
| Goods and Services Tax on Fees | 5.25 |
| Total Fees and Taxes | 80.25 |

RECEIVED
NOV 10 2003
LAW DEPARTMENT

PER _Catherine Pawluch_
Catherine A. Pawluch

DATE Oct 29, 2003

ERRORS AND OMISSIONS EXCLUDED

TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF 3.3 % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.

AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number
11936 4511 RT

| | | INVOICE NUMBER |
|---|---|---|
| **GOWLINGS** | Gowling Lafleur Henderson LLP  \| Barristers & Solicitors \| Patent & Trade-Mark Agents \| | 15450743 |
| | | DATE    PAGE |
| | 128567 | Oct 29, 2003    2 |

| | |
|---|---:|
| Disbursements for Professional Services | 100.00 |
| Goods and Services Tax on Disbursements | 7.00 |
| Total Disbursements and Taxes | 107.00 |
| Total Invoice Balance .................................................. $ | 187.25 |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................ $ | 187.25 |
| **EQUIVALENT IN U.S. DOLLARS** ........................................ $ | 143.09 |

Summary Of Fees

| TIME KEEPER | RATE | DOLLARS | HOURS |
|---|---|---|---|
| Carter, Pam | 150.00 | $75.00 | 0.50 |
| TOTALS | | $75.00 | 0.50 |

DATE @ 11-13-03
APP'D WILL LINDLEY
ACCT. 252-904

| VENDOR NUMBER | | | REQUESTED BY |
|---|---|---|---|
| INVOICE DESCRIPTION TO BE PRINTED ON CHECK | | | APPROVED BY 11-13-03 WILL LINDLEY |

| COMPANY TO BE CHARGED | GEN. LEDGER ACCTS. TO BE CHARGED | LOCATION NUMBER | AMOUNT TO BE CHARGED |
|---|---|---|---|
| 252 | 5939000 | 904 | 175.00 |
| 252 | 2122003 | 904 | 12.25 |
| | | | |

FORM #12.16

TOTAL CHECK AMOUNT  $ 187.25

ERRORS AND OMISSIONS EXCLUDED

AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED



Gowling Lafleur Henderson LLP | Barristers & Solicitors | Patent & Trade-Mark Agents |

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

## Invoice Remittance Copy

## Please REMIT TO:

Gowling Lafleur Henderson LLP
Suite 4900 Commerce Court West
Toronto, CANADA M5L 1J3

Central Transport International, Inc.
12225 Stephens Road
Warren, MI USA
48089

Client: 128567

| Invoice Number | Invoice Date | Amount Due | Equivalent Amount in US$ Dollars |
|---|---|---|---|
| 15450743 | Oct 29, 2003 | $187.25 | $143.09 |
| T937674 | General Matters | | |

For payment by wire transfer, our banking information is as follows:
Canadian Imperial Bank of Commerce
Main Branch
Commerce Court
Toronto, Ontario
M5L 1G9

Account no: 38-51311, in the name of Gowling Lafleur Henderson LLP
Transit no: 0010 00002
SWIFT: CIBCCATT

If paying by wire transfer, please fax a copy of the remittance to 416-862-7661
Attention: Accounts Receivable

ERRORS AND OMISSIONS EXCLUDED
AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Montreal   Ottawa   Toronto   Hamilton   Waterloo Region   Calgary   Vancouver   Moscow



Suite 5800, Scotia Plaza
40 King Street West
Toronto, Ontario
Canada M5H 3Z7
Telephone (416) 369-7200
Facsimile (416) 369-7250
www.gowlings.com

**Catherine A. Pawluch**
Direct (416) 862-4371
Direct Fax (416) 863-3471
Assistant (416) 862-3622
catherine.pawluch@gowlings.com
T937674

November 3, 2003

Mr. William J. Lindley
Central Transport International, Inc.
12225 Stephens Road
Warren, MI 48089
USA

Dear Will:

Re:   General Matters

We enclose herewith our invoice for services rendered up to and including 28 October 2003 in relation to the above-captioned matter.

We trust you will find the invoice is in order. You will see that for your convenience, we have stated the equivalent amount of the invoice in US dollars. Should you require further particulars with respect to our invoice, please do not hesitate to give me a call.

We appreciate the opportunity to be of service to Central Transport.

Yours very truly,

GOWLING LAFLEUR HENDERSON LLP

*Catherine Pawluch*

Catherine A. Pawluch

CAP:ll
Encl.
TOR_LAW\5542700\1



**Gowlings Consulting Inc.**
**Groupe-conseils Gowlings inc.**

Suite 4900
Commerce Court West
Toronto, Ontario
Canada  M5L 1J3
Tel: (416) 862-7525
Fax: (416) 862-7661

G001027

INVOICE NUMBER

15455070

*Please quote this number*
AND REMIT TO:
Suite 4900 Commerce Court West
Toronto, CANADA  M5L 1J3
OUR FILE

GI1071

| DATE | PAGE |
|---|---|
| Nov 12, 2003 | 1 |

---

Gowling Lafleur Henderson LLP
Suite 5800, Scotia Plaza
40 King Street West
Toronto, ON Canada
M5H 3Z7
ATTN: Catherine A. Pawluch

RECORDED
DEC 0 9 2003
LAW DEPARTMENT

Our Matter: GI1071

Locate/Catherine Pawluch T937674/33003

TO OUR FEE:

| 15/10/2003 | Locate the McKinlays | | |
|---|---|---|---|
| | Cheryl Stewart | | |
| | Fees for Professional Services.......... | | 500.00 |

**Disbursements**

| TAXABLE COSTS | | |
|---|---|---|
| Administrative Charge (5% of Fees) | | $25.00 |
| TOTAL Taxable Disbursements | | 25.00 |
| | Sub-Total Disbursements............ $ | 25.00 |

**Matter Summary**

| Fees for Professional Services | 500.00 |
|---|---|
| Goods and Services Tax on Fees | 35.00 |
| Total Fees and Taxes | 535.00 |

---

ERRORS AND OMISSIONS EXCLUDED

RECEIVED
DEC 0 9 2003
LAW DEPARTMENT

PER _____
Norm Inkster

DATE Nov 12, 2003

TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF 3.3 % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.

AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number
865956999

T937674

Montreal    Ottawa    Toronto    Hamilton    Waterloo    Calgary    Vancouver    Moscow

Gowlings Consulting Inc.
Groupe-conseils Gowlings Inc.

INVOICE NUMBER 15455070

G001027  Nov 12, 2003  Page 2

| | |
|---|---|
| Disbursements for Professional Services | 25.00 |
| Goods and Services Tax on Disbursements | 1.75 |
| Total Disbursements and Taxes | 26.75 |
| Total Invoice Balance.............................$ | 561.75 |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE..................$ CANADIAN | 561.75 |

DATE (W 12-5-03
APP'D WILL LINDLEY
ACCT. 252.904

| VENDOR NUMBER | | | REQUESTED BY |
|---|---|---|---|
| INVOICE DESCRIPTION TO BE PRINTED ON CHECK | | | APPROVED BY (W 12-5-03 WILL LINDLEY |
| COMPANY TO BE CHARGED | GEN. LEDGER ACCTS. TO BE CHARGED | LOCATION NUMBER | AMOUNT TO BE CHARGED |
| 252 | 5939000 | 904 | 525.00 |
| 252 | 2122003 | 904 | 36.75 |
| | | | |
| | | | |
| FORM #12.16 | | TOTAL CHECK AMOUNT | $ 561.75 |

ERRORS AND OMISSIONS EXCLUDED
AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Montreal   Ottawa   Toronto   Hamilton   Waterloo   Calgary   Vancouver   Moscow

**GOWLINGS**

*Norm: Please Approve*

*This is the letter I mentioned. Will return.*

Suite 5800, Scotia Plaza
40 King Street West
Toronto, Ontario
Canada M5H 3Z7
Telephone (416) 369-7200
Facsimile (416) 369-7250
www.gowlings.com

**Catherine A. Pawluch**
Direct (416) 862-4371
Direct Fax (416) 863-3471
Assistant (416) 862-3622
catherine.pawluch@gowlings.com
T937674

November 27, 2003

William J. Lindley, Esq.
Central Transport International, Inc.
12225 Stephens Road
Warren, MI 48089
USA

Dear Will:

**Re:  McKinlay Searches**

You will recall that you asked us to assist Central Transport in determining the whereabouts of Ronald Edward McKinlay and Murray Wilbert Reader McKinlay. Initially, we conducted a skip trace, which proved unsuccessful. In October, we rendered our invoice in the amount of US$143.09. Subsequently, you contacted me and requested that we conduct further searches. Using the investigation and search services provided by Gowlings Consulting, we were successful in locating the whereabouts of the McKinlays and I provided their current address information to you in my report of September 22, 2003.

The successful search results were obtained by our Investigation and Security Services Group, affiliated with our firm and known as Gowlings Consulting Inc. Enclosed herewith please find an invoice from Gowlings Consulting Inc. for its services.

Would you kindly forward to us a cheque made payable to "Gowlings Consulting Inc." in the amount of CN$561.75. For your convenience, if you would prefer to pay the invoice in U.S. funds, the equivalent amount (based on today's rate of exchange) is **US$425**.

Should you have any questions concerning the invoice, please do not hesitate to give me a call. We appreciate the opportunity to be of service to Central Transport.

Yours very truly,
**GOWLING LAFLEUR HENDERSON LLP**

*Catherine Pawluch*

Catherine A. Pawluch

CAP:ll
Encl.
TOR_LAW\554270\2

**RECEIVED**
DEC 0 3 2003
LAW DEPARTMENT