# EXHIBIT N

Gowling Lafleur Henderson LLP | Barristers & Solicitors | Patent & Trade Mark Agents |



Suite 5800, Scotia Plaza
40 King Street West
Toronto, Ontario
Canada M5H 3Z7
Telephone (416) 369-7200
Facsimile (416) 369-7250
www.gowlings.com

July 5, 2005

William J. Lindley, Esq.
Central Transport International, Inc.
12225 Stephens Road
Warren, MI 48089
USA

Catherine A. Pawluch
Direct (416) 862-4371
Direct Fax (416) 863-3471
Assistant (416) 862-3622
catherine.pawluch@gowlings.com
File No. T956502

Dear Will:

**Re: Mason and Dixon Line/Artisan v. L. E. Walker**

We enclose herewith our invoice for services rendered for the period up to and including 31 May 2005 with respect to the above-captioned matter. The invoice reflects our work in reviewing the various documents and the Statement of Claim, to be issued by the Ontario Superior Court of Justice against L.E. Walker. We await your instructions as to whether Mason and Dixon Line would like to proceed using the Simplified Procedure, or the more costly Regular Procedure.

As a gesture of goodwill, and because we value the business relationship we have established with Central Transport, we have reduced our fees by Cdn$969.00.

We trust you will find the invoice is in order. The invoice is rendered in Canadian dollars. You will see that for your convenience, we have stated the equivalent amount of the invoice in US dollars. Should you require further particulars with respect to our invoice, please do not hesitate to give me a call.

We appreciate the opportunity to be of service to Central Transport.

Yours very truly,

GOWLING LAFLEUR HENDERSON LLP

*Catherine Pawluch*

Catherine A. Pawluch

CAP:ll

Encl.

TOR_LAW\6060236\1

RECEIVED
JUL 0 8 2005
LAW DEPARTMENT

Montréal | Ottawa | Toronto | Hamilton | Waterloo Region | Calgary | Vancouver | Moscow |



**Gowlings** — Gowling Lafleur Henderson LLP | Barristers & Solicitors | Patent & Trade Mark Agents |

INVOICE NUMBER
15807667

*Please quote this number*
AND REMIT TO:
Suite 4900 Commerce Court West
Toronto, CANADA M5L 1J3

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

128567

OUR FILE
T956502

DATE — Jun 15, 2005 — PAGE 1

Central Transport International, Inc.
12225 Stephens Road
Warren, MI 48089
USA



RECORDED
JUL 1 4 2005
LAW DEPARTMENT

Our Matter: T956502
UTSI v Mason and Dixon Line/Artisan v. L. E. Walker

TO PROFESSIONAL SERVICES RENDERED in connection with the above-noted matter for the period ending May 31, 2005 including:

| Date | Description | Lawyer | Hours | Amount |
|---|---|---|---|---|
| 02/05/2005 | Telephone conference with W. Lindley and receipt of instructions; | Catherine A. Pawluch | 0.20 | 110.00 |
| 03/05/2005 | Review correspondence from client; internal calls re strategy; | Nicholas Kluge | 0.50 | 167.50 |
| 03/05/2005 | Review email from W. Lindley and file documents; consider claim against The Mason and Dixon and Artisan, and jurisdictional issues; | Catherine A. Pawluch | 0.40 | 220.00 |
| 04/05/2005 | Review of file material; calls re strategy; | Nicholas Kluge | 1.00 | 335.00 |
| 04/05/2005 | Conducting corporate searches; Re: L. E. Walker Transport; | Jean Misurec | 0.50 | 70.00 |
| 04/05/2005 | Review email from W. Lindley; review file documents re: claim; telephone call to R. Castille; email to W. Lindley; | Catherine A. Pawluch | 0.50 | 275.00 |
| 05/05/2005 | Correspondence to client regarding information necessary to commence claim; | Nicholas Kluge | 0.20 | 67.00 |
| 05/05/2005 | Email to R. Castille re: additional inform required for Statement of Claim v. L. E. Walker; | Catherine A. Pawluch | 0.30 | 165.00 |

PER _Catherine Pawluch_
Catherine A. Pawluch

DATE Jun 15, 2005

ERRORS AND OMISSIONS EXCLUDED

TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF 2.3 % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN ONE MONTH FROM THE DATE OF THIS INVOICE.

AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number
11936 4511 RT

Montreal   Ottawa   Toronto   Hamilton   Waterloo   Calgary   Vancouver   Moscow

 

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/05/2005 | Preparation of statement of claim; | Nicholas Kluge | 1.80 | 603.00 |
| 06/05/2005 | Review email from R. Castille; consider issue of L. E. Walker's limitation of liability; email to advise reL LOL; | Catherine A. Pawluch | 0.50 | 275.00 |
| 10/05/2005 | Review email from R. Castille of Louisiana Transport; revisions to Statement of Claim; | Catherine A. Pawluch | 0.30 | 165.00 |
| 11/05/2005 | Internal call re strategy; revising statement of claim; | Nicholas Kluge | 0.40 | 134.00 |
| 11/05/2005 | Finalize revisions to Statement of Claim; email to W. Lindley; | Catherine A. Pawluch | 0.30 | 165.00 |
| 30/05/2005 | Review email and revisions from R. Castille; additions and revision to Statement of Claim; | Catherine A. Pawluch | 0.50 | 275.00 |
| 30/05/2005 | Revising statement of claim; | Nicholas Kluge | 0.50 | 167.50 |
| 31/05/2005 | Email to W. Lindley and R. Castille re: Simplified procedure; further email to R. Castille re: costs; | Catherine A. Pawluch | 0.50 | 275.00 |

| | |
|---|---|
| Fees for Professional Services | $3,469.00 |
| Adjustment | $(969.00) |
| Total Adjusted Fees for Professional Services | $2,500.00 |

### Disbursements

**TAXABLE COSTS**

| | |
|---|---|
| Corporate Search - Cyberbahn - Taxable | $21.00 |
| TOTAL Taxable Disbursements | $21.00 |



| | INVOICE NUMBER |
|---|---|
| Gowling Lafleur Henderson LLP | Barristers & Solicitors | Patent & Trade Mark Agents | | 15807667 |
| | DATE    PAGE |
| 128567 | Jun 15, 2005  3 |

## Matter Summary

| | |
|---|---:|
| Fees for Professional Services | 2,500.00 |
| Total Fees | 2,500.00 |
| Disbursements for Professional Services | 21.00 |
| Total Disbursements | 21.00 |
| Total Invoice Balance .................................... $ | 2,521.00 |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE ................... $ | *Canadian* (2,521.00) |
| **EQUIVALENT IN U.S. DOLLARS** ............................. $ | 2,035.69 |

### Summary Of Fees

| TIME KEEPER | RATE | DOLLARS | HOURS |
|---|---:|---:|---:|
| Kluge, Nicholas | 335.00 | $1,474.00 | 4.40 |
| Misurec, Jean | 140.00 | $70.00 | 0.50 |
| Pawluch, Catherine A. | 550.00 | $1,925.00 | 3.50 |
| <u>TOTALS</u> | | $3,469.00 | 8.40 |

DATE *7-13-05*
APP'D WILL LINDLEY
ACCT. *MADL*

| VENDOR NUMBER | | | REQUESTED BY |
|---|---|---|---|
| INVOICE DESCRIPTION TO BE PRINTED ON CHECK | | | APPROVED BY *7-13-05* WILL LINDLEY |
| COMPANY TO BE CHARGED | GEN. LEDGER ACCTS. TO BE CHARGED | LOCATION NUMBER | AMOUNT TO BE CHARGED |
| *MADL* | | | *2521.00* |
| | | | |
| | | | |
| | | | |
| FORM #12.16 | | TOTAL CHECK AMOUNT | $ |

ERRORS AND OMISSIONS EXCLUDED

AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Montreal    Ottawa    Toronto    Hamilton    Waterloo    Calgary    Vancouver    Moscow



Gowling Lafleur Henderson LLP | Barristers & Solicitors | Patent & Trade Mark Agents |

Suite 4900
Commerce Court West
Toronto, Ontario
Canada M5L 1J3
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

## Invoice Remittance Copy

### Please REMIT TO:

Gowling Lafleur Henderson LLP
Suite 4900 Commerce Court West
Toronto, CANADA M5L 1J3

Central Transport International, Inc.
12225 Stephens Road
Warren, MI USA
48089

Client: 128567

| Invoice Number | Invoice Date | Amount Due | Equivalent Amount in US$ Dollars |
|---|---|---|---|
| 15807667 | Jun 15, 2005 | $2,521.00 | $2,035.69 |

T956502   UTSI v Mason and Dixon Line/Artisan v. L. E. Walker

For payment by wire transfer, our banking information is as follows:
For Clients paying worldwide: Pay by SWIFT MT 103 Direct to: BIC: CIBCCATT

Account with institution: Canadian Imperial Bank of Commerce Transit: 00002
Main Branch, Commerce Court, Toronto, Ontario M5L 1G9

Beneficiary Customer: Gowling Lafleur Henderson LLP
38-51311 CDN Account or 03-54112 US

For Clients paying in USD from the United States; Pay by FEDWIRE to: Bank of America, New York
BIC: BOFAUS3N   ABA: 026009593

IBAN (European clients): CC001000002

IBK Intermediary Bank: CIBCCATT (or) CIBC Toronto
Account number: 6550 8 26157

BBK Beneficiary's Bank: Canadian Imperial Bank of Commerce Transit: 00002
Main Branch, Commerce Court, Toronto, Ontario M5L 1G9

BNF Beneficiary: Gowling Lafleur Henderson LLP
03-54112 US Account

If paying by wire transfer, please fax a copy of the remittance to 416-862-7661 Attention: Accounts Receivable

ERRORS AND OMISSIONS EXCLUDED
AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Montreal   Ottawa   Toronto   Hamilton   Waterloo Region   Calgary   Vancouver   Moscow



Gowling Lafleur Henderson | Barristers & Solicitors | Patent & Trade-Mark Agents |

Ralph: Please Approve - Wiel

**INVOICE NUMBER**
15882968

1 First Canadian Place
Suite 1600, 100 King St. W.
Toronto, Ontario
Canada M5X 1G5
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

128567

Please quote this number
AND REMIT TO:
Suite 1600 1 First Canadian Place,
Toronto, CANADA M5X 1G5

OUR FILE
T956502

DATE          PAGE
Oct 31, 2005   1

Central Transport International, Inc.
12225 Stephens Road
Warren, MI   48089
USA

RECORDED
NOV 0 9 2005
LAW DEPARTMENT

Our Matter: T956502
UTSI v Mason and Dixon Line/Artisan v. L. E. Walker

TO PROFESSIONAL SERVICES RENDERED in connection with the above-noted matter for the period ending October 27, 2005 including:

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/06/2005 | Preparing detailed litigation budget at client request; Nicholas Kluge | 0.50 | 167.50 |
| 09/09/2005 | Review email from W. Lindley re: instructions on proceeding with claim; Catherine A. Pawluch | 0.20 | 110.00 |
| 12/09/2005 | Review of file; Nicholas Kluge | 0.30 | 100.50 |
| 12/09/2005 | Review instructions from W. Lindley re:settlement offer; Catherine A. Pawluch | 0.20 | 110.00 |
| 13/09/2005 | Drafting demand letter; Nicholas Kluge | 0.50 | 167.50 |
| 16/09/2005 | Finalize settlement offer to Walker; status report to W. Lindley; Catherine A. Pawluch | 0.30 | 165.00 |
| 28/09/2005 | Correspondence with client; Nicholas Kluge | 0.10 | 33.50 |

RECEIVED
NOV 0 7 2005
LAW DEPARTMENT

ERRORS AND OMISSIONS EXCLUDED

PER _Catherine Pawluch_
Catherine A. Pawluch

DATE Oct 31, 2005

TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF 2.3 % PER ANNUM WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN ONE MONTH FROM THE DATE OF THIS INVOICE.

AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number
11936 4511 RT

Montreal    Ottawa    Toronto    Hamilton    Waterloo Region    Calgary    Vancouver    Moscow



Gowling Lafleur Henderson | Barristers & Solicitors | Patent & Trade-Mark Agents |

INVOICE NUMBER
15882968

128567

DATE: Oct 31, 2005  PAGE: 2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 28/09/2005 | Review status and seek instructions re: serving statement of claim; Catherine A. Pawluch | 0.10 | 55.00 |
| 11/10/2005 | Correspondence with client; Nicholas Kluge | 0.10 | 33.50 |

Total Fees for Professional Services     $942.50

## Disbursements

**NON-TAXABLE COSTS**
Minister of Finance     $181.00

TOTAL Non-Taxable Disbursements     $181.00

**TAXABLE COSTS**
Copying     $3.75
Agents Fees     $22.80
Agency Fees     $330.40
Canada Post - Registered     $6.75

TOTAL Taxable Disbursements     $363.70

## Matter Summary

| | | |
|---|---|---|
| Fees for Professional Services | 942.50 | |
| Total Fees | | 942.50 |
| Disbursements for Professional Services | 544.70 | |
| Total Disbursements | | 544.70 |
| Total Invoice Balance ................................................................... $ | | 1,487.20 |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................. $ | | 1,487.20 |
| EQUIVALENT IN U.S. DOLLARS .................................................... $ | | 1,270.03 |

ERRORS AND OMISSIONS EXCLUDED

AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Montreal    Ottawa    Toronto    Hamilton    Waterloo Region    Calgary    Vancouver    Moscow



Gowling Lafleur Henderson | Barristers & Solicitors | Patent & Trade-Mark Agents |

INVOICE NUMBER 15882968

128567

DATE Oct 31, 2005   PAGE 3

## Summary of Fees

| TIMEKEEPER | RATE | DOLLARS | HOURS |
|---|---|---|---|
| Kluge, Nicholas | 335.00 | $502.50 | 1.50 |
| Pawluch, Catherine A. | 550.00 | $440.00 | 0.80 |
| TOTALS | | $942.50 | 2.30 |


Gowling Lafleur Henderson | Barristers & Solicitors | Patent & Trade-Mark Agents |

1 First Canadian Place
Suite 1600, 100 King St. W.
Toronto, Ontario
Canada M5X 1G5
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

## Invoice Remittance Copy

## Please REMIT TO:

Gowling Lafleur Henderson
Suite 1600 1 First Canadian Place,
Toronto, CANADA M5X 1G5

Central Transport International, Inc.
12225 Stephens Road
Warren, MI USA
48089

Client: 128567

| Invoice Number | Invoice Date | Amount Due | Equivalent Amount in US Dollars |
|---|---|---|---|
| 15882968 | Oct 31, 2005 | $1,487.20 | $1,270.03 |

T956502    UTSI v Mason and Dixon Line/Artisan v. L. E. Walker

For Payment by wire transfer, our banking information is as follows:
For Clients paying worldwide: Pay by SWIFT MT 103 Direct to: BIC: CIBCCATT

Account with institution: Canadian Imperial Bank of Commerce Transit: 00002
Main Branch, Commerce Court, Toronto, Ontario M5L 1G9

Beneficiary Customer: Gowling Lafleur Henderson
38-51311 CDN Account or 03-54112 US

For Clients paying in USD from the United States, pay by FEDWIRE to: Bank of America, New York
BIC: BOFAUS3N
ABA: 026009593

IBAN (European Clients): CC001000002

IBK Intermediary Bank: CIBCCATT (or) CIBC Toronto
Account number: 6550 8 26157

BBK Beneficiary's Bank: Canadian Imperial Bank of Commerce Transit: 00002
Main Branch, Commerce Court, Toronto, Ontario M5L 1G9

BNF Beneficiary: Gowling Lafleur Henderson
38-54112 US Account

If paying by wire transfer, please fax a copy of the remittance to 416-862-7661 Attention: Accounts Receivable

ERRORS AND OMISSIONS EXCLUDED
AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Montreal    Ottawa    Toronto    Hamilton    Waterloo Region    Calgary    Vancouver    Moscow



Gowling Lafleur Henderson LLP | Barristers & Solicitors | Patent & Trade Mark Agents |

December 1, 2005

William J. Lindley, Esq.
Central Transport International, Inc.
12225 Stephens Road
Warren, MI 48089
USA

Suite 1600
1 First Canadian Place
100 King Street West
Toronto, Ontario
Canada M5X 1G5
Telephone (416) 862-7525
Facsimile (416) 862-7661
www.gowlings.com

**Catherine A. Pawluch**
Direct (416) 862-4371
Direct Fax (416) 863-3471
catherine.pawluch@gowlings.com
File No. T956502

Dear Will:

Re:  **Mason and Dixon Line/Artisan v. L. E. Walker**

We enclose herewith our final invoice for services rendered for the period from November 1, 2005 up to and including November 29, 2005 with respect to the above-captioned matter.

We trust you will find the invoice is in order. The invoice is rendered in Canadian dollars. You will see that for your convenience, we have stated the equivalent amount of the invoice in US dollars. Should you require further particulars with respect to our invoice, please do not hesitate to give me a call.

We appreciate the opportunity to be of service to Central Transport.

Yours very truly,

GOWLING LAFLEUR HENDERSON LLP

*Catherine Pawluch*

Catherine A. Pawluch

CAP:ll

Encl.

TOR_LAW\ 606023\3

Montréal | Ottawa | Toronto | Hamilton | Waterloo Region | Calgary | Vancouver | Moscow |



*Leo/Don: Please Approve. Will*

Gowling Lafleur Henderson | Barristers & Solicitors | Patent & Trade-Mark Agents |

1 First Canadian Place
Suite 1600, 100 King St. W.
Toronto, Ontario
Canada M5X 1G5
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

128567

INVOICE NUMBER
15905165

Please quote this number
AND REMIT TO:
Suite 1600 1 First Canadian Place,
Toronto, CANADA M5X 1G5

OUR FILE
T956502

DATE          PAGE
Nov 30, 2005   1

Central Transport International, Inc.
12225 Stephens Road
Warren, MI   48089
USA

**RECORDED**
**DEC 0 8 2005**
**LAW DEPARTMENT**

Our Matter: T956502
UTSI v Mason and Dixon Line/Artisan v. L. E. Walker

TO PROFESSIONAL SERVICES RENDERED in connection with the above-noted matter for the period ending November 23, 2005 including:

| | | | |
|---|---|---|---|
| 15/11/2005 | Review statement of defence; correspondence to client regarding same; | | |
| | Nicholas Kluge | 0.30 | 100.50 |
| 15/11/2005 | Review defence filed and confer re: strategy; | | |
| | Catherine A. Pawluch | 0.20 | 110.00 |
| 17/11/2005 | Correspondence regarding strategy; | | |
| | Nicholas Kluge | 0.20 | 67.00 |
| 23/11/2005 | Correspondence regarding strategy; arranging for service and filing of Notice of Discontinuance; | | |
| | Nicholas Kluge | 0.60 | 201.00 |
| 23/11/2005 | Telephone call from W. Lindley; send email to him re: advice on Ontario action; | | |
| | Catherine A. Pawluch | 0.50 | 275.00 |
| 23/11/2005 | Telephone call from W. Lindley and attend re: discontinuance; | | |
| | Catherine A. Pawluch | 0.30 | 165.00 |
| | Total Fees for Professional Services | | $918.50 |

ERRORS AND OMISSIONS EXCLUDED

PER _Catherine Pawluch_
Catherine A. Pawluch

TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF 2.3 % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.

Goods & Services Tax
Registration Number
R11936 4511

**RECEIVED**
**DEC 0 7 2005**
**LAW DEPARTMENT**

DATE Nov 30, 2005

AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Montreal    Ottawa    Toronto    Hamilton    Waterloo Region    Calgary    Vancouver    Moscow



**Gowling Lafleur Henderson** | Barristers & Solicitors | Patent & Trade-Mark Agents |

INVOICE NUMBER
15905165

DATE: Nov 30, 2005   PAGE: 2

128567

## Disbursements

**TAXABLE COSTS**
Fax Charges $2.25

TOTAL Taxable Disbursements $2.25

## Matter Summary

| | | |
|---|---:|---:|
| Fees for Professional Services | 918.50 | |
| Total Fees | | 918.50 |
| Disbursements for Professional Services | 2.25 | |
| Total Disbursements | | 2.25 |
| Total Invoice Balance................................................................ $ | | 920.75 |
| PLEASE REMIT TOTAL INVOICE BALANCE DUE................................ $ | | 920.75 |
| EQUIVALENT IN U.S. DOLLARS................................................... $ | | 786.29 |

DATE 12-8-05
APP'D WILL LINDLEY
ACCT MADL

## Summary of Fees

| TIMEKEEPER | RATE | DOLLARS | HOURS |
|---|---:|---:|---:|
| Kluge, Nicholas | 335.00 | $368.50 | 1.10 |
| Pawluch, Catherine A. | 550.00 | $550.00 | 1.00 |
| TOTALS | | $918.50 | 2.10 |

| VENDOR NUMBER | | | REQUESTED BY |
|---|---|---|---|
| INVOICE DESCRIPTION TO BE PRINTED ON CHECK | | | APPROVED BY 12-8-05 WILL LINDLEY |
| COMPANY TO BE CHARGED | GEN. LEDGER ACCTS. TO BE CHARGED | LOCATION NUMBER | AMOUNT TO BE CHARGED |
| MADL | | | 920.75 |
| | | | |
| | | | |
| | | | |
| FORM #12.16 | | TOTAL CHECK AMOUNT | $ |

Montreal    Ottawa                     Region                     Vancouver    Moscow



Gowling Lafleur Henderson | Barristers & Solicitors | Patent & Trade-Mark Agents |

1 First Canadian Place
Suite 1600, 100 King St. W.
Toronto, Ontario
Canada   M5X 1G5
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

## Invoice Remittance Copy

## Please REMIT TO:

Gowling Lafleur Henderson
Suite 1600 1 First Canadian Place,
Toronto, CANADA M5X 1G5

Central Transport International, Inc.
12225 Stephens Road
Warren, MI USA
48089

Client: 128567

| Invoice Number | Invoice Date | Amount Due | Equivalent Amount in US Dollars |
|---|---|---|---|
| 15905165 | Nov 30, 2005 | $920.75 | $786.29 |
| T956502 | UTSI v Mason and Dixon Line/Artisan v. L. E. Walker | | |

For Payment by wire transfer, our banking information is as follows:
For Clients paying worldwide: Pay by SWIFT MT 103 Direct to: BIC: CIBCCATT

Account with institution: Canadian Imperial Bank of Commerce Transit: 00002
Main Branch, Commerce Court, Toronto, Ontario M5L 1G9

Beneficiary Customer: Gowling Lafleur Henderson
38-51311 CDN Account or 03-54112 US

For Clients paying in USD from the United States, pay by FEDWIRE to: Bank of America, New York
BIC: BOFAUS3N
ABA: 026009593

IBAN (European Clients): CC001000002

IBK Intermediary Bank: CIBCCATT (or) CIBC Toronto
Account number: 6550 8 26157

BBK Beneficiary's Bank: Canadian Imperial Bank of Commerce Transit: 00002
Main Branch, Commerce Court, Toronto, Ontario M5L 1G9

BNF Beneficiary: Gowling Lafleur Henderson
38-54112 US Account

If paying by wire transfer, please fax a copy of the remittance to 416-862-7661 Attention: Accounts Receivable

ERRORS AND OMISSIONS EXCLUDED
AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Montreal     Ottawa     Toronto     Hamilton     Waterloo Region     Calgary     Vancouver     Moscow



**Gowling Lafleur Henderson** | Barristers & Solicitors | Patent & Trade-Mark Agents |

1 First Canadian Place
Suite 1600, 100 King St. W.
Toronto, Ontario
Canada M5X 1G5
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

128567

INVOICE NUMBER
15927709

*Please quote this number*
AND REMIT TO:
Suite 1600 1 First Canadian Place,
Toronto, CANADA M5X 1G5

OUR FILE
T956502

DATE           PAGE
Dec 31, 2005    1

Central Transport International, Inc.
12225 Stephens Road
Warren, MI 48089
USA

*Leo: Please Approve.*
*WM*

Our Matter: T956502
UTSI v Mason and Dixon Line/Artisan v. L. E. Walker

DISBURSEMENT ACCOUNT ONLY:

**RECORDED**
**JAN 2 4 2006**
**LAW DEPARTMENT**

Disbursements

**TAXABLE COSTS**
24/11/2005    Agency Fees                                                                              $62.80
              VENDOR: Independent Process Servers; INVOICE#: 7867; DATE: 24/11/2005 -
              T956502 Filing notice of discontinuance; N. Kluge

              TOTAL Taxable Disbursements                                                              $62.80

Matter Summary

Disbursements for Professional Services                              62.80
Total Disbursements                                                                                    62.80

Total Invoice Balance..................................................................... $          62.80

PLEASE REMIT TOTAL INVOICE BALANCE DUE................................... $         62.80

**EQUIVALENT IN U.S. DOLLARS**.................................................................$       53.63

DATE@ 1-23-06
APP'D WILL LINDLEY
ACCT. M402

**RECEIVED**
**JAN 2 3 2006**
**LAW DEPARTMENT**

ERRORS AND OMISSIONS EXCLUDED

PER _Catherine Pawluch_
Catherine A. Pawluch

DATE Dec 31, 2005

TERMS: DUE UPON RECEIPT
INTEREST AT THE RATE OF 2.3 % PER ANNUM
WILL BE CHARGED ON ALL AMOUNTS NOT PAID WITHIN
ONE MONTH FROM THE DATE OF THIS INVOICE.

AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Goods & Services Tax
Registration Number
11936 4511 RT

Montreal    Ottawa    Toronto    Hamilton    Waterloo Region    Calgary    Vancouver    Moscow



**Gowling Lafleur Henderson** | Barristers & Solicitors | Patent & Trade-Mark Agents |

1 First Canadian Place
Suite 1600, 100 King St. W.
Toronto, Ontario
Canada M5X 1G5
Tel: (416) 862-7525
Fax: (416) 862-7661
www.gowlings.com

# Invoice Remittance Copy

## Please REMIT TO:

Gowling Lafleur Henderson
Suite 1600 1 First Canadian Place,
Toronto, CANADA M5X 1G5

Central Transport International, Inc.
12225 Stephens Road
Warren, MI USA
48089

Client: 128567

| Invoice Number | Invoice Date | Amount Due | Equivalent Amount in US Dollars |
|---|---|---|---|
| 15927709 | Dec 31, 2005 | $62.80 | $53.63 |
| T956502 | UTSI v Mason and Dixon Line/Artisan v. L. E. Walker | | |

For Payment by wire transfer, our banking information is as follows:
For Clients paying worldwide: Pay by SWIFT MT 103 Direct to: BIC: CIBCCATT

Account with institution: Canadian Imperial Bank of Commerce Transit: 00002
Main Branch, Commerce Court, Toronto, Ontario M5L 1G9

Beneficiary Customer: Gowling Lafleur Henderson
38-51311 CDN Account or 03-54112 US

For Clients paying in USD from the United States, pay by FEDWIRE to: Bank of America, New York
BIC: BOFAUS3N
ABA: 026009593

IBAN (European Clients): CC001000002

IBK Intermediary Bank: CIBCCATT (or) CIBC Toronto
Account number: 6550 8 26157

BBK Beneficiary's Bank: Canadian Imperial Bank of Commerce Transit: 00002
Main Branch, Commerce Court, Toronto, Ontario M5L 1G9

BNF Beneficiary: Gowling Lafleur Henderson
38-54112 US Account

If paying by wire transfer, please fax a copy of the remittance to 416-862-7661 Attention: Accounts Receivable

ERRORS AND OMISSIONS EXCLUDED
AMOUNTS ARE STATED IN CANADIAN DOLLARS UNLESS OTHERWISE INDICATED

Montreal    Ottawa    Toronto    Hamilton    Waterloo Region    Calgary    Vancouver    Moscow



**GOWLINGS**

Suite 1600
1 First Canadian Place
100 King Street West
Toronto, Ontario
Canada M5X 1G5
Telephone (416) 862-7525
Facsimile (416) 862-7661
www.gowlings.com

January 9, 2006

William J. Lindley, Esq.
Central Transport International, Inc.
12225 Stephens Road
Warren, MI 48089
USA

Catherine A. Pawluch
Direct (416) 862-4371
Direct Fax (416) 863-3471
catherine.pawluch@gowlings.com
File No. T956502

Dear Will:

Re: **Mason and Dixon Line/Artisan v. L. E. Walker – Disbursement Only**

We enclose herewith an invoice reflecting a disbursement incurred on behalf of Central Transport International, Inc. in November 2005 with respect to the above-captioned matter.

We trust you will find the invoice is in order. You will see that for your convenience, we have stated the equivalent amount of the invoice in US dollars. Should you require further particulars with respect to our invoice, please do not hesitate to give me a call.

We appreciate the opportunity to be of service to Central Transport. May I extend my very best wishes to you for the New Year.

Yours very truly,

GOWLING LAFLEUR HENDERSON LLP

*Catherine Pawluch*

Catherine A. Pawluch

CAP:ll

Encl.

TOR_LAW\ 6060236\4

| VENDOR NUMBER | | | REQUESTED BY |
|---|---|---|---|
| INVOICE DESCRIPTION TO BE PRINTED ON CHECK | | | APPROVED BY 1-23-06 BILL LINDLEY |
| COMPANY TO BE CHARGED | GEN. LEDGER ACCTS. TO BE CHARGED | LOCATION NUMBER | AMOUNT TO BE CHARGED |
| MADL | | | 62.80 |
| | | | |
| | | | |
| | | | |
| FORM #12.16 | | TOTAL CHECK AMOUNT | $ |