# EXCERPTS OF KEY ENTRIES IN PAROIAN'S INVOICES TO CTC

| DATE | DESCRIPTION |
|---|---|
| 4/6/05 | Receipt and review correspondence from **Gowlings** and issues list; telephone call with Skip McMahon |
| 4/15/05 | Telephone call from **David Estrin**; telephone call to Skip McMahon |
| 4/19/05 | Receipt and review **Estrin letter**; email to Skip McMahon |
| 4/21/06 | Prepare for and attend OMB Pre-Hearing Conference; telephone call Skip McMahon and **Dan Stamper**; email to Skip McMahon and Dan Stamper |
| 7/19/05 | Receipt and peruse letter to OMB from **David Estrin**; participate in teleconference with Cindy Prince, **David Estrin**, Denise Baker and Bob Lehman |
| 7/20/05 | Telephone call from **Dan Stamper** and Ed Arditti; telephone call **Dan Stamper**, Ed Arditti, Matty Moroun and Leon Paroian, research law on waiver of privilege; telephone call Leon Paroian |
| 7/21/05 | Review **Estrin letter** and resolution before Council. |
| 11/30/05 | Receipt and review various emails from other counsel; reply to emails; telephone call Cindy Prince; telephone call Skip McMahon; teleconference with Skip McMahon, **Dan Stamper** and Leon Paroian, correspondence to Skip McMahon and **Dan Stamper** |
| 2/2/06 | Prepare for and meet with **Dan Stamper**, Skip McMahon and Cindy Prince; send materials to **Dan Stamper**; send materials to Pierre Richard |
| 2/8/06 | emails to/from **David Estrin** and [Pierre] Richard |
| 2/9/06 | Teleconference with Leon Paroian, **David Estrin** and Pierre Richard |
| 2/16/06 | Receipt and peruse letter from **David Estrin** |
| 3/3/06 | Receipt and peruse email from Jeffrey Hewitt to **Dan Stamper**, Pierre Richard and Cindy Prince |
| 3/8/06 | Prepare for and meet with **Dan Stamper**, Skip McMahon, Pierre Richard and Cindy Prince |
| 3/11/06 | Receipt and review further draft of Cindy Prince's report; emails to Cindy Prince, Pierre Richard, Skip McMahon, **Dan Stamper**, opposing counsel and Leon Paroian |
| 3/23/06 | Receipt and peruse Witness Statement of **Dan Stamper** and/or Skip McMahon |
| 3/29/06 | Email memo to Skip McMahon and **Dan Stamper** regarding summonsing witnesses |

| 4/11/06 | Telephone call from **Dan Stamper** |
| --- | --- |
| 4/12/06 | Telephone call from **Dan Stamper's** office |
| 4/20/06 | email letter to **Dan Stamper** and Skip McMahon |
| 4/21/06 | Receipt and peruse email to **Dan Stamper** and Skip McMahon |
| 4/24/06 | Telephone calls with **Dan Stamper**; telephone call Cindy Prince, Gerry Trottier, Skip McMahon, **Dan Stamper,** Leon Paroian and Denise Baker [former Gowlings associate] |
| 5/1/06 | telephone call **Dan Stamper** |

f:\docsopen\kkalczynski\l-lst\0333724.01