## List of Exhibits

1. Stephane Fitch & Joann Muller, *The Troll Under the Bridge*, FORBES, 2004 WLNR 12862988, p. 2 (Vol 174, Issue 10, Nov. 15, 2004)

2. TODAY'S TRUCKING, *Law giving feds bridge powers passes; Other bylaw halts Ambassador work* (Jan. 30, 2007)

3. Summary of Sample Litigation Involving DIBC, McKinlay Transport, Inc., Central Cartage, Central Transport Inc., Central Transport International, and Mason & Dixon Lines, Inc.

4. Docket Sheets for Sample Litigation Involving DIBC, McKinlay Transport, Inc., Central Cartage, Central Transport Inc., Central Transport International, and Mason & Dixon Lines, Inc.

5. *U.S. v. Certain Land Situated in the City of Detroit, Wayne County*, 79-cv-73934-GER (E.D. Mich)

6. Keycite History for *U.S. v. Certain Land Situated in the City of Detroit, Wayne County*, 450 F.3d 205 (6th Cir. 2006)

7. *U.S. v. Certain Land Situated in the City of Detroit, Wayne County*, 450 F.3d 205 (6th Cir. 2006)

8. DIBC's Petition for Writ of Certiorari from decision in *U.S. v. Certain Land Situated in the City of Detroit, Wayne County*, 450 F.3d 205 (6th Cir. 2006)

9. *Detroit International Bridge Co. v. U.S.*, 549 U.S. ___, ___ S. Ct. ___, ___ L. Ed. ___ (Mar. 19, 2007)

10. U.S. Supreme Court Orders Denying Writ of Certiorari on petitions by CenTra and some of its Affiliates

11. Central Transport International, Inc., *Who We Are*, http://centraltransportint.com/companyinfo/whoweare.aspx (4/28/2006 archive) *at* http://web.archive.org/web/20060428075216/http://centraltransportint.com/companyinfo/whoweare.aspx

12. Various News Articles Referencing Dan Stamper and either Matty Moroun or Matthew Moroun

13. Ambassador Bridge History, Ready for the Future *at* http://www.ambassadorbridge.com/history/ready_for_the_future.html (printed April 2, 2007)