**Sample Litigation Involving Detroit International Bridge Company ("DIBC"),
McKinlay Transport, Inc. ("McKinlay"), Central Cartage, Central Transport Inc. ("Central Transport"),
Central Transport International ("CTI"), and Mason & Dixon Lines, Inc. ("Mason & Dixon")[1]**

| Law Firm | Attorneys | CenTra Affiliate | Plaintiff/ Defendant | Case Caption | Court | Years |
|---|---|---|---|---|---|---|
|  | Stanley R. Mikiciuk | Mason Dixon | Defendant | Penz v. Romero, 2003-050920-NI | Oakland County | 2003 to 2004 |
|  | Jack A. Gibson | CTI | Plaintiff | Central Transport International v. New Venture Gear, Inc., 2003-051221-CK | Oakland County | 2003 |
|  | Frank Damiano, Jr. | Central Transport | Defendant | Teamsters Welfare Fund v. Central Transport, 2:91-cv-71814-HWG | E.D. Mich. | 1991 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow | Mason & Dixon | Plaintiff | Mason and Dixon Lines, Inc. v. Dakota Lines Inc., 2004-001579-CK | Macomb County | 2004 |
| Beadle, Burket, Sweet & Savage, P.L.C. | John L. Burket | CTI | Plaintiff | Central Transport International v. Walmart Corp, 2:04-cv-72144-AJT-MKM | E.D. Mich. | 2004 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow John L. Burket | CTI | Plaintiff | Central Transport International v. Abadan Freight Forwarders, Inc., 2:04-cv-72022-DPH-MKM | E.D. Mich. | 2004 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow John L. Burket | CTI | Plaintiff | Central Transport International v. Hydro Spa Parts and Accessories, Inc., 2:04-cv-72745-JCO-WC | E.D. Mich. | 2004 to 2005 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow | CTI | Plaintiff | Central Transport International v. Engine Research Co., 2004-001642-CK | Macomb County | 2004 |

[1] The docket sheets from which this chart was created are Exhibit 4 to this same brief.

| Law Firm | Attorneys | CenTra Affiliate | Plaintiff/ Defendant | Case Caption | Court | Years |
|---|---|---|---|---|---|---|
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow John L. Burket | CTI | Plaintiff | Central Transport International v. Body Invest, LLC, 2:04-cv-72748-PJD-WC | E.D. Mich. | 2004 to 2005 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow John L. Burket | CTI | Plaintiff | Central Transport International v. W.B.S. Industries, 2:04-cv-72934-PDB-SDP | E.D. Mich. | 2004 |
| Beadle, Burket, Sweet & Savage, P.L.C. | John L. Burket | CTI | Plaintiff | Central Transport International v. Schutz Container Systems, Inc., 2:04-cv-72935-GER-DAS | E.D. Mich. | 2004 to (last docket entry 2005) |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow John L. Burket | CTI | Plaintiff | Central Transport International v. Fourteen-Forty Logistics, LLC, 2:04-cv-73099-RHC-DAS | E.D. Mich. | 2004 |
| Beadle, Burket, Sweet & Savage, P.L.C. | James B. Bellamy John L. Burket | Central Transport | Defendant | Advanced Metalfab and Conveyer Systems v. Central Transport, 4:06-cv-14973-PVG-MKM | E.D. Mich., removed from Monroe County | 2006 to 2007 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow John L. Burket | CTI | Plaintiff | Central Transport International v. Streamline Shippers Association, 2:04-cv-73100-NGE-DAS | E.D. Mich. | 2004 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow John L. Burket | CTI | Plaintiff | Central Transport International v. KW Products, 2:04-cv-72313-LPZ-SDP | E.D. Mich. | 2004 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow John L. Burket | CTI | Plaintiff | Central Transport International v. National Products, LLC, 2:04-cv-73468-PDB-SDP | E.D. Mich. | 2004 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow | CTI | Plaintiff | Central Transport International v. Garo Enterprises, Inc., 5:04-cv-60078-MOB-VMM | E.D. Mich. | 2004 |

| Law Firm | Attorneys | CenTra Affiliate | Plaintiff/ Defendant | Case Caption | Court | Years |
|---|---|---|---|---|---|---|
| Beadle, Burket, Sweet & Savage, P.L.C. | James Bellamy John L. Burket | CTI | Plaintiff | Central Transport International v. Associated Distribution Systems, Inc., 2:04-cv-74226-AJT-DAS | E.D. Mich. | 2004 to 2005 |
| Beadle, Burket, Sweet & Savage, P.L.C. | James Bellamy John L. Burket | CTI | Plaintiff | Central Transport International v. Padat, LLC, 2:04-cv-74227-AC-PJK | E.D. Mich. | 2004 to 2006 |
| Beadle, Burket, Sweet & Savage, P.L.C. | James Bellamy John L. Burket | CTI | Plaintiff | Central Transport International v. Bomark 100, Inc., 2:04-cv-74228-AC-PJK | E.D. Mich. | 2004 to 2005 |
| Beadle, Burket, Sweet & Savage, P.L.C. | James Bellamy John L. Burket | CTI | Plaintiff | Central Transport International v. Infinite Deals, LLC, 2:04-cv-74229-VAR-WC | E.D. Mich. | 2004 to 2005 |
| Beadle, Burket, Sweet & Savage, P.L.C. | John L. Burket | CTI | Plaintiff | Central Transport International v. America Radionic Co, 2:04-cv-74431-AC-MKM | E.D. Mich. | 2004 to 2005 |
| Beadle, Burket, Sweet & Savage, P.L.C. | John L. Burket | CTI | Plaintiff | Central Transport International v. Import Trenz, LLC, 2:04-cv-74775-NGE-PJK | E.D. Mich. | 2004 to 2005 |
| Beadle, Burket, Sweet & Savage, P.L.C. | John L. Burket | CTI | Plaintiff | Central Transport International v. FF Acquistion Corp, 2:04-cv-74776-PDB-MKM | E.D. Mich. | 2004 to 2005 |
| Beadle, Burket, Sweet & Savage, P.L.C. | James B. Bellamy John L. Burket | CTI | Plaintiff | Central Transport International v. Plasteco, Inc, 2:04-cv-74777-AJT-MKM | E.D. Mich. | 2004 to 2005 |
| Beadle, Burket, Sweet & Savage, P.L.C. | Hugh A. Woodrow John L. Burket | CTI | Plaintiff | Central Transport International v. Sterling Seating, 4:04-cv-40201-PVG-VMM | E.D. Mich., removed from Macomb County, and remanded back there | 2004 to 2005 |

| Law Firm | Attorneys | CenTra Affiliate | Plaintiff/ Defendant | Case Caption | Court | Years |
|---|---|---|---|---|---|---|
| Beadle, Burket, Sweet & Savage, P.L.C. | John L. Burket | CTI | Plaintiff | Central Transport International v. Focus Group, 2:04-cv-72744-AC-RSW | E.D. Mich., remanded to Macomb County | 2004 |
| Bell & Gardner | Athina T. Siringas | CenTra DIBC | Plaintiff | Centra v. Central States SE and SW Areas Pension Fund, 2:98-cv-74795-AJT | E.D. Mich. | 1998 to 1999 |
| Bowen, Radabaugh, Milton & Brown, P.C. | Susan Leigh Brown | Central Transport | Defendant | Domestic Uniform Rental v. US Truck Co, 1997-549957-CZ | Oakland County, compelled to arbitration | 1997 |
| Burket Savage PC | John L. Burket | CTI | Plaintiff | Central Transport International v. Lococo, 2006-003145-CK | Macomb County | 2006 |
| Butzel Long | Michael F. Smith Robert I. Battista | DIBC | Defendant and 3d Party Plaintiff | Contineri v. Detroit International Bridge Company, 2:98-cv-70286-PJD | E.D. Mich. | 1998 |
| Clark Hill | Paul E. Scheidemantel | Central Transport | Defendant | Mira Trading, Inc. v. Central Transport, 2:05-cv-73158-LPZ-SDP | E.D. Mich., removed from 37th District Court (Macomb County) | 2005 to 2007 |
| Coticchio, Zotter, Sullivan, Molter, Skupin & Turner, P.C. | Walter J. Zotter | Central Transport | Defendant | Jones v. Webb, 2:91-cv-70222-HWG | E.D. Mich., removed from Macomb County | 1991 to 1993 |
| Cox Hodgman | Andrew T. Baran | Central Cartage | Defendant and Cross Claimant | Turnbull v. Teamsters Welfare Fund, 2:93-cv-70094-GEW | E.D. Mich. | 1993 to 1994 |

4

| Law Firm | Attorneys | CenTra Affiliate | Plaintiff/ Defendant | Case Caption | Court | Years |
|---|---|---|---|---|---|---|
| Dickinson Wright | L. Pahl Zinn Lawrence G. Campbell Phillip J. DeRosier Timothy A. Stoepker | DIBC | Plaintiff | Detroit International Bridge Co v. Canadian Pacific Railway, 2:03-cv-74697-JF | E.D. Mich. | 2003 to 2005 |
| Dickinson Wright | George N. Bashara | CenTra | Defendant Counter-Plaintiff | Jaffe Raitt Heuer & Weiss v. Moroun, 94-420880-CK | Wayne County | 1994 to 2001 |
| Dykema Gossett | Andrew J. Lusk Craig L. John | DIBC | Plaintiff | Detroit International Bridge Co v. United States of America (GSA), 2:01-cv-75025-GER | E.D. Mich. | 2001 to 2003 |
| Dykema Gossett | Marilyn A. Peters | Mason & Dixon McKinlay | Plaintiff | CC Southern v. National American Insurance Co., 2:97-cv-75342-ADT | E.D. Mich, removed from Macomb County, transferred to W.D. Oklahoma | 1997 to 1998 |
| Dykema Gossett | Marilyn A. Peters | Central Cartage | Plaintiff | US Truck Co v. National American Insurance Co., 2:97-cv-75343-ADT | E.D. Mich, removed from Macomb County, transferred to W.D. Oklahoma | 1997 to 1998 |
| Dykema Gossett | Marilyn Peters | CTC McKinlay | Plaintiff | CC Southern Inc. v. National American Ins. Co., 1997-003173-CZ and 2:97-cv-75343-ADT. | Macomb County, removed to E.D. Mich. | 1997 to 1998 |

5

| Law Firm | Attorneys | CenTra Affiliate | Plaintiff/ Defendant | Case Caption | Court | Years |
|---|---|---|---|---|---|---|
| Evans & Luptak, replaced by Dykema Gossett in August 1992 | Patrick Moran, replaced by Craig L John in August 1992 | McKinlay | Plaintiff | McKinlay Transport Inc. v. Brucker, 1991-002933-CK | Macomb County | 1991 to 1998 |
| Evans & Luptak Freeman McKenzie | Patrick A. Moran (EL) Terri L. Giampetroni (FM) | Centra Central Transport Mason & Dixon | Plaintiff | GLS Leasco, Inc. v. Teamsters L560 Benefit Funds, 2:91-cv-73482-GEW | E.D. Mich. | 1991 |
| Harvey Kruse McKinney, Stringer & Webster from Oklahoma | Dennis M. Goebel (HK) Barry B. Sutton (HK) Kenneth N. McKinney (MSW) Robert L. Roark (MSW) | CenTra Central Cartage McKinlay Matty Moroun | Defendant | Certain Underwriters at Lloyds of London v. Chandler Ins. Co, 2001-001010-CK and 2:01-cv-71659-GEW | Macomb County, removed to E.D. Mich, and remanded back to Macomb County | 2001 to 2002 |
| Kasiborski, Ronayne & Flaska, P.C. | Brandon Keith Buck Chester E. Kasiborski, Jr. | CTI | Defendant | Tech-Seal Prods., Inc. v. Central Transport International, 2003-009051 | 37th District Court in Macomb County | ___ to 2003 |
| Keenan, Cohen and Howard (Philadelphia) Janssen & Keenan (Philadelphia) | Kenneth J. Grunfeld (KCH) Paul D. Keenan (JK) | Mason & Dixon | Plaintiff | Mason and Dixon Lines, Inc. v. Thirty 38 Distribution and Brokerage, Inc., Electric S. Div, 2:04-cv-71134-GEW-RSW | E.D. Mich. | 2004 |
| Kemp Klein | Mark R. Filipp Raymond L. Morrow | Mason & Dixon | Plaintiff | Filbin International Inc. v. Gibson, 2004-002473-CZ and 2:04-cv-73034-LPZ-VMM | Macomb County, removed to E.D. Mich. | 2004 to 2005 |
| Plunkett Cooney | Joseph G. Lujan | Central Cartage | Defendant | Pabucciyan v. Central Cartage Co, 1995-493604-NI | Oakland County | 1995 to 1996 |

6

| Law Firm | Attorneys | CenTra Affiliate | Plaintiff/ Defendant | Case Caption | Court | Years |
|---|---|---|---|---|---|---|
| Seyburn, Kahn, Ginn, Bess, Deitch and Serlin, P.C. | Joel H. Serlin | CenTra Centra Transport Central Cartage Matty Moroun | Defendant | Garavaglia v. Rogers, 1997-551774-NZ | Oakland County | 1997 to 1998 |
| Siemion, Huckabay, Bodary, Padilla, Morganti & Bowerman, P.C. (probably insurance counsel) | Charles A. Huckabay | Mason Dixon | Defendant | Penz v. Progressive Michigan Ins. Co., 2003-049959-NF | Oakland County | 2003 |
| Steinberg Shapiro & Clark | Tracy M. Clark-Flaherty | CTI | Plaintiff | Central Transport International v. Kmart Corp, 2004-059523-CK | Oakland County, stayed pending federal action | 2004 |
| Warner, Norcross & Judd Evans & Luptak | Fredric A. Smith (WNJ) Patrick A. Moran (EL) | Central Transport | Defendant | International Brotherhood of Teamsters v. Central Transport, 2:90-cv-70355-AC | E.D. Mich. | 1990 to 1991 |

7