


<u>Back</u>   <u>Print</u>

| **Case Number** | 2003-050920-NI | PENZ SANDRA vs. ROMERO EZEQUIEL |
|---|---|---|
| **Judge Name** | MARK A. GOLDSMITH | |
| **Case Filed** | 07/02/2003 | |
| **Case Disposed** | 06/09/2004 | |

| Party Type | Party Name | Bar # | Attorney Name |
|---|---|---|---|
| Plaintiff - 0001 | PENZ SANDRA | 44589 | MICHAEL G. SIMON |
| Defendant - 0001 | ROMERO EZEQUIEL | 23917 | STANLEY R. MIKICIUK |
| Defendant - 0002 | MASON DIXON LINES | 23917 | STANLEY R. MIKICIUK |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan                    Privacy/ Legal   |   Accessibility   |   Contact Us


**Oakland County**
Michigan..


COURT EXPLORER

<u>Back</u>    <u>Print</u>

| Case Number | 2003-050920-NI | PENZ SANDRA vs. ROMERO EZEQUIEL |
|---|---|---|
| Judge Name | MARK A. GOLDSMITH | |
| Case Filed | 07/02/2003 | |
| Case Disposed | 06/09/2004 | |

| Date | Code | Description |
|---|---|---|
| 07/02/2003 | C | COMPLAINT FILED /JURY DEMAND |
| 07/02/2003 | SI | SUMMONS ISSUED |
| 07/25/2003 | ATC | ANSWER TO COMPLAINT FILED MASON DIXON LINES |
| 08/04/2003 | RES | RESPONSE FILED PLTFS TO DEFTS AFM DEFENSES |
| 08/25/2003 | ATC | ANSWER TO COMPLAINT FILED EZEQUIEL ROMERO |
| 09/03/2003 | RES | RESPONSE FILED PLF/TO DFT AFM |
| 09/05/2003 | ANS | ANSWER FILED DFTS/TO AMC |
| 09/20/2003 | SOP | SCHEDULING ORDER WRITTEN |
| 09/20/2003 | | 12/19/2003 EXPERT DATE. |
| 09/20/2003 | | 02/19/2004 CASE EVALUATION DATE. |
| 09/20/2003 | | 12/23/2003 WITNESS DATE. |
| 09/20/2003 | | 03/22/2004 MOTION DATE. |
| 09/20/2003 | | 01/22/2004 DISCOVERY DATE. |
| 09/20/2003 | | 05/28/2004 TRIAL DATE. |
| 09/20/2003 | APR | DATE SET FOR TRIAL ON 05282004 08 30 AM |
| 09/17/2003 | RES | RESPONSE FILED TO DFT AFM/PLF |
| 12/05/2003 | APR | DATE SET FOR CASE EVAL ON 02192004 02 00 PM |
| 12/19/2003 | WLT | WITNESS LIST FILED PLFS AND EXHIBIT LIST |
| 12/19/2003 | WLT | WITNESS LIST FILED DFTS AND EXHIBIT LIST |
| 01/08/2004 | MTN | MOTION FILED COMPEL PRDCTN OF EXECUTED AUTH/DFT |
| 03/23/2004 | OMA | ORDER MEDIATION AWARD 02192004 |
| 04/05/2004 | OJR | CASE REASSIGNED FROM JUDGE BRENNAN TO JUDGE GOLDSMITH |
| 04/14/2004 | MPR | MOTION PRAECIPE FILED FOR 04212004 |
| 04/14/2004 | NOH | NOTICE OF HEARING FILED |
| 04/14/2004 | MTN | MOTION FILED PLFS/TO EXTND SO |
| 04/16/2004 | ANS | ANSWER FILED DFTS/TO MTN TO EXTEND SCHED ORD |
| 04/20/2004 | AID | ADJOURN FOR INVESTIGATION/DISCOVERY (T) |
| 04/20/2004 | SFT | SET FOR TRIAL 07262004 AT 8:30 |
| 04/21/2004 | APR | DATE SET FOR TRIAL ON 07262004 08 30 AM |
| 04/21/2004 | APC | ADJ-COUNSEL 05282004 PER S&O TO 07262004 |
| 04/20/2004 | OTH | DISPOSITIVE MTNS MUST BE FILED AND |
| 04/20/2004 | | HRD BY 05262004 |
| 04/21/2004 | ADJ | ORDER OF ADJOURNMENT FILED TRIAL & EXTEND SCHED ORD |
| 04/23/2004 | SOI | SCHEDULING ORDER ISSUED RE SUM DISP |
| 04/28/2004 | SO | SCHEDULING ORDER FILED |
| 04/29/2004 | NOH | NOTICE OF HEARING FILED |
| 06/01/2004 | MPR | MOTION PRAECIPE FILED FOR 06302004 |
| 06/09/2004 | FDD | FINAL DISP-DIMISS-BY PARTIES |
| 06/09/2004 | STO | STIP/ORD FILED DISM |

© 2002-2007 Oakland County, Michigan                    <u>Privacy/ Legal</u>  |  <u>Accessibility</u>  |  <u>Contact Us</u>




**Back   Print**

| | | | |
|---|---|---|---|
| **Case Number** | 2003-051221-CK | CENTRAL TRANSPORT INTERNATIONA vs. NEW VENTURE GEAR INC | |
| **Judge Name** | D. LANGFORD MORRIS | | |
| **Case Filed** | 07/16/2003 | | |
| **Case Disposed** | 11/19/2003 | | |

| Party Type | Party Name | Bar # | Attorney Name |
|---|---|---|---|
| Plaintiff - 0001 | CENTRAL TRANSPORT INTERNATIONA | 33589 | JACK A. GIBSON |
| Defendant - 0001 | NEW VENTURE GEAR INC | 41322 | PHILIP E. RETTIG |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan

Privacy/ Legal   |   Accessibility   |   Contact Us




## Back    Print

| | | |
|---|---|---|
| **Case Number** | 2003-051221-CK | CENTRAL TRANSPORT INTERNATIONA vs. NEW VENTURE GEAR INC |
| **Judge Name** | D. LANGFORD MORRIS | |
| **Case Filed** | 07/16/2003 | |
| **Case Disposed** | 11/19/2003 | |

| Date | Code | Description |
|---|---|---|
| 07/16/2003 | C | COMPLAINT FILED |
| 07/16/2003 | SI | SUMMONS ISSUED |
| 07/17/2003 | SUM | P/S ON SUMMONS FILED |
| 08/07/2003 | ATC | ANSWER TO COMPLAINT FILED AFM/CTRCLAIM/NEW VENTURE |
| 08/07/2003 | APP | APPEARANCE FILED |
| 08/12/2003 | ANS | ANSWER FILED DFT/AMD/AFM/CMC/JD |
| 09/05/2003 | STP | STIPULATION FILED FOR EXTNSN OF TIME |
| 09/25/2003 | STO | STIP/ORD FILED EXTEND TIME TO ANSWER |
| 09/30/2003 | STO | STIP/ORD FILED EXT TIME TO ANS |
| 10/04/2003 | SOP | SCHEDULING ORDER WRITTEN |
| 10/04/2003 | | 01/14/2004 EXPERT DATE. |
| 10/04/2003 | | 02/13/2004 CASE EVALUATION DATE. |
| 10/04/2003 | | 03/19/2004 WITNESS DATE. |
| 10/04/2003 | | 04/05/2004 MOTION DATE. |
| 10/04/2003 | | 04/05/2004 DISCOVERY DATE. |
| 10/04/2003 | | 05/10/2004 TRIAL DATE. |
| 10/04/2003 | APR | DATE SET FOR TRIAL ON 05102004 08 30 AM |
| 11/19/2003 | FDD | FINAL DISP-DIMISS-BY PARTIES W/PREJ W/O COSTS |
| 11/20/2003 | STO | STIP/ORD FILED DISMISSAL/W PREJ |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan                     Privacy/ Legal   |   Accessibility   |   Contact Us

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:91-cv-71814-HWG

Teamsters Wlfr F, et al v. Cntrl Transport Co
Assigned to: Honorable Horace W Gilmore
Demand: $0
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 04/23/1991
Date Terminated: 10/31/1991
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Teamsters Welfare Fund**                                  represented by    **George R. Geller**
Frank & Frank
30833 Northwestern Highway
Suite 205
Farmington Hills, MI 48334
248-932-1440
Fax: 248-932-1440
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald M. Wiedyk**                                         represented by    **George R. Geller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Central Transport Company,**                              represented by    **Frank A. Damiano, Jr.**
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-0732
Fax: 313-568-6938
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/1991 | 1 | COMPLAINT with SI - Receipt # 266611 - Date Fee Received: 4/23/91 (mc) (Entered: 04/25/1991) |
| 07/02/1991 | 2 | ANSWER by defendant Cntrl Trans Co to complaint [1-1] (bK) (Entered: 07/03/1991) |
| 07/02/1991 | 3 | PROOF of mailing of defendant's answer to plaintiffs' complaint (bK) (Entered: 07/03/1991) |
| 07/10/1991 | | SCHEDULE: scheduling conference set for 2:00 9/3/91 before Judge Horace W. Gilmore (tt) (Entered: 07/10/1991) |

| 07/10/1991 | 4 | NOTICE of status conference (mc) (Entered: 07/11/1991) |
| 08/28/1991 | 5 | NOTICE of change of hearing date for pretrial conference (mc) (Entered: 08/29/1991) |
| 08/28/1991 | | SCHEDULING conference adjourned to 2:00 9/18/91 - Judge Horace W. Gilmore (tt) (Entered: 08/30/1991) |
| 09/13/1991 | | SCHEDULE: scheduling conference set for 2:00 10/2/91 before Judge Horace W. Gilmore (tt) (Entered: 09/16/1991) |
| 09/13/1991 | 6 | AMENDED NOTICE of change of hearing date for pretrial conference (mc) (Entered: 09/17/1991) |
| 10/31/1991 | 7 | ORDER by Judge Horace W. Gilmore that case is dismissed with prejudice and without costs (cd) (Entered: 11/06/1991) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:39:43 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:91-cv-71814-HWG |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**2004-001579-CK MASON AND DIXON LINES INC THE vs. DAKOTA LINES INC RLC**

| File Date | 04/13/2004 | Case Status | Closed | Case Status Date | 04/13/2004 |
|---|---|---|---|---|---|

## Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| MASON AND DIXON LINES INC THE | | PLAINTIFF | WOODROW, HUGH A | (248)643-6088 |
| DAKOTA LINES INC | | DEFENDANT | MILES, BRIAN J | (586)468-7511 |
| AISIN WORLD CORP OF AMERICA INC | | DEFENDANT | MEYER, PHILIP G | (248)737-0700 |
| AISIN WORLD CORP OF AMERICA* | | DEFENDANT | MEYER, PHILIP G | (248)737-0700 |

## Docket Entries

| Date | Text |
|---|---|
| 09/21/2004 | CASE CLOSED S/O OF DISM W/PREJ -SGD (CLOSES CASE) |
| 09/21/2004 | UNCONTESTED/DEFAULT/SETTLED/SUMMARY DISP |
| 09/21/2004 | DEBORAH DOYLE S/O OF DISM W/PREJ -SGD *CLOSES |
| 09/21/2004 | RICHARD L CARETTI CLK L BURNS |
| 09/17/2004 | TO BE DISM NO PROGRESS 09/17/04 SETTLED PER LETTER FROM ATTY MEYER-O/DISM TO ENTER |
| 09/03/2004 | NOTIFIED: CASE EVAL 11/22/04 11:30 A.M. ROOM 514 PANEL 326 |
| 09/02/2004 | CASE EVALUATION 11/22/04 11:30 ROOM 514, PANEL 326 |
| 07/23/2004 | PROOF OF SERVICE |
| 07/23/2004 | PLAINTIFF WITNESS LIST |
| 07/19/2004 | PROOF OF SERVICE |
| 07/19/2004 | DEFENDANTS WITNESS LIST |
| 07/15/2004 | EDSC: HELD, RETURN TO SCHED DCKT |
| 07/15/2004 | DEBORAH DOYLE EDSC-HLD,RETURN TO SCHED DCKT |
| 07/15/2004 | RICHARD L CARETTI CLK L BURNS |
| 06/07/2004 | PROOF OF SERVICE |
| 06/07/2004 | AFFIRMATIVE DEFENSES |
| 06/07/2004 | ANSWER TO CROSS CLAIM FOR DECLARATORY JUDGMENT |
| 05/26/2004 | PROOF OF SERVICE |
| 05/26/2004 | CROSS CLAIM FOR DECLARATORY JUDGMNT DAKOTA LINES INC (CROSS PLTF) VS AISIN WORLD CORP OF AMERICA INC (CROSS DEFT) |
| 05/19/2004 | PROOF OF SERVICE |
| 05/18/2004 | DISCOVERY AND CASE EVAL ORDER; CASE EVAL AFTER 09/15/04 WITNESS LISTS DUE BY: PLT 7/02/2004, DEF 7/17/2004 (EDSC 7/15/04 AT 8:30 AM; NTC SENT TO WOODROW, MILES AND MEYER) |
| 05/18/2004 | DISCOVERY AND CASE EVALUATION ORDER |
| 05/17/2004 | PROOF OF SERVICE |
| 05/17/2004 | AFFIRMATIVE DEFENSES |
| 05/17/2004 | ANSWER (LITIGANT'S PRIMARY ATTORNEY) (AN1. ATTY:MILES BRIAN J. ) ( FOR DEF:DAKOTA LINES INC ) |
| 05/14/2004 | PROOF OF SERVICE |
| 05/14/2004 | AFFIRMATIVE DEFENSES |
| 05/14/2004 | ANSWER (LITIGANT'S PRIMARY ATTORNEY) (AN1. ATTY:MEYER PHILIP G. ) ( FOR DEF:AISIN WORLD CORP OF AMERICA ) ( FOR DEF:AISIN WORLD CORP OF AMERICA*) |
| 04/26/2004 | SERVICE ON COMPLAINT CERT/CSC LAWYERS INCORPORATED C/O AISIN WORLD CORP OF AMERICA 4/16/04 (COPY OF CERT MAIL CARD ATTACHED) CERT/ROBERT FIELDS C/O DAKOTA LINES INC 4/20/04 (COPY OF CERT MAIL CARD ATTACHED) |
| 04/13/2004 | RICHARD L CARETTI 04/13/04 16:00 R MILLER |
| 04/13/2004 | SUMMONS ISSUED |
| 04/13/2004 | COMPLAINT |
| 04/13/2004 | ENTRY FEE PAID $150.00 #115141 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-72144-AJT-MKM

Central Transport International v. Walmart Corporation
Assigned to: Honorable Arthur J Tarnow
Referred to: Honorable Mona K Majzoub
Cause: No cause code entered

Date Filed: 06/08/2004
Date Terminated: 10/21/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**

represented by **John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Walmart Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2004 | 1 | COMPLAINT filed by Central Transport International against Walmart Corporation, Receipt No. 508877.(LHack, ) (Entered: 06/09/2004) |
| 06/23/2004 | 2 | SUMMONS Returned Executed. Walmart Corporation served on 6/15/2004, answer due 7/6/2004 (LHack, ) (Entered: 06/24/2004) |
| 10/13/2004 | 3 | ORDER for Central Transport International to Show Cause in Writing within 15 Days, Why Case Should Not Be Dismissed for Lack of Prosecution. Signed by Honorable Arthur J Tarnow. (LHack, ) (Entered: 10/14/2004) |
| 10/21/2004 | 4 | NOTICE of Dismissal by Central Transport International (LHack, ) (Entered: 10/22/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:42:57 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-72144-AJT-MKM |

| Billable Pages: | | | Cost: | | 0.08 | |

## U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-72022-DPH-MKM

Central Transport International v. Abadan Freight Forwarders, Incorporated et al
Assigned to: Honorable Denise Page Hood
Referred to: Honorable Mona K Majzoub
Cause: No cause code entered

Date Filed: 05/27/2004
Date Terminated: 11/29/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**                    represented by   **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
810-777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abadan Freight Forwarders, Incorporated**

**Defendant**

**Abadan Express**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2004 | 1 | COMPLAINT filed by Central Transport International against Abadan Express and Abadan Freight Forwarders, Incorporated, Receipt No. 508636.(JGilb, ) (Entered: 05/27/2004) |
| 08/12/2004 | 2 | SUMMONS Returned Executed. Abadan Express served on 7/19/2004, answer due 8/9/2004 (JGilb, ) (Entered: 08/18/2004) |
| 08/19/2004 | 3 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Abadan Freight Forwarders, Incorporated by Central Transport International. (JGilb, ) (Entered: 08/25/2004) |
| 08/25/2004 | 4 | CLERK'S ENTRY OF DEFAULT as to Abadan Freight Forwarders, Incorporated |

| | | (JGilb, ) (Entered: 08/25/2004) |
|---|---|---|
| 11/15/2004 | 5 | REQUEST for Clerk's Entry of Judgment by Default with Affidavit of Sum Certain as to Abadan Freight Forwarders, Incorporated by Central Transport International. (JGilb, ) (Entered: 11/17/2004) |
| 11/29/2004 | 6 | CLERK'S JUDGMENT in favor of plaintiff against defendant in the amount of $79,328.47. (NHoll, ) (Entered: 11/30/2004) |
| 12/06/2004 | 7 | CERTIFICATE OF SERVICE by Central Transport International re 6 Clerk's Judgment. (JGilb, ) (Entered: 12/09/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:42:27 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-72022-DPH-MKM |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-72745-JCO-WC

Central Transport International v. Hydro Spa Parts and Accessories, Incorporated
Assigned to: Honorable John Corbett O'Meara
Referred to: Honorable Wallace Capel
Demand: $33,000
Cause: No cause code entered

Date Filed: 07/22/2004
Date Terminated: 01/21/2005
Jury Demand: None
Nature of Suit: 450 Commerce ICC Rates, Etc.
Jurisdiction: Federal Question

**Plaintiff**

**Central Transport International**                    represented by   **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
810-777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hydro Spa Parts and Accessories, Incorporated**                    represented by   **Debra J. Tucker**
The Tucker Firm (Chicago)
1723 N. Halsted Street
Chicago, IL 60614
312-202-0222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Tauscher**
1175 W. Long Lake Road
Suite 202
Troy, MI 48098
248-290-0400
Fax: 248-290-0415
Email: mjtlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2004 | 1 | NOTICE OF REMOVAL by Hydro Spa Parts and Accessories, Incorporated from 16th District, case number 04-725261. Receipt No. 510774(SSchoe, ) (Entered: 07/26/2004) |
| 07/21/2004 | 2 | NOTICE of Appearance by Debra J. Tucker on behalf of Hydro Spa Parts and Accessories, Incorporated (SSchoe, ) (Entered: 07/26/2004) |
| 07/21/2004 | 3 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Hydro Spa Parts and Accessories, Incorporated (SSchoe, ) (Entered: 07/26/2004) |
| 07/21/2004 | 4 | MOTION by defendant for a more definite statement and to Dismiss the complaint (SSchoe, ) (Entered: 07/26/2004) |
| 07/21/2004 | 5 | CERTIFICATE OF SERVICE by Hydro Spa Parts and Accessories, Incorporated re 3 Statement of Disclosure of Corporate Affiliations. (SSchoe, ) (Entered: 07/26/2004) |
| 08/03/2004 | 6 | ATTORNEY APPEARANCE: Michael J. Tauscher appearing on behalf of Hydro Spa Parts and Accessories, Incorporated (KGeha, ) (Entered: 08/06/2004) |
| 08/11/2004 | 7 | NOTICE of hearing on 4 MOTION to Dismiss. Motion Hearing set for 9/10/2004 02:00 PM before Honorable John Corbett O'Meara. (DGoo, ) (Entered: 08/11/2004) |
| 09/07/2004 | 8 | RESPONSE to 1 Notice of Removal by Central Transport International. (KGeha, ) (Entered: 09/10/2004) |
| 09/13/2004 | 9 | REPLY to 8 Response to Removal by Hydro Spa Parts and Accessories, Incorporated. (Attachments: # 1 Document Continuation)(KGeha, ) (Entered: 09/15/2004) |
| 09/30/2004 | 10 | NOTICE TO APPEAR: Miscellaneous Hearing set for 10/22/2004 02:00 PM before Honorable John Corbett O'Meara on the issue of federal jurisdiction.(DGoo, ) (Entered: 09/30/2004) |
| 01/21/2005 | 11 | STIPULATED ORDER to Dismiss Signed by Honorable John Corbett O'Meara. (LHack, ) (Entered: 01/27/2005) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:44:07 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-72745-JCO-WC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

| 2004-001642-CK CENTRAL TRANSPORT INTERNATIONAL INC vs. ENGINE RESEARCH COMPANY JMB |
|---|

| **File Date** | 04/16/2004 | | **Case Status** | Closed | | **Case Status Date** | 04/16/2004 |
|---|---|---|---|---|---|---|---|

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| CENTRAL TRANSPORT INTERNATIONAL INC | | PLAINTIFF | WOODROW, HUGH A | (248)643-6088 |
| ENGINE RESEARCH COMPANY | | DEFENDANT | TAUSCHER, MICHAEL J | (248)290-0400 |

### Docket Entries

| Date | Text |
|---|---|
| 08/09/2004 | CASE CLOSED S/O DISMSL W/O PREJ & W/O COSTS TO ANY PARTY - SGD (CLOSES CASE) |
| 08/09/2004 | UNCONTESTED/DEFAULT/SETTLED/SUMMARY DISP |
| 08/09/2004 | ANGELA LITTLE MTN NOT HRD: ORDER SETTING ASIDE DEFAUL AS TO DEF ENGINE RESEARCH CO -SGD S/O OF DISMISSAL W/O PREJ & W/O COSTS TO ANY PARTY -SGD (CLOSES CASE) |
| 08/09/2004 | JAMES M BIERNAT, SR CLK J SCHOTT |
| 08/09/2004 | BOETTCHER (DISMISS OR SET ASIDE DEFLT) |
| 07/28/2004 | PROOF OF SERVICE |
| 07/28/2004 | NOTICE OF HEARING |
| 07/26/2004 | ANGELA LITTLE MTN ADJ TO 8/9/04 @ 8:30 AM BY BOETTCHER |
| 07/26/2004 | JAMES M BIERNAT, SR CLK J SCHOTT |
| 07/26/2004 | BOETTCHER (DISMISS OR SET ASIDE DEFLT) |
| 06/28/2004 | ANGELA LITTLE MTN ADJ TO 7/26/04 @ 8:30 AM BY BOETTCHR |
| 06/28/2004 | ROLAND L OLZARK CLK J SCHOTT |
| 06/28/2004 | BOETTCHER - WOODROW (DISMISS OR SET ASIDE DEFLT) |
| 06/22/2004 | NOTICE OF APPEARANCE |
| 06/22/2004 | APPEARANCE (LITIGANT'S PRIMARY ATTORNEY) (AP1. ATTY:TAUSCHER MICHAEL J. ) ( FOR DEF:ENGINE RESEARCH COMPANY ) |
| 06/22/2004 | ANGELA LITTLE S/O SUB MICHAEL TAUSCHER (31718) IN PLACE OF MATTHEW BOETTCHER FOR DEF ENGINE RESEARCH COMPANY -SGD RLO/JMB |
| 06/22/2004 | ROLAND L OLZARK CLK J SCHOTT |
| 06/16/2004 | PROOF OF SERVICE (2) |
| 06/16/2004 | NOTICE OF HEARING |
| 06/16/2004 | DEFT MTN & BRIEF TO DISMISS COMPLAINT OR TO SET ASIDE DEFAULT AFFIDAVIT OF RICK GOLD (W/EXH) |
| 06/07/2004 | PROOF OF SERVICE |
| 05/27/2004 | DEFAULT-CIVIL/APP, ENTRY & AFFIDAVIT AS TO ENGINE RESEARCH COMPANY |
| 05/27/2004 | AFFIDAVIT (OF ATTY) |
| 05/27/2004 | NOTICE OF ENTRY OF DEFAULT |
| 04/30/2004 | SERVICE ON COMPLAINT CERT/ENGINE RESEARCH CO C/O RICK GOLD 4/22/04 (COPY OF CERT MAIL CARD) |
| 04/16/2004 | JAMES M BIERNAT, SR 04/19/04 08:35 L HINTZ |
| 04/16/2004 | AFFIDAVIT |
| 04/16/2004 | SUMMONS ISSUED |
| 04/16/2004 | COMPLAINT |
| 04/16/2004 | ENTRY FEE PAID $150.00 #116742 |

## U.S. District Court
### Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:04-cv-72748-PJD-WC

Central Transport International v. Body Invest, L. L. C.
Assigned to: Honorable Patrick J Duggan
Referred to: Honorable Wallace Capel
Cause: No cause code entered

Date Filed: 07/21/2004
Date Terminated: 03/18/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**

represented by **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
810-777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Body Invest, L. L. C.**
*Doing business as*
Body Investment, L. L. C.

represented by **Michael J. Tauscher**
1175 W. Long Lake Road
Suite 202
Troy, MI 48098
248-290-0400
Fax: 248-290-0415
Email: mjtlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2004 | 1 | COMPLAINT filed by Central Transport International against Body Invest, L. L. C., Receipt No. 510770.(DPer, ) (Entered: 07/23/2004) |
| 08/09/2004 | 2 | SUMMONS returned executed. Body Invest, L. L. C. served on 7/29/2004, answer due 8/18/2004. (DPer, ) (Entered: 08/10/2004) |

| 08/20/2004 | 4 | ANSWER to complaint by Body Invest, L. L. C..(DPer, ) (Entered: 08/25/2004) |
| 08/24/2004 | 3 | NOTICE TO APPEAR: Scheduling Conference set for 9/15/2004 02:45 PM before Honorable Patrick J Duggan. (MOre, ) (Entered: 08/24/2004) |
| 09/14/2004 | 5 | ATTORNEY APPEARANCE: Michael J. Tauscher appearing on behalf of Body Invest, L. L. C..(DPer, ) (Entered: 09/15/2004) |
| 09/15/2004 | | Status conference cancelled, case settled.(MOre, ) (Entered: 09/15/2004) |
| 03/03/2005 | 6 | ORDER for Central Transport International to Show Cause why case should not be dismissed for lack of progress. Show Cause Response due by 3/18/2005. Signed by Honorable Patrick J Duggan. (MOre, ) (Entered: 03/03/2005) |
| 03/18/2005 | 7 | NOTICE of Voluntary Dismissal by Central Transport International (DTyle, ) (Entered: 03/21/2005) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:44:23 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-72748-PJD-WC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-72934-PDB-SDP

| | |
|---|---|
| Central Transport International v. W. B. S. Industries | Date Filed: 08/03/2004 |
| Assigned to: Honorable Paul D Borman | Date Terminated: 10/28/2004 |
| Referred to: Honorable Steven D Pepe | Jury Demand: None |
| Cause: No cause code entered | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Central Transport International**                     represented by     **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
810-777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**W. B. S. Industries**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2004 | 1 | COMPLAINT filed by Central Transport International against W. B. S. Industries, Receipt No. 511643.(DTyle, ) (Entered: 08/05/2004) |
| 08/18/2004 | 3 | SUMMONS Returned Executed. W. B. S. Industries served on 8/10/2004, answer due 8/30/2004 (LHack, ) (Entered: 08/19/2004) |
| 08/19/2004 | 2 | NOTICE of reassignment from Judge George E. Woods to Judge PAUL D. BORMAN. (Attachments: # 1)(TMcg, ) (Entered: 08/19/2004) |
| 10/28/2004 | 4 | CONSENT JUDGMENT Signed by Honorable Paul D Borman. (LHack, ) (Entered: 10/29/2004) |
| 05/11/2006 | 5 | SATISFACTION OF JUDGMENT as to all plaintiffs by Central Transport International.(Burket, John) (Entered: 05/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:44:41 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-72934-PDB-SDP |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

U.S. District Court
**Eastern District of Michigan (Detroit)**
**CIVIL DOCKET FOR CASE #: 2:04-cv-72935-GER-DAS**

Central Transport International v. Schutz Container Systems,
Incorporated
Assigned to: Honorable Gerald E Rosen
Referred to: Honorable Donald A Scheer
Cause: No cause code entered

Date Filed: 08/03/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**               represented by   **John L. Burket**
                                                                   Beadle, Burket, (St. Clair Shores)
                                                                   24525 Harper Avenue
                                                                   Suite One
                                                                   St. Clair Shores, MI 48080
                                                                   586-777-0720
                                                                   Email: bbsslaw@msn.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Schutz Container Systems, Incorporated**        represented by   **Joshua M. Wallish**
                                                                   Varnum, Riddering, (Grand Rapids)
                                                                   333 Bridge Street, N.W.
                                                                   Suite 1700
                                                                   P.O. Box 352
                                                                   Grand Rapids, MI 49501
                                                                   616-336-6000
                                                                   Fax: 616-336-7000
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Kevin A. Rynbrandt**
                                                                   Varnum, Riddering,
                                                                   333 Bridge Street, N.W.
                                                                   P.O. Box 352
                                                                   Grand Rapids, MI 49501-0352
                                                                   616-336-6000
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2004 | 1 | COMPLAINT filed by Central Transport International against Schutz Container Systems, Incorporated, Receipt No. 511644.(KGeha, ) (Entered: 08/06/2004) |
| 08/16/2004 | 2 | SUMMONS Returned Executed. Schutz Container Systems, Incorporated served on 8/9/2004, answer due 8/30/2004 (KGeha, ) (Entered: 08/18/2004) |
| 10/15/2004 | 3 | ANSWER to Complaint with Affirmative Defenses by Schutz Container Systems, |

| | | Incorporated.(KGeha, ) (Entered: 10/18/2004) |
|---|---|---|
| 10/25/2004 | 4 | NOTICE TO APPEAR: Scheduling Conference set for 11/22/2004 11:00 AM before Honorable Gerald E Rosen. (LSau, ) (Entered: 10/25/2004) |
| 11/22/2004 | | Minute Entry -Scheduling Conference held on 11/22/2004 before Honorable Gerald E Rosen. (LSau, ) (Entered: 11/24/2004) |
| 11/24/2004 | 5 | SCHEDULING ORDER: Final Pretrial Conference set for 9/29/2005 10:30 AM before Honorable Gerald E Rosen. Dispositive Motion Cut-off set for 4/29/2005 Trailing Trial Docket set for 10/4/2005. Signed by Honorable Gerald E Rosen. (Refer to image for additional dates)(LSau, ) (Entered: 11/24/2004) |
| 12/09/2004 | 6 | CERTIFICATE OF SERVICE of initial disclosures by Schutz Container Systems, Incorporated. (KGeha, ) (Entered: 12/14/2004) |
| 12/27/2004 | 7 | MOTION for Partial Summary Judgment by Schutz Container Systems, Incorporated. (Attachments: # 1 Document Continuation # 2 Document Continuation)(KGeha, ) (Entered: 12/29/2004) |
| 03/18/2005 | 8 | WITNESS LIST by Schutz Container Systems, Incorporated (DTyle, ) (Entered: 03/21/2005) |
| 03/30/2005 | 9 | WITNESS LIST by Central Transport International (KGeha, ) (Entered: 03/31/2005) |
| 04/19/2005 | 10 | RESPONSE to 7 MOTION for Partial Summary Judgment filed by Central Transport International. (KGeha, ) (Entered: 04/20/2005) |
| 05/02/2005 | 11 | REPLY to Response re 7 MOTION for Partial Summary Judgment filed by Schutz Container Systems, Incorporated. (KGeha, ) (Entered: 05/03/2005) |
| 07/21/2005 | 12 | NOTICE of hearing on 7 MOTION for Partial Summary Judgment. Motion Hearing set for 9/29/2005 10:00 AM before Honorable Gerald E Rosen. (LSau, ) (Entered: 07/21/2005) |
| 09/28/2005 | 13 | NOTICE of hearing on 7 MOTION for Partial Summary Judgment. Motion Hearing set for 11/3/2005 02:00 PM before Honorable Gerald E Rosen. (LSau, ) (Entered: 09/28/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:44:57 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-72935-GER-DAS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-73099-RHC-DAS

Central Transport International v. Fourteen-Forty Logistics, L. L. C.
Assigned to: Honorable Robert H Cleland
Referred to: Honorable Donald A Scheer
Cause: No cause code entered

Date Filed: 08/12/2004
Date Terminated: 11/03/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**

represented by **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
810-777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fourteen-Forty Logistics, L. L. C.**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/12/2004 | 1 | COMPLAINT filed by Central Transport International against Fourteen-Forty Logistics, L. L. C., Receipt No. 512155.(DPer, ) (Entered: 08/13/2004) |
| 08/19/2004 | 2 | ORDER requiring Rule 16 and Rule 26(f) scheduling consultation. Signed by Honorable Robert H Cleland. (DTyle, ) (Entered: 08/23/2004) |
| 08/25/2004 | 3 | SUMMONS Returned Executed. Fourteen-Forty Logistics, L. L. C. served on 8/19/2004, answer due 9/8/2004 (DTyle, ) (Entered: 08/30/2004) |
| 10/06/2004 | 4 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Fourteen-Forty Logistics, L. L. C. by Central Transport International. (DTyle, ) (Entered: 10/07/2004) |
| 10/07/2004 | 5 | CLERK'S ENTRY OF DEFAULT as to Fourteen-Forty Logistics, L. L. C. (DTyle, ) (Entered: 10/07/2004) |
| | | |

| 10/25/2004 | 6 | REQUEST for Clerk's Entry of Judgment by Default with Affidavit of Sum Certain as to Fourteen-Forty Logistics, L. L. C. by Central Transport International. (DTyle, ) (Entered: 10/26/2004) |
|---|---|---|
| 11/03/2004 | 7 | REQUEST for Clerk's Entry of Judgment by Default as to Fourteen-Forty Logistics, L. L. C. by Central Transport International. (DTyle, ) (Entered: 11/04/2004) |
| 11/03/2004 | 8 | CLERK'S JUDGMENT in favor of plaintiff against defendant in the amount of $84,263.05 (DTyle, ) (Entered: 11/04/2004) |
| 11/09/2004 | 9 | CERTIFICATE OF SERVICE by Central Transport International re 7 Request for Clerks Entry of Judgment by Default, 8 Clerk's Judgment. (LHack, ) (Entered: 11/10/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:45:14 | | |
| **PACER Login:** bs0117 | **Client Code:** | 271173-00001 |
| **Description:** Docket Report | **Search Criteria:** | 2:04-cv-73099-RHC-DAS |
| **Billable Pages:** 1 | **Cost:** | 0.08 |

## U.S. District Court
## Eastern District of Michigan (Flint)
## CIVIL DOCKET FOR CASE #: 4:06-cv-14973-PVG-MKM

| | |
|---|---|
| Advanced Metalfab and Conveyer Systems v. Central Transport | Date Filed: 11/06/2006 |
| Assigned to: Honorable Paul V Gadola | Date Terminated: 01/18/2007 |
| Referred to: Honorable Mona K Majzoub | Jury Demand: None |
| Demand: $11,000 | Nature of Suit: 190 Contract: Other |
| Cause: No cause code entered | Jurisdiction: Federal Question |

**Plaintiff**

**Advanced Metalfab and Conveyer Systems**   represented by   **William A. Garrett**
Garrett, Churchill,
9042 Lewis Avenue
P.O. Box 490
Temperance, MI 48182
734-847-8080
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Central Transport**   represented by   **James B. Bellamy**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2006 | 1 | NOTICE OF REMOVAL by Central Transport from Monroe County Circuit Court, case number 06-3206 GC. Receipt No: 38840 - Fee: $ 350(DPer, ) (Entered: 11/06/2006) |
| 11/08/2006 | 2 | ANSWER to Complaint with Affirmative Defenses by all defendants.(Burket, John) (Entered: 11/08/2006) |

| 11/08/2006 | 3 | NOTICE TO APPEAR: **Scheduling Conference set for 12/14/2006 02:00 PM before Honorable Paul V Gadola.** (RBri, ) (Entered: 11/08/2006) |
| 11/08/2006 | 4 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Central Transport.(Burket, John) (Entered: 11/08/2006) |
| 12/14/2006 | | Minute Entry -Scheduling Conference not held on 12/14/2006. Disposition: SETTLED, Final Papers to be submitted (RBri, ) (Entered: 12/28/2006) |
| 01/02/2007 | 5 | [FILING ERROR - PROPOSED ORDER] STIPULATION of Dismissal by Central Transport.(Burket, John) Modified on 1/3/2007 (KGeha, ). (Entered: 01/02/2007) |
| 01/18/2007 | 6 | ORDER TO DISMISS re 5 Stipulation. Signed by Honorable Paul V Gadola. (RBri, ) (Entered: 01/18/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:39:26 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 4:06-cv-14973-PVG-MKM |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-73100-NGE-DAS

Central Transport International v. Streamline Shippers Association, Incorporated
Assigned to: Honorable Nancy G Edmunds
Referred to: Honorable Donald A Scheer
Cause: No cause code entered

Date Filed: 08/12/2004
Date Terminated: 10/14/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

## Plaintiff

**Central Transport International**

represented by **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586 777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Streamline Shippers Association, Incorporated**

represented by **Michael J. Tauscher**
1175 W. Long Lake Road
Suite 202
Troy, MI 48098
248-290-0400
Fax: 248-290-0415
Email: mjtlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2004 | 1 | COMPLAINT filed by Central Transport International against Streamline Shippers Association, Incorporated, Receipt No. 512156.(ATee, ) (Entered: 08/13/2004) |
| 08/25/2004 | 2 | SUMMONS Returned Executed. Streamline Shippers Association, Incorporated served on 8/19/2004, answer due 9/8/2004 (ATee, ) (Entered: 08/30/2004) |

| 08/30/2004 | 3 | ATTORNEY APPEARANCE: Michael J. Tauscher appearing on behalf of Streamline Shippers Association, Incorporated. (KWil, ) (Entered: 09/02/2004) |
| 09/14/2004 | 4 | MOTION to Dismiss by Streamline Shippers Association, Incorporated. (KGeha, ) (Entered: 09/16/2004) |
| 09/29/2004 | 5 | NOTICE of hearing on 4 MOTION to Dismiss. Motion Hearing set for 11/10/2004 02:00 PM before Honorable Nancy G Edmunds. (CHem, ) (Entered: 09/29/2004) |
| 10/14/2004 | 6 | STIPULATED ORDER DISMISSING CASE Signed by Honorable Nancy G Edmunds. (KWil, ) (Entered: 10/15/2004) |
| 01/09/2006 | 7 | [ENTERED ON WRONG DOCKET] STIPULATION AND ORDER regarding time to respond to Ann Arbor's Motion for Partial Summary Judgment. Signed by Honorable Arthur J Tarnow. (NHoll, ) Additional attachment(s) added on 1/12/2006 (NHoll, ). Modified on 1/27/2006 (NHoll, ). (Entered: 01/10/2006) |
| 01/12/2006 | 8 | NOTICE of Correction re 7 Stipulation and Order. (NHoll, ) (Entered: 01/12/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:45:33 | | |
| PACER Login: | bs0117 | Client Code: | 271173-00001 |
| Description: | Docket Report | Search Criteria: | 2:04-cv-73100-NGE-DAS |
| Billable Pages: | 1 | Cost: | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:04-cv-72313-LPZ-SDP

Central Transport International v. KW Products, Incorporated
Assigned to: Honorable Lawrence P Zatkoff
Referred to: Honorable Steven D Pepe
Cause: No cause code entered

Date Filed: 06/22/2004
Date Terminated: 11/23/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

## Plaintiff

**Central Transport International**

represented by **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
810-777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**KW Products, Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2004 | 1 | COMPLAINT filed by Central Transport International against KW Products, Incorporated, Receipt No. 509509.(NHoll, ) (Entered: 06/23/2004) |
| 07/13/2004 | 2 | SUMMONS Returned Executed. KW Products, Incorporated served on 6/29/2004, answer due 7/19/2004. (NHoll, ) (Entered: 07/15/2004) |
| 09/01/2004 | 3 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to KW Products, Incorporated by Central Transport International. (NHoll, ) (Entered: 09/09/2004) |
| 09/09/2004 | 4 | CLERK'S ENTRY OF DEFAULT as to KW Products, Incorporated (NHoll, ) (Entered: 09/09/2004) |
| 10/06/2004 | 5 | REQUEST for Clerk's Entry of Judgment by Default as to KW Products, Incorporated by Central Transport International. (NHoll, ) (Entered: 10/07/2004) |

| 11/23/2004 | 6 | DEFAULT JUDGMENT in favor of plaintiff against RW Products, Incorporated Signed by Honorable Lawrence P Zatkoff. (NHoll, ) (Entered: 12/01/2004) |
| 11/29/2004 | 7 | CERTIFICATE OF SERVICE re 6 Default Judgment. (NHoll, ) (Entered: 12/03/2004) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:43:26 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-72313-LPZ-SDP |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-73468-PDB-SDP

Central Transport International v. National Products, L. L. C.
Assigned to: Honorable Paul D Borman
Referred to: Honorable Steven D Pepe
Cause: No cause code entered

Date Filed: 09/07/2004
Date Terminated: 12/20/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**                     represented by   **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
810-777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Products, L. L. C.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2004 | 1 | COMPLAINT filed by Central Transport International against National Products, L. L. C., Receipt No. 513320.(DPer, ) (Entered: 09/13/2004) |
| 10/18/2004 | 2 | SUMMONS returned executed. National Products, L. L. C. served on 9/23/2004, answer due 10/13/2004. (DPer, ) (Entered: 10/19/2004) |
| 11/12/2004 | 3 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to National Products, L. L. C. by Central Transport International. (DPer, ) (Entered: 11/16/2004) |
| 11/16/2004 | 4 | CLERK'S ENTRY OF DEFAULT as to National Products, L. L. C. (DPer, ) (Entered: 11/16/2004) |
| 11/19/2004 | 5 | REQUEST for clerk's entry of judgment by default with affidavit of sum certain as to National Products, L. L. C. by Central Transport International. (DPer, ) (Entered: 11/22/2004) |

12/20/2004    o  CLERK'S ENTRY OF JUDGMENT by default in favor of plaintiff. (DPer, ) (Entered: 12/21/2004)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:45:50 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-73468-PDB-SDP |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

## U.S. District Court
## Eastern District of Michigan (Ann Arbor)
## CIVIL DOCKET FOR CASE #: 5:04-cv-60078-MOB-VMM

Central Transportation International v. Garo Enterprises, Incorporated

Assigned to: Honorable Marianne O Battani
Referred to: Honorable Virginia M Morgan
Demand: $87,000
Cause: No cause code entered

Date Filed: 04/22/2004
Date Terminated: 08/10/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Plaintiff

**Central Transportation International**
*a Michigan corporation*

represented by **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
810-777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Transplant Transmissions**
*an Arizona company*
*TERMINATED: 07/29/2004*

### Defendant

**Garo Enterprises, Incorporated**
*an Arizona company*
*Doing business as*
Transplant Transmissions

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2004 | 1 | COMPLAINT filed by Central Transportation International against Transplant Transmissions - Receipt No. 506661.(LBar, ) (Entered: 04/28/2004) |
| 05/03/2004 | 2 | SUMMONS Returned Executed. Transplant Transmissions served on 4/26/2004, answer due 5/17/2004 (LBar, ) (Entered: 05/05/2004) |
| 07/13/2004 | 3 | ORDER for Central Transportation International to Show Cause why this case should not be dismissed Signed by Honorable Marianne O Battani. (LBar, ) (Entered: 07/15/2004) |
| 07/29/2004 | 4 | RESPONSE TO ORDER TO SHOW CAUSE by Central Transportation International. (LBar, ) (Entered: 08/02/2004) |
| 07/29/2004 | 5 | FIRST AMENDED COMPLAINT filed by Central Transportation International against Garo Enterprises, Incorporated.(LBar, ) (Entered: 08/02/2004) |

| 08/10/2004 | 6 | CONSENT JUDGMENT Signed by Honorable Marianne O'Battani. (LBar, ) (Entered: 08/11/2004) |
| 08/13/2004 | 7 | CERTIFICATE OF SERVICE by Central Transportation International re 6 Consent Judgment. (LBar, ) (Entered: 08/19/2004) |
| 12/09/2005 | 8 | SATISFACTION OF JUDGMENT as to Garo Enterprises, Incorporated *d/b/a Transplant Transmissions* by Central Transportation International.(Bellamy, James) (Entered: 12/09/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:53:27 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 5:04-cv-60078-MOB-VMM |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**U.S. District Court**
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-74226-AJT-DAS

| | |
|---|---|
| Central Transport International v. Associated Distribution Systems, Incorporated | Date Filed: 10/29/2004 |
| Assigned to: Honorable Arthur J Tarnow | Date Terminated: 01/06/2005 |
| Referred to: Honorable Donald A Scheer | Jury Demand: None |
| Cause: No cause code entered | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Central Transport International**          represented by  **James B. Bellamy**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Associated Distribution Systems, Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2004 | 1 | COMPLAINT filed by Central Transport International against Associated Distribution Systems, Incorporated, Receipt No. 200 516137.(RHutc, ) (Entered: 11/01/2004) |
| 11/09/2004 | 2 | SUMMONS Returned Executed. Associated Distribution Systems, Incorporated served on 11/4/2004, answer due 11/24/2004 (RHutc, ) (Entered: 11/10/2004) |
| 01/06/2005 | 3 | CONSENT JUDGMENT Signed by Honorable Arthur J Tarnow. (PPaul, ) (Entered: 01/10/2005) |

| PACER Service Center |
|---|
| Transaction Receipt |

03/28/2007 14:46:09

| PACER Login: | bs0117 | Client Code: | 271173-00001 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:04-cv-74226-AJT-DAS |
| Billable Pages: | 1 | Cost: | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-74227-AJT-VMM

Central Transport International v. Padat L. L. C.
Assigned to: Honorable Arthur J Tarnow
Referred to: Honorable Virginia M Morgan
Cause: No cause code entered

Date Filed: 10/29/2004
Date Terminated: 10/20/2006
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**                          represented by **James B. Bellamy**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Padat L. L. C.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2004 | 1 | COMPLAINT filed by Central Transport International against Padat L. L. C., Receipt No. 516138.(PPaul, ) (Entered: 11/01/2004) |
| 11/16/2004 | 2 | SUMMONS Returned Executed. Padat L. L. C. served on 11/5/2004, answer due 11/29/2004 (PPaul, ) (Entered: 11/17/2004) |
| 12/16/2004 | 3 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Padat L. L. C. by Central Transport International. (PPaul, ) (Entered: 12/17/2004) |
| 12/17/2004 | 4 | CLERK'S ENTRY OF DEFAULT as to Padat L. L. C. (PPaul, ) (Entered: 12/21/2004) |
| 10/20/2006 | 5 | DEFAULT JUDGMENT in favor of Plaintiff against Padat L. L. C. Signed by Honorable Arthur J Tarnow. (PMil, ) (Entered: 10/25/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:47:13 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-74227-AJT-VMM |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-74228-AC-PJK

Central Transport International v. Bomark 100, Incorporated
Assigned to: Honorable Avern Cohn
Referred to: Honorable Paul J Komives
Cause: No cause code entered

Date Filed: 10/29/2004
Date Terminated: 03/11/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**

represented by **James B. Bellamy**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bomark 100, Incorporated**
*Doing business as*
Hercules Bag

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2004 | 1 | COMPLAINT filed by Central Transport International against Bomark 100, Incorporated, Receipt No. 516139.(DPer, ) (Entered: 11/01/2004) |
| 11/09/2004 | 2 | SUMMONS Returned Executed. Bomark 100, Incorporated served on 11/8/2004, answer due 11/29/2004 (green card not dated - back of return dated 11/8/04) (ATee, ) (Entered: 11/12/2004) |
| 03/11/2005 | 3 | NOTICE of Voluntary Dismissal by Central Transport International (DHame, ) (Entered: 03/14/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:47:32 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-74228-AC-PJK |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-74229-VAR-WC

Central Transport International v. Infinite Deals, L. L. C. et al
Assigned to: Honorable Victoria A Roberts
Referred to: Honorable Wallace Capel
Cause: No cause code entered

Date Filed: 10/29/2004
Date Terminated: 03/28/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**

represented by   **James B. Bellamy**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Infinite Deals, L. L. C.**

represented by   **Debra J. Tucker**
The Tucker Firm (Chicago)
1723 N. Halsted Street
Chicago, IL 60614
312-202-0222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Tauscher**
1175 W. Long Lake Road
Suite 202
Troy, MI 48098
248-290-0400
Fax: 248-290-0415
Email: mjtlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

EBM Capital, L. L. C.

represented by **Debra J. Tucker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Tauscher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2004 | 1 | COMPLAINT filed by Central Transport International against EBM Capital, L. L. C., Infinite Deals, L. L. C., Receipt No. 516140.(DTyle, ) (Entered: 11/01/2004) |
| 11/12/2004 | 2 | SUMMONS returned executed. Infinite Deals, L. L. C. served on 11/4/2004, answer due 11/24/2004. (DPer, ) (Entered: 11/17/2004) |
| 11/23/2004 | 3 | NOTICE of Appearance by Michael J. Tauscher on behalf of all defendants. (DTyle, ) (Entered: 11/30/2004) |
| 12/03/2004 | 4 | ORDER to Extend Time to answer 1 Complaint filed by Central Transport International. Response due by 12/22/2004. Signed by Honorable Victoria A Roberts. (DTyle, ) (Entered: 12/13/2004) |
| 12/23/2004 | 5 | SECOND STIPULATION for an extension of time to answer or otherwise plead to the 1 Complaint by Central Transport International, Infinite Deals, L. L. C., EBM Capital, L. L. C..(DTyle, ) (Entered: 12/28/2004) |
| 01/20/2005 | 6 | NOTICE of Appearance by Debra J. Tucker on behalf of Infinite Deals, L. L. C., EBM Capital, L. L. C.. (LHack, ) (Entered: 01/21/2005) |
| 01/20/2005 | 7 | JOINT MOTION to Dismiss the Complaint by defendants. (LHack, ) (Entered: 01/21/2005) |
| 01/20/2005 | 8 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Infinite Deals, L. L. C., EBM Capital, L. L. C..(LHack, ) (Entered: 01/21/2005) |
| 01/25/2005 | 9 | SUMMONS Returned Executed. EBM Capital, L. L. C. served on 11/4/2004, answer due 11/24/2004 (DTyle, ) (Entered: 01/25/2005) |
| 03/28/2005 | 10 | ORDER DISMISSING CASE and granting 7 defendants MOTION to Dismiss Signed by Honorable Victoria A Roberts. (DTyle, ) (Entered: 03/29/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:47:51 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-74229-VAR-WC |

## U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-74431-AC-MKM

Central Transport International v. America Radionic Company, Incorporated

Assigned to: Honorable Avern Cohn

Referred to: Honorable Mona K Majzoub

Cause: No cause code entered

Date Filed: 11/12/2004

Date Terminated: 02/14/2005

Jury Demand: None

Nature of Suit: 190 Contract: Other

Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**                    represented by   **John L. Burket**

Beadle, Burket, (St. Clair Shores)

24525 Harper Avenue

Suite One

St. Clair Shores, MI 48080

586-777-0720

Email: bbsslaw@msn.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**America Radionic Company, Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2004 | 1 | COMPLAINT filed by Central Transport International against America Radionic Company, Incorporated, Receipt No. 516787.(DHame, ) (Entered: 11/15/2004) |
| 11/23/2004 | 2 | SUMMONS Returned Executed. America Radionic Company, Incorporated served on 11/19/2004, answer due 12/9/2004 (PPaul, ) (Entered: 11/30/2004) |
| 12/09/2004 | 3 | STIPULATION for an extension of time to answer or otherwise plead to the complaint by America Radionic Company, Incorporated, Central Transport International. (DHame, ) (Entered: 12/13/2004) |
| 02/14/2005 | 4 | STIPULATED ORDER DISMISSING CASE Signed by Honorable Avern Cohn. (DHame, ) (Entered: 02/15/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:48:11 | | | |
| PACER Login: | bs0117 | Client Code: | 271173-00001 |
| Description: | Docket Report | Search Criteria: | 2:04-cv-74431-AC-MKM |

Billable Pages: | | Cost: | 0.08

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-74775-NGE-PJK

Central Transport International v. Import Trenz, L. L. C.
Assigned to: Honorable Nancy G Edmunds
Referred to: Honorable Paul J Komives
Cause: No cause code entered

Date Filed: 12/07/2004
Date Terminated: 04/19/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Plaintiff

**Central Transport International**

represented by **John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Import Trenz, L. L. C.**

represented by **Debra J. Tucker**
The Tucker Firm (Chicago)
1723 N. Halsted Street
Chicago, IL 60614
312-202-0222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Tauscher**
1175 W. Long Lake Road
Suite 202
Troy, MI 48098
248-290-0400
Fax: 248-290-0415
Email: mjtlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2004 | 1 | COMPLAINT filed by Central Transport International against Import Trenz, L. L. C., Receipt No. 518008.(KGeha, ) (Entered: 12/13/2004) |
| 01/12/2005 | 2 | SUMMONS Returned Executed. Import Trenz, L. L. C. served on 1/4/2005, answer due 1/24/2005 (KGeha, ) (Entered: 01/13/2005) |
| 01/20/2005 | 3 | ATTORNEY APPEARANCE: Michael J. Tauscher appearing on behalf of Import |

| | | Trenz, L. L. C..(KGeha, ) (Entered: 01/21/2005) |
|---|---|---|
| 01/20/2005 | 4 | ATTORNEY APPEARANCE: Debra J. Tucker appearing on behalf of Import Trenz, L. L. C..(KGeha, ) (Entered: 01/21/2005) |
| 01/20/2005 | 5 | STIPULATION for extension ot time to answer complaint by Central Transport International and Import Trenz, L. L. C..(KGeha, ) (Entered: 01/21/2005) |
| 01/24/2005 | 6 | ORDER granting 5 Stipulation filed by Central Transport International,, Import Trenz, L. L. C.,. Signed by Honorable Nancy G Edmunds. (KGeha, ) (Entered: 01/27/2005) |
| 02/22/2005 | 7 | STIPULATION for extension of time to answer complaint by Central Transport International, Import Trenz, L. L. C..(KGeha, ) (Entered: 02/23/2005) |
| 02/25/2005 | 8 | ORDER granting 7 Stipulation filed by Central Transport International,, Import Trenz, L. L. C.,. Signed by Honorable Nancy G Edmunds. (KGeha, ) (Entered: 03/02/2005) |
| 03/24/2005 | 9 | ORDER for Central Transport International to Show Cause why the case should not be dismissed for lack of prosecution. Show Cause Response due by 4/15/2005. Signed by Honorable Nancy G Edmunds. (CHem, ) (Entered: 03/24/2005) |
| 04/19/2005 | 10 | STIPULATED ORDER DISMISSING CASE Signed by Honorable Nancy G Edmunds. (LHack, ) (Entered: 04/20/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/28/2007 14:48:30 | | | |
| PACER Login: | bs0117 | Client Code: | 271173-00001 |
| Description: | Docket Report | Search Criteria: | 2:04-cv-74775-NGE-PJK |
| Billable Pages: | 1 | Cost: | 0.08 |