# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-74776-PDB-MKM

Central Transport International v. FF Acquistion Corporation
Assigned to: Honorable Paul D Borman
Referred to: Honorable Mona K Majzoub
Cause: No cause code entered

Date Filed: 12/07/2004
Date Terminated: 05/16/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**                represented by **John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FF Acquistion Corporation**                represented by **Thomas G. Parachini**
*Doing business as*                                 Miller, Canfield, (Detroit)
Flexible Flyer                                      150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415
313-963-6420
Email: parachini@millercanfield.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**FF Acquistion Corporation**                represented by **Donald W. Myers**
Buchanan Ingersoll (Philadelphia)
1835 Market Street
Floor 14
Philadelphia, PA 19103-2985
215-665-8700
Fax: 215-665-8760
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Central Transport International**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2004 | 1 | COMPLAINT filed by Central Transport International against FF Acquistion Corporation, Receipt No. 200518009.(RHutc, ) (Entered: 12/09/2004) |
| 12/30/2004 | 2 | SUMMONS Returned Executed. FF Acquistion Corporation served on 12/21/2004, answer due 1/10/2005 (RHutc, ) (Entered: 01/03/2005) |
| 01/04/2005 | 3 | Letter from Thomas Parachini re: confirmation of agreed extension of time for FF Acquistion Corp. to file its resposive pleading (RHutc, ) (Entered: 01/07/2005) |
| 01/11/2005 | 4 | NOTICE of Appearance by Thomas G. Parachini on behalf of FF Acquistion Corporation. (RHutc, ) (Entered: 01/11/2005) |
| 01/31/2005 | 5 | ANSWER to 1Complaint with Affirmative Defenses. COUNTERCLAIM filed by FF Acquistion Corporation against Central Transport International by FF Acquistion Corporation.(RHutc, ) (Entered: 02/01/2005) |
| 02/08/2005 | 6 | SCHEDULING ORDER: Dispositive Motion Cut-off set for 8/8/2005 Discovery due by 7/8/2005. Signed by Honorable Paul D Borman. (Refer to image for additional dates) (JPar, ) (Entered: 02/09/2005) |
| 05/16/2005 | 7 | STIPULATED ORDER to Dismiss Signed by Honorable Paul D Borman. (LHack, ) (Entered: 05/17/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:48:46 | | |
| PACER Login: | bs0117 | Client Code: | 271173-00001 |
| Description: | Docket Report | Search Criteria: | 2:04-cv-74776-PDB-MKM |
| Billable Pages: | 1 | Cost: | 0.08 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-74777-AJT-MKM

Central Transport International v. Plasteco, Incorporated
Assigned to: Honorable Arthur J Tarnow
Referred to: Honorable Mona K Majzoub
Cause: No cause code entered

Date Filed: 12/07/2004
Date Terminated: 05/23/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Central Transport International**

represented by **James B. Bellamy**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Plasteco, Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2004 | 1 | COMPLAINT filed by Central Transport International against Plasteco, Incorporated. (PPaul, ) (Entered: 12/09/2004) |
| 01/04/2005 | 2 | SUMMONS Returned Executed. Plasteco, Incorporated served on 12/20/2004, answer due 1/10/2005 (PPaul, ) (Entered: 01/05/2005) |
| 05/23/2005 | 3 | NOTICE of Dismissal by Central Transport International (LHack, ) (Entered: 05/24/2005) |

## PACER Service Center

**Transaction Receipt**

| 03/28/2007 14:49:12 | | | |
|---|---|---|---|
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-74777-AJT-MKM |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**U.S. District Court**
**Eastern District of Michigan (Flint)**
**CIVIL DOCKET FOR CASE #: 4:04-cv-40201-PVG-VMM**

Central Transport International v. Sterling Seating, Incorporated
Assigned to: Honorable Paul V Gadola
Referred to: Honorable Virginia M Morgan
Demand: $47,000
Cause: No cause code entered

Date Filed: 07/21/2004
Date Terminated: 02/15/2005
Jury Demand: None
Nature of Suit: 450 Commerce ICC Rates, Etc.
Jurisdiction: Federal Question

**Plaintiff**

**Central Transport International**                 represented by   **Hugh A. Woodrow**
Beadle, Burket,
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
810-777-0720
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sterling Seating, Incorporated**                 represented by   **Debra J. Tucker**
The Tucker Firm (Chicago)
1723 N. Halsted Street
Chicago, IL 60614
312-202-0222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Tauscher**
1175 W. Long Lake Road
Suite 202
Troy, MI 48098
248-290-0400
Fax: 248-290-0415
Email: mjtlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2004 | 1 | NOTICE OF REMOVAL by Sterling Seating, Incorporated from Macomb County Circuit Court, Case Number 04-2014-CK. Receipt No. 200510773(THal, ) (Entered: 07/27/2004) |
| 07/21/2004 | 2 | NOTICE of Appearance by Debra J. Tucker on behalf of Sterling Seating, Incorporated (THal, ) (Entered: 07/27/2004) |
| 07/21/2004 | 3 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Sterling Seating, Incorporated (THal, ) (Entered: 07/27/2004) |
| 07/21/2004 |  | (STRICKEN)MOTION to Dismiss by Sterling Seating, Incorporated. (THal, ) Modified on 7/28/2004 (RCho, ). (Entered: 07/27/2004) |
| 07/27/2004 | 5 | ORDER to Strike [4] MOTION to Dismiss filed by Sterling Seating, Incorporated. Signed by Honorable Paul V Gadola. (RCho, ) (Entered: 07/28/2004) |
| 07/27/2004 | 6 | ORDER for Sterling Seating, Incorporated to Show Cause why this civil action should not be remanded to state court for lack of subject matter jurisdiction. Signed by Honorable Paul V Gadola. (RCho, ) (Entered: 07/28/2004) |
| 08/03/2004 | 7 | NOTICE of Appearance by Michael J. Tauscher on behalf of Sterling Seating, Incorporated (THal, ) (Entered: 08/05/2004) |
| 08/09/2004 | 8 | RESPONSE TO ORDER TO SHOW CAUSE by Sterling Seating, Incorporated. (PMil, ) (Entered: 08/11/2004) |
| 08/09/2004 | 9 | AMENDED MOTION to Dismiss the Complaint by Sterling Seating, Incorporated. (PMil, ) (Entered: 08/11/2004) |
| 02/15/2005 | 10 | ORDER REMANDING CASE to Macomb County Circuit Court. Signed by Honorable Paul V Gadola. (RCho, ) (Entered: 02/16/2005) |
| 02/16/2005 | 11 | NOTICE remanding case to Macomb County Circuit Court. (THal, ) (Entered: 02/16/2005) |
| 02/24/2005 | 12 | ACKNOWLEDGEMENT from Macomb County Circuit Court of 10 Order Remanding Case, 11 Notice of Remand.(PMil, ) (Entered: 02/24/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:49:30 | | |
| PACER Login: | bs0117 | Client Code: | 271173-00001 |
| Description: | Docket Report | Search Criteria: | 4:04-cv-40201-PVG-VMM |
| Billable Pages: | 1 | Cost: | 0.08 |

## U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-72744-AC-RSW

Central Transport International v. Focus Group, Limited
Assigned to: Honorable Avern Cohn
Referred to: Honorable R. Steven Whalen
Demand: $27,000
Cause: No cause code entered

Date Filed: 07/21/2004
Date Terminated: 11/12/2004
Jury Demand: None
Nature of Suit: 450 Commerce ICC Rates, Etc.
Jurisdiction: Federal Question

**Plaintiff**

**Central Transport International**          represented by   **John L. Burket**
Beadle, Burket, (St. Clair Shores)
24525 Harper Avenue
Suite One
St. Clair Shores, MI 48080
586-777-0720
Email: bbsslaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Focus Group, Limited**          represented by   **Michael J. Tauscher**
*Doing business as*
Titan
1175 W. Long Lake Road
Suite 202
Troy, MI 48098
248-290-0400
Fax: 248-290-0415
Email: mjtlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2004 | 1 | NOTICE OF REMOVAL by Focus Group, Limited from Macomb County Circuit Court, case number 04-2403-CK. Receipt No. 510775 (LHack, ) (Entered: 07/23/2004) |
| 07/21/2004 | 2 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Focus Group, Limited (LHack, ) (Entered: 07/23/2004) |
| 07/21/2004 | 3 | MOTION to Dismiss Complaint with Attachment A by Focus Group, Limited. (LHack, ) (Entered: 07/23/2004) |
| 07/21/2004 | 4 | NOTICE by Focus Group, Limited re 1 Notice of Removal (LHack, ) (Entered: 07/23/2004) |
| 07/23/2004 | 5 | NOTICE of Appearance by Michael J. Tauscher on behalf of Focus Group, Limited (LHack, ) (Entered: 08/02/2004) |

| 09/01/2004 | 6 | BRIEF in Support of plaintiff's response to 1 Notice of Removal filed by Central Transport International. (LHack, ) (Entered: 09/09/2004) |
|---|---|---|
| 09/13/2004 | 7 | REPLY BRIEF in Support of its 1 Notice of Removal by defendants with Attachments A-E. (Attachments: # 1 Document Continuation # 2 Document Continuation)(LHack, ) (Entered: 09/14/2004) |
| 10/05/2004 | 8 | NOTICE TO APPEAR: Objections to removal Hearing set for 11/17/2004 02:00 PM. (JCas, ) (Entered: 10/05/2004) |
| 11/12/2004 | 9 | MEMORANDUM AND ORDER REMANDING CASE to Macomb County Circuit Court. Signed by Honorable Avern Cohn. (DTyle, ) (Entered: 11/29/2004) |
| 11/30/2004 | 10 | NOTICE remanding case to Macomb County Circuit Court. (LHack, ) (Entered: 12/02/2004) |
| 12/10/2004 | 11 | ACKNOWLEDGEMENT from Macomb County Circuit Court of 10 Notice of Remand. (DHame, ) (Entered: 12/15/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:43:48 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-72744-AC-RSW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

APPEAL, CLOSED, PJK

## U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:98-cv-74795-AJT

Centra Inc, et al v. Cntrl St SE SW Pen F

Assigned to: Judge Arthur J Tarnow

Demand: $0

Date Filed: 11/05/1998

Date Terminated: 02/26/1999

Jury Demand: None

Nature of Suit: 791 Labor: E.R.I.S.A.

Jurisdiction: Federal Question

**Plaintiff**

**Centra, Incorporated**
*Delaware corporation*

represented by **Athina T. Siringas**
Bell & Gardner
561 E. Jefferson
Detroit, MI 48226
313-962-2240
Fax: 313-962-2240
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Willard J. Lindley**
Centra, Inc.
12225 Stephens Road
Warren, MI 48089
810-939-7000
Fax: 810-939-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Detroit International Bridge Company**
*Michigan corporation*

represented by **Athina T. Siringas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Willard J. Lindley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Central States Southeast and Southwest
Areas Pension Fund**

represented by **Stephen F. Wasinger**
Stephen F. Wasinger (Royal Oak)
26862 Woodward Avenue
Suite 100
Royal Oak, MI 48067-0958
248-414-9942
Email: sfw@sfwlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/1998 | 1 | COMPLAINT for Injunctive and Declaratory Relief - Receipt # 0025425 - Date Fee Received: 11/05/98 with exhibits (bk) (Entered: 11/09/1998) |
| 11/19/1998 | 2 | APPEARANCE for defendant Cntrl St SE SW Pen F of attorney Stephen Wasinger with proof of mailing (ew) (Entered: 11/20/1998) |
| 11/30/1998 | 3 | MOTION by defendant Cntrl St SE SW Pen F to dismiss for failure to state a claim with notice, brief, exhibits and proof of mailing (DT) (Entered: 12/01/1998) |
| 12/01/1998 | 4 | NOTICE regarding motion practice (DT) (Entered: 12/02/1998) |
| 12/16/1998 | 5 | APPEARANCE for plaintiff of attorney Athina T. Siringas, with notice of filing appearance, and proof of mailing. (PP) (Entered: 12/17/1998) |
| 12/17/1998 | 6 | ORDER by Judge Arthur J. Tarnow with stipulation, extending time to answer motion to dismiss for failure to state a claim by Cntrl St SE SW Pen F [3-1] , setting deadline for response to motion to dismiss for failure to state a claim by Cntrl St SE SW Pen F [3-1] for 12/30/98 (PP) (Entered: 12/18/1998) |
| 12/18/1998 | 8 | NOTICE (letter confirming) scheduled hearing on motion to dismiss for failure to state a claim by Cntrl St SE SW Pen F [3-1] for 3:00 1/21/99 (RH) (Entered: 01/05/1999) |
| 12/22/1998 | 7 | PROOF of mailing of stipulated order granting enlargement of time (ls) (Entered: 12/28/1998) |
| 12/30/1998 | 9 | RESPONSE by plaintiff Det Intl Bridge Co, plaintiff Centra Inc to motion to dismiss for failure to state a claim by Cntrl St SE SW Pen F [3-1], with brief and proof of service (RH) (Entered: 01/05/1999) |
| 01/11/1999 | 10 | REPLY MEMORANDUM by defendant to response to motion to dismiss for failure to state a claim by Cntrl St SE SW Pen F [3-1] with exhibits and proof of mailing (ew) (Entered: 01/14/1999) |
| 01/21/1999 | | MOTION hearing held on motion to dismiss for failure to state a claim by Cntrl St SE SW Pen F [3-1] - disposition: GRANTED - Judge Arthur J. Tarnow - Court Reporter: DENISE MOSBY (tm) (Entered: 01/29/1999) |
| 02/26/1999 | 11 | ORDER by Judge Arthur J. Tarnow granting motion to dismiss for failure to state a claim by Cntrl St SE SW Pen F [3-1] without prejudice (DT) (Entered: 03/01/1999) |
| 03/19/1999 | 12 | APPEAL by plaintiffs Det Intl Bridge Co and Centra Inc of order [11-1] to USCA with proof of service - FEE: PAID - Receipt #: 377503 (do) (Entered: 03/23/1999) |
| 03/23/1999 | 13 | PROOF of mailing of notice of appeal to USCA, Athina Siringas, Willard Lindley, Stephen Wasinger and Denise Mosby (do) (Entered: 03/23/1999) |
| 03/23/1999 | 14 | CERTIFIED copy of appeal appeal by Centra Inc, Det Intl Bridge Co [12-1] and docket transmitted to USCA (do) (Entered: 03/23/1999) |
| 03/31/1999 | 15 | ACKNOWLEDGEMENT from USCA of receipt of appeal notice and docket by Centra Inc, Det Intl Bridge Co [12-1] [14-1] - appeal case # 99-1332 (DT) (Entered: 04/02/1999) |
| 04/26/1999 | 16 | CERTIFIED copy of order from USCA dismissing appeal by Centra Inc, Det Intl Bridge Co [12-1] - appeal case # 99-1332 (bk) (Entered: 04/27/1999) |

| 05/21/1999 | 17 | TRANSCRIPT taken on January 21, 1999 of hearing on motion to dismiss for failure to state a claim (ls) (Entered: 05/26/1999) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:34:41 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:98-cv-74795-AJT |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

 

**Back    Print**

| Case Number | 1997-549957-CZ | DOMESTIC UNIFORM RENTAL vs. US TRUCK CO INC |
| --- | --- | --- |
| Judge Name | D. LANGFORD MORRIS | |
| Case Filed | 08/20/1997 | |
| Case Disposed | 11/04/1997 | |

| Party Type | Party Name | Bar # | Attorney Name |
| --- | --- | --- | --- |
| Plaintiff - 0001 | DOMESTIC UNIFORM RENTAL | 44076 | BRADLEY D. GORMAN |
| Defendant - 0001 | US TRUCK CO INC | 41128 | SUSAN LEIGH BROWN |
| Defendant - 0002 | U S TRUCK CO INC | 41128 | SUSAN LEIGH BROWN |
| Defendant - 0003 | CENTRAL TRANSPORT INC | 41128 | SUSAN LEIGH BROWN |
| Defendant - 0004 | CENTRAL TRANSPORT MICHIGAN INC | 41128 | SUSAN LEIGH BROWN |
| Defendant - 0005 | HILSINGER JACK S | 41128 | SUSAN LEIGH BROWN |
| Defendant - 0006 | THOMAS CHRISTOPHER | 41128 | SUSAN LEIGH BROWN |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan

Privacy/ Legal   |   Accessibility   |   Contact Us

 **Oakland County**
Michigan.



**Back   Print**

| | | |
|---|---|---|
| **Case Number** | 1997-549957-CZ | DOMESTIC UNIFORM RENTAL vs. US TRUCK CO INC |
| **Judge Name** | D. LANGFORD MORRIS | |
| **Case Filed** | 08/20/1997 | |
| **Case Disposed** | 11/04/1997 | |

| Date | Code | Description |
|---|---|---|
| 08/20/1997 | C | COMPLAINT FILED |
| 08/20/1997 | SI | SUMMONS ISSUED |
| 08/20/1997 | MPR | MOTION PRAECIPE FILED FOR 08271997 |
| 08/20/1997 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 08/20/1997 | MTN | MOTION FILED COMPEL ARBIT |
| 08/20/1997 | NOH | NOTICE OF HEARING FILED |
| 08/22/1997 | POS | AFFIDAVIT/PROOF OF SERVICE FILED /AMENDED |
| 08/26/1997 | SUM | P/S ON SUMMONS FILED |
| 08/26/1997 | SUM | P/S ON SUMMONS FILED |
| 08/26/1997 | SUM | P/S ON SUMMONS FILED |
| 08/26/1997 | SUM | P/S ON SUMMONS FILED |
| 08/26/1997 | SUM | P/S ON SUMMONS FILED |
| 08/27/1997 | MPR | MOTION PRAECIPE FILED FOR 09031997 |
| 08/26/1997 | POS | AFFIDAVIT/PROOF OF SERVICE FILED /AMENDED |
| 08/26/1997 | NOH | NOTICE OF HEARING FILED RE |
| 08/27/1997 | BRF | BRIEF FILED SUPPT MTN COMPEL ARBITRATION |
| 08/27/1997 | APP | APPEARANCE FILED |
| 09/03/1997 | ORD | ORDER FILED COMPEL ARBITRATION |
| 09/03/1997 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 09/03/1997 | RES | RESPONSE FILED TO MTN COMPEL ARBITRATION/DFTS |
| 09/08/1997 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 09/03/1997 | M | MOTION COMPEL ARBITRATION GRANTED |
| 11/05/1997 | STO | STIP/ORDER FILED FOR DISMISSAL |
| 11/09/1997 | SC2 | 11/26/97 SHOW CAUSE: FAILURE TO REQUEST ENTRY OF DEFAULT. |
| 11/09/1997 | SON | SCHEDULING ORDER NOT PRODUCED |
| 11/09/1997 | | 02/06/98 EXPERT DATE. |
| 11/09/1997 | | 03/09/98 MEDIATION DATE. |
| 11/09/1997 | | 04/13/98 WITNESS DATE. |
| 11/09/1997 | | 04/28/98 MOTION DATE. |
| 11/09/1997 | | 04/28/98 DISCOVERY DATE. |
| 11/12/1997 | APR | DATE SET FOR TRIAL ON 06231998 08 30 AM |
| 11/04/1997 | FD | FINAL DISPOSITION |
| 11/04/1997 | DIS | DISMISSAL GRANTED W/PREJ W/O COSTS |
| 11/13/1997 | DIS | DISMISSAL GRANTED AS OF 11/5/97 |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan                    Privacy/ Legal   |   Accessibility   |   Contact Us

| 2006-003145-CK CENTRAL TRANSPORT INTERNATIONAL INC vs. LOCOCO, JR, JOSEPH N DGM |
|---|

| File Date | 07/24/2006 | Case Status | Closed | Case Status Date | 07/24/2006 |
|---|---|---|---|---|---|

## Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| CENTRAL TRANSPORT INTERNATIONAL INC | | PLAINTIFF | BURKET, JOHN L | (586)777-0720 |
| LOCOCO, JR, JOSEPH N | | DEFENDANT | PELLAND, JAMES M | (734)392-0867 |
| CENTRAL TRANSPORT INTERNATIONAL INC | | COUNTER-DEFENDANT | BURKET, JOHN L | (586)777-0720 |
| LOCOCO, JR, JOSEPH N | | COUNTER-PLAINTIFF | PELLAND, JAMES M | (734)392-0867 |

## Financial Entries

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 59402 | 07/24/2006 | CENTRAL TRANSPORT INTERNATIONAL INC | 150.00 |

| Payment | | Fee | |
|---|---|---|---|
| Check | 150.00 | FILING FEE | 150.00 |

## Docket Entries

| Date | Text |
|---|---|
| 12/01/2006 | NOT HELD - ORDER ENTERED The following event: EARLY DISPOSITION SETTLEMENT CONFERENCE scheduled for 12/01/2006 at 8:30 am has been resulted as follows: Result: NOT HELD - ORDER ENTERED Judge: MILLER, DONALD G Location: COURTROOM D - 3RD FLOOR Result Staff: Staff: COURT REPORTER: VIDEO Certification Number: |
| 11/29/2006 | ORDER OF DISMISSAL SIGNED (CLOSE CASE) |
| 11/28/2006 | STIP & ORDER SGD RE: ADJ EDSC FROM 11-28 TO 12-1-06 |
| 11/28/2006 | EARLY DISPOSITION SETTLEMENT CONFERENCE SCHEDULED The following event: EARLY DISPOSITION SETTLEMENT CONFERENCE scheduled for 11/28/2006 at 8:30 am has been rescheduled as follows: Event: EARLY DISPOSITION SETTLEMENT CONFERENCE Date: 12/01/2006 Time: 8:30 am Judge: MILLER, DONALD G Location: COURTROOM D - 3RD FLOOR Result: NOT HELD - ORDER ENTERED |
| 11/28/2006 | ADJOURNED, NOT PLACED ON RECORD, ADJ TO 12-1-06, OTE The following event: EARLY DISPOSITION SETTLEMENT CONFERENCE scheduled for 11/28/2006 at 8:30 am has been resulted as follows: Result: ADJOURNED, NOT PLACED ON RECORD Judge: MILLER, DONALD G Location: COURTROOM D - 3RD FLOOR Result Staff: Staff: COURT REPORTER: VIDEO Certification Number: |
| 10/06/2006 | PROOF OF SERVICE |
| 10/06/2006 | AFFIRMATIVE DEFENSES |
| 10/06/2006 | ANSWER TO COUNTER COMPLAINT Attorney: BURKET, JOHN L. (41129) CENTRAL TRANSPORT INTERNATIONAL INC (COUNTER-DEFENDANT); |
| 10/02/2006 | (N) EVENT NOTICE SENT JOHN L. BURKET (Attorney) on behalf of CENTRAL TRANSPORT INTERNATIONAL INC (PLAINTIFF); JAMES M. PELLAND (Attorney) on behalf of JOSEPH N LOCOCO JR (DEFENDANT) |
| 10/02/2006 | EARLY DISPOSITION SETTLEMENT CONFERENCE SCHEDULED Event: EARLY DISPOSITION SETTLEMENT CONFERENCE Date: 11/28/2006 Time: 8:30 am Judge: MILLER, DONALD G Location: COURTROOM D - 3RD FLOOR Result: ADJOURNED, NOT PLACED ON RECORD |
| 09/26/2006 | DISCOVERY AND CASE EVALUATION ORDER ISSUED; CASE EVAL AFTER 1/23/07; WITNESS LIST DUE BY PLTF: 11/09/06, DEFT: 11/27/06 (N) DISCOVERY ORDER Sent on: 09/26/2006 13:54:41 JOHN L. BURKET (Attorney) on behalf of CENTRAL TRANSPORT INTERNATIONAL INC (PLAINTIFF); JAMES M. PELLAND (Attorney) on behalf of JOSEPH N LOCOCO JR (DEFENDANT) |
| 09/22/2006 | PROOF OF SERVICE |
| 09/22/2006 | EXHIBIT (A) FILED |
| 09/22/2006 | COUNTER COMPLAINT: JOSEPH N LOCOCO JR -V- CENTRAL TRANSPORT INTERNATIONAL INC |
| 09/22/2006 | ANSWER (LITIGANT'S PRIMARY ATTORNEY) Attorney: PELLAND, JAMES M. (51237) JOSEPH N LOCOCO JR (DEFENDANT); |
| 08/16/2006 | SERVICE ON COMPLAINT FILED PERS/8-13-06 JOSEPH N LOCOCO JR (DEFENDANT); |

| 07/24/2006 | EXHIBIT(S) ATTACHED TO COMPLAINT |
| 07/24/2006 | SUMMONS ISSUED |
| 07/24/2006 | COMPLAINT/PETITION FILED |
| 07/24/2006 | ENTRY FEE Receipt: 59402 Date: 07/24/2006 |

CLOSED, PJK

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CIVIL DOCKET FOR CASE #: 2:98-cv-70286-PJD

Contineri v. Det Intl Bridge Co, et al
Assigned to: Judge Patrick J Duggan
Demand: $0
Case in other court: Wayne Cnty, MI, 97-739962-CB

Date Filed: 01/20/1998
Date Terminated: 11/16/1998
Jury Demand: Plaintiff
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

**Plaintiff**

**Charles Contineri, II**

represented by **Brian P. Gijsbers**
Eisenberg, Benson,
2000 Town Center
Suite 1780
Southfield, MI 48075
248-357-3550
Fax: 248-357-3550
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Detroit International Bridge Company**

represented by **Michael F. Smith**
Butzel Long (Bloomfield Hills)
100 Bloomfield Hills Parkway
Suite 200
Bloomfield Hills, MI 48304-2949
248-258-1616
Fax: 248-258-1616
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Battista**
Butzel Long (Detroit)
150 W. Jefferson
Suite 900
Detroit, MI 48226-4430
313-225-7000
Fax: 313-225-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teamsters Local 299**
*Teamsters, Chauffeurs, Warehousemen and*
*Helpers of America*
*TERMINATED: 06/03/1998*

**ThirdParty Plaintiff**

**Detroit International Bridge Company**

represented by **Michael F. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Battista**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Teamsters Local 299**

represented by **John J. Goldpaugh**
Goldpaugh & Assoc.
660 Woodward Avenue
Suite 1625
Detroit, MI 48226
313-963-8220
Fax: 313-963-8220
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/1998 | 1 | NOTICE by defendant Det Intl Bridge Co of removal from Wayne County Circuit Court - Receipt # 23309 - Date Fee Received: 1/20/98 with attachments (ew) (Entered: 01/22/1998) |
| 01/20/1998 | 1 | COPY OF COMPLAINT; original filed in Wayne County Circuit Court, 97-739962-CB, Hon. Diane M. Hathaway (ew) (Entered: 01/22/1998) |
| 01/27/1998 | 2 | ANSWER by defendant Det Intl Bridge Co to complaint [1-1] with proof of mailing (db) (Entered: 01/28/1998) |
| 01/27/1998 | 2 | AFFIRMATIVE defenses by defendant Det Intl Bridge Co (db) (Entered: 01/28/1998) |
| 03/13/1998 | 3 | EXPARTE motion by plaintiff to extend summons as to defendant union with brief (ld) (Entered: 03/16/1998) |
| 03/13/1998 | 4 | ORDER by Judge Patrick J. Duggan granting motion to extend (re-issue) summons as to defendant union by Charles Contineri II [3-1] (ld) (Entered: 03/16/1998) |
| 05/13/1998 | 5 | ORDER by Judge Patrick J. Duggan for plaintiff Charles Contineri II to show cause why case should not be without prejudice (lh) (Entered: 05/14/1998) |
| 05/21/1998 | 6 | RESPONSE by plaintiff Charles Contineri II to affirmative defenses by Det Intl Bridge Co [2-1] with proof of mailing (lt) (Entered: 05/21/1998) |
| 05/21/1998 | 7 | DEMAND by plaintiff Charles Contineri II for jury trial (lt) (Entered: 05/21/1998) |
| 06/03/1998 | | SCHEDULE: by Judge Patrick J. Duggan status conference set for 3:15 6/17/98 (mo) (Entered: 06/03/1998) |
| 06/03/1998 | 8 | ORDER by Judge Patrick J. Duggan, dismissing defendant Local Union 299 (PP) (Entered: 06/04/1998) |
| 06/03/1998 | 9 | NOTICE by Judge Duggan's chambers of status conference (PP) (Entered: 06/04/1998) |

| | | |
|---|---|---|
| 06/17/1998 | | STATUS conference held - Judge Patrick J. Duggan (mo) (Entered: 06/18/1998) |
| 06/17/1998 | 10 | PRETRIAL scheduling order by Judge Patrick J. Duggan - deadline for witness list set for 8/15/98 , deadline for discovery set for 9/15/98 , deadline for filing motions set for 9/30/98 , final pretrial conference set for 2:30 11/10/98 , civil jury trial set for 12/1/98 (PP) (Entered: 06/18/1998) |
| 06/19/1998 | 11 | PROOF of mailing by defendant Det Intl Bridge Co of first interrogatories and request for production of documents (DT) (Entered: 06/22/1998) |
| 06/26/1998 | 12 | MOTION by defendant Det Intl Bridge Co to strike jury demand by Charles Contineri II [7-1] with brief and proof of mailing (ls) (Entered: 06/30/1998) |
| 06/26/1998 | 13 | PROOF of mailing of defendant Det Intl Bridge Company's notice of taking plaintiff's deposition and request for production of documents (ls) (Entered: 06/30/1998) |
| 07/10/1998 | 14 | MOTION by plaintiff Charles Contineri II for leave to file a late jury demand ; no brief (bk) (Entered: 07/13/1998) |
| 07/10/1998 | 15 | RESPONSE brief by plaintiff Charles Contineri II to motion to strike jury demand by Charles Contineri II [7-1] by Det Bridge Co [12-1] or, in the alternative, allow plaintiff to file a late jury demand with proof of mailing (bk) (Entered: 07/14/1998) |
| 07/15/1998 | 16 | ORDER by Judge Patrick J. Duggan granting motion for leave to file a late jury demand by Charles Contineri II [14-1] on condition of payment of costs and proof of mailing (bk) (Entered: 07/16/1998) |
| 07/15/1998 | 17 | MOTION by defendant Det Intl Bridge Co for leave to file a Third-Party Complaint with brief, exhibits, notice of hearing for a date/time to be set and proof of mailing (bk) (Entered: 07/16/1998) |
| 07/24/1998 | 18 | AFFIDAVIT of Brian Gijsbers, P.C. confirming payment to defense counsel for late jury demand (ls) (Entered: 07/28/1998) |
| 08/14/1998 | 19 | ORDER by Judge Patrick J. Duggan granting motion for leave to file a Third-Party Complaint by Det Intl Bridge Co [17-1] (PP) (Entered: 08/17/1998) |
| 08/14/1998 | 20 | ORDER by Judge Patrick J. Duggan with stipulation, extending time for parties to file witnesss lists (PP) (Entered: 08/17/1998) |
| 08/26/1998 | 21 | RE-NOTICE by defendant Det Intl Bridge Co of taking deposition of Charles Contineri II 9/2/98 at 10am , with proof of service (RH) (Entered: 08/27/1998) |
| 08/27/1998 | 22 | WITNESS list by plaintiff Charles Contineri II with proof of mailing (DT) (Entered: 08/28/1998) |
| 08/28/1998 | 23 | WITNESS list by defendant Det Intl Bridge Co with proof of mailing (DT) (Entered: 08/31/1998) |
| 08/31/1998 | 24 | THIRD-PARTY complaint by defendant Det Intl Bridge Co against Teamsters L299 with attachment (DT) (Entered: 09/01/1998) |
| 09/03/1998 | 25 | MOTION by plaintiff Charles Contineri II to WITHDRAW by Brian P. Gijsbers as attorney for Charles Contineri II with brief, notice of hearing for a date/time to be set and proof of mailing (bk) (Entered: 09/04/1998) |
| 09/09/1998 | | SCHEDULE: by Judge Patrick J. Duggan hearing on motion to WITHDRAW by Brian P. Gijsbers as attorney for Charles Contineri II by Brian P. Gijsbers, Charles Contineri II [25-1] set for 2:00 10/1/98 (mo) (Entered: 09/09/1998) |
| 09/09/1998 | 26 | NOTICE by court scheduling hearing on motion to WITHDRAW by Brian P. Gijsbers |

| | | as attorney for Charles Contineri II [25-1] (lh) (Entered: 09/10/1998) |
|---|---|---|
| 09/14/1998 | 27 | MOTION by defendant Det Intl Bridge Co to dismiss plaintiff's complaint , or in the alternative, to extend discovery for defendant and to compel plaintiff to participate in discovery with brief, attachments, proof of mailing and notice of hearing (lh) (Entered: 09/15/1998) |
| 09/15/1998 | | SCHEDULE: by Judge Patrick J. Duggan hearing on motion to dismiss plaintiff's complaint by Det Intl Bridge Co [27-1] set for 2:00 10/1/98, motion to extend discovery for defendant by Det Intl Bridge Co [27-2] set for 2:00 10/1/98, motion to compel plaintiff to participate in discovery by Det Intl Bridge Co [27-3] set for 2:00 10/1/98 (mo) (Entered: 09/15/1998) |
| 09/15/1998 | 28 | NOTICE by court scheduling hearing on motion to dismiss plaintiff's complaint [27-1] and to extend discovery for defendant [27-2] to compel plaintiff to participate in discovery by Det Bridge Co [27-3] (lh) (Entered: 09/16/1998) |
| 09/30/1998 | 29 | APPEARANCE for third-party defendant Teamsters L299 of attorney John J. Goldpaugh (ls) (Entered: 10/01/1998) |
| 09/30/1998 | 30 | NOTICE by third-party defendant Teamsters L299 of for joinder in motion to dismiss plaintiff's complaint by Det Intl Bridge Co [27-1], motion to extend discovery for defendant by Det Intl Bridge Co [27-2], motion to compel plaintiff to participate in discovery by Det Intl Bridge Co [27-3] (ls) (Entered: 10/01/1998) |
| 09/30/1998 | 31 | PROOF of mailing by third-party defendant Teamsters L299 of docket entries # 29 and 30 (ls) (Entered: 10/01/1998) |
| 10/01/1998 | | MOTION hearing held and continued on motion to dismiss plaintiff's complaint by Det Intl Bridge Co [27-1] to 2:00 10/8/98, motion to extend discovery for defendant by Det Intl Bridge Co [27-2] to 2:00 10/8/98, motion to compel plaintiff to participate in discovery by Det Intl Bridge Co [27-3] to 2:00 10/8/98, motion to WITHDRAW by Brian P. Gijsbers as attorney for Charles Contineri II by Brian P. Gijsbers, Charles Contineri II [25-1] to 2:00 10/8/98 - Judge Patrick J. Duggan - Court Reporter: Marie Metcalf (mo) (Entered: 10/01/1998) |
| 10/08/1998 | | MOTION hearing cancelled on motion to dismiss plaintiff's complaint by Det Intl Bridge Co [27-1], motion to extend discovery for defendant by Det Intl Bridge Co [27-2], motion to compel plaintiff to participate in discovery by Det Intl Bridge Co [27-3], motion to WITHDRAW by Brian P. Gijsbers as attorney for Charles Contineri II by Brian P. Gijsbers, Charles Contineri II [25-1] - disposition: case settled - Judge Patrick J. Duggan (mo) (Entered: 10/08/1998) |
| 11/16/1998 | 32 | ORDER by Judge Patrick J. Duggan with stipulation dismissing the case with prejudice and further, defendant/ third-party plaintiff claims are dismissed (bk) (Entered: 11/17/1998) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:34:22 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:98-cv-70286-PJD |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:05-cv-73158-LPZ-SDP

Mira Trading, Incorporated v. Central Transport, Incorporated
Assigned to: Honorable Lawrence P Zatkoff
Referred to: Honorable Steven D Pepe
Demand: $16,000
Cause: No cause code entered

Date Filed: 08/15/2005
Date Terminated: 01/03/2007
Jury Demand: None
Nature of Suit: 450 Commerce ICC Rates, Etc.
Jurisdiction: Federal Question

**Plaintiff**

**Mira Trading, Incorporated**

represented by **Alex Saleh**
Saleh & Assoc. (Dearborn)
921 Howard Street
Suite 1
Dearborn, MI 48124
313-724-8080
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David D. Turfe**
Hakim & Turfe
29900 Harper Avenue
Suite D
St. Clair Shores, MI 48082
810-415-4900
*TERMINATED: 04/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip H. Kotsis**
Saleh & Assoc. (Dearborn)
921 Howard Street
Suite 1
Dearborn, MI 48124
313-724-8080
Email: pkotsis@salehlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Central Transport, Incorporated**

represented by **Paul E. Scheidemantel**
Clark Hill (Detroit)
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435
313-965-8300
Email: pscheidemantel@clarkhill.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2005 | 1 | NOTICE OF REMOVAL by Central Transport, Incorporated from 37th District Court for the County of Macomb, case number 052589GC. Receipt No. 530108(RHutc, ) (Entered: 08/15/2005) |
| 08/16/2005 | 2 | CERTIFICATE OF SERVICE by Central Transport, Incorporated re 1 Notice of Removal. (RHutc, ) (Entered: 08/17/2005) |
| 08/22/2005 | 3 | ANSWER to Complaint with Affirmative Defenses *and Certificate of Service* by Central Transport, Incorporated.(Scheidemantel, Paul) (Entered: 08/22/2005) |
| 03/22/2006 | 4 | NOTICE TO APPEAR: Scheduling Conference set for 4/25/2006 10:30 AM before Honorable Lawrence P Zatkoff. (MVer, ) (Entered: 03/22/2006) |
| 04/05/2006 | 5 | STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL Signed by Honorable Lawrence P Zatkoff. (MVer, ) (Entered: 04/05/2006) |
| 04/25/2006 | | Minute Entry -Scheduling Conference held on 4/25/2006 before Honorable Lawrence P Zatkoff. (MVer, ) (Entered: 04/28/2006) |
| 04/28/2006 | 6 | SCHEDULING ORDER: Final Pretrial Conference set for 1/18/2007 10:00 AM before Honorable Lawrence P Zatkoff. Dispositive Motion Cut-off set for 9/6/2006 Discovery due by 8/15/2006. Signed by Honorable Lawrence P Zatkoff. (Refer to image for additional dates)(MVer, ) (Entered: 04/28/2006) |
| 05/09/2006 | 7 | ANSWER to Complaint with Affirmative Defenses *First Amended Answer and Affirmative Defenses to Plaintiff's Complaint* by Central Transport, Incorporated. (Attachments: # 1 Index of Exhibits to First Amended Answer and Affirmative Defenses to Plaintiff's Complaint# 2 Exhibit A - Excerpts of Tariff CTII 100-E (15 pgs.))(Scheidemantel, Paul) (Entered: 05/09/2006) |
| 08/01/2006 | 8 | WITNESS LIST by Central Transport, Incorporated (Scheidemantel, Paul) (Entered: 08/01/2006) |
| 08/01/2006 | 9 | WITNESS LIST by Mira Trading, Incorporated (Kotsis, Philip) (Entered: 08/01/2006) |
| 08/02/2006 | 10 | NOTICE of Appearance by Philip H. Kotsis on behalf of Mira Trading, Incorporated. (Kotsis, Philip) (Entered: 08/02/2006) |
| 09/06/2006 | 11 | MOTION for Partial Summary Judgment *Under F.R.Civ.P. 56(c)* by Central Transport, Incorporated. (Attachments: # 1 Index of Exhibits # 2 Exhibit A - Affidavity of Jeffery A. Cackowski# 3 Exhibit B - Plaintiff's Complaint# 4 Exhibit C - Plaintiff's Answers to Defendant's First Set of Discovery Requests# 5 Exhibit D - American Freight Company Documents)(Scheidemantel, Paul) (Entered: 09/06/2006) |
| 01/03/2007 | 12 | STIPULATED ORDER DISMISSING CASE. Signed by Honorable Lawrence P Zatkoff. (NHoll, ) (Entered: 01/04/2007) |

| PACER Login: | bs0117 | Client Code: | 271173-00001 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:05-cv-73158-LPZ-SDP |
| Billable Pages: | 2 | Cost: | 0.16 |

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:91-cv-70222-HWG

Jones, et al v. Webb, et al
Assigned to: Honorable Horace W Gilmore
Demand: $10,000
Cause: 28:1441 Petition for Removal

Date Filed: 01/15/1991
Date Terminated: 01/08/1993
Jury Demand: Both
Nature of Suit: 350 Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**Roger L. Jones**

represented by **Paul R. Swanson**
Paul R. Swanson Assoc.
333 W. Fort Street
Suite 1400
Detroit, MI 48226
313-963-1234
Fax: 313-963-1234
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna J. Jones**

represented by **Paul R. Swanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Clinton Harold Webb**

represented by **Walter J. Zotter**
Coticchio, Zotter,
155 W. Congress
Suite 350
Detroit, MI 48226-3285
313-961-0425
Fax: 313-961-0425
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Central Transport, Incorporated**

represented by **Walter J. Zotter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/1991 | 1 | NOTICE by defendant Clinton Harold Webb, defendant Cntrl Trans Inc of removal from Macomb County Circuit Court; jury demand - Receipt # 263349 - Date Fee |

| | | Received: 1/15/91 (mc) (Entered: 01/16/1991) |
|---|---|---|
| 01/15/1991 | 1 | COMPLAINT filed with notice of removal. (mc) (Entered: 01/16/1991) |
| 01/15/1991 | 1 | ANSWER by defendant Clinton Harold Webb, defendant Cntrl Trans Inc to complaint [1-1]; jury demand (mc) (Entered: 01/16/1991) |
| 04/01/1991 | 2 | ORDER by Judge Julian A. Cook Jr., reassigning case from Judge Julian A. Cook Jr. to Judge Horace W. Gilmore (dh) (Entered: 04/03/1991) |
| 04/03/1991 | 3 | NOTICE of status conference (mc) (Entered: 04/04/1991) |
| 04/03/1991 | | SCHEDULE: scheduling conference set for 2:00 5/14/91 before Judge Horace W. Gilmore (tt) (Entered: 04/11/1991) |
| 04/05/1991 | 4 | NOTICE of status conference (mc) (Entered: 04/08/1991) |
| 05/14/1991 | | SCHEDULE: status conference set for 2:00 5/29/91 before Judge Horace W. Gilmore (tt) (Entered: 05/14/1991) |
| 05/15/1991 | 5 | NOTICE of status conference (mc) (Entered: 05/16/1991) |
| 05/31/1991 | 6 | NOTICE of status conference (mc) (Entered: 06/03/1991) |
| 05/31/1991 | | ORDER by Judge Horace W. Gilmore, to show cause See #43 of 90-0373) (mc) (Entered: 06/03/1991) |
| 06/07/1991 | | SCHEDULE: show cause hearing set for 2:00 6/20/91 before Judge Horace W. Gilmore (tt) (Entered: 06/07/1991) |
| 06/14/1991 | | ANSWER by Roger L. Jones to order to show cause [0-1] with proof of mailing (see 90-70373 #47) (mm) (Entered: 06/21/1991) |
| 06/17/1991 | | ANSWER by Cntrl Trans Inc, Clinton Harold Webb to order to show cause [0-1] with proof of mailing (see 90-70373 #48) (mm) (Entered: 06/21/1991) |
| 06/20/1991 | | SHOW cause hearing on order to show cause [0-1], order [0-2] held and was taken under advisement, supplemental briefing is due by July 1, 1991. - Judge Horace W. Gilmore - Court Reporter: E. Higdon (tt) (Entered: 06/21/1991) |
| 06/20/1991 | | SCHEDULE: deadline for supplemental briefing set for 7/1/91 before Judge Horace W. Gilmore (tt) (Entered: 06/21/1991) |
| 06/21/1991 | | COPY of order to show cause [0-1] mailed to plaintiff Roger L. Jones and returned as undeliverable (see 90-70373 #50) (mm) (Entered: 06/25/1991) |
| 07/03/1991 | | SUPPLEMENTAL brief by Clinton Harold Webb in opposition of order to show cause [0-1] (see 90-70373 #54) (mm) (Entered: 07/11/1991) |
| 07/05/1991 | | SUPPLEMENTAL brief by Clinton Harold Webb in opposition to order to show cause [0-2] (see 90-70373 #55) (mm) (Entered: 07/11/1991) |
| 07/08/1991 | | ORDER by Judge Horace W. Gilmore, referring motion to compel answers to interrogatories to Magistrate Paul J. Komives for hearing and determination and setting date for hearing (see 90-70373 #56) (mm) (Entered: 07/11/1991) |
| 07/22/1991 | | MEMORANDUM opinion and order by Judge Horace W. Gilmore, consolidating cases 90-70373 and 9170222 (mm) (Entered: 07/25/1991) |
| 08/06/1991 | | SCHEDULE: scheduling conference set for 2:00 9/17/91 in 2:90-cv-70373, in 2:91-cv-70222 before Judge Horace W. Gilmore (tt) (Entered: 08/06/1991) |
| 08/06/1991 | | NOTICE of scheduling conference (mm) (Entered: 08/07/1991) |

| 08/06/1991 | 7 | NOTICE of status conference (mc) (Entered: 08/07/1991) |
|---|---|---|
| 08/27/1991 | | PROOF of mailing notice to produce to Central Transport (mm) (Entered: 09/04/1991) |
| 09/12/1991 | | SCHEDULE: scheduling conference set for 2:00 10/2/91 in 2:90-cv-70373, in 2:91-cv-70222 before Judge Horace W. Gilmore (tt) (Entered: 09/12/1991) |
| 09/12/1991 | 8 | NOTICE of change of pretrial conference (mc) (Entered: 09/13/1991) |
| 09/12/1991 | | NOTICE of change of date for scheduling conference (mm) (Entered: 09/18/1991) |
| 10/02/1991 | | RESOLUTION of motion to compel answers to interrogatories by Just In Time Inc, Roger L. Jones, Edward Hastings [53-1] in 2:90-cv-70373 - disposition: Motion Withdrawn - date: 7/8/91 - Magistrate Paul J. Komives (wfl) (Entered: 10/02/1991) |
| 10/02/1991 | 9 | PRETRIAL scheduling order by Judge Horace W. Gilmore (mc) (Entered: 10/03/1991) |
| 10/02/1991 | | SCHEDULING conference held - Judge Horace W. Gilmore (tt) (Entered: 10/04/1991) |
| 10/04/1991 | | SCHEDULE: deadline for discovery set for 5/1/92 in 2:91-cv-70222, in 2:90-cv-70373 , and deadline for filing motions set for 4/1/92 in 2:91-cv-70222, in 2:90-cv-70373 , and deadline for witness list set for 3/15/92 in 2:91-cv-70222, in 2:90-cv-70373 , and deadline for filing dispositive motions set for 6/1/92 in 2:91-cv-70222, in 2:90-cv-70373 , and final pretrial conference set for 2:00 7/21/92 in 2:91-cv-70222, in 2:90-cv-70373 , and deadline for final pretrial order set for 7/14/92 in 2:91-cv-70222, in 2:90-cv-70373 , and jury trial set for 9:00 8/1/92 in 2:91-cv-70222, in 2:90-cv-70373 before Judge Horace W. Gilmore (tt) (Entered: 10/04/1991) |
| 10/17/1991 | | DEPOSITION of Roger Jones taken on 7/29/91 (mm) (Entered: 10/22/1991) |
| 10/21/1991 | | NOTICE by Roger L. Jones in 2:90-cv-70373, Donna J. Jones and Roger L. Jones in 2:91-cv-70222 of filing of deposition with the court in compliance with Local Rule 16 (g) of Roger Jones and Edward Hastings (notice indicates that two depositions were filed however only deposition of Roger Jones was filed) with proof of mailing (mm) (Entered: 10/22/1991) |
| 03/16/1992 | | AMENDED AND SUPPLEMENTAL WITNESS list by defendant Edward Hastings in 2:90-cv-70373, defendant Roger L. Jones in 2:90-cv-70373, defendant Just Time Inc in 2:90-cv-70373 with proof of mailing. (mc) (Entered: 03/17/1992) |
| 03/16/1992 | 10 | WITNESS list by defendants in 2:91-cv-70222 with proof of mailing (ld) (Entered: 04/16/1992) |
| 03/16/1992 | 11 | WITNESS list by plaintiffs in 2:91-cv-70222 with proof of mailing (ld) (Entered: 04/16/1992) |
| 03/17/1992 | | SECOND PROPOSED WITNESS list by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 with proof of mailing. (mc) (Entered: 03/19/1992) |
| 03/27/1992 | | SECOND SUPPLEMENTAL WITNESS list by plaintiffs' with proof of mailing. (mc) (Entered: 03/30/1992) |
| 04/13/1992 | | PROOF of mailing of supplemental interrogatories to plaintiffs. (mc) (Entered: 04/14/1992) |
| 07/21/1992 | | FINAL pretrial conference held - Judge Horace W. Gilmore (tt) (Entered: 07/21/1992) |
| 07/21/1992 | 12 | FINAL pretrial order by Judge Horace W. Gilmore (pr) (Entered: 07/22/1992) |
| 07/21/1992 | 13 | ORDER by Judge Horace W. Gilmore, to counsel of record establishing calendar for trial of civil cases (pr) (Entered: 07/22/1992) |

| | | |
|---|---|---|
| 07/31/1992 | | PROOF of mailing of amended notice of taking deposition. (mc) Modified on 08/04/1992 (Entered: 08/03/1992) |
| 08/03/1992 | 14 | APPEARANCE for defendant Just In Time Inc in 2:90-cv-70373 of attorney Joseph S. Mierzejewski with notice. (mc) (Entered: 08/04/1992) |
| 08/04/1992 | 15 | NOTICE (letter) by defendant Clinton Harold Webb in 2:91-cv-70222, defendant Cntrl Trans Inc in 2:91-cv-70222 of adjournment civil jury trial (mc) (Entered: 08/05/1992) |
| 08/19/1992 | | NOTICE by defendant Roger L. Jones in 2:90-cv-70373, plaintiff Donna J. Jones in 2:91-cv-70222 of taking deposition of Dr. Frederick B. Winston 9/4/92 with proof of mailing. (mc) (Entered: 08/20/1992) |
| 08/24/1992 | | SCHEDULE: by Judge Horace W. Gilmore settlement conference set for 2:00 9/16/92 in 2:90-cv-70373, in 2:91-cv-70222 (tt) (Entered: 08/24/1992) |
| 09/08/1992 | | PROOF of mailing of notice of taking deposition. (mc) (Entered: 09/09/1992) |
| 09/15/1992 | | SETTLEMENT conference not held - Judge Horace W. Gilmore (tt) (Entered: 09/17/1992) |
| 09/21/1992 | | OBJECTIONS by defendants in 2:90-cv-70373 to video tape of de bene esse deposition with proof of mailing. (mc) (Entered: 09/22/1992) |
| 09/28/1992 | | MOTION by plaintiffs to use videotape deposition and response to objections. (mc) (Entered: 09/29/1992) |
| 09/28/1992 | | MOTION by plaintiffs for an order compelling disclosure of independent medical examination report. (mc) (Entered: 09/29/1992) |
| 09/28/1992 | | PROOF of mailing of #74 & 75. (mc) (Entered: 09/29/1992) |
| 10/01/1992 | | COMBINED MOTION by plaintiff in 2:90-cv-70373 for continuance and compelling and reopening of discovery and for resetting for a time certain with brief, exhibits and proof of mailing. (mc) (Entered: 10/02/1992) |
| 10/05/1992 | | APPEARANCE for plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 of attorney Robert F. Gonderman with notice and proof of mailing. (mc) (Entered: 10/07/1992) |
| 10/09/1992 | | SCHEDULE: by Judge Horace W. Gilmore hearing on motion for continuance and compelling and reopening of discovery and for resetting for a time certain by Robbie L. Webb [77-1] set for 2:00 10/15/92 in 2:90-cv-70373, in 2:91-cv-70222 (Jc) (Entered: 10/09/1992) |
| 10/09/1992 | | NOTICE by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 of hearing on motion for continuance and compelling and reopening of discovery and for resetting for a time certain by Robbie L. Webb [77-1] in 2:90-cv-70373, 2:91-cv-70222 with proof of mailing. (mc) (Entered: 10/13/1992) |
| 10/13/1992 | | SCHEDULE: by Judge Horace W. Gilmore hearing on motion for continuance and compelling and reopening of discovery and for resetting for a time certain by Robbie L. Webb [77-1] set for 2:00 10/15/92 in 2:90-cv-70373, in 2:91-cv-70222 (Jc) (Entered: 10/13/1992) |
| 10/13/1992 | | RESPONSE by defendant Edward Hastings in 2:90-cv-70373, defendant Roger L. Jones in 2:90-cv-70373, defendant Just In Time Inc in 2:90-cv-70373 to motion to use videotape deposition by Clinton H. Webb, Robbie L. Webb [74-1] in 2:90-cv-70373, 2:91-cv-70222 with brief and proof of mailing. (mc) (Entered: 10/14/1992) |
| 10/14/1992 | | RESPONSE by defendant in 2:90-cv-70373 to motion for continuance and compelling |

| | | |
|---|---|---|
| | | and reopening of discovery and for resetting for a time certain by Robbie L. Webb [77-1] in 2:90-cv-70373, 2:91-cv-70222 with brief, attached letter and proof of mailing. (mc) (Entered: 10/15/1992) |
| 10/15/1992 | | FIRST MOTION by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 in limine (mc) (Entered: 10/16/1992) |
| 10/15/1992 | | REQUEST by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 for order compelling disclosure with attachments and proof of mailing. (mc) (Entered: 10/16/1992) |
| 10/15/1992 | | NOTICE by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 of taking de bene esse deposition of Christine Nelson, M.D. 10/22/92 with proof of mailing. (mc) (Entered: 10/16/1992) |
| 10/15/1992 | | MOTION hearing held on motion for continuance and compelling and reopening of discovery and for resetting for a time certain by Robbie L. Webb [77-1] in 2:90-cv-70373, 2:91-cv-70222 - disposition: Reopen discovery until 11/30/92 - Judge Gilmore will not give a date certain for trial - Judge Horace W. Gilmore - Court Reporter: Elizabeth Higdon (Jc) (Entered: 10/17/1992) |
| 10/20/1992 | | PROOF of mailing of Roger L. Jones' answers to interrogatories. (mc) (Entered: 10/21/1992) |
| 10/27/1992 | | ORDER by Judge Horace W. Gilmore, referring to Magistrate Judge Paul J. Komives , for hearing and determination of plaintiffs proposed order. (mc) (Entered: 10/30/1992) |
| 11/05/1992 | | NOTICE by plaintiffs of filing discovery with proof of mailing. (mc) (Entered: 11/06/1992) |
| 11/09/1992 | | RESOLUTION of motion for an order compelling by Clinton H. Webb, Robbie L. Webb [75-1] - disposition: Motion withdrawn - date: 11/9/92 - Magistrate Judge Paul J. Komives (bl) (Entered: 11/09/1992) |
| 11/09/1992 | | NOTICE by plaintiff in 2:90-cv-70373 cancellation of 11/6/92 hearing (mc) (Entered: 11/10/1992) |
| 11/13/1992 | | MOTION by defendants' in 2:90-cv-70373 in limine to preclude the plaintiff from introducing evidence of defendant Jones' prior drinking/driving offense with brief and proof of mailing. (lh) (Entered: 11/13/1992) |
| 11/16/1992 | | NOTICE by defendant in 2:90-cv-70373 of compliance with Local Rule 7 (LS) (Entered: 11/17/1992) |
| 11/17/1992 | | NOTICE by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 of taking deposition of Just In Time Inc. 11/17/92 with proof of mailing. (mc) (Entered: 11/18/1992) |
| 11/18/1992 | | PROOF of mailing of notice of taking deposition. (mc) (Entered: 11/19/1992) |
| 11/19/1992 | | NOTICE by defendant Edward Hastings in 2:90-cv-70373, defendant TNT Holland Mtr in 2:90-cv-70373, defendant Roger L. Jones in 2:90-cv-70373, defendant Just In Time Inc in 2:90-cv-70373 of taking deposition of Central Transport 11/25/92 with exhibits and proof of mailing. (mc) (Entered: 11/20/1992) |
| 11/19/1992 | | NOTICE by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 of taking depositions of(see notice) with proof of mailing. (mc) (Entered: 11/20/1992) |
| 11/23/1992 | | SUPPLEMENTAL brief by defendants to witness list by Just In Time Inc, Roger L. Jones, Edward Hastings [65-1] in 2:90-cv-70373, 2:91-cv-70222 (mc) (Entered: |

| 11/24/1992 | | NOTICE by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 of taking deposition of Roger Jones 11/27/92 with proof of mailing. (mc) (Entered: 11/25/1992) |
|---|---|---|
| 11/27/1992 | | OBJECTIONS by defendant in 2:90-cv-70373 to notice taking depositions of(see notice) by Clinton H. Webb, Robbie L. Webb [96-1] in 2:90-cv-70373, 2:91-cv-70222 with proof of mailing. (mc) (Entered: 12/02/1992) |
| 11/30/1992 | | MOTION by defendant Edward Hastings, Roger L. Jones and Just Time Inc to substitute counsel and for adjournment of trial with brief, notice of hearing, affidavits and proof of mailing. (mc) Modified on 01/14/1993 (Entered: 12/01/1992) |
| 12/07/1992 | | MOTION by plaintiffs in 2:90-cv-70373, to compel defendants pursuant to trial rule 37 with brief, exhibits and emergency notice of hearing. (mc) (Entered: 12/09/1992) |
| 12/07/1992 | | PETITION by plaintiff in 2:90-cv-70373 emergency hearing on motion to compel defendants pursuant to trial rule 37 by Clinton H. Webb, Robbie L. Webb [0-1] in 2:91-cv-70222, 2:90-cv-70373 for ex parte order compelling discovery. (mc) (Entered: 12/09/1992) |
| 12/07/1992 | | PROOF of mailing of pleadings #102 & 103. (mc) (Entered: 12/09/1992) |
| 12/15/1992 | | RESPONSE by plaintiff Robbie L. Webb in 2:90-cv-70373 to request for concurrence and objection to continuance with proof of mailing. (mc) (Entered: 12/16/1992) |
| 12/17/1992 | | SECOND MOTION by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 to compel with brief, exhibit and proof of mailing. (mc) (Entered: 12/18/1992) |
| 12/18/1992 | | THIRD MOTION by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 to compel with brief. (mc) (Entered: 12/21/1992) |
| 12/18/1992 | | RESPONSE by defendant Just In Time Inc in 2:90-cv-70373 to motion to compel by Clinton H. Webb, Robbie L. Webb [107-1] in 2:90-cv-70373, 2:91-cv-70222 (mc) (Entered: 12/21/1992) |
| 12/21/1992 | | PROOF of mailing of stipulation regarding depositions. (mc) (Entered: 12/22/1992) |
| 12/23/1992 | | ORDER by Judge Horace W. Gilmore, regarding motion cutoff date with proof of mailing. (mc) (Entered: 12/28/1992) |
| 12/23/1992 | | SCHEDULE: by Judge Horace W. Gilmore civil jury trial set for 9:00 1/11/93 in 2:90-cv-70373, in 2:91-cv-70222 (tt) (Entered: 01/06/1993) |
| 12/28/1992 | | MOTION by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 for leave to amend order [0-1] in 2:90-cv-70373, 2:91-cv-70222 with exhibits and proof of mailing. (mc) (Entered: 12/29/1992) |
| 12/31/1992 | | EMERGENCY motion by defendants Edward Hastings and Roger L. Jones in 2:90-cv-70373 to show cause why Central Transport should not be held in contempt for violation of subpoena, duces tecum or, alternatively, to compel discovery with brief, affidavit, compliance with local rule 7 and proof of mailing. Hearing to be set by the court (LS) (Entered: 01/05/1993) |
| 01/04/1993 | | PROOF of mailing of Roger Jones' supplemental answers to interrogatories. (mc) Modified on 02/18/1993 (Entered: 01/05/1993) |
| 01/04/1993 | | PROOF of mailing of defendant's responses to plaintiff's supplemental interrogatories and requests to produce. (mc) Modified on 02/18/1993 (Entered: 01/05/1993) |

| 01/04/1993 | | PROOF of mailing of defendant Jones' supplemental answers to interrogatories. (mc) Modified on 02/18/1993 (Entered: 01/05/1993) |
|---|---|---|
| 01/05/1993 | | MOTION by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 for ex parte authorization to take prisoner's deposition with exhibit and proof of mailing. (mc) Modified on 01/06/1993 (Entered: 01/06/1993) |
| 01/05/1993 | | RESPONSE by defendant Just In Time Inc in 2:90-cv-70373 to motion for leave to amend order [0-1] in 2:90-cv-70373, 2:91-cv-70222 by Clinton H. Webb, Robbie L. Webb [111-1] in 2:90-cv-70373, 2:91-cv-70222 with exhibits and proof of mailing. (mc) (Entered: 01/06/1993) |
| 01/05/1993 | | SUPPLEMENTAL brief by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 to motion for leave to amend order [0-1] in 2:90-cv-70373, 2:91-cv-70222 by Clinton H. Webb, Robbie L. Webb [111-1] in 2:90-cv-70373, 2:91-cv-70222 (mc) (Entered: 01/06/1993) |
| 01/05/1993 | | MOTION by defendant Edward Hastings in 2:90-cv-70373, defendant Roger L. Jones in 2:90-cv-70373 in limine with brief, compliance and proof of mailing. (mc) (Entered: 01/06/1993) |
| 01/06/1993 | | RESOLUTION of motion to compel discovery by Roger L. Jones, Edward Hastings [115-2] in 2:90-cv-70373, 2:91-cv-70222, motion to compel by Clinton H. Webb, Robbie L. Webb [107-1] in 2:90-cv-70373, 2:91-cv-70222, motion to compel by Clinton H. Webb, Robbie L. Webb [106-1] in 2:90-cv-70373, 2:91-cv-70222, motion to compel defendants pursuant to trial rule 37 by Clinton H. Webb, Robbie L. Webb [102-1] in 2:90-cv-70373, 2:91-cv-70222: motions will not be considered they were filed past the cutoff date. - date: 12/23/92 - Judge Horace W. Gilmore (tt) (Entered: 01/06/1993) |
| 01/06/1993 | | MOTION by plaintiff Robbie L. Webb in 2:90-cv-70373, plaintiff Clinton H. Webb in 2:90-cv-70373 to quash notice of deposition and to suppress deposition of Detroit Industrial Clinic with brief and exhibits. (mc) (Entered: 01/07/1993) |
| 01/06/1993 | | MOTION by defendants in 2:90-cv-70373 in limine regarding depositions of Dr. John Courtney, Dr. Stephen Mitros, Dr. Paul A. Kearney, Jr., Dr. Paul Macellari, Dr. Christine Nelson, Dr. Kevin R. Kristl, Roger L. Jones, Edward Hastings, and regarding prior acts with brief and proof of mailing. notice of hearing and proof of mailing. (mc) (Entered: 01/07/1993) |
| 01/06/1993 | | MOTION by defendants in 2:90-cv-70373 to quash and objection to subpoenas with brief, notice of hearing and proof of mailing. (mc) (Entered: 01/07/1993) |
| 01/07/1993 | | NOTICE by defendants in 2:90-cv-70373 of taking deposition de bene esse of Record Custodian/Attending Physician Detroit Industrial Clinic 1/8/93 with proof of mailing. (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 in limine number one (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 in limine number two (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 in limine number three (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 in limine number four (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 in limine number five (mc) (Entered: 01/08/1993) |

| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 in limine number six (mc) (Entered: 01/08/1993) |
|---|---|---|
| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 in limine number seven (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 in limine number eight (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 in limine number nine (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | MOTION by defendant Just In Time Inc in 2:90-cv-70373 for partial summary judgment with brief. (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | TRIAL brief by defendant Just In Time Inc in 2:90-cv-70373 (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | NOTICE by defendant Just In Time Inc in 2:90-cv-70373 of filing of pleadings #125 thru #135 with proof of mailing. (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | NOTICE by defendant Edward Hastings in 2:90-cv-70373, defendant Roger L. Jones in 2:90-cv-70373 of concurrence in and adoption of motion response by Just In Time Inc [118-1] in 2:90-cv-70373, 2:91-cv-70222 (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | EXHIBIT list by defendant Edward Hastings in 2:90-cv-70373, defendant Roger L. Jones in 2:90-cv-70373 (mc) (Entered: 01/08/1993) |
| 01/07/1993 | | PROOF of mailing of pleadings #137 & 138. (mc) (Entered: 01/08/1993) |
| 01/08/1993 | 14 | STIPULATION and order by Judge Horace W. Gilmore that case is dismissed with prejudice and without costs (at) (Entered: 01/11/1993) |
| 01/08/1993 | | MOTION by Roger L. Jones, Just in Time, Inc and Edward Hastings for admissions pro hac vice with brief, affidavit and proof of mailing. Hearing previously set by the court. (see paper #143 in case #90-70373) (LS) (Entered: 01/11/1993) |
| 01/08/1993 | | MOTION by defendant in limine to exclude evidence of aggravation for failure to provide discovery with brief and attachment. (see paper #144 in case #90-70373) (LS) (Entered: 01/11/1993) |
| 01/08/1993 | | MOTION by Donna J. Jones, Roger L. Jones in limine precluding plaintiff's expert witness, Peter Cooley, from testifying about any time marks depicted in photographs of the accident scene with brief and attachment. (see paper #145 in case #90-70373) (LS) (Entered: 01/11/1993) |
| 01/08/1993 | | MOTION by defendants to sequester and to require parties to identify anticipated witnesses with forty-eight hours notice with brief. (LS) (Entered: 01/12/1993) |
| 01/08/1993 | | MOTION by defendants in limine to preclude cumulative medical testimony with brief (see paper #147 in 90-70373) (LS) (Entered: 01/12/1993) |
| 01/08/1993 | | MOTION by defendants in limine to limit plaintiff's lay witnesses with brief. (see paper #148 in case 90-70373) (LS) (Entered: 01/12/1993) |
| 01/11/1993 | | MOTION by plaintiffs to allow plaintiffs' counsel to schedule Dr. Courtney with exhibit. (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | REPLY by plaintiffs to motion response by Just In Time Inc [118-1] (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | MOTION by plaintiffs to summarily deny motion for partial summary judgment by Just |

| | | In Time Inc [134-1] and motion for Rule 11 sanctions (mc) (Entered: 01/12/1993) |
|---|---|---|
| 01/11/1993 | | MOTION by defendants Edward Hastings in limine to preclude "evidence" of prior convictions with brief and attachments. (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | MOTION by defendants Edward Hastings, Roger L. Jones in limine to preclude evidence of defendant Jones' visual acuity with brief. (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | PROOF of mailing of various motions in limine. (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | TRIAL brief by plaintiffs (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | NOTICE by defendants Edward Hastings and Roger L. Jones of concurrence in and adoption of co-defendant's motions in limine. (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | RESPONSE by defendants Edward Hastings and Roger L. Jones to motion in limine [140-1] , motion in limine [82-1] with attachments. (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | TRIAL brief by defendants Edward Hastings and Roger L. Jones (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | PROPOSED JURY instructions filed by defendant Just In Time Inc (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | PROPOSED VOIR DIRE questions by plaintiffs (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | PROPOSED JURY instructions filed by defendants Edward Hastings and Roger L. Jones (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | PROPOSED VOIR DIRE by defendants Edward Hastings and defendant Roger L. Jones (mc) (Entered: 01/12/1993) |
| 01/11/1993 | | PROOF of mailing of plaintiffs' various motions, voir dire questions, trial brief and responses. (mc) (Entered: 01/12/1993) |
| 01/12/1993 | | CIVIL jury trial not held. The court disposed of several motions in limine. - Judge Horace W. Gilmore - Court Reporter: E. Higdon (tt) (Entered: 01/12/1993) |
| 01/12/1993 | | RESPONSE by defendant Just In Time Inc in 2:90-cv-70373 to motion in limine by plaintiffs [140-1] (mc) (Entered: 01/14/1993) |
| 01/12/1993 | | RESPONSE by plaintiffs to motion in limine to preclude "evidence" of prior convictions by Roger L. Jones, Edward Hastings [153-1] (mc) (Entered: 01/14/1993) |
| 01/12/1993 | | ANSWER by plaintiffs to show cause (mc) (Entered: 01/14/1993) |
| 01/12/1993 | | ORDER by Judge Horace W. Gilmore granting motion to substitute counsel [100-1] (mc) (Entered: 01/14/1993) |
| 01/12/1993 | | ATTORNEY added for Edward Hastings, Roger L. Jones , Just In Time Inc - M. Marshall Seeder and Candace J. Sabri. (mc) (Entered: 01/14/1993) |
| 01/12/1993 | | MOTION by plaintiffs in limine as directed to voir dire with brief. (mc) (Entered: 01/14/1993) |
| 01/12/1993 | | PROOF of mailing of pleadings #167, 168 and 170. (mc) (Entered: 01/14/1993) |
| 01/14/1993 | | CIVIL jury trial held - Judge Horace W. Gilmore - Court Reporter: E. Higdon (tt) (Entered: 01/15/1993) |
| 01/14/1993 | | CIVIL jury trial concluded. Case settled in favor of plaiantiffs in the amount of $850,000.00. Jurors will be discharged tommorrow, Friday, January 15, 1993. - Judge Horace W. Gilmore - Court Reporter: E. Higdon (tt) (Entered: 01/15/1993) |

| 01/14/1993 | | MOTION by plaintiffs concerning the attendance and testimony of Edward Hastings with brief and exhibits. (mc) (Entered: 01/15/1993) |
|---|---|---|
| 08/06/1993 | | RESOLUTION of motion for admissions pro hac vice by Roger L. Jones [0-1] in 2:91-cv-70222 - disposition: moot - date: 1/8/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of motion in limine to exclude evidence of aggravation for failure to provide discovery by Clinton Harold Webb, Cntrl Trans Inc [0-1] in 2:91-cv-70222 - date: 1/15/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of motion in limine precluding plaintiff's expert witness, Peter Cooley, from testifying about any time marks depicted in photographs of the accident scene by Donna J. Jones, Roger L. Jones [0-1] in 2:91-cv-70222 - disposition: moot - date: 1/14/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of motion to sequester and to require parties to identify anticipated witnesses with forty-eight hours notice by Clinton Harold Webb, Cntrl Trans Inc [0-1] in 2:91-cv-70222 - disposition: granted - date: 1/24/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of motion in limine to preclude cumulative medical testimony by Clinton Harold Webb, Cntrl Trans Inc [0-1] in 2:91-cv-70222 - disposition: moot - date: 1/14/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of motion in limine to limit plaintiff's lay witnesses by Clinton Harold Webb, Cntrl Trans Inc [0-1] in 2:91-cv-70222 - disposition: moot - date: 1/14/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of motion to allow plaintiffs' counsel to schedule Dr. Courtney by Robbie L. Webb, Clinton H. Webb [0-1], 2:90-cv-70373 - disposition: moot - date: 1/14/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of - disposition: moot - date: 1/14/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of motion in limine to preclude "evidence" of prior convictions by Edward Hastings, Roger L. Jones [0-1] - disposition: moot - date: 1/14/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of motion in limine as directed to voir dire by Robbie L. Webb, Clinton H. Webb [0-1] - disposition: moot - date: 1/14/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 08/06/1993 | | RESOLUTION of motion concerning the attendance and testimony of Edward Hastings by Robbie L. Webb, Clinton H. Webb [0-1] - disposition: moot - date: 1/14/93 - Judge Horace W. Gilmore (tt) (Entered: 08/06/1993) |
| 09/16/1993 | | RESOLUTION of motion in limine to preclude evidence of defendant Jones' visual acuity by Edward Hastings, Roger L. Jones [0-1] in 2:91-cv-70222, 2:90-cv-70373 - disposition: dismissal - date: 1/8/93 - case 91-70222 - Judge Horace W. Gilmore (tt) (Entered: 09/16/1993) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 03/28/2007 14:52:52 |

| PACER Login: | bs0117 | Client Code: | 271173-00001 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:91-cv-70222-HWG |
| Billable Pages: | 7 | Cost: | 0.56 |

CLOSED, SDP

**U.S. District Court**
**Eastern District of Michigan (Detroit)**
**CIVIL DOCKET FOR CASE #: 2:93-cv-70094-GEW**

| | |
|---|---|
| Turnbull v. Teamsters Wlfr F, et al | Date Filed: 01/11/1993 |
| Assigned to: Honorable George E Woods | Date Terminated: 02/22/1994 |
| Demand: $0 | Jury Demand: Plaintiff |
| Cause: 29:1132 E.R.I.S.A.-Employee Benefits | Nature of Suit: 791 Labor: E.R.I.S.A. |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Leon Turnbull**                    represented by   **Ann Curry Thompson**
Kelman, Loria,
2300 First National Building
Detroit, MI 48226
313-961-7363
Email: acthom@kelmanloria.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Teamsters Welfare Fund**          represented by   **Frank G. Locante**
Previant, Goldberg,
P.O. Box 12993
Milwaukee, WI 53212-2993
414-271-4500
Fax: 414-271-4500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerry M. Miller**
Previant, Goldberg, (Milwaukee)
1555 N. River Center Drive
Suite 202
Milwaukee, WI 53212
414-271-4500
Email: gmm@previant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. O'Neill**
Rudell and O'Neill (Dearborn)
22720 Michigan Avenue
Suite 300
Dearborn, MI 48124-2798
313-359-9888
Email: rohilinda@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**

**Defendant**

**Jane Doe**
*Officer*

**Defendant**

**Central Cartage**                                     represented by **Andrew T. Baran**
                                                                    Cox, Hodgman, (Troy)
                                                                    101 W. Big Beaver Road
                                                                    Tenth Floor
                                                                    Troy, MI 48084
                                                                    248-457-7080
                                                                    Email: abaran@chglaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


**Cross Claimant**

**Central Cartage**                                     represented by **Andrew T. Baran**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*


V.

**Cross Defendant**

**Teamsters Welfare Fund**

**Cross Defendant**

**John Doe**

**Cross Defendant**

**Jane Doe**
*Officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/1993 | | Magistrate Judge Steven D. Pepe (ls) (Entered: 01/12/1993) |
| 01/11/1993 | 1 | COMPLAINT with SI - Receipt # 287893 - Date Fee Received: 01/11/93 (PP) (Entered: 01/12/1993) |
| 01/27/1993 | 2 | SUMMONS returned executed by process server on 1/12/93 as to defendant Teamsters Wlfr F - answer due 2/1/93 for Teamsters Wlfr F (PP) (Entered: 01/28/1993) |
| 01/27/1993 | 3 | SUMMONS returned executed by process server on 1/12/93 as to defendant Cntrl Cartage - answer due 2/1/93 for Cntrl Cartage (PP) (Entered: 01/28/1993) |
| 01/27/1993 | 4 | SUMMONS returned executed by process server on 1/12/93 as to defendant Gerald E. Wyedik of Teamsters Wlfr F - answer due 2/1/93 for Teamsters Wlfr F (PP) (Entered: 01/28/1993) |
| 02/05/1993 | 5 | PROOF of mailing by plaintiffs' of first interrogatories to Michigan Conference of Teamsters Welfare Fund and notice to produce. (PP) (Entered: 02/08/1993) |

| 02/05/1993 | 6 | PROOF of mailing by plaintiff of first interrogatories to Central Cartage and notice to produce. (PP) (Entered: 02/08/1993) |
|---|---|---|
| 02/05/1993 | 7 | PROOF of mailing by plaintiff of notice of taking deposition duces tecum of defendant Michigan Conference of Teamsters Welfare Fund. (PP) (Entered: 02/08/1993) |
| 02/22/1993 | 8 | ANSWER by defendant Cntrl Cartage to complaint [1-1] with attorney appearance, and proof of mailing. (PP) (Entered: 02/23/1993) |
| 02/22/1993 | 8 | AFFIRMATIVE defenses by defendant Cntrl Cartage (PP) (Entered: 02/23/1993) |
| 02/22/1993 | 8 | CROSSCLAIM by defendant Cntrl Cartage against defendant Teamsters Wlfr F, defendant John Doe, defendant Jane Doe (PP) (Entered: 02/23/1993) |
| 03/04/1993 | 9 | ANSWER by defendant Teamsters Wlfr F to complaint [1-1] with proof of mailing (PP) (Entered: 03/05/1993) |
| 03/04/1993 | 9 | AFFIRMATIVE defenses by defendant Teamsters Wlfr F (PP) (Entered: 03/05/1993) |
| 03/04/1993 | 9 | ANSWER by defendant Teamsters Wlfr F to crossclaim by Cntrl Cartage [8-1], with proof of mailing. (PP) (Entered: 03/05/1993) |
| 06/22/1993 | 10 | PRETRIAL scheduling order by Judge George E. Woods (PP) (Entered: 06/23/1993) |
| 02/22/1994 | 11 | ORDER by Judge George E. Woods that case is dismissed witout prejudice and without costs, with proof of mailing. (PP) (Entered: 02/23/1994) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/14/2007 10:12:09 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-000001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:93-cv-70094-GEW |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

CLOSED, VMM

## U.S. District Court
### Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:03-cv-74697-JF

Det Intl Bridge Co v. Canadian Pacific Rw, et al
Assigned to: Honorable John Feikens
Demand: $0
Case in other court: USCA, 04-02262

Date Filed: 11/21/2003
Date Terminated: 06/25/2004
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Detroit International Bridge Company**

represented by **L. Pahl Zinn**
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425
313-223-3500
Fax: 313-223-3598
Email: pzinn@dickinsonwright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Campbell**
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425
313-223-3500
Email: lcampbell@dickinsonwright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip J. DeRosier**
Dickinson Wright (Detroit)
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425
313-223-3500
Email: pderosier@dickinsonwright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy A. Stoepker**
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425
313-223-3500
Fax: 313-223-3500
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Canadian Pacific Rw**                      represented by   **Douglas C. Salzenstein**
                                                              Honigman, Miller, (Detroit)
                                                              660 Woodward Avenue
                                                              Suite 2290
                                                              Detroit, MI 48226-3583
                                                              313-465-7000
                                                              Fax: 313-465-7542
                                                              Email: dsalzenstein@honigman.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **I. W. Winsten**
                                                              Honigman, Miller, (Detroit)
                                                              660 Woodward Avenue
                                                              Suite 2290
                                                              Detroit, MI 48226-3506
                                                              313-465-7608
                                                              Fax: 313-465-7609
                                                              Email: iww@honigman.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Expressway Terminal Operations, L. L. C.**   represented by   **Douglas C. Salzenstein**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **I. W. Winsten**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Delaware Hudson Railway, Corporation**       represented by   **Douglas C. Salzenstein**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **I. W. Winsten**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Borealis Transportation Infrastructure
Trust**                                        represented by   **Douglas C. Salzenstein**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**I. W. Winsten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Detroit River Tunnel Partnership**                 represented by   **Douglas C. Salzenstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**I. W. Winsten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2003 | 1 | COMPLAINT, with jury demand - Receipt # 200 498174 - Date Fee Received: 11/21/03 (RH) (Entered: 11/25/2003) |
| 11/24/2003 | 2 | AMENDED complaint by plaintiff Det Intl Bridge Co, with exhibits 1 and 2. (RH) (Entered: 11/26/2003) |
| 12/11/2003 | 3 | SUMMONS returned executed by process service on 12/4/03 - answer due 12/24/03 for Canadian Pacific Rw (lh) (Entered: 12/11/2003) |
| 12/11/2003 | 4 | SUMMONS returned executed by process service on 12/4/03 - answer due 12/24/03 for Det River Tunnel (lh) (Entered: 12/11/2003) |
| 01/13/2004 | 5 | SUMMONS Returned Executed. Delaware Hudson Railway, Corporation served on 12/9/2003, answer due 12/29/2003 (PPaul, ) (Entered: 01/31/2004) |
| 01/13/2004 | 6 | SUMMONS Returned Executed. Expressway Terminal Operations, L. L. C. served on 12/9/2003, answer due 12/29/2003 (PPaul, ) (Entered: 01/31/2004) |
| 01/20/2004 | 7 | MOTION to Dismiss, MOTION for Summary Judgment by Borealis Transportation Infrastructure Trust, Canadian Pacific Rw, Delaware Hudson Railway, Corporation, Detroit River Tunnel Partnership, Expressway Terminal Operations, L. L. C.. (Attachments: # 1 Exhibit A-I# 2 Document Continuation A-I)(PPaul, ) (Entered: 01/31/2004) |
| 03/05/2004 | 8 | RESPONSE to 7 Motion to dismiss and/or summary judgment filed by Detroit International Bridge Company. (Attachments: # 1 Exhibit 1-24# 2 Document Continuation # 3 Document Continuation)(DPer, ) (Entered: 03/17/2004) |
| 03/08/2004 | 9 | CERTIFICATE OF SERVICE by Detroit International Bridge Company of 8 Response to motion. (DPer, ) (Entered: 03/18/2004) |
| 03/09/2004 | 10 | AFFIDAVIT of Arnold Mistura. (DPer, ) (Entered: 03/18/2004) |
| 03/10/2004 | 11 | NOTICE of hearing on 7 Motion to dismiss and/or for summary judgment. Motion hearing set for 4/19/2004 02:00 PM before Honorable John Feikens. (DPer, ) (Entered: 03/19/2004) |

CM/ECF - U.S. District Court:mied - Docket Report

| 03/19/2004 | 12 | REPLY to response to 7 Motion to dismiss and/or for summary judgment filed by defendants.(DPer, ) (Entered: 04/05/2004) |
|---|---|---|
| 04/19/2004 | | Minute Entry -Motion Hearing held on 4/19/2004 re 7 MOTION to Dismiss MOTION for Summary Judgment filed by Canadian Pacific Rw, Expressway Terminal Operations, L. L. C., Delaware Hudson Railway, Corporation, Borealis Transportation Infrastructure Trust, Detroit River Tunnel Partnership before Honorable John Feikens. Disposition: TAKEN UNDER ADVISEMENT(Court Reporter Andrea Wabeke) (CCoh, ) (Entered: 05/18/2004) |
| 06/25/2004 | 13 | ORDER granting 7 Motion to Dismiss- Signed by Honorable John Feikens (SSchoe, ) (Entered: 07/01/2004) |
| 07/09/2004 | 14 | MOTION for Reconsideration re 13 Order on Motion to Dismiss, attachments A-D by Detroit International Bridge Company. (Attachments: # 1 Document Continuation) (PPaul, ) (Entered: 07/13/2004) |
| 07/15/2004 | 15 | CORRECTED MOTION for Reconsideration 13 Opinion and Order Dated 6/25/04 . (Attachments: # 1 Document Continuation)(LHack, ) (Entered: 07/22/2004) |
| 07/26/2004 | 16 | RESPONSE to 15 Motion for Reconsideration filed by all defendants. (MOre, ) (Entered: 07/28/2004) |
| 08/10/2004 | 17 | MOTION to Strike 16 Response to Motion, exhibits A-B by Detroit International Bridge Company. (Attachments: # 1 Document Continuation # 2 Document Continuation) (PPaul, ) (Entered: 08/12/2004) |
| 08/13/2004 | 18 | RESPONSE to 17 Motion to Strike filed by defendants. (PPaul, ) (Entered: 08/16/2004) |
| 08/13/2004 | 19 | CERTIFICATE OF SERVICE by defendants 18 Response to Motion. (DTyle, ) (Entered: 08/16/2004) |
| 09/03/2004 | 20 | MEMORANDUM OPINION and ORDER denying 14 MOTION for Reconsideration re 13 Order on Motion to Dismiss, 15 MOTION for Reconsideration re 14 MOTION for Reconsideration re 13 Order on Motion to Dismiss, 17 MOTION to Strike 16 Response to Motion Signed by Honorable John Feikens. (PPaul, ) (Entered: 09/08/2004) |
| 09/08/2004 | 21 | REPLY to Response re 17 MOTION to Strike 16 Response to Motion, attachment A filed by Detroit International Bridge Company. (PPaul, ) (Entered: 09/09/2004) |
| 10/01/2004 | 22 | NOTICE OF APPEAL by Detroit International Bridge Company re 20 Memorandum Opinion & Order. Receipt No. 514538 - Fee Status: Fee Paid. (LBeh, ) (Entered: 10/12/2004) |
| 10/12/2004 | 23 | Certificate of Service re 22 Notice of Appeal. (LBeh, ) (Entered: 10/12/2004) |
| 10/21/2004 | 24 | TRANSCRIPT of Proceedings held on April 19, 2004 of Motion for Summary Judgment (PPaul, ) (Entered: 10/22/2004) |
| 10/27/2004 | 25 | TRANSCRIPT Order Form by Detroit International Bridge Company for proceedings held on None re 22 Notice of Appeal. (PPaul, ) (Entered: 10/28/2004) |
| 10/17/2005 | 26 | (Not Certified) ORDER from USCA re 22 Notice of Appeal filed by Detroit International Bridge Company - affirmed. [Appeal Case Number 04-2262] (LBeh, ) (Entered: 10/20/2005) |
| 11/04/2005 | 27 | MANDATE of USCA as to 22 Notice of Appeal filed by Detroit International Bridge Company. [Appeal Case Number 04-2262] (LBeh, ) (Entered: 11/04/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/04/2007 09:30:54 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-000001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:03-cv-74697-JF |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |