```
CASE:94-420880-CK          ***CASE INQUIRY***          29-MAR-2007 10:43
STATUS: FINAL
-------------------------------------------------------------------------
  1   JAFFE RAITT HEUER & WEISS        PL      FINAL
            ATTY:CATALDO R. CHRISTOPHER              (248) 351/3000
  2   MOROUN AGNES ANNE                DF      FINAL
            ATTY:BASHARA GEORGE N.                   (313) 965/8513
  3   CENTRA,INC.                      DF      FINAL
            ATTY:NO ATTY REQUIRED
  4   MOROUN J TUFICK EST OF           DF      FINAL
            ATTY:BASHARA GEORGE N.                   (313) 965/8513
  5   CO COUNSEL FOR PLTF              AY      FINAL
            ATTY:CAMPBELL LAWRENCE G.                (313) 223/3500
-------------------------------------------------------------------------
 7/11/94    1 CONTRACT ACTION FILED                          FRIE122100
              ASSG CRT:COLOMBO,JR 1101 CAYMC 2
                 TITLE:JAFFE RAITT HEUER & WEISS V MOROUN AGNES ANNE
 7/12/94    2 STATUS CONFERENCE SCHEDULED                    LOPE 90694
              NEXT ACT:STATUS CONFERENCE         10/14/94    LOC: HAUSN
 7/12/94    3 SERVICE REVIEW SCHEDULED                       OLSO 71294
              NEXT ACT:SERVICE REVIEW            10/10/94    LOC: HAUSN
 7/11/94    4 CASE FILING FEE - PAID             ATTY:CATALDO R. CHOLSO 71294
              AMT:      62.00
 9/19/94    5 ANSWER TO COMPLAINT FILED          BY:WANGEN RANDALMARI 92094
              PTY: 02
 9/19/94    6 PROOF OF SERVICE - FILED                       STAL 92094
 9/19/94    7 AFFIRMATIVE DEFENSES - FILED                   STAL 92094
 9/19/94    8 DEMAND - FILED                                 STAL 92094
              REMARKS:                           FOR REPLY
 9/19/94    9 COUNTER COMPLAINT - FILED                      STAL 92094
 9/19/94   10 JURY DEMAND FILED & FEE PAID                   GARD 92094
 9/30/94   11 GENERAL ANSWER - FILED                         CLEV100494
              REMARKS:AMENDED                    df first
 9/30/94   12 COUNTER COMPLAINT - FILED                      CLEV100494
              REMARKS:AMENDED                    FIRST
 9/30/94   13 PROOF OF SERVICE - FILED                       CLEV100494
 9/30/94   14 AMENDED COMPLAINT - FILED          BY:CATALDO R. CHCLEV100494
              PTY: 01
10/04/94   15 APPEARANCE OF ATTORNEY FILED       BY:CATALDO R. CHMONT100594
              PTY: 01
10/04/94   16 NOTICE OF APPEARANCE - FILED                   MONT100594
10/04/94   17 PROOF OF SERVICE - FILED                       SMIT100694
10/14/94   18 PROOF OF SERVICE - FILED                       STAL101894
10/14/94   19 STATUS CONFERENCE                              SCRI101994
              RESLT:STATUS CONF HELD - SCSO S/F
10/14/94   20 STATUS CONFERENCE                              SCRI101994
              RESLT:STATUS CONF HELD - SCSO S/F
10/14/94   21 STATUS CONFERENCE                              CICC102094
              RESLT:CASE SCHEDULED               REASN:TRACK 4 SELECT
              NEXT ACT:CASE EVALUATION           4/27/95  ----- LOC: MTA
10/14/94   22 STATUS CONFERENCE                 JUDG:HAUSNER JOHN CICC102094
              RESLT:CASE SCHEDULED
              NEXT ACT:SETTLEMENT CONFERENCE-IC  6/15/95  ----- LOC: HAUSN
10/21/94   23 PROOF OF SERVICE - FILED                       SMIT102494
10/21/94   24 OBJECTION - FILED                              BOET102494
10/21/94   25 ANS TO COUNTER COMPLAINT-FILED                 CLEV102494
10/21/94   26 PROOF OF SERVICE - FILED                       CLEV102494
10/24/94   27 SERVICE OF COMPLAINT FILED                     GARD102594
              PTY: 03
10/24/94   28 SERVICE OF COMPLAINT FILED                     GARD102594
```

```
                    PTY: 04
10/25/94   29 PROOF OF SERVICE - FILED                       GARD102694
10/25/94   30 RELIANCE ON JURY DEMAND -FILED                 GARD102694
10/25/94   31 AFFIRMATIVE DEFENSES - FILED                   GARD102694
              REMARKS:                          SPECIAL
10/25/94   32 ANS TO AMENDED CMPLANT - FILED                 GARD102694
              REMARKS:                          FIRST
10/27/94   33 PROOF OF SERVICE - FILED                       CLEV102894
10/31/94   34 PROOF OF SERVICE - FILED                       GARD110294
10/31/94   35 NOTICE OF FILING - FILED                       GARD110294
11/11/94   36 MOTION FOR ORDER             ATTY:YORK CYNTHIA SMIT111494
              AMT:      20.00
              REMARKS: BRF/F PRF/F              SMI SEVER 3RD PTY COMP
11/11/94   37 RESP. REQ. PROD. OF DOC -FILED                 SMIT111494
11/11/94   38 OBJECTION - FILED                              SMIT111494
11/15/94   39 PRF OF SUBPONEA SERVED - FILED                 SMIT111694
11/15/94   40 NOTICE TAKING DEPOSITN - FILED                 SMIT111694
11/15/94   41 PROOF OF SERVICE - FILED                       SMIT111694
11/15/94   42 PROOF OF SERVICE - FILED                       SMIT111694
11/15/94   43 PRF OF SUBPONEA SERVED - FILED                 GARD111694
11/15/94   44 PRF OF SUBPONEA SERVED - FILED                 GARD111694
11/15/94   45 PROOF OF SERVICE - FILED                       GARD111694
11/15/94   46 NOTICE TAKING DEPOSITN - FILED                 MONT111694
11/15/94   47 PROOF OF SERVICE - FILED                       MONT111694
11/15/94   48 NOTICE TAKING DEPOSITN - FILED                 MONT111694
11/15/94   49 NOTICE TAKING DEPOSITN - FILED                 MONT111694
11/15/94   50 PROOF OF SERVICE - FILED                       STAL111694
11/15/94   51 NOTICE TAKING DEPOSITN - FILED                 STAL111694
              REMARKS:                          DUCES TECUM
11/17/94   52 NOTICE OF FILING - FILED                       BOET112194
              REMARKS:                          SUBPOENA DUCES TECUM
11/17/94   53 SUBPONEA, SERVED - FILED                       BOET112194
11/17/94   54 PROOF OF SERVICE - FILED                       BOET112194
11/22/94   55 MOTION FOR ORDER          ATTY:SCHWARTZ STEVANDR112394
              AMT:      20.00
              REMARKS: BRF/F PRF/F              GIL NOTICE OF HEARING
11/23/94   56 PROOF OF SERVICE - FILED                       MONT112894
11/23/94   57 MOTN FOR SUMRY JGMT/DISPOSTION ATTY:CATALDO R. CHCLEV112994
              AMT:      20.00
              REMARKS: BRF/F                    ABC NOTICE OF HEARING
11/29/94   58 AFFIDAVIT - FILED                              SMIT113094
              REMARKS:AMENDED                   FLORENCE M MCBRIEN
11/29/94   59 AFFIDAVIT - FILED                              SMIT113094
              REMARKS:AMENDED                   VICTORIA M BAKS
11/29/94   60 PROOF OF SERVICE - FILED                       SMIT113094
11/29/94   61 ANS TO MOTION - FILED                          STAL113094
11/29/94   62 GENERAL BRIEF - FILED                          STAL113094
              REMARKS:                          IN SUPPORT
11/29/94   63 PROOF OF SERVICE - FILED                       STAL113094
11/30/94   65 GENERAL BRIEF - FILED                          SMIT120194
              REMARKS:                          MEMORANDUM REPLY
11/30/94   66 PROOF OF SERVICE - FILED                       SMIT120194
11/30/94   69 PROOF OF SERVICE - FILED                       BOET120294
              REMARKS:AMENDED
11/30/94   70 NOTICE TAKING DEPOSITN - FILED                 BOET120294
11/30/94   71 PROOF OF SERVICE - FILED                       BOET120294
12/01/94   64 MOTION FILED            JUDG:HAUSNER JOHN SCRI120194
              RESLT:MOTION HEARING SCHEDULED
              NEXT ACT:MISCELLANEOUS MOTION HEAR12/02/94  ----- LOC: HAUSN
              REPORTER:05000 GIBSON/VIDEO CHE CLRK:SCRIVO IDA M
```

```
                    REMARKS:SEVER THIRD PTY COMPL/COMPEL PROD OF DOCUMENTS
12/01/94   67 ANS TO MOTION - FILED                              SMIT120294
                    REMARKS:                       IN OPPOSITION
12/01/94   68 PROOF OF SERVICE - FILED                           SMIT120294
12/06/94   72 MOTION FOR ORDER            ATTY:SCHWARTZ STEVSMIT120794
                    REMARKS:FEE ????  BRF/F PRF/F     SMI NOTICE OF HEARING
12/07/94   73 MOTION FOR ORDER            ATTY:SCHWARTZ STEVANDR120894
                    AMT:     20.00
                    REMARKS: BRF/F                  GIL NOTICE OF HEARING
12/07/94   74 PROOF OF SERVICE - FILED                           STAL120894
12/08/94   75 NOTICE TAKING DEPOSITN - FILED                     ANDR120994
12/08/94   76 PROOF OF SERVICE - FILED                           ANDR120994
12/09/94   77 MISCELLANEOUS MOTION         ATTY:YORK CYNTHIA SMIT121294
                    REMARKS:FEE WAIVED PRF/F        SMI TRANSFER CASE TERA
12/09/94   78 MOTION FOR ORDER             ATTY:YORK CYNTHIA SMIT121294
                    AMT:     20.00
                    REMARKS:                        SMI NOTICE OF HEARING
12/09/94   79 ANS TO MOTION - FILED                              SMIT121294
12/09/94   80 NOTICE OF FILING - FILED                           SMIT121294
12/09/94   81 NOTICE OF HEARING - FILED                          SMIT121294
12/12/94   84 PROOF OF SERVICE - FILED                           MONT121494
              PTY: 01
12/12/94   89 PROOF OF SERVICE - FILED                           MONT121494
              PTY: 01
12/13/94   85 AFFIRMATIVE DEFENSES - FILED                       SMIT121494
                    REMARKS:AMENDED
12/13/94   86 ANS TO MOTION - FILED                              SMIT121494
12/13/94   87 GENERAL BRIEF - FILED                              SMIT121494
                    REMARKS:                       IN SUPPORT
12/13/94   88 PROOF OF SERVICE - FILED                           SMIT121494
12/13/94   90 ANS TO MOTION - FILED                              ANDR121494
                    REMARKS:                       SETTLEMENT OF ORDER
12/14/94   82 MOTION FILED                 JUDG:HAUSNER JOHN SCRI121494
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/16/94  ----- LOC: HAUSN
                    REPORTER:05000 GIBSON/VIDEO CHE CLRK:SCRIVO IDA M
                    REMARKS:SETTLEMENT OF ORDER
12/14/94   83 MOTION FILED                 JUDG:HAUSNER JOHN SCRI121494
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/16/94  ----- LOC: HAUSN
                    REPORTER:05000 GIBSON/VIDEO CHE CLRK:SCRIVO IDA M
                    REMARKS:COMPEL DEPOSITION/PROD OF DOCU/SUMMARY DISPOSITION
12/14/94   91 ANS TO MOTION - FILED                              SMIT121594
                    REMARKS:                       OPPOSITION
12/14/94   92 PROOF OF SERVICE - FILED                           SMIT121594
12/14/94   93 REPLY TO ANSWER - FILED                            SMIT121594
12/14/94   94 ANS TO MOTION - FILED                              GARD121594
12/14/94   95 PROOF OF SERVICE - FILED                           STAL121594
12/16/94   96 PROOF OF SERVICE - FILED                           CLEV121994
12/16/94   97 MISCELLANEOUS MOTION HEARING    JUDG:HAUSNER JOHN SCRI122094
                    RESLT:ORDER FOR SUMMARY JDGMT S/F
                    REPORTER:05000 GIBSON/VIDEO CHE CLRK:SCRIVO IDA M
                    REMARKS:IN FAVOR OF JRH & W
12/16/94  111 STIPULATION                     JUDG:HAUSNER JOHN COPE101195
                    RESLT:ORDER FOR SUMMARY JDGMT S/F
                    REPORTER:05000 GIBSON/VIDEO CHE CLRK:COPELAND DEANIE
                    REMARKS:AS TO AGNES MOROUN, ONLY REMAINING DEF.
12/27/94   98 STENO CERTIFICATE FILED                            JOHN 10495
                    RESLT:TRANSCRIPT ORDERED
                    NEXT ACT:REVIEW FOR TRANSCRIPT FIL 2/19/95  ----- LOC: CUCIN
```

```
                    REMARKS:D.CUCINELLA/12-16-94
1/06/95   99 MISCELLANEOUS MOTION HEARING        JUDG:KELLY KIRSTENCOPE 10695
                RESLT:MOT MISCELLANEOUS ACTION,OTF
             REPORTER:05664 DANIELS MICHELLE CLRK:COPELAND DEANIE
             REMARKS:ALLOW FILING OF BOND TO 1-13-95
1/06/95  100 MOTION FOR STAY OF PROCEEDINGS      ATTY:ANDERSON DALESMIT 10995
                    AMT:    20.00
               REMARKS: BRF/F PRF/F             SMI NOTICE OF HEARING
1/06/95  101 RESPONSE -FILED                               SMIT 11095
1/06/95  102 BRIEF IN OPPOSITION TO MOTION                 SMIT 11095
                REMARKS:                      STAY EXECUTION
1/18/95  103 WITNESS LIST - FILED                          CLEV 12395
                REMARKS:                  DF
1/18/95  104 PROOF OF SERVICE - FILED                      CLEV 12395
1/20/95  105 REVIEW FOR TRANSCRIPT FILING                  JOHN 12395
                RESLT:TRANSCRIPT FILED
                REMARKS:D.CUCINELLA/12-16-94
1/23/95  106 TRANSCRIPT FILED               BY:CUCINELLA DAVGROC 12395
                REMARKS:1 TRS:12-16-94
1/31/95  107 MISC JUDICIAL HEARING/ACTIVITY    JUDG:KELLY KIRSTENCOPE 13195
                RESLT:ODR MISCELLANEOUS ACTION,S/F
             REPORTER:05665 PILLOW ANDREA R  CLRK:COPELAND DEANIE
             REMARKS:FOR BOND ON APPEAL, 7 DAY ORDER
2/02/95  108 MISC JUDICIAL HEARING/ACTIVITY    JUDG:KELLY KIRSTENMONT 20695
                RESLT:ADMIN CORRECTION-RETURN/ISSUE
             REPORTER:05665 PILLOW ANDREA R  CLRK:MONTS LINDA
2/02/95  109 STIPULATION                       JUDG:KELLY KIRSTENMONT 20695
             PTY: 03 RESLT:ORDER DISMISSING PARTY S/F
             REPORTER:05665 PILLOW ANDREA R  CLRK:MONTS LINDA
                REMARKS:W/PREJ
2/02/95  110 STIPULATION                       JUDG:KELLY KIRSTENMONT 20695
             PTY: 04 RESLT:ORDER DISMISSING PARTY S/F
             REPORTER:05665 PILLOW ANDREA R  CLRK:MONTS LINDA
                REMARKS:W/PREJ
8/05/96  112 CLAIM OF APPEAL FILED IN 201      BY:SCHWARTZ STEVDAVI 80696
             PTY: 01  AMT:    25.00 NBR: 420880
                REMARKS:COAD
8/26/96  113 CIRCUIT CRT FILE & RCRD SENT      LOC:FILE TO COA DDAVI 82696
                REMARKS:CIRCUIT COURT FILE
1/10/97  114 MISC JUDICIAL HEARING/ACTIVITY                FRIE 21897
                RESLT:RETURNED FOR NEW TR - OTHER CT
                REMARKS:RETURNED FROM COA
3/31/97  115 MISC JUDICIAL HEARING/ACTIVITY    JUDG:KELLY KIRSTENNICH 33197
                RESLT:ORDER OF DISMISSAL S/F
             REPORTER:05000 GIBSON/VIDEO CHE CLRK:NICHOLL JOYCE
             REMARKS:FILED CLAIM WITH MICHIGAN SUPREME COURT
5/30/97  116 MOTION FILED                      JUDG:KELLY KIRSTENSMIT 53097
                RESLT:MOTION HEARING SCHEDULED
             NEXT ACT:MISCELLANEOUS MOTION HEAR 6/06/97 ----- LOC: FRANK
             REPORTER:05000 GIBSON/VIDEO CHE CLRK:SMITH PRECIOUS
                REMARKS:STAY OF PROCEEDINGS
5/30/97  117 MOTION FOR STAY OF PROCEEDINGS    BY:POWELL ROBERTBANK 60297
                    AMT:    20.00
               REMARKS:FEE PAID AFF/F      PRF/F
6/03/97  118 PROOF OF SERVICE - FILED                      COOP 60497
6/03/97  119 ANS TO MOTION - FILED                         COOP 60497
6/04/97  120 CLAIM OF APPEAL FILED IN 201      BY:POWELL ROBERTDAVI 60497
             PTY: 01  AMT:    25.00 NBR: 420880
                REMARKS:APPLIC. FOR LEAVE
6/04/97  121 PROOF OF SERVICE - FILED                      GARN 60597
```

```
6/06/97  122 MISCELLANEOUS MOTION HEARING        JUDG:KELLY KIRSTENSMIT 60697
                 RESLT:ADJOURNED
                 NEXT ACT:MISCELLANEOUS MOTION HEAR 8/29/97  ----- LOC: FRANK
                 REPORTER:05000 GIBSON/VIDEO CHE CLRK:SMITH PRECIOUS
6/09/97  123 RECEIVED 7 DAY ORDER FOR ENTRY       BY:POWELL ROBERTSMIT 60997
                 PTY: 02
                 REMARKS:ORDER STAYING PROCEEDINGS
6/10/97  124 CIRCUIT CRT FILE & RCRD RCVD          LOC:COUNTY CLERK'BANK 61097
                 REMARKS:COA REMANDED 060297
6/10/97  125 CIRCUIT CRT FILE & RCRD SENT          LOC:FILE TO COA LFLET 61197
                 REMARKS:1 FILE 1 DOCKET 1 TRANSCRIPT
6/16/97  126 OBJECTION TO 7-DAY ORDER-FILED        BY:WANGEN RANDALSMIT 62397
                 PTY: 01
                 REMARKS:OBJECTION TO ORDER TO THE SECOND SENTENCE
6/25/97  128 MOTION FOR SETTLEMENT                 BY:POWELL ROBERTGARN 62697
                 AMT:     20.00
                 REMARKS:FEE PAID              PRF/F NOTE/HRG ORDER
6/26/97  127 MOTION FILED                          JUDG:KELLY KIRSTENSMIT 62697
                 RESLT:MOTION HEARING SCHEDULED
                 NEXT ACT:MISCELLANEOUS MOTION HEAR 7/18/97  ----- LOC: FRANK
                 REPORTER:05000 GIBSON/VIDEO CHE CLRK:SMITH PRECIOUS
                 REMARKS:SETTLEMENT OF ORDER--POWELL
7/15/97  129 PROOF OF SERVICE - FILED                      GARN 71697
7/17/97  130 MISCELLANEOUS MOTION HEARING         JUDG:KELLY KIRSTENSMIT 71797
                 RESLT:ADJOURNED
                 NEXT ACT:MISCELLANEOUS MOTION HEAR 7/25/97  ----- LOC: FRANK
                 REPORTER:05000 GIBSON/VIDEO CHE CLRK:SMITH PRECIOUS
                 REMARKS:SETTLEMENT OF ORDER
7/24/97  131 MISCELLANEOUS MOTION HEARING         JUDG:KELLY KIRSTENSMIT 72497
                 RESLT:MOTION AND/OR PRAECIPE DSM'D
                 REPORTER:05000 GIBSON/VIDEO CHE CLRK:SMITH PRECIOUS
                 REMARKS:SETTLED PER SYLVIA--SETTLEMENT OF ORDER
9/12/97  132 MISC JUDICIAL HEARING/ACTIVITY       JUDG:KELLY KIRSTENSMIT 91597
                 RESLT:ODR MISCELLANEOUS ACTION,S/F
                 REPORTER:05000 GIBSON/VIDEO CHE CLRK:SMITH PRECIOUS
                 REMARKS:RE: STATUS OF CASE
2/03/98  134 REVIEW FOR TRANSCRIPT FILING                  POVL 21998
                 RESLT:TRANSCRIPT FILED
                 REMARKS:9/4/97
2/04/98  133 TRANSCRIPT FILED                     BY:JOSEPHS RICHADAVI 20498
                 REMARKS:9/4/98
3/31/98  138 MISC JUDICIAL HEARING/ACTIVITY               FRIE 80698
                 RESLT:RETURNED FOR NEW TR - OTHER CT
                 REMARKS:LV TO APPEAL TO SUP CT DENIED
4/03/98  135 CIRCUIT CRT FILE & RCRD RCVD          LOC:COUNTY CLERK'BANK 40398
                 REMARKS:SC DENIED 033198
8/03/98  136 MISC JUDICIAL HEARING/ACTIVITY       JUDG:RASHID JAMES CUSH 80398
                 RESLT:CASE REASSIGNED
                 REPORTER:05556 NEAL MARY       CLRK:CUSHINGBERRY CHERYL
                 REMARKS:RETURNED FROM SUPREME C/COA TO BATTANI FROM KELLY
8/04/98  137 MISC JUDICIAL HEARING/ACTIVITY       JUDG:BATTANI MARIAWADE 80498
                 RESLT:CASE SCHEDULED
                 NEXT ACT:STATUS CONFERENCE        8/21/98  ----- LOC: BATTA
                 REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                 REMARKS:CASE RETURNED FROM COA & SUPREME CT
8/17/98  139 MISCELLANEOUS PARTY UPDATE           BY:SCHWARTZ STEVMOTO 81798
                 PTY: 02
8/18/98  140 STATUS CONFERENCE                    JUDG:BATTANI MARIAWADE 81898
                 RESLT:ADJOURNED
                 NEXT ACT:STATUS CONFERENCE        9/04/98  ----- LOC: BATTA
```

```
                    REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                    REMARKS:PER DF ATTY, OKAY BY PL ATTY
8/20/98  142 PROOF OF SERVICE - FILED                              FLOW 82198
8/20/98  143 MISC JUDICIAL HEARING/ACTIVITY        JUDG:BATTANI MARIAWADE 82198
         PTY: 02 RESLT:ORDER/SUB DEFN ATTY S/F
                    REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                    REMARKS:SUB ATTY DF - CLARK HILL, P.L.C.
8/20/98  144 NOTICE OF APPEARANCE - FILED                         GARD 82698
8/20/98  145 APPEARANCE OF ATTORNEY FILED          BY:BASHARA GEORGGARD 82698
         PTY: 02
8/21/98  141 SUBSTITUTION OF ATTNY UPDATE          BY:BASHARA GEORGMOTO 82198
         PTY: 02
8/28/98  146 PROOF OF SERVICE - FILED                             FLOW 90198
9/04/98  147 STATUS CONFERENCE                     JUDG:BATTANI MARIAWADE 90898
             RESLT:STATUS CONF HELD - SCSO S/F
                    REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                    REMARKS:TRACK; OTHER
9/09/98  148 STATUS CONFERENCE                             MARZ121198
             RESLT:CASE SCHEDULED               REASN:TRACK 4 SELECT
             NEXT ACT:CASE EVALUATION         2/10/99 ----- LOC: MTA
9/09/98  149 STATUS CONFERENCE                     STEM 90998
             RESLT:CASE SCHEDULED
             NEXT ACT:SETTLEMENT CONFERENCE-IC  4/13/99 ----- LOC: BATTA
10/15/98 150 PROOF OF SERVICE - FILED                     OLIV101998
10/15/98 151 RESP. REQ. PROD. OF DOC -FILED               GARD102198
             REMARKS:                          AND THINGS
12/09/98 152 MISCELLANEOUS PARTY UPDATE          BY:NO ATTY REQUIMARZ120998
         PTY: 03
12/21/98 157 DELETED EVENT                                WADE 12299
             RESLT:ORDER OF DISMISSAL S/F
                                            CLRK:WADE CYNTHIA
12/21/98 167 STIPULATION                     JUDG:BATTANI MARIAWADE 12299
             RESLT:ODR MISCELLANEOUS ACTION,S/F
                    REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                    REMARKS:AUTHORIZING SATISFACTION OF JUDGMENT
12/22/98 153 PROOF OF SERVICE - FILED                     GARN122398
1/07/99  154 MOTN FOR MISCELLANEOUS MOTION        BY:BASHARA GEORGGARN 10899
                    AMT:     20.00
             REMARKS:FEE PAID                       ADMISSION
1/07/99  155 MOTN FOR MISCELLANEOUS MOTION        BY:BASHARA GEORGGARN 10899
             REMARKS:FEE WAVD      BRF/F PRF/F       COMPEL PRODUCE
1/07/99  158 BRIEF IN SUPPORT OF MOTION                   GARN 10899
             REMARKS:                        COUNTER
1/07/99  159 AFFIDAVIT - FILED                            GARN 10899
1/08/99  156 MOTION FILED                         JUDG:BATTANI MARIAMOTO 10899
             RESLT:MOTION HEARING SCHEDULED
             NEXT ACT:MISCELLANEOUS MOTION HEAR 1/22/99 ----- LOC: BATTA
                    REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                    REMARKS:FOR ADMISSION PRO HAC VICE/COMPEL PRODUCTION
1/15/99  160 MOTION FILED                         JUDG:BATTANI MARIAHICK 11599
             RESLT:MOTION HEARING SCHEDULED
             NEXT ACT:MISCELLANEOUS MOTION HEAR 1/22/99 ----- LOC: BATTA
                    REPORTER:00022 RASHID JOSEPH J  CLRK:HICKMAN TARA
                    REMARKS:DF;FOR PROTECTIVE ORDER
1/15/99  161 MOTION FILED                         JUDG:BATTANI MARIAHICK 11599
             RESLT:MOTION HEARING SCHEDULED
             NEXT ACT:MISCELLANEOUS MOTION HEAR 1/22/99 ----- LOC: BATTA
                    REPORTER:00022 RASHID JOSEPH J  CLRK:HICKMAN TARA
                    REMARKS:PL;TO COMPEL THE DEPS OF DF
1/15/99  165 MOTION FOR ORDER                     BY:BASHARA GEORGFLOW 12099
```

```
                      AMT:     20.00
               REMARKS:FEE PAID        BRF/F PRF/F NOTE/HRG PROTECTIVE
 1/15/99  166 MOTION TO COMPEL ACTION          BY:CAMPBELL LAWRHOWA 12199
               REMARKS:FEE PAID        PRF/F NOTE/HRG
 1/19/99  162 GENERAL BRIEF - FILED                          GARN 12099
               REMARKS:                        REPLY/MOTION
 1/19/99  163 PROOF OF SERVICE - FILED                       HOWA 12099
 1/19/99  164 BRIEF IN OPPOSITION TO MOTION                  HOWA 12099
 1/22/99  168 MISC JUDICIAL HEARING/ACTIVITY     JUDG:BATTANI MARIAWADE 12299
               RESLT:ADMIN CORRECTION-RETURN/ISSUE
               NEXT ACT:SETTLEMENT CONFERENCE-IC  4/13/99  ----- LOC: BATTA
               REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
               REMARKS:CASE CLOSED IN ERROR (ENTRY #157)
 1/22/99  169 MISCELLANEOUS MOTION HEARING       JUDG:BATTANI MARIAWADE 12599
               RESLT:HEARD
               NEXT ACT:MISCELLANEOUS MOTION HEAR 2/05/99  ----- LOC: BATTA
               REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
               REMARKS:DF'S MOT FOR PROTECTIVE ORDER
 1/22/99  170 MISCELLANEOUS MOTION HEARING       JUDG:BATTANI MARIAWADE 12599
               RESLT:HEARD
               NEXT ACT:MISCELLANEOUS MOTION HEAR 2/05/99  ----- LOC: BATTA
               REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
               REMARKS:PL'S MOT TO COMPEL DEPS OF DF
 1/28/99  175 MOTION TO DISMISS                ATTY:VINCENT BRIANNORV 20199
                      AMT:     20.00
               REMARKS: BRF/F PRF/F            ELN NHRG
 1/29/99  171 MOTION FILED                       JUDG:BATTANI MARIAMOTO 12999
               RESLT:MOTION HEARING SCHEDULED
               NEXT ACT:MISCELLANEOUS MOTION HEAR 2/05/99  ----- LOC: BATTA
               REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
               REMARKS:ENTRY OF ORDER
 1/29/99  172 ANS TO MOTION - FILED                          FLOW 20199
 1/29/99  173 MOTION FILED                       JUDG:BATTANI MARIAWADE 20199
               RESLT:MOTION HEARING SCHEDULED
               NEXT ACT:MISCELLANEOUS MOTION HEAR 2/05/99  ----- LOC: BATTA
               REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
               REMARKS:PL & COUNTER-DF; TO DISMISS
 1/29/99  176 BRIEF IN OPPOSITION TO MOTION                  GARD 20399
               REMARKS:SUPPLEMENTAL
 1/29/99  180 PROOF OF SERVICE - FILED                       GARD 20399
 1/29/99  181 MOTION FOR ENTRY OF ORDER         BY:BASHARA GEORGGARD 20399
                      AMT:     20.00
               REMARKS:FEE PAID        BRF/F PRF/F NOTE/HRG
 2/01/99  174 MISC JUDICIAL HEARING/ACTIVITY                 KELL 20199
               RESLT:CASE SCHEDULED FOR EVALUATION
               NEXT ACT:CASE EVALUATION        3/10/99  ----- LOC: MTA
               REMARKS:CASE RESET FOR MEDIATION ASAP
 2/02/99  177 PROOF OF SERVICE - FILED                       GARN 20399
 2/02/99  178 BRIEF IN OPPOSITION TO MOTION                  GARN 20399
               REMARKS:                          ORDER
 2/02/99  179 PROOF OF SERVICE - FILED                       GARN 20399
 2/03/99  182 PROOF OF SERVICE - FILED                       GARN 20499
 2/03/99  183 REPLY TO BRIEF - FILED                         GARN 20499
               REMARKS:                      COUNTER/OPPOS
 2/03/99  184 ANS TO REQUEST - FILED                         HOWA 20499
 2/03/99  185 INTERROGATORIES - FILED                        HOWA 20499
 2/03/99  186 REQUEST TO PRODUCE - FILED                     HOWA 20499
 2/03/99  187 PROOF OF SERVICE - FILED                       FLOW 20599
 2/05/99  188 MISCELLANEOUS MOTION HEARING       JUDG:BATTANI MARIAWADE 20599
               RESLT:MOTION FOR DISCOVERY,OTF
```

```
                          REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                          REMARKS:PL'S MOT TO COMPEL DEPS OF DF - GRANTED, OTF
2/05/99  189 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 20599
                          RESLT:GRANTED IN PART/DENIED IN PART
                          REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                          REMARKS:FOR ENTRY OF ORDER, OTF
2/05/99  190 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 20599
                          RESLT:DENIED, S/F
                          REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                          REMARKS:TO DISMISS - DENIED
2/05/99  191 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 20599
                          RESLT:MOT INJUNCTION/RESTRA ODR,OTF
                          REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                          REMARKS:MOT FOR PROTECTIVE ORDER - GRANTED, OTF
2/09/99  192 MISC JUDICIAL HEARING/ACTIVITY      JUDG:BATTANI MARIAWADE 21099
                          RESLT:DENIED, S/F
                          REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                          REMARKS:DENY PL/COUNTER-DFS' MOT TO DISMISS
2/09/99  193 MISC JUDICIAL HEARING/ACTIVITY      JUDG:BATTANI MARIAWADE 21099
                          RESLT:ODR MISCELLANEOUS ACTION,S/F
                          REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                          REMARKS:ADMIT COUNSEL PRO HAC VICE
2/09/99  194 PROOF OF SERVICE - FILED                       HOWA 21099
2/09/99  195 NOTICE OF FILING - FILED                       HOWA 21099
                          REMARKS:                  ENTRY
2/12/99  196 MOTION FOR ORDER                    BY:BASHARA GEORGGARN 21599
                          AMT:     20.00
                          REMARKS:FEE PAID       BRF/F PRF/F
2/12/99  197 MOTION FILED                        JUDG:BATTANI MARIAWADE 21699
                          RESLT:MOTION HEARING SCHEDULED
                          NEXT ACT:MISCELLANEOUS MOTION HEAR 2/19/99  ----- LOC: BATTA
                          REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                          REMARKS:DF/COUNTER-PL'S MOT FOR ENTRY OF ORDER
2/16/99  198 PROOF OF SERVICE - FILED                       GARD 21899
2/16/99  199 BRIEF IN OPPOSITION TO MOTION                  GARD 21899
2/16/99  200 PROOF OF SERVICE - FILED                       GARD 21899
2/19/99  201 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 22299
                          RESLT:GRANTED
                          REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                          REMARKS:FOR ENTRY OF ORDER - GRANTED, OTF
2/19/99  202 MISC JUDICIAL HEARING/ACTIVITY      JUDG:BATTANI MARIAWADE 22299
                          RESLT:ORDER DISCOVERY,S/F
                          REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                          REMARKS:CONCERN PROD OF DOC'S & DEPO OF A. MOROUN
2/26/99  203 MOTION FILED                        JUDG:BATTANI MARIAJACK 22699
                          RESLT:MOTION HEARING SCHEDULED
                          NEXT ACT:MISCELLANEOUS MOTION HEAR 3/19/99  ----- LOC: BATTA
                          REPORTER:00022 RASHID JOSEPH J  CLRK:JACKSON CONSTANCE
                          REMARKS:DE/COUNTER PL APPOINT SPECIAL MEDIATION PANEL
2/26/99  204 MOTION FILED                        JUDG:BATTANI MARIAJACK 22699
                          RESLT:MOTION HEARING SCHEDULED
                          NEXT ACT:MISCELLANEOUS MOTION HEAR 3/19/99  ----- LOC: BATTA
                          REPORTER:00022 RASHID JOSEPH J  CLRK:JACKSON CONSTANCE
                          REMARKS:DE/COUNTER PL COMPEL ANSWERS TO INTERROGATORIES
2/26/99  205 MOTN COMPEL ANSWR INTERROGATOR      BY:BASHARA GEORGHARR 30199
                          REMARKS:FEE WAVD       BRF/F
2/26/99  206 MOTN FOR MISCELLANEOUS MOTION       BY:BASHARA GEORGGARN 30299
                          AMT:     20.00
                          REMARKS:FEE PAID       BRF/F PRF/F         APPOINT
3/02/99  207 MOTN COMPEL ANSWR INTERROGATOR      BY:FINN CATHERINGARN 30499
```

```
                           AMT:      20.00
                     REMARKS:FEE PAID              PRF/F NOTE/HRG SPECIAL MEDIAT
3/16/99  208 MISCELLANEOUS MOTION HEARING          JUDG:BATTANI MARIAMOTO 31699
                     RESLT:MOTION AND/OR PRAECIPE DSM'D
              REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                     REMARKS:PER MP - COMPEL ANSW TO INTERROG'S
3/16/99  209 MISCELLANEOUS MOTION HEARING          JUDG:BATTANI MARIAMOTO 31699
                     RESLT:MOTION AND/OR PRAECIPE DSM'D
              REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                     REMARKS:PER MP - APPOINT A SPECIAL MEDIATION PANEL
3/25/99  214 MOTION FILED                          JUDG:BATTANI MARIAWADE 32599
                     RESLT:MOTION HEARING SCHEDULED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 4/02/99  ----- LOC: BATTA
              REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                     REMARKS:DF/COUNTER PL; EXTENSION OF TIME FOR DISCOVERY
3/25/99  215 MOTION TO EXTEND TIME                 BY:BASHARA GEORGHOWA 32699
                           AMT:      20.00
                     REMARKS:FEE PAID        BRF/F PRF/F NOTE/HRG
3/26/99  217 MOTN FOR SUMMARY JDGMT/DISPOS         BY:VINCENT BRIANFLOW 32999
                           AMT:      20.00
                     REMARKS:FEE PAID        BRF/F PRF/F NOTE/HRG
3/29/99  216 MOTION FILED                          JUDG:BATTANI MARIAMOTO 32999
                     RESLT:MOTION HEARING SCHEDULED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 4/23/99  ----- LOC: BATTA
              REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                     REMARKS:PLNTFF'S SUMMARY DISPO
3/30/99  218 ANS TO MOTION - FILED                          FLOW 33199
3/30/99  219 GENERAL BRIEF - FILED                          FLOW 33199
3/30/99  220 PROOF OF SERVICE - FILED                       FLOW 33199
3/30/99  221 PROOF OF SERVICE - FILED                       GARN 33199
4/01/99  223 REPLY TO BRIEF - FILED                         FLOW 40299
4/01/99  224 PROOF OF SERVICE - FILED                       FLOW 40299
4/02/99  222 MISCELLANEOUS MOTION HEARING          JUDG:BATTANI MARIADAVI 40299
                     RESLT:DENIED,OTF
              REPORTER:00022 RASHID JOSEPH J  CLRK:DAVIS KIM
                     REMARKS:DF/COUNTER PL; EXTENSION OF TIME OF DISCOVERY
4/06/99  225 SETTLEMENT CONFERENCE-IC              JUDG:BATTANI MARIAWADE 40699
                     RESLT:ADJOURNED
              NEXT ACT:SETTLEMENT CONFERENCE-IC  4/13/99  ----- LOC: BATTA
              REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                     REMARKS:PER CT
4/12/99  228 SETTLEMENT CONFERENCE-IC              JUDG:BATTANI MARIAWADE 41299
                     RESLT:ADJOURNED
              NEXT ACT:SETTLEMENT CONFERENCE-IC  5/11/99  ----- LOC: BATTA
              REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                     REMARKS:PER PL ATTY, OKAY BY DF ATTYS, ADJ FROM 4/13/99
4/13/99  229 MOTION FILED                          JUDG:BATTANI MARIAWADE 41399
                     RESLT:MOTION HEARING SCHEDULED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 4/23/99  ----- LOC: BATTA
              REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                     REMARKS:DF/COUNTER-PL'S CROSS MOT FOR PARTIAL SUM DISP
4/13/99  230 MISCELLANEOUS MOTION HEARING          JUDG:BATTANI MARIAMOTO 41399
                     RESLT:ADJOURNED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 7/30/99  ----- LOC: BATTA
              REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                     REMARKS:PER CT - PLNTFF'S SUMMARY DISPO
4/13/99  231 MISCELLANEOUS MOTION HEARING          JUDG:BATTANI MARIAMOTO 41399
                     RESLT:ADJOURNED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 7/30/99  ----- LOC: BATTA
              REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
```

```
                    REMARKS:PER CT - DEF'S SUMMARY DISPO
4/13/99  232 MOTN PARTIAL SUMMARY JUDGEMENT      BY:BASHARA GEORGDAVI 41499
                    AMT:    20.00
                    REMARKS:FEE PAID     BRF/F PRF/F NOTE/HRG
4/13/99  233 SETTLEMENT CONFERENCE-IC            JUDG:BATTANI MARIAWADE 41499
                RESLT:HELD FOR FURTHER SETTLEMENT
                    NEXT ACT:FINAL PRE-TRIAL CONFERENC 7/26/99  ----- LOC: BATTA
                    REPORTER:00022 RASHID JOSEPH J  CLRK:WADE CYNTHIA
                    REMARKS:PER CT
4/16/99  234 MEDIATION EVALUATION ENVELOPE                      FLOW 41999
5/11/99  235 MOTION FILED                        JUDG:BATTANI MARIAWADE 51299
                RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 5/21/99  ----- LOC: BATTA
                    REPORTER:05556 NEAL MARY        CLRK:WADE CYNTHIA
                    REMARKS:PL; FOR SANCTIONS
5/11/99  236 MOTION FOR SANCTION                 BY:CAMPBELL LAWRFLOW 51299
                    AMT:    20.00
                    REMARKS:FEE PAID                 NOTE/HRG
5/18/99  237 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 51899
                RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 6/04/99  ----- LOC: BATTA
                                                CLRK:WADE CYNTHIA
                    REMARKS:PER CT - PL'S MOT FOR SANCTIONS
6/01/99  238 ANS TO MOTION - FILED                             GARN 60299
                    REMARKS:                     SANCTIONS
6/01/99  239 BRIEF IN OPPOSITION TO MOTION                     GARN 60299
                    REMARKS:                     SANCTIONS
6/01/99  240 PROOF OF SERVICE - FILED                          GARN 60299
6/03/99  241 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAMOTO 60399
                RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 7/02/99  ----- LOC: BATTA
                                                CLRK:WADE CYNTHIA
                    REMARKS:PER CT - FOR SANCTIONS
7/02/99  242 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 70799
                RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR10/18/99  ----- LOC: BATTA
                    REPORTER:05278 CYARS ANGELL L   CLRK:WADE CYNTHIA
                    REMARKS:PER CT - FOR SANCTIONS
7/02/99  243 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 70799
                RESLT:GRANTED IN PART/DENIED IN PART
                    REPORTER:05278 CYARS ANGELL L   CLRK:WADE CYNTHIA
                    REMARKS:TO DISMISS, OTF
7/02/99  244 MISC JUDICIAL HEARING/ACTIVITY      JUDG:BATTANI MARIAWADE 70799
                RESLT:CASE SCHEDULED FOR TRIAL
                    NEXT ACT:TRIAL              10/18/99  ----- LOC: BATTA
                    REPORTER:05278 CYARS ANGELL L   CLRK:WADE CYNTHIA
                    REMARKS:TRIAL BRIEFS DUE 10/4/99
7/16/99  245 PROOF OF SERVICE - FILED                          GARN 71999
7/16/99  246 WITNESS LIST - FILED                              GARN 71999
7/16/99  247 PROOF OF SERVICE - FILED                          GARN 71999
7/16/99  248 WITNESS LIST - FILED                              BROW 72199
7/26/99  249 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 72799
                RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 9/17/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PER CT - PL & COUNTER-DF; SUMMARY DISP
7/26/99  250 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 72799
                RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 9/17/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
```

```
                    REMARKS:PER CT - DF/COUNTER-PL; CROSS MOT FOR PART S.D.
 7/26/99  251 FINAL PRE-TRIAL CONFERENCE          JUDG:BATTANI MARIAWADE 72899
                    RESLT:HELD FOR FURTHER SETTLEMENT
                    NEXT ACT:FINAL PRE-TRIAL CONFERENC 9/21/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PER CT
 9/10/99  252 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAMOTO 91099
                    RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR11/03/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PER ATTY'S - PLNTFF'S SUMMARY DISPO
 9/10/99  253 FINAL PRE-TRIAL CONFERENCE          JUDG:BATTANI MARIAMOTO 91399
                    RESLT:ADJOURNED
                    NEXT ACT:FINAL PRE-TRIAL CONFERENC11/09/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PER ALL PTY'S OK COURT
 9/10/99  254 TRIAL                               JUDG:BATTANI MARIAMOTO 91099
                    RESLT:ADJOURNED
                    NEXT ACT:TRIAL                  1/18/00  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PER ALL PTY'S OK COURT
 9/10/99  256 STIPULATION                         JUDG:BATTANI MARIAWADE 91699
                    RESLT:ORD ADJ SETTLEMENT CONF S/F
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:ADJ SETTLE CONF & TRIAL DATES
 9/13/99  255 PROOF OF SERVICE - FILED                       HOWA 91599
10/14/99  257 MOTION FILED                        JUDG:BATTANI MARIAWADE101599
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR10/22/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:DF/COUNTER-PL'S MOT FOR PROTECTIVE ORDER
10/14/99  258 MOTN FOR MISCELLANEOUS MOTION       BY:BASHARA GEORGHOWA102099
                    AMT:    20.00
                    REMARKS:FEE PAID        BRF/F
10/14/99  259 MOTN FOR MISCELLANEOUS MOTION       BY:BASHARA GEORGHOWA102099
                    AMT:    20.00
                    REMARKS:FEE PAID        BRF/F PRF/F NOTE/HRG PPO
10/18/99  264 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE102299
                    RESLT:MOTION AND/OR PRAECIPE DSM'D
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:N/A - PL'S MOT FOR SANCTIONS
10/20/99  260 BRIEF IN OPPOSITION TO MOTION                  HOWA102199
10/20/99  261 PROOF OF SERVICE - FILED                       HOWA102199
10/21/99  262 REPLY TO BRIEF - FILED                         FLOW102299
10/21/99  263 PROOF OF SERVICE - FILED                       FLOW102299
10/22/99  265 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE102599
                    RESLT:DENIED,OTF
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:MOT FOR PROTECTIVE ORDER - DENIED, OTF
10/29/99  270 PROOF OF SERVICE - FILED                       GARN110299
10/29/99  271 REPLY TO BRIEF - FILED                         GARN110299
11/01/99  266 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIACOLL110199
                    RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR11/09/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:COLLINS ELAINE
                    REMARKS:PL AND COUNTER-DF MOTION FOR SUMMARY DISP
11/01/99  267 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIACOLL110199
                    RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR11/09/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:COLLINS ELAINE
```

```
                    REMARKS:DF COUNTER PL PARTIAL SUMMARY DISP
11/01/99  268 FINAL PRE-TRIAL CONFERENCE          JUDG:BATTANI MARIACOLL110199
                    RESLT:ADJOURNED
                    NEXT ACT:FINAL PRE-TRIAL CONFERENC11/09/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:COLLINS ELAINE
11/02/99  269 MOTION FILED                         JUDG:BATTANI MARIACOLL110299
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR11/09/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:COLLINS ELAINE
                    REMARKS:MOTION FOR SUMMARY DISPOSITION
11/02/99  272 PROOF OF SERVICE - FILED                        FLOW110399
11/02/99  273 BRIEF IN OPPOSITION TO MOTION                   GARN110399
11/02/99  276 NOTICE OF HEARING - FILED                       FLOW110599
                    REMARKS:                        RE
11/02/99  277 PROOF OF SERVICE - FILED                        FLOW110599
11/04/99  274 REPLY TO BRIEF - FILED                          GARD110599
                    REMARKS:SUPPLEMENTAL
11/04/99  275 PROOF OF SERVICE - FILED                        GARD110599
11/09/99  278 MISCELLANEOUS MOTION HEARING         JUDG:BATTANI MARIAWADE111199
                    RESLT:TAKEN UNDER ADVISEMENT
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 1/18/00  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:MOTION FOR SUM DISP
11/09/99  279 FINAL PRE-TRIAL CONFERENCE           JUDG:BATTANI MARIAWADE111199
                    RESLT:HELD FOR FURTHER SETTLEMENT
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:TRIAL DATE ALREADY SCH FOR 1/18/00
11/09/99  280 MISCELLANEOUS MOTION HEARING         JUDG:BATTANI MARIAWADE111199
                    RESLT:TAKEN UNDER ADVISEMENT
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 1/18/00  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PL & COUNTER-DF MOT FOR SUM DISP
11/09/99  281 MISCELLANEOUS MOTION HEARING         JUDG:BATTANI MARIAWADE111199
                    RESLT:TAKEN UNDER ADVISEMENT
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 1/18/00  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:DF COUNTER PL PARTIAL SUM DISP
11/18/99  282 COUNTER COMPLAINT - FILED                       HOWA111999
                    REMARKS:AMENDED
11/18/99  283 PROOF OF SERVICE - FILED                        HOWA111999
12/01/99  284 MOTION FILED                         JUDG:BATTANI MARIAWADE120199
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/17/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PL & COUNTER-DF; STRIKE AMEND COUNTER COMPLAINT
12/01/99  285 MISCELLANOUS PLEADINGS - FILED                  HOWA120299
                    REMARKS:SUPPLEMENTAL              AUTHORITY IN SUPPORT
12/01/99  286 PROOF OF SERVICE - FILED                        HOWA120299
12/01/99  287 MOTION TO STRIKE                     BY:VINCENT BRIANGARD120799
                    AMT:     20.00
                    REMARKS:FEE PAID      BRF/F PRF/F NOTE/HRG
12/09/99  288 MOTION FILED                         JUDG:BATTANI MARIAWADE120999
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/17/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:COUNTER-DF; ADJ TRIAL SCHEDULED FOR 1/18/00
12/13/99  289 MISCELLANEOUS MOTION HEARING         JUDG:BATTANI MARIAMOTO121399
                    RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/14/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
```

```
                    REMARKS:PER BOTH PTY'S - ADJ TRIAL
12/13/99  290 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAMOTO121399
                    RESLT:ADJOURNED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/14/99  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PER BOTH PTY'S - STRIKE 2ND AMENDED COUNTER COMPLT
12/20/99  291 BRIEF IN OPPOSITION TO MOTION                     GARN122199
12/20/99  292 PROOF OF SERVICE - FILED                          GARN122199
1/06/00   293 MISC JUDICIAL HEARING/ACTIVITY      JUDG:BATTANI MARIAWADE 10700
                    RESLT:CASE SCHEDULED
                    NEXT ACT:SPECIAL CONFERENCE      3/15/00  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
1/06/00   294 TRIAL                               JUDG:BATTANI MARIAWADE 10700
                    RESLT:ADJOURNED
                    NEXT ACT:TRIAL                   5/15/00  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:OKAY BY COURT
1/06/00   295 REPLY TO BRIEF - FILED                            HOWA 11000
1/06/00   296 PROOF OF SERVICE - FILED                          HOWA 11000
3/13/00   297 SPECIAL CONFERENCE                  JUDG:BATTANI MARIAMOTO 31300
                    RESLT:ADJOURNED
                    NEXT ACT:SPECIAL CONFERENCE      3/17/00  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PER COURT - PARTIES NOTIFIED
3/17/00   298 SPECIAL CONFERENCE                  JUDG:BATTANI MARIAWADE 32100
                    RESLT:HELD FOR FURTHER SETTLEMENT
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
3/17/00   299 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 32100
                    RESLT:DENIED,OTF
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:PARTIAL SUM DISP, OTF
3/17/00   300 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 32100
                    RESLT:DENIED,OTF
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:SUMMARY DISP - DENIED, OTF
3/17/00   301 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 32100
                    RESLT:MOT AMEND,FILE,SUPP PLEAD,OTF
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:AMEND COUNTER COMPLAINT, OTF
3/17/00   302 MISCELLANEOUS MOTION HEARING        JUDG:BATTANI MARIAWADE 32100
                    RESLT:GRANTED
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:ADJ TRIAL DATE TO 5/15/00, OTF
3/23/00   303 SETTLEMENT CONFERENCE-IC            JUDG:LOMBARD ARTHUCLEV 32300
                    RESLT:CASE SCHEDULED
                    NEXT ACT:SETTLEMENT CONFERENCE-IC  4/05/00  ----- LOC: LOMBA
                    REPORTER:05520 BURRELL SHARON D CLRK:CLEVELAND ANGELA
3/30/00   304 MOTION FILED                        JUDG:BATTANI MARIAWADE 33000
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 4/07/00  ----- LOC: BATTA
                    REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
                    REMARKS:DF; FOR ENTRY OF ORDER
3/30/00   305 MOTION FOR ORDER                    BY:CAMPBELL LAWRGARN 33100
                    AMT:      20.00
                    REMARKS:FEE PAID     BRF/F PRF/F NOTE/HRG
4/05/00   306 SETTLEMENT CONFERENCE-IC            JUDG:LOMBARD ARTHUCLEV 40600
                    RESLT:HELD FOR FURTHER SETTLEMENT
                    NEXT ACT:SETTLEMENT CONFERENCE-IC  4/12/00      LOC: LOMBA
                    REPORTER:05520 BURRELL SHARON D CLRK:CLEVELAND ANGELA
                    REMARKS:VIA TELEPHONE
```

```
4/06/00   312 ANS TO MOTION - FILED                              GARD 41100
4/06/00   313 PROOF OF SERVICE - FILED                           GARD 41100
4/07/00   307 MISCELLANEOUS MOTION HEARING      JUDG:BATTANI MARIAFLET 40700
              RESLT:ORDER TO STRIKE, S/F
              REPORTER:00026 JORDAN ELAINE    CLRK:FLETCHER LORI
              REMARKS:O GRANT MO TO STRIKE PF 2ND AMENDED COMPLAINT
4/07/00   308 MISCELLANEOUS MOTION HEARING      JUDG:BATTANI MARIAFLET 40700
              RESLT:DENIED, S/F
              REPORTER:00026 JORDAN ELAINE    CLRK:FLETCHER LORI
              REMARKS:O DENY RAITT'S MO S/D
4/07/00   309 MISCELLANEOUS MOTION HEARING      JUDG:BATTANI MARIAFLET 40700
              RESLT:DENIED, S/F
              REPORTER:00026 JORDAN ELAINE    CLRK:FLETCHER LORI
              REMARKS:O DENY MOROUN'S PARTIAL S/D
4/07/00   310 MISCELLANEOUS MOTION HEARING      JUDG:BATTANI MARIAFLET 40700
              RESLT:DISMISSAL OF CLAIM ONLY
              REPORTER:00026 JORDAN ELAINE    CLRK:FLETCHER LORI
              REMARKS:DISMISS CLAIMS BY MOROUN
4/07/00   311 MOTION TO ADJOURN               BY:VINCENT BRIANGARN 41000
              AMT:    20.00
              REMARKS:FEE PAID       BRF/F PRF/F NOTE/HRG TRIAL
4/07/00   314 MOTION TO ADJOURN               BY:CAMPBELL LAWRHOWA 41200
              AMT:    20.00
              REMARKS:FEE PAID       BRF/F PRF/F NOTE/HRG
4/12/00   315 SETTLEMENT CONFERENCE-IC          JUDG:LOMBARD ARTHUSTEM 80700
              RESLT:HELD FOR FURTHER SETTLEMENT
              NEXT ACT:SETTLEMENT CONFERENCE-IC  4/14/00  ----- LOC: LOMBA
              REPORTER:05520 BURRELL SHARON D CLRK:CLEVELAND ANGELA
              REMARKS:VIA TELEPHONE?
4/14/00   316 MISCELLANEOUS MOTION HEARING      JUDG:BATTANI MARIAWADE 41400
              RESLT:GRANTED
              REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
              REMARKS:ADJ TRIAL DATE - GRANTED, OTF
4/14/00   317 TRIAL                           JUDG:BATTANI MARIAWADE 41400
              RESLT:ADJOURNED
              NEXT ACT:TRIAL                   9/05/00  ----- LOC: DRAIN
              REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
              REMARKS:PER MOT HEARD ON 4/14/00
4/17/00   318 SPECIAL CONFERENCE               JUDG:LOMBARD ARTHUSTEM 12901
              RESLT:HELD FOR FURTHER SETTLEMENT
              NEXT ACT:SPECIAL CONFERENCE       4/20/00  ----- LOC: LOMBA
              REPORTER:05520 BURRELL SHARON D CLRK:CLEVELAND ANGELA
              REMARKS:VIA TELEPHONE
4/20/00   319 MOTION FILED                     JUDG:BATTANI MARIACOLL 42000
              RESLT:MOTION HEARING SCHEDULED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 5/19/00  ----- LOC: BATTA
              REPORTER:00026 JORDAN ELAINE    CLRK:COLLINS ELAINE
              REMARKS:PLS MOTION FOR RECONSIDERATION OF DENIAL OF S.DISP
4/20/00   320 MOTN RECONSIDERATION/REHEARING  BY:VINCENT BRIANGARD 42600
              AMT:    20.00
              REMARKS:FEE PAID       BRF/F PRF/F NOTE/HRG
5/05/00   321 MOTION FILED                     JUDG:BATTANI MARIAWADE 50800
              RESLT:MOTION HEARING SCHEDULED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 5/26/00  ----- LOC: BATTA
              REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
              REMARKS:DF/COUNTER-PL; MOT FOR PARTIAL SUM DISP
5/05/00   322 MOTN PARTIAL SUMMARY JUDGEMENT    BY:BASHARA GEORGGARD 50800
              AMT:    20.00
              REMARKS:FEE PAID
5/05/00   323 MOTN FOR MISCELLANEOUS MOTION     BY:BASHARA GEORGGARN 50800
```

```
                    REMARKS:FEE WAVD        BRF/F PRF/F          ALLOW
5/08/00  324 NOTICE OF HEARING - FILED                          HOWA 51100
                    REMARKS:                        RENOTICE
5/08/00  325 PROOF OF SERVICE - FILED                           HOWA 51100
5/08/00  326 PROOF OF SERVICE - FILED                           GARN 51200
5/17/00  327 MISCELLANEOUS MOTION HEARING      JUDG:BATTANI MARIAMOTO 51700
                    RESLT:ADJOURNED
             NEXT ACT:MISCELLANEOUS MOTION HEAR 6/02/00  ----- LOC: BATTA
             REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
             REMARKS:DEF'S MOTION FOR PARTIAL SUMMARY DISPOSITION
5/18/00  329 NOTICE OF HEARING - FILED                          BROW 52500
                    REMARKS:                          RE
5/18/00  330 PROOF OF SERVICE - FILED                           BROW 52500
5/23/00  328 MISCELLANEOUS MOTION HEARING      JUDG:BATTANI MARIAWADE 52300
                    RESLT:DENIED, S/F
             REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
             REMARKS:RECONSID OF DENIAL OF MOT FOR SUM DISP - DENIED
5/25/00  331 BRIEF IN OPPOSITION TO MOTION                      GARD 52600
5/25/00  332 PROOF OF SERVICE - FILED                           GARD 52600
5/31/00  334 MISCELLANEOUS MOTION HEARING      JUDG:BATTANI MARIAMOTO 53100
                    RESLT:MOTION AND/OR PRAECIPE DSM'D
             REPORTER:00026 JORDAN ELAINE    CLRK:WADE CYNTHIA
             REMARKS:PER MP - A MOROUN'S PARTIAL SUMMARY DISPO
6/01/00  333 CASE REASSIGNED                    JUDG:SAPALA MICHAEITSB 52700
                    RESLT:DOCKET SUCCESSOR              REASN:DKT DIR 00-03
             REMARKS:REASSG FR BATTANI, M. TO DRAIN, G. BY SAPALA
7/21/00  336 MOTN FOR MISCELLANEOUS MOTION      BY:CAMPBELL LAWRHOWA 72600
                    AMT:    20.00
             REMARKS:FEE PAID        BRF/F PRF/F
7/25/00  335 MOTION FILED                       JUDG:DRAIN GERSHWIWADE 80100
                    RESLT:MOTION HEARING SCHEDULED
             NEXT ACT:MISCELLANEOUS MOTION HEAR 8/04/00      LOC: DRAIN
             REPORTER:02348 GUNN LYNNETTE E  CLRK:WADE CYNTHIA
             REMARKS:PL/COUNTER-DF; COMPEL PL TO POST A BOND
7/28/00  343 MOTION TO AMEND                     BY:BASHARA GEORGFLOW 80400
                    AMT:    20.00
             REMARKS:FEE PAID              PRF/F NOTE/HRG
7/31/00  337 MOTION FILED                       JUDG:DRAIN GERSHWIFLET 73100
                    RESLT:MOTION HEARING SCHEDULED
             NEXT ACT:MISCELLANEOUS MOTION HEAR 9/01/00  ----- LOC: DRAIN
             REPORTER:02348 GUNN LYNNETTE E  CLRK:FLETCHER LORI
             REMARKS:DF TO AMEND COMPLAINT ADD MATTER/CONSOLIDATE CASES
8/01/00  338 MISCELLANEOUS MOTION HEARING      JUDG:DRAIN GERSHWIWADE 80100
                    RESLT:ADJOURNED
             NEXT ACT:MISCELLANEOUS MOTION HEAR 8/04/00  ----- LOC: DRAIN
             REPORTER:02348 GUNN LYNNETTE E  CLRK:WADE CYNTHIA
             REMARKS:DF; AMEND COMPLAINT/CONSOLIDATE CASES
8/01/00  339 BRIEF IN OPPOSITION TO MOTION                      GARN 80200
8/01/00  340 PROOF OF SERVICE - FILED                           GARN 80200
8/02/00  341 BRIEF IN OPPOSITION TO MOTION                      FLOW 80400
                    REMARKS:SUPPLEMENTAL
8/02/00  342 GENERAL BRIEF - FILED                              FLOW 80400
8/02/00  344 PROOF OF SERVICE - FILED                           FLOW 80800
8/04/00  345 MISCELLANEOUS MOTION HEARING      JUDG:DRAIN GERSHWIWADE 80800
                    RESLT:ADJOURNED
             NEXT ACT:MISCELLANEOUS MOTION HEAR 9/22/00  ----- LOC: DRAIN
             REPORTER:02348 GUNN LYNNETTE E  CLRK:WADE CYNTHIA
             REMARKS:PER CT - PL/COUNTER-DF; COMPEL PL TO POST BOND
8/04/00  346 MISCELLANEOUS MOTION HEARING      JUDG:DRAIN GERSHWIWADE 80800
                    RESLT:ADJOURNED
```

```
                    NEXT ACT:MISCELLANEOUS MOTION HEAR 9/22/00  ----- LOC: DRAIN
                    REPORTER:02348 GUNN LYNNETTE E  CLRK:WADE CYNTHIA
                    REMARKS:PER CT - AMEND COMPLAINT/CONSOLIDATE CASES
  8/04/00  347 TRIAL                              JUDG:DRAIN GERSHWIWADE 80800
                    RESLT:ADJOURNED
                    NEXT ACT:TRIAL              11/06/00  ----- LOC: DRAIN
                    REPORTER:02348 GUNN LYNNETTE E  CLRK:WADE CYNTHIA
                    REMARKS:PER CT, TRIAL BRIEFS DUE 10/30/00
  9/06/00  348 NOTICE OF HEARING - FILED                    HOWA 91100
                    REMARKS:                       RENOTICE
  9/06/00  349 PROOF OF SERVICE - FILED                     HOWA 91100
  9/22/00  350 MISCELLANEOUS MOTION HEARING    JUDG:TERANES PAUL FLET 92500
                    RESLT:MOTION AND/OR PRAECIPE DSM'D
                    REPORTER:02333 BEDSWORTH MARY S CLRK:FLETCHER LORI
                    REMARKS:DF MO TO AMEND COMPALINT
  9/22/00  351 MISCELLANEOUS MOTION HEARING    JUDG:TERANES PAUL FLET 92500
                    RESLT:TAKEN UNDER ADVISEMENT
                    REPORTER:02333 BEDSWORTH MARY S CLRK:FLETCHER LORI
                    REMARKS:DF MO CONSOLIDATE CASES FOR TRIAL
  9/22/00  352 MISCELLANEOUS MOTION HEARING    JUDG:TERANES PAUL FLET 92500
                    RESLT:DENIED,OTF
                    REPORTER:02333 BEDSWORTH MARY S CLRK:FLETCHER LORI
                    REMARKS:DF MO/BRIEF IN SUPPORT TO COMPEL POST BOND AS COST
 10/04/00  353 MISC JUDICIAL HEARING/ACTIVITY  JUDG:TERANES PAUL GILB100400
                    RESLT:OPINION OF COURT,S/F
                    REPORTER:06305 BENNETT ELANOR    CLRK:GILBERT TRACY
                    REMARKS:ORD GRANTING P/MO TO CONSOLIDATE FOR PURPOSE/TRIAL
 10/16/00  354 TRIAL                             JUDG:TERANES PAUL STEM 12901
                    RESLT:ADJOURNED
                    NEXT ACT:TRIAL              1/08/01  ----- LOC: TERAN
                    REPORTER:02333 BEDSWORTH MARY S CLRK:BYRD RODERICK
                    REMARKS:CONSOLIDATED WITH CASE# 93-327681NZ
 10/26/00  355 MOTION FILED                     JUDG:SAPALA MICHAESKRU102600
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR11/07/00  ----- LOC: SAPAL
                    REPORTER:06329 GRACE ILENE    CLRK:SKRUMBELLOS LYNETTE
                    REMARKS:SEE FILING 93-327681 NZ:J RAITT'S MO TO SET ASIDE
 11/07/00  356 MISCELLANEOUS MOTION HEARING    JUDG:SAPALA MICHAESKRU110700
                    RESLT:DENIED, S/F
                    REPORTER:00026 JORDAN ELAINE    CLRK:SKRUMBELLOS LYNETTE
                    REMARKS:SEE 93-327681:DENY TO SET ASIDE CONSOLIDATION
 11/16/00  357 MOTION FILED                     JUDG:TERANES PAUL COLL111600
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/15/00  ----- LOC: TERAN
                    REPORTER:02333 BEDSWORTH MARY S CLRK:COLLINS ELAINE
                    REMARKS:PL MOT FOR SUMMARY DISPOSITION.
 11/16/00  358 MOTION FILED                     JUDG:TERANES PAUL COLL111600
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/15/00  ----- LOC: TERAN
                    REPORTER:02333 BEDSWORTH MARY S CLRK:COLLINS ELAINE
                    REMARKS:PL MOT FOR PARTIAL SUM. DISPOSITION.
 11/22/00  359 MOTION FILED                     JUDG:TERANES PAUL COLL112700
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/08/00  ----- LOC: TERAN
                    REPORTER:02333 BEDSWORTH MARY S CLRK:COLLINS ELAINE
                    REMARKS:DF MOTION FOR RECONSIDERATION.
 12/08/00  365 MOTION FILED                     JUDG:TERANES PAUL COLL121300
                    RESLT:MOTION HEARING SCHEDULED
                    NEXT ACT:MISCELLANEOUS MOTION HEAR12/15/00  ----- LOC: TERAN
                    REPORTER:02602 SHAH CLARA M    CLRK:COLLINS ELAINE
```

```
                    REMARKS:DF MOTION FOR RECONSIDERATION.
12/11/00  362 NOTICE OF HEARING - FILED                          GARN121300
12/11/00  363 MOTN FOR MISCELLANEOUS MOTION                      GARN121300
              REMARKS:                        COUNTER
12/11/00  364 REPLY TO ANSWER - FILED                            GARN121300
              REMARKS:                    MOTION FEE PAID
12/13/00  360 MOTION FILED                    JUDG:DRAIN GERSHWIWADE121300
              RESLT:MOTION HEARING SCHEDULED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 1/05/01  ----- LOC: DRAIN
              REPORTER:02348 GUNN LYNNETTE E  CLRK:WADE CYNTHIA
              REMARKS:DF/COUNTER PL; TRANSFER CASE
12/13/00  361 MISC JUDICIAL HEARING/ACTIVITY    JUDG:TERANES PAUL COLL121300
              RESLT:REASSIGNMENT-ERROR
              REPORTER:02333 BEDSWORTH MARY S CLRK:COLLINS ELAINE
              REMARKS:CASE REASSIGNED FROM P. TERANES TO G. DRAIN.
12/13/00  366 MISCELLANOUS PLEADINGS - FILED                     GARD121500
              REMARKS:AMENDED               MOTION TRANSFER CASES
12/13/00  367 GENERAL BRIEF - FILED                              GARD121500
              REMARKS:                      IN SUPPORT
12/13/00  369 BRIEF IN OPPOSITION TO MOTION                      HOWA121800
12/13/00  370 PROOF OF SERVICE - FILED                           HOWA121800
12/15/00  368 MISCELLANEOUS MOTION HEARING    JUDG:TERANES PAUL COLL121800
              RESLT:DENIED,OTF
              REPORTER:02333 BEDSWORTH MARY S CLRK:COLLINS ELAINE
              REMARKS:PL MOT FOR SUMMARY DIISPOSITION.
12/15/00  371 MISC JUDICIAL HEARING/ACTIVITY    JUDG:DRAIN GERSHWIWADE121800
              RESLT:ODR MISCELLANEOUS ACTION,S/F
              REPORTER:02348 GUNN LYNNETTE E  CLRK:WADE CYNTHIA
              REMARKS:ORDER REASSIGNING CASE TO JUDGE TERANES
12/15/00  372 MISCELLANEOUS MOTION HEARING    JUDG:TERANES PAUL COLL121800
              RESLT:TAKEN UNDER ADVISEMENT
              REPORTER:02333 BEDSWORTH MARY S CLRK:COLLINS ELAINE
              REMARKS:PL'S MOT FOR PARTIAL S/D.
12/15/00  374 MISCELLANEOUS MOTION HEARING    JUDG:TERANES PAUL COLL122000
              RESLT:DENIED,OTF
              REPORTER:02333 BEDSWORTH MARY S CLRK:COLLINS ELAINE
              REMARKS:DF MOTION FOR RECONSIDERATION.
12/15/00  375 MISC JUDICIAL HEARING/ACTIVITY    JUDG:TERANES PAUL COLL122000
              RESLT:CASE REASSIGNED
              REPORTER:02333 BEDSWORTH MARY S CLRK:COLLINS ELAINE
              REMARKS:TO JDG TERANES FROM G. DRAIN - COMMON ISSUES.
12/18/00  373 MISCELLANEOUS MOTION HEARING    JUDG:DRAIN GERSHWIWADE121900
              RESLT:MOTION AND/OR PRAECIPE DSM'D
              REPORTER:02348 GUNN LYNNETTE E  CLRK:WADE CYNTHIA
              REMARKS:COUNTER-PL'S MOT TO TRANSFER CASE
12/19/00  377 BRIEF IN OPPOSITION TO MOTION                      HOUS122100
12/19/00  378 PROOF OF SERVICE - FILED                           HOUS122100
12/19/00  379 ANS TO MOTION - FILED                              HOUS122100
12/19/00  380 GENERAL BRIEF - FILED                              HOUS122100
              REMARKS:                  IN SUPPORT OF ANMOT
12/21/00  376 MISCELLANEOUS MOTION HEARING    JUDG:TERANES PAUL GILB122100
              RESLT:MOT MISCELLANEOUS ACTION,OTF
              REPORTER:02333 BEDSWORTH MARY S CLRK:GILBERT TRACY
              REMARKS:GRANT P/MO FOR CONSOLIDATION FOR TRIAL
12/26/00  381 MOTION TO VACATE ORDER          BY:CAMPBELL LAWRGARN 10201
              AMT:     20.00
              REMARKS:FEE PAID       BRF/F PRF/F     CHIEF JUDGE
12/27/00  388 NOTICE OF FILING - FILED                           GARD 10801
12/27/00  389 PROOF OF SERVICE - FILED                           GARD 10801
12/27/00  390 BRIEF IN OPPOSITION TO MOTION                      GARD 10801
```

```
12/27/00  391 PROOF OF SERVICE - FILED                              GARD 10801
 1/02/01  382 MOTION FILED                        JUDG:SAPALA MICHAESKRU 10201
              RESLT:MOTION HEARING SCHEDULED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 1/05/01  ----- LOC: SAPAL
              REPORTER:06329 GRACE ILENE      CLRK:SKRUMBELLOS LYNETTE
              REMARKS:JAFFE RAITT'S EMERG MOT TO CHIEF JG TO VACATE
 1/02/01  386 NOTICE OF HEARING - FILED                            GARN 10801
 1/02/01  387 PROOF OF SERVICE - FILED                             GARN 10801
 1/02/01  393 MOTN RECONSIDERATION/REHEARING      BY:CAMPBELL LAWRDAVI 10901
              AMT:     20.00
              REMARKS:FEE PAID      BRF/F PRF/F           EMERGENCY
 1/03/01  383 MISC JUDICIAL HEARING/ACTIVITY     JUDG:COLOMBO JR RORUGG 10301
              RESLT:ODR MISCELLANEOUS ACTION,S/F
              REPORTER:05763 HEACOX JEANETTE   CLRK:RUGGIROLI SHARON
              REMARKS:GRANT CONSF,DENY P.S/DISP
 1/04/01  397 AFFIDAVIT - FILED                                    GARN 11101
 1/04/01  398 PROOF OF SERVICE - FILED                             GARN 11101
 1/05/01  384 MISCELLANEOUS MOTION HEARING       JUDG:SAPALA MICHAESKRU 10501
              RESLT:DENIED,OTF
              REPORTER:06329 GRACE ILENE      CLRK:SKRUMBELLOS LYNETTE
              REMARKS:DENY JAFE RAITT'S EMERG MO TO VACATE 12/15 ORDERS
 1/05/01  385 MISCELLANEOUS MOTION HEARING       JUDG:SAPALA MICHAESKRU 10501
              RESLT:DENIED, S/F
              REPORTER:06329 GRACE ILENE      CLRK:SKRUMBELLOS LYNETTE
              REMARKS:DENY ORAL MO OF JAFFE RAITT FOR STAY/W 93-327681
 1/05/01  394 MISCELLANEOUS MOTION HEARING       JUDG:SAPALA MICHAESKRU 11001
              RESLT:DENIED,OTF
              REPORTER:06329 GRACE ILENE      CLRK:SKRUMBELLOS LYNETTE
              REMARKS:JAFFE EMERG MOTION TO VACATE 12/15 ORD REASSIGN
 1/05/01  395 MISCELLANEOUS MOTION HEARING       JUDG:SAPALA MICHAESKRU 11001
              RESLT:DENIED,OTF
              REPORTER:06329 GRACE ILENE      CLRK:SKRUMBELLOS LYNETTE
              REMARKS:JAFFE ORAL MOTON FOR STAY;
 1/08/01  392 STIPULATION                        JUDG:SAPALA MICHAEGILB 10801
              RESLT:DENIED, S/F
              REPORTER:06329 GRACE ILENE      CLRK:GILBERT TRACY
              REMARKS:JAFFE RAITTS EMER MO TO VACATE 12-15-00 ORD ETC...
 1/08/01  399 MOTN FOR MISCELLANEOUS MOTION       BY:CAMPBELL LAWRGARN 11101
              REMARKS:FEE WAVD                 PRF/F NOTE/HRG LIMINE
 1/08/01  400 MOTN FOR MISCELLANEOUS MOTION       BY:CAMPBELL LAWRGARN 11101
              REMARKS:FEE WAVD      BRF/F                 LIMINE
 1/08/01  401 MOTN FOR MISCELLANEOUS MOTION       BY:CAMPBELL LAWRGARN 11101
              AMT:     20.00
              REMARKS:FEE PAID      BRF/F                 LIMINE
 1/08/01  402 MOTN FOR MISCELLANEOUS MOTION       BY:CAMPBELL LAWRGARN 11101
              REMARKS:FEE WAVD      BRF/F                 LIMINE
 1/08/01  407 MOTN FOR MISCELLANEOUS MOTION       BY:CAMPBELL LAWRGARD 11901
              REMARKS:FEE WAVD      BRF/F                 IN LIMINE
 1/09/01  405 GENERAL BRIEF - FILED                              GARD 11801
              REMARKS:                         IN RESPONSE
 1/09/01  406 PROOF OF SERVICE - FILED                           GARD 11801
 1/10/01  396 MOTION FILED                       JUDG:TERANES PAUL GILB 11001
              RESLT:MOTION HEARING SCHEDULED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 1/11/01  ----- LOC: TERAN
              REPORTER:02333 BEDSWORTH MARY S CLRK:GILBERT TRACY
              REMARKS:D/MO IN LIMINE   (CONSOLIDATED W/93-327681)
 1/11/01  403 MISCELLANEOUS MOTION HEARING       JUDG:TERANES PAUL GILB 11101
              RESLT:ADJOURNED
              NEXT ACT:MISCELLANEOUS MOTION HEAR 1/12/01  ----- LOC: TERAN
              REPORTER:02333 BEDSWORTH MARY S CLRK:GILBERT TRACY
```

```
                    REMARKS:D/MO IN LIMINE   (CONSOLIDATED W/93-327681)
1/11/01   404 MISCELLANEOUS MOTION HEARING          JUDG:TERANES PAUL GILB 11201
                    RESLT:MOT MISCELLANEOUS ACTION,OTF
                    REPORTER:02333 BEDSWORTH MARY S CLRK:GILBERT TRACY
                    REMARKS:GRANT MO FOR RECONSIDERATION RE: TRY CASE SEPERATE
3/07/01   408 MISC JUDICIAL HEARING/ACTIVITY        JUDG:COLOMBO JR RORUGG 30701
                    RESLT:CASE SETTLED OTF
                    NEXT ACT:INTENT TO DISMISS HEARING 5/14/01  ----- LOC: COLJR
                    REPORTER:05763 HEACOX JEANETTE  CLRK:RUGGIROLI SHARON
                    REMARKS:SETTLEED 2-23-01 PER MR CATALDO W/93327681 TRIAL
3/14/01   409 STIPULATION                           JUDG:COLOMBO JR RORUGG 31401
                    RESLT:ORDER OF DISMISSAL S/F
                    REPORTER:05763 HEACOX JEANETTE  CLRK:RUGGIROLI SHARON
DOCKET/CASE LISTING COMPLETE, THANK YOU RECORD
```

CLOSED, SDP

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:01-cv-75025-GER

Det Intl Bridge Co v. USA
Assigned to: Judge Gerald E Rosen
Demand: $0
Case in other court: USCA, 04-01122

Date Filed: 12/28/2001
Date Terminated: 09/30/2003
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Detroit International Bridge Company**              represented by **Andrew J. Lusk**
Dykema Gossett (Bloomfield Hills)
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-0700
Email: alusk@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig L. John**
Dykema Gossett (Bloomfield Hills)
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-0700
Fax: 248-203-0714
Email: cjohn@dykema.com

V.

**Defendant**

**United States of America**              represented by **Julia C. Pidgeon**
*acting through General Services*                     U.S. Attorney's Office (Detroit)
*Administration*                                      211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email: julia.pidgeon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2001 | 1 | COMPLAINT - Receipt # 200 430150 - Date Fee Received: 12/28/01 (pd) (Entered: 12/28/2001) |
| 03/06/2002 | 2 | SUMMONS returned executed by personal service on 3/1/02 - answer due 4/30/02 for USA (DT) (Entered: 03/06/2002) |

| 03/27/2002 | 3 | RETURN RECEIPT for merchandise via certified mail (ew) (Entered: 03/28/2002) |
|---|---|---|
| 04/11/2002 | 4 | RETURN of service of complaint [1-1] executed by certified mail on 4/8/02 as to USA (kb) (Entered: 04/12/2002) |
| 04/30/2002 | 5 | EXPARTE motion by defendant USA to extend time to answer complaint [1-1] with brief and proof of mailing. (RH) (Entered: 05/01/2002) |
| 05/08/2002 | 6 | ORDER by Judge Gerald E. Rosen granting motion to extend time to answer complaint [1-1] by USA [5-1], setting deadline for answer to complaint [1-1] for 5/30/02 with proof of service [EOD Date 5/9/02] (lh) (Entered: 05/09/2002) |
| 05/14/2002 | 7 | PROOF of service of [6-1], [6-2] (ew) (Entered: 05/15/2002) |
| 05/14/2002 | 8 | APPEARANCE for defendant of attorney of Julia C. Pidgeon (ew) (Entered: 05/15/2002) |
| 05/30/2002 | 9 | MOTION by defendant USA to dismiss with brief and proof of service (ew) (Entered: 05/31/2002) |
| 05/30/2002 | 10 | APPENDIX by defendant to motion to dismiss by USA [9-1] (ew) (Entered: 05/31/2002) |
| 06/19/2002 | 11 | RESPONSE brief by plaintiff Det Intl Bridge Co to motion to dismiss by USA [9-1] with proof of service (dh) (Entered: 06/20/2002) |
| 07/01/2002 | 12 | REPLY by defendant USA to response to motion to dismiss by USA [9-1], with proof of service. (RH) (Entered: 07/03/2002) |
| 09/30/2003 | 13 | MEMORANDUM opinion and order by Judge Gerald E. Rosen granting motion to dismiss by USA [9-1] [EOD Date: 10/1/03], with proof of service. (PP) (Entered: 10/01/2003) |
| 09/30/2003 | 14 | JUDGMENT entered by Judge Gerald E. Rosen for defendant [EOD Date: 10/1/03] (PP) (Entered: 10/01/2003) |
| 12/01/2003 | 15 | APPEAL by plaintiff Det Intl Bridge Co of orders [14-1] and [13-1] to the Federal Circuit - FEE: PAID - Receipt #: 498750 (do) (Entered: 12/03/2003) |
| 12/03/2003 | 16 | PROOF of service of appeal notice [15-1] to the Federal Circuit and counsel of record (do) (Entered: 12/03/2003) |
| 12/03/2003 | 17 | CERTIFIED copy of appeal notice by Det Intl Bridge Co [15-1] and docket transmitted to FC (do) (Entered: 12/03/2003) |
| 12/30/2003 | 18 | NOTICE by United States Court of Appeals for the Federal Circuit of docketing (lh) (Entered: 12/31/2003) |
| 09/23/2004 | 19 | APPEAL JUDGMENT from FC as to [15] Notice of Appeal filed by Detroit International Bridge Company - affirmed. [Appeal Case Number 04-1122] (LBeh, ) (Entered: 09/24/2004) |
| 11/22/2004 | 20 | APPEAL JUDGMENT from USCA as to [15] Notice of Appeal filed by Detroit International Bridge Company - affirmed. [Appeal Case Number 04-1122] (LBeh, ) (Entered: 11/23/2004) |

**PACER Service Center**

**Transaction Receipt**

| 03/28/2007 14:33:06 | | | |
|---|---|---|---|
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:01-cv-75025-GER |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

CLOSED, CONSOLIDATED, SDP

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:97-cv-75342-ADT

C C So Inc, et al v. Natl Amer Ins Co, et al
Assigned to: Judge Anna Diggs Taylor
Demand: $75,000
Case in other court: Macomb County, 97-03173

Date Filed: 10/21/1997
Date Terminated: 02/27/1998
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**C. C. Southern, Incorporated**                 represented by   **Marilyn A. Peters**
Dykema Gossett (Bloomfield Hills)
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-0700
Email: mpeters@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Economy Transport, Incorporated**          represented by   **Marilyn A. Peters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Superior Forwarding Company,**              represented by   **Marilyn A. Peters**
**Incorporated**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Central Air Freight, Incorporated**          represented by   **Marilyn A. Peters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mason and Dixon Lines, Incorporated**     represented by   **Marilyn A. Peters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal Am-Can, Limited**                   represented by   **Marilyn A. Peters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C. C. Eastern, Incorporated**                 represented by  **Marilyn A. Peters**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**C. C. Midwest, Incorporated**                 represented by  **Marilyn A. Peters**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**McKinlay Transport L. P.**                     represented by  **Marilyn A. Peters**
*as successor to McKinlay Transport LTD., a*                    (See above for address)
*Canadian Partnership*                          *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CTX, Incorporated**                           represented by  **Marilyn A. Peters**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Flint Special Services, Incorporated**         represented by  **Marilyn A. Peters**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Mohawk Motor, Incorporated**                   represented by  **Marilyn A. Peters**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

**National American Insurance Company**          represented by  **Dennis M. Goebel**
                                                Harvey Kruse (Troy)
                                                1050 Wilshire Drive
                                                Suite 320
                                                Troy, MI 48084-1526
                                                248-649-7800
                                                Email: dgoebel@harveykruse.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**NAICO Indemnity Cayman, Limited**              represented by  **Dennis M. Goebel**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

| | | |
|---|---|---|
| **W. Brent Lagere** | represented by | **Dennis M. Goebel** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Steven M. Potter** |
| | | Potter, DeAgostino, |
| | | 2701 Cambridge Court |
| | | Suite 223 |
| | | Auburn Hills, MI 48326 |
| | | 248-377-1700 |
| | | Email: spotter@potterlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Benjamin T. Walkingstick** | represented by | **Dennis M. Goebel** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Steven M. Potter** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Brenda Pair-Watson** | represented by | **Dennis M. Goebel** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Steven M. Potter** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Richard L. Evans** | represented by | **Dennis M. Goebel** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Steven M. Potter** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mark T. Paden** | represented by | **Dennis M. Goebel** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Steven M. Potter** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/1997 | 1 | NOTICE by defendants of removal from Macomb County Circuit Court - Receipt #351788 - Date Fee Received: 10/21/97 with proof of mailing (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 1 | COMPLAINT with attachments and jury demand (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 1 | AMENDED complaint #1 by plaintiffs with exhibits and jury demand (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 2 | NOTICE by defendants of removal to counsel with proof of mailing (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 3 | ANSWER by defendant to amended complaint by plaintiffs [1-1] with proof of mailing (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 4 | ANSWER by defendants W. Brent Lagere, Benjamin T. Walkingstick, Brenda Pair Watson, Richard L. Evans, Mark T. Paden to complaint [1-1] with proof of mailing (kg) (Entered: 10/23/1997) |
| 10/21/1997 | 4 | AFFIRMATIVE defenses defendants by W. Brent Lagere, Benjamin T. Walkingstick, Brenda Pair Watson, Richard L. Evans, Mark T. Paden (kg) Modified on 10/23/1997 (Entered: 10/23/1997) |
| 10/21/1997 | | ANSWER by defendants to complaint [1-1] with proof of mailing (lg) (Entered: 10/27/1997) |
| 10/29/1997 | 5 | MOTION by Natl Amer Ins Co, NAICO Indemnity to consolidate cases 97-75343 and 97-75342 with proof of mailing. (LS) Modified on 03/10/1998 (Entered: 10/31/1997) |
| 11/03/1997 | 6 | RESPONSE brief by plaintiffs' to motion to consolidate cases 97-75343 and 97-75342 by NAICO Indemnity, Natl Amer Ins Co [6-1] with proof of mailing. (cf) Modified on 03/10/1998 (Entered: 11/04/1997) |
| 11/26/1997 | 7 | BRIEF IN OPPOSITION by plaintiff in opposition of motion to Transfer case to Western District of Oklahoma with attachments and proof of mailing (lg) Modified on 03/10/1998 (Entered: 12/02/1997) |
| 12/04/1997 | 8 | PROOF of mailing plaintiffs' interrogatories to defendant, etc.. (cf) Modified on 03/10/1998 (Entered: 12/10/1997) |
| 12/05/1997 | 9 | ANSWER (titled "joint reply") by defendants' to plaintiffs' opposition to transfer [8-1] with exhibits and proof of mailing. (cf) Modified on 03/10/1998 (Entered: 12/10/1997) |
| 12/09/1997 | 10 | ORDER reassigning case from Judge Gerald E. Rosen to Judge Anna Diggs Taylor (RH) Modified on 03/10/1998 (Entered: 12/11/1997) |
| 12/15/1997 | 12 | ORDER by Judge Anna Diggs Taylor, scheduling hearing on motion to transfer case to wEstern District of Oklahoma by the defendants, (filed 11/12/97, not filed with the Clerk's office (LB) Modified on 03/10/1998 (Entered: 12/23/1997) |
| 12/15/1997 | 12 | PROOF of mailing by plaintiffs of request for admission (LB) Modified on 03/10/1998 (Entered: 12/23/1997) |
| 12/23/1997 | 14 | JOINT MOTION by defendants for summary judgment or alternatively to dismiss |

| | | |
|---|---|---|
| | | claims with brief, exhibits and proof of mailing (kg) Modified on 03/10/1998 (Entered: 01/05/1998) |
| 12/23/1997 | 14 | JOINT MOTION by defendants to stay discovery pending resolution of motion for summary judgment or to dismiss with exhibits and proof of mailing (kg) Modified on 03/10/1998 (Entered: 01/05/1998) |
| 12/23/1997 | 15 | EXPARTE motion by defendants for order to show cause , for order to extend time to answer interrogatroeis and respond to discovery requests with brief, notice and proof of mailing (kg) Modified on 03/10/1998 (Entered: 01/05/1998) |
| 12/30/1997 | 16 | RESPONSE by plaintiffs to motion to stay discovery pending resolution of motion for summary judgment or to dismiss by defendants [15-1] with exhibit and proof of mailing (kg) Modified on 03/10/1998 (Entered: 01/07/1998) |
| 01/05/1998 | 18 | ORDER by Judge Anna Diggs Taylor, for oral argument on defendants motion to transfer case to Western District of Oklahoma(not on docket) with proof of mailing. (PP) Modified on 03/10/1998 (Entered: 01/07/1998) |
| 01/07/1998 | 19 | ORDER by Judge Anna Diggs Taylor, referring motion for order to extend time to answer interrogatroeis and respond to discovery requests by defendant [16-2] to Magistrate Judge Steven D. Pepe , for hearing and determination with proof of mailing (kg) Modified on 03/10/1998 (Entered: 01/08/1998) |
| 01/08/1998 | | SCHEDULE: by Judge Anna Diggs Taylor hearing on motion for summary judgment and alternatively motion to dismiss by defendant [14-1] set for 9:00 2/23/98 (ss) (Entered: 01/08/1998) |
| 01/08/1998 | 20 | ORDER by Judge Anna Diggs Taylor, deadline for response and reply to motion for summary judgment by defendants [14-1], motion to dismiss claims by defendants [14-2] with proof of mailing (kg) Modified on 03/10/1998 (Entered: 01/09/1998) |
| 01/12/1998 | 20 | MOTION by defendant to transfer case to Western District of Oaklahoma with brief, notice of hearing, exhibits A-D and proof of service (RH) Modified on 03/10/1998 (Entered: 01/14/1998) |
| 01/23/1998 | 21 | PROOF of mailing by defendants Natl Amer Ins Co and NAICO Indemnity of partial responses to plaintiff's requests for admissions, partial answers to plaintiff's interrogatories and responses to request for production of documents (dp) Modified on 03/10/1998 (Entered: 01/26/1998) |
| 01/27/1998 | 23 | STIPULATION and order by Magistrate Judge Steven D. Pepe, regarding discovery (RH) Modified on 03/10/1998 (Entered: 02/03/1998) |
| 01/28/1998 | 23 | AMENDED PROOF of mailing of individual defendants' response to plaintiffs' interrogatories; request for production of documents and request for admissions (RH) Modified on 03/10/1998 (Entered: 02/03/1998) |
| 02/06/1998 | 24 | JOINT RESPONSE by plaintiffs' to motion for summary judgment by defendant [14-1] with exhibits 1-14 and proof of service (RH) Modified on 03/10/1998 (Entered: 02/09/1998) |
| 02/06/1998 | 25 | PROOF of mailing by defendants' of requests for admissions, responses to interrogatories and request for production of documents (RH) Modified on 03/10/1998 (Entered: 02/10/1998) |
| 02/19/1998 | 27 | EX-PARTE order by Judge Anna Diggs Taylor, allowing defendants to file a joint reply brief in excess of five pages (LS) Modified on 03/10/1998 (Entered: 02/19/1998) |
| 02/19/1998 | 27 | JOINT reply by defendants to response to motion for summary judgment by defendants |

| | | [14-1] with proof of mailing. (LS) Modified on 03/10/1998 (Entered: 02/19/1998) |
|---|---|---|
| 02/19/1998 | 28 | EXHIBITS filed by defendants to joint reply to plaintiffs brief in opposition to motion for summary judgment (LS) Modified on 03/10/1998 (Entered: 02/19/1998) |
| 02/23/1998 | | MOTION hearing held on motion to transfer case to Western District of Oaklahoma by defendant [21-1] - disposition: granted; d's joint motion for summary judgment or to dismiss, moot - Judge Anna Diggs Taylor - Court Reporter: Carol Sapala (ss) (Entered: 02/24/1998) |
| 02/27/1998 | 29 | ORDER by Judge Anna Diggs Taylor granting motion to transfer case to Western District of Oaklahoma by defendant [21-1] with proof of mailing. (LS) Modified on 03/10/1998 (Entered: 03/02/1998) |
| 03/10/1998 | 31 | NOTICE of transferring case to Western District of Oklahoma (LS) (Entered: 03/10/1998) |
| 03/10/1998 | 31 | ORDER by Judge Anna Diggs Taylor granting motion to consolidate cases 97-75343 and 97-75342 by Natl Amer Ins NAICO Indemnity [5-1] (kg) (Entered: 03/16/1998) |
| 03/16/1998 | | CERTIFIED copy of supplemental order sent to USDC Western District of Oklahoma (kg) (Entered: 03/16/1998) |
| 03/20/1998 | 32 | ACKNOWLEDGEMENT from USDC Western Distirct of Oklahoma of receipt of notice transferring case to Western District of Oklahoma [31-1] (dp) (Entered: 03/23/1998) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:37:11 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:97-cv-75342-ADT |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

CLOSED, SDP

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:97-cv-75343-ADT

U S Trk Co Inc, et al v. Natl Amer Ins Co, et al
Assigned to: Judge Anna Diggs Taylor
Demand: $75,000
Case in other court: Macomb County, 97-03172

Date Filed: 10/21/1997
Date Terminated: 02/27/1998
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**U. S. Truck Company, Incorporated**          represented by **Marilyn A. Peters**
Dykema Gossett (Bloomfield Hills)
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304-2820
248-203-0700
Email: mpeters@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Central Cartage Company**          represented by **Marilyn A. Peters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National American Insurance Company**          represented by **Dennis M. Goebel**
Harvey Kruse (Troy)
1050 Wilshire Drive
Suite 320
Troy, MI 48084-1526
248-649-7800
Email: dgoebel@harveykruse.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Potter**
Potter, DeAgostino,
2701 Cambridge Court
Suite 223
Auburn Hills, MI 48326
248-377-1700
Email: spotter@potterlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**NAICO Indemnity Cayman, Limited**          represented by **Dennis M. Goebel**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Potter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**W. Brent Lagere**                    represented by   **Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Potter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin T. Walkingstick**           represented by   **Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Potter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brenda Pair-Watson**                 represented by   **Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Potter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard L. Evans**                   represented by   **Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Potter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark T. Paden**                      represented by   **Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Potter**

(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/1997 | 1 | NOTICE by defendants of removal from Macomb County Circuit Court - Receipt #351789 - Date Fee Received: 10/21/97 with proof of mailing (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 1 | COMPLAINT with attachments and jury demand (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 1 | AMENDED complaint #1 by plaintiffs U S Trk Co Inc and Cntrl Cartage Co with exhibits and jury demand (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 2 | NOTICE by defendant of removal to counsel with proof of mailing (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 3 | ANSWER by defendants Natl Amer Ins Co and NAICO Indemnity to amended complaint by Cntrl Cartage Co, U S Trk Co Inc [1-1] with proof of mailing (kg) (Entered: 10/22/1997) |
| 10/21/1997 | 4 | ANSWER by W. Brent Lagere, Benjamin T. Walkingstick, Brenda Pair Watson, Richard L. Evans, Mark T. Paden to complaint [1-1] with proof of mailing (lg) (Entered: 10/23/1997) |
| 10/29/1997 | 5 | MOTION by defendant to consolidate with brief and proof of mailing (dp) (Entered: 10/31/1997) |
| 11/03/1997 | 6 | RESPONSE brief by plaintiffs U S Trk Co Inc and Cntrl Cartage Co to motion to consolidate by defendant [5-1] with proof of mailing. (cf) (Entered: 11/05/1997) |
| 11/12/1997 | 7 | MOTION by defendants to transfer case to Western District of Oklahoma with brief, attachments A-D and proof of mailing. (LS) (Entered: 11/17/1997) |
| 11/26/1997 | 8 | RESPONSE in opposition by plaintiffs to motion to transfer case to Western District of Oklahoma by defendant [7-1] with attachments 1-5 and proof of mailing. (LS) (Entered: 12/02/1997) |
| 12/05/1997 | 9 | REPLY by defendant to response to motion to transfer case to Western District of Oklahoma by defendant [7-1] with exhibits A,B and proof of service (RH) (Entered: 12/10/1997) |
| 12/09/1997 | 10 | ORDER reassigning case from Judge Avern Cohn to Judge Anna Diggs Taylor (LS) (Entered: 12/15/1997) |
| 12/23/1997 | 11 | JOINT motion by defendants' for summary judgment , and alternative motion to dismiss plaintiffs' claims with brief, exhibits and proof of mailing. (cf) (Entered: 12/30/1997) |
| 12/23/1997 | 12 | JOINT motion by defendants' to stay discovery pending resolution of defendants' joint motion for summary judgment and alternative motion to dismiss with brief, exhibits and proof of mailing. (cf) (Entered: 12/30/1997) |
| 01/27/1998 | 13 | STIPULATION and order by Magistrate Judge Steven D. Pepe, regarding discovery (lg) (Entered: 01/29/1998) |
| 02/06/1998 | 14 | JOINT BRIEF in opposition by plaintiffs to motion for summary judgment by defendant [11-1] with proof of mailing (lg) (Entered: 02/09/1998) |
| 02/06/1998 | 15 | JOINT INDEX AND EXHIBITS filed by plaintiffs in opposition to defendants joint motion for summary judgment and alternative motion to dismiss plaintiffs claims (lg) |

| | | (Entered: 02/09/1998) |
|---|---|---|
| 02/18/1998 | 16 | STIPULATION and order by Judge Anna Diggs Taylor, extending time for defendants to file reply briefs (kg) (Entered: 02/19/1998) |
| 02/19/1998 | | ORDER by Judge Anna Diggs Taylor allowing defendants to file a joint reply brief in excess of five pages (see 97-75342 #27) (LS) (Entered: 02/19/1998) |
| 02/19/1998 | | JOINT reply by defendants to response to motion for summary judgment by defendants [11-1] with proof of mailing. (see 97-75342 #28) (LS) (Entered: 02/19/1998) |
| 02/19/1998 | | EXHIBITS filed by defendants to joint reply to plaintiffs brief in opposition to motion for summary judgment (see 97-75342 #29) (LS) (Entered: 02/19/1998) |
| 02/27/1998 | 17 | ORDER by Judge Anna Diggs Taylor granting motion to transfer case to Western District of Oklahoma by defendant [7-1] with proof of mailing. (LS) (Entered: 03/02/1998) |
| 03/10/1998 | 18 | NOTICE of transferring case to Western District of Oklahoma (LS) (Entered: 03/10/1998) |
| 03/10/1998 | | ORDER by Judge Anna Diggs Taylor to consolidate cases, other case number is 97-75342 (kg) (Entered: 03/16/1998) |
| 03/20/1998 | 19 | ACKNOWLEDGEMENT from Western District of Oklahoma of receipt of notice transferring case to Western District of Oklahoma [18-1] (#98-387) (LS) (Entered: 03/23/1998) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:38:08 | | |
| **PACER Login:** bs0117 | **Client Code:** 271173-00001 | |
| **Description:** Docket Report | **Search Criteria:** 2:97-cv-75343-ADT | |
| **Billable Pages:** 2 | **Cost:** 0.16 | |

**1997-003173-CZ CC SOUTHERN INC vs. NATIONAL AMERICAN INSURANCE COMPANY MSS**

| File Date | 07/01/1997 | Case Status | Closed | Case Status Date | 07/01/1997 |
|---|---|---|---|---|---|

## Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| CC SOUTHERN INC | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| ECONOMY TRANSPORT INC | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| SUPERIOR FORWARDING COMPANY INC | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| CENTRAL AIR FREIGHT INC | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| THE MASON AND DIXON LINES INC | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| UNIVERSAL AM CAN LTD | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| CC EASTERN INC | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| CC MID WEST INC | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| THE CANADIAN TRANSIT CO | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| CTX INC | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| FLINT SPECIAL SERVICES INC | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| MCKINLAY TRANSPORT LP | | PLAINTIFF | PETERS, MARILYN A | (248)203-0768 |
| MOHAWK MOTOR INC | | PLAINTIFF | | |
| NATIONAL AMERICAN INSURANCE COMPANY | | DEFENDANT | | |
| NAICO INDEMNITY CAYMAN LTD | | DEFENDANT | | |
| LAGERE, BRENT W | | DEFENDANT | | |
| WALKINGSTICK, BENJAMIN T | | DEFENDANT | | |
| PAIR, WATSON B | | DEFENDANT | | |
| EVANS, RICHARD L | | DEFENDANT | | |
| PADAN, MARK T | | DEFENDANT | | |

## Docket Entries

| Date | Text |
|---|---|
| 12/18/2006 | CASELOAD TRANSFERRED The judge was changed from FOSTER, JOHN C to SWITALSKI, MARK . |
| 05/01/2006 | CASELOAD TRANSFERRED TO SUCCESSOR JUDGE The judge was changed from SERVITTO, DEBORAH A to FOSTER, JOHN . |
| 10/23/1997 | CASE CLOSED NTC OF REMOVAL TO U.S. DISTRICT COURT |
| 10/23/1997 | CERTIFICATE OF SERVICE NTC OF REMOVAL TO COUNSEL |
| 10/23/1997 | CASE REMOVED TO OTHER COURT NTC OF REMOVAL TO U.S. DISTRICT COURT |
| 10/16/1997 | SERVICE ON COMPLAINT CERT COPY/NAICO INDEMNITY CAYMAN LTD 10/1/97 |
| 10/15/1997 | SERVICE ON COMPLAINT PERS/RICHARD L EVANS 9/29/97 PERS/JOYCE SEITZ 9/25/97 PERS/BENJAMIN T WALKINGSTICK 9/29/97 PERS/BRENT W LAGERE 9/29/97 PERS/BRENDA PAIR/WATSON 9/29/97 PERS/MARK T PADEN 9/29/97 |
| 09/16/1997 | EXHIBIT(S) ATTACHED TO COMPLAINT |
| 09/16/1997 | SUMMONS ISSUED AMENDED COMPLAINT |
| 07/01/1997 | DEBORAH A SERVITTO 07/01/97 16:01 W GATTI |
| 07/01/1997 | JURY DEMAND |
| 07/01/1997 | SUMMONS ISSUED |

| | |
|---|---|
| 07/01/1997 | COMPLAINT |
| 07/01/1997 | JURY FEE PAID $ 60.00 #013454 |
| 07/01/1997 | ENTRY FEE PAID $ 90.00 #013454 |

**1991-002933-CK MCKINLAY TRANSPORT INC vs. BRUCKER, WILBER MS2**

| File Date | 06/26/1991 | Case Status | Closed | Case Status Date | 06/26/1991 |
|---|---|---|---|---|---|

## Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| MCKINLAY TRANSPORT INC | | PLAINTIFF | JOHN, CRAIG L | (810)540-0714 |
| BRUCKER, WILBER | | DEFENDANT | FREEMAN, GEORGE J | (810)469-2633 |
| U S TRUCK COMPANY INC | | DEFENDANT | | |
| GRECO, PHILIP F | | DEFENDANT | | |

## Docket Entries

| Date | Text |
|---|---|
| 12/19/2006 | CASELOAD TRANSFERRED The judge was changed from SERVITTO JR, EDWARD A to SWITALSKI, MATTHEW . |
| 09/11/1998 | CASE CLOSED S/O DISMISS LAWSUIT (CLOSE CASE) -SGD |
| 09/11/1998 | BECKY RUSSELL |
| 09/11/1998 | MICHAEL D SCHWARTZ CLK K SMITH |
| 09/11/1998 | ORDER OF DISMISSAL SIGNED |
| 09/11/1998 | S/O DISMISS LAWSUIT (CLOSE CASE)SGD S/O JUDGMENT ON REMAND-SGD S/O DISSOLVING ESCROW ORD AND DISTRIBUTE ESCROWS PROCEES TO DEFT-SGD |
| 11/25/1997 | PER PHONE WITH ATTY FREEMAN-CASE IS ON HOLD PENDING OUTCOME OF ANOTHER RELATED CASE--SETTLEMENT CONF IS SET FOR 11/3/98- KJ |
| 10/21/1997 | TR-SETTL CONF ADJ TO 11/3/98 |
| 10/21/1997 | BECKY RUSSELL |
| 10/21/1997 | MICHAEL D SCHWARTZ CLK K SMITH |
| 10/21/1997 | TR-SETTL CONF ADJ TO 11/3/98 |
| 10/14/1997 | RET'D FREEMAN'S $75 MED FEE CK FOR 10/14 HRG |
| 10/08/1997 | MEDIATION ON HOLD 10/08/97 O/ADJ 10/8/97 MED W/O DATE-STATUS CONF SET FOR 10/21/97 AT 9:00 A.M.-SGD-FREEMAN PAID ADJ COSTS |
| 10/08/1997 | BECKY RUSSELL |
| 10/08/1997 | MICHAEL D SCHWARTZ CLK K SMITH |
| 10/08/1997 | S/O ADJ MEDIATION-SGD |
| 09/25/1997 | PROOF OF SERVICE PLTF |
| 09/25/1997 | PROOF OF SERVICE CONCURRENCE MTN 3RD ADJRNMNT OF MEDIATN |
| 09/17/1997 | PROOF OF SERVICE |
| 09/17/1997 | NOTICE OF HEARING |
| 09/17/1997 | BRIEF IN SUPPORT |
| 09/17/1997 | DEF MTN FOR 3RD ADJ OF MEDIATION |
| 09/09/1997 | ATTY GEORGE FREEMAN IS ATTY FOR DEFT WILBER BRUCKER--ATTY JAMES HOGAN LEFT THEIR FIRM (LETTER) |
| 08/15/1997 | NOTIFIED: MEDIATION 10/14/97 10:00 A.M. IN ROOM 231 PANEL 04 |
| 08/14/1997 | MEDIATION 10/14/97 10:00 ROOM 231, PANEL 045 |
| 08/07/1997 | MEDIATION; AVAILABLE 08/07/97 PER MEMO FROM KATHY IN SZ--GO AHEAD & SET CASE FOR MED HRG- IF CASE NOT READY-ATTYS CAN FILE MTN--KJ |
| 08/06/1997 | SENT ANOTHER MEMO TO COURT ASKING IF CASE IS READY FOR MED YET--REC'D NO RESPONSE FROM COURT FROM MEMO SENT TO THEM ON 6/11/97-KJ |
| 06/11/1997 | SENT MEMO TO COURT ASKING IF CASE IS READY FOR MED YET-KJ |
| 03/04/1997 | PER MEMO FROM BETTY FROM SCHWARTZ--STILL LEAVE CASE ON HOLD- KJ |
| 03/03/1997 | SENT MEMO TO COURT ASKING IF CASE SHOULD STILL BE LEFT ON MEDIATION HOLD STATUS-KJ |
| 09/19/1996 | PER BETTY FROM SCHWARTZ--SHE CALLED ATTYS, CASE NOW IN SUPREME COURT--LEAVE MED ON HOLD-KJ |
| 09/17/1996 | SENT MEMO TO COURT REGARDING STATUS ON CASE & IF ANY ACTION SHOULD BE DONE-KJ |
| 03/28/1995 | RET'D CRAIG'S MED FEE FOR $75 (#00697) FOR 3/27/95 HRG |
| 02/15/1995 | MEDIATION ON HOLD 02/15/95 ADJ 3/27/95 MED W/O COSTS-APPEALS PENDING IN CRT OF APPEALS PER ATTY HOGAN-THE O/OF 2/8/93 ADJ MED W/O DATE |
| 01/27/1995 | NOTIFIED: MEDIATION 03/27/95 9:00 A.M. IN ROOM 231 PANEL 56 |
| 01/26/1995 | MEDIATION 03/27/95 9:00 ROOM 231, PANEL 56 |
| 01/25/1995 | MEDIATION; AVAILABLE 01/25/95 |

| | |
|---|---|
| 03/30/1994 | ORD FOR SUB OF ATTY 3/28/94 |
| 03/28/1994 | S/O OF SUB OF ATTY FOR DEFT SGD (SC) WILBER BRUCKER IN PLACE OF JAMES HOGAN |
| 03/28/1994 | SUBSTITUTION (LITIGANT'S PRIMARY ATTORNE (SB1. ATTY:HOGAN JAMES T. ) ( FOR DEF:WHITMORE GERALD F ) |
| 03/30/1993 | OPINION & ORDER 3/29/93 SGD |
| 03/29/1993 | OPINION & ORDER: RE-HRG - DENIED SGD (SC) |
| 03/17/1993 | BRIEF IN SUPPORT MOTION FOR RECONSIDERATION |
| 03/17/1993 | PROOF OF SERVICE |
| 03/03/1993 | TRANS OF PROCEEDINGS BEF MDS 6/8/92 R/F IN FILE 84-4087-CZ OPINION & ORDER 3/2/93 SGD |
| 03/02/1993 | OPIN/ORD DEFTS MTN FOR SUM/DISPO PARTIAL GRTD & DENIED (SC) |
| 02/09/1993 | ORD ADJ MEDIATION 2/8/93 SGD |
| 02/08/1993 | MEDIATION ON HOLD 02/08/93 O/ADJ 3/22/93 MED W/O DATE SGD (SZ) FREEMAN PD ADJ CSTS |
| 01/25/1993 | MEDIATION 03/22/93 MED. 3-22-93 2:00 230 |
| 10/16/1992 | MEDIATION; AVAILABLE 02/06/93 ADJ 12/7/92 MED PURSUANT TO 10/14/92 ORDER - ADJ IS OT & W/O COSTS PER CONNIE - ANY PANEL |
| 10/14/1992 | O/ADJ MEDIATION OF 12/7 TO NEW DATE SGD (SC) |
| 10/14/1992 | ORD ADJOURNING MEDIATION MDS 10/14/92 |
| 10/05/1992 | MEDIATION 12/07/92 MED. 12-7-92 9:30 231 |
| 09/28/1992 | CRT HAS NOT ENTERED O/DISM SO RESET FOR MED PER KRB |
| 08/10/1992 | PROOF OF SERVICE |
| 08/05/1992 | ORDER SUB ATTY FOR PLTF (CRAIG JOHN IN PLACE OF MORAN)SGD SC |
| 08/05/1992 | CONSENT/ORD/SUB OF ATTY CRAIG L JOHN FOR PPLTF MCKINLAY TRANSPORT INC 8/5/92 |
| 06/24/1992 | SENT O/DISM TO COURT TO ENTER |
| 06/22/1992 | PLTF NO SHOW-S; DFT NO SHOW-F-S; REQUEST DISM OF CASE |
| 06/03/1992 | PLTFF BREIF IN OPP TO DEFT MTN TO SET ASIDE PRE INJ PLTFF ANS TO DEFT MTN TO SET ASIDE PRE INJ |
| 05/26/1992 | TRANS OF MTN TO ADJOURN MEDIATION BEFORE SCHWARTZ ON 2-18-92 R/F IN FILE NTC OF FILING OF TRANS AND AFF OF MAILING |
| 05/20/1992 | DEFTS OBJECTIONS TO PLTFS SEVEN DAY NTC OF PRESENTMENT OF ORD, CERT OF SERV, PROP ORDER |
| 05/19/1992 | PROOF OF SERVICE MOTION TO SET ASIDE PRELIM INJUNCTION |
| 05/19/1992 | NOTICE OF HEARING |
| 05/19/1992 | BRIEF IN SUPPORT OF MOTION |
| 04/29/1992 | REPORTER CERTIF OF ORD TRANS ON APPEAL |
| 04/27/1992 | MTN FOR ENTRY OF JUDGEMENT UNDER ADVISEMENT OPINION TO ENTER |
| 04/21/1992 | PLTFS RESPONSE TO DEFTS MTN FOR S/D, PLT OBJECTINS TO DEFTS NTC OF FAILURE TO CERTIFY A CLASS IN THIS ACTION, CERT/SER BRIEF IN OPPOSITION |
| 04/20/1992 | MED. 6-22-92 1:00 231 |
| 04/03/1992 | NTC OF FAILURE TO CERTIFY A CLASS IN THIS ACTION |
| 04/01/1992 | BRIEF IN SUPPORT NOTICE OF FAILURE TO CERT A CLASS IN ACTIN |
| 04/01/1992 | MOTION FOR SUMMARY DISPOSITION |
| 04/01/1992 | PROOF OF SERVICE |
| 04/01/1992 | NOTICE OF HEARING |
| 03/20/1992 | O/ADJ 4/6/92 MED OT - FREEMAN PD ADJ CSTS SGD (SZ) ANY PANEL |
| 03/20/1992 | PROOF OF SERVICE ORD FOR ADJ OF MEDIATION 3/20/92 |
| 02/04/1992 | MTN TO ADJOURN MEDIATION, N/H, PRF/SERV |
| 02/03/1992 | MED. 4-6-92 11:00 231 |
| 09/06/1991 | DISCOVERY AND CASE EVALUATION ORDER |
| 09/04/1991 | DISCOVERY AND CASE EVALUATION ORDER |
| 08/22/1991 | DEFAULT-CIVIL/APP, ENTRY & AFFIDAVIT |
| 08/09/1991 | AT ISSUE (GERALD F WHITMORE) |
| 08/09/1991 | PROOF OF SERVICE |
| 08/09/1991 | AFFIRMATIVE DEFENSES |
| 08/09/1991 | ACTIVATE CASE FOR COURT ADMINISTRATOR |
| 08/09/1991 | ANSWER |
| 08/06/1991 | ORD FOR INJUNCTION 8/5/91 MDS |
| 08/05/1991 | CERTIFICATE OF SERVICE |
| 08/05/1991 | NOTICE OF HEARING |
| 07/26/1991 | SUMMONS RETURNED AND FILED |
| 07/25/1991 | CERTIFICATE OF SERVICE |
| 07/25/1991 | NOTICE OF HEARING |
| 07/12/1991 | NOTICE OF APPEARANCE APPEARANCE (THOMAS E STRASZ) FOR DEFT PHILIP F GRECO |
| 07/11/1991 | SUMMONS RETURNED AND FILED |
| 06/26/1991 | EXHIBIT(S) ATTACHED TO COMPLAINT PLTF MTN FOR PRELIM INJ, BRF IN SPT |
| 06/26/1991 | SUMMONS ISSUED |
| 06/26/1991 | COMPLAINT |
| 06/26/1991 | ENTRY FEE PAID $ 42.00 #013823 |

CLOSED, SDP

**U.S. District Court**
**Eastern District of Michigan (Detroit)**
**CIVIL DOCKET FOR CASE #: 2:91-cv-73482-GEW**

GLS Leasco Inc, et al v. Teamsters L560 Bnft
Assigned to: Honorable George E Woods
Demand: $0
Cause: 29:1451 E.R.I.S.A.

Date Filed: 07/17/1991
Date Terminated: 08/01/1991
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**GLS Leasco, Incorporated**                    represented by   **Patrick A. Moran**
                                                                 Evans & Luptak
                                                                 7457 Franklin Road
                                                                 Suite 250
                                                                 Bloomfield Hills, MI 48301
                                                                 248-406-5100
                                                                 Fax: 248-406-5100
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Terri L. Giampetroni**
                                                                 Freeman McKenzie
                                                                 75 N. Main Street
                                                                 Mount Clemens, MI 48046-2335
                                                                 810-469-2633
                                                                 Fax: 810-469-2633

**Plaintiff**

**Mason and Dixon Lines, Incorporated**        represented by   **Patrick A. Moran**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Terri L. Giampetroni**
                                                                 (See above for address)

**Plaintiff**

**Centra, Incorporated**                       represented by   **Patrick A. Moran**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Terri L. Giampetroni**
                                                                 (See above for address)

**Plaintiff**

**Central Transport, Incorporated**            represented by   **Patrick A. Moran**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Terri L. Giampetroni**
(See above for address)

V.

**Defendant**

**Teamsters L560 Benefit Funds**
*formerly known as*
Trucking Employees of North Jersey Welfare
Fund, Incorporated - Pension Fund

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/17/1991 |   | Magistrate Steven D. Pepe (jp) (Entered: 07/24/1991) |
| 07/17/1991 | 1 | COMPLAINT filed, si - Receipt # 269547 - Date Fee Received: 7/17/91 (lp) (Entered: 07/24/1991) |
| 07/17/1991 | 1 | MOTION by plaintiffs for temporary restraining order , and for preliminary injunction with attachments. (lp) (Entered: 07/24/1991) |
| 07/17/1991 | 2 | MEMORANDUM by plaintiff in support of motion for preliminary injunction [1-2] with proof of mailing. (lp) (Entered: 07/24/1991) |
| 07/18/1991 | 3 | ORDER by Judge George E. Woods denying motion for temporary restraining order by Cntrl Trans Inc, Centra Inc, Mason Dixon Lines, GLS Leasco Inc [1-1] (lt) (Entered: 07/25/1991) |
| 08/01/1991 | 4 | NOTICE by plaintiff GLS Leasco Inc, plaintiff Mason Dixon Lines, plaintiff Centra Inc, plaintiff Cntrl Trans Inc of of dismissal with proof of mailing (dg) (Entered: 08/02/1991) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:36:14 | | |
| PACER Login: | bs0117 | Client Code: | 271173-00001 |
| Description: | Docket Report | Search Criteria: | 2:91-cv-73482-GEW |
| Billable Pages: | 1 | Cost: | 0.08 |

**2001-001010-CK CERTAIN UNDERWRITERS AT LLOYDS LONDON vs. CHANDLER INSURANCE COMPANY LTD MAC**

| File Date | 03/07/2001 | Case Status | Closed | Case Status Date | 03/07/2001 |
|---|---|---|---|---|---|

## Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| CERTAIN LONDON MARKET INSURANCE COMPANIES | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| ASSICURAZIONI GENERALI SPA | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| AEGON INSURANCE COMPANY LTD | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| LONDON & HULL MARITIME INSURANCE COMPANY | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| OCEAN MARINE INSURANCE COMPANY LTD | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| SPHERE DRAKE INSURANCE COMPANY PLC | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| DAI TOKYO INSURANCE COMPANY PLC | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| INDEMNITY MARINE ASURANCE COMPANY LTD | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| NORTHERN ASSURANCE COMPANY LTD | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| SWITZERLAND UK LTD | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| COMMERCIAL UNION ASSURANCE COMPANY | | PLAINTIFF | KUPELIAN, PETER B<br>LOEFFLER, MICHAEL S | (248)357-0000<br>(312)474-7900 |
| CHANDLER INSURANCE COMPANY LTD | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| CHANDLER INSURANCE (BARBADOS) LTD | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| CHANDLER (USA) INC | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| CHANDLER HOLDINGS LTD | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| NATIONAL AMERICAN INSURANCE COMPANY | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| NAICO INDEMNITY CAYMAN LTD | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| LAGERE, W B | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| WALKINGSTICK, BENJAMIN T | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| ESTATE OF L KEITH PRICE | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| GILMORE, R P | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| RICE, ROBERT L | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| PAIR-WATSON, BRENDA | | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |

B

| | | | |
|---|---|---|---|
| BUTLER, STEVEN R | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| MAESTRI, PAUL A | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| MCLANE, DAVID | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| PADEN, MARK T | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| CENTRA INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| MOROUN, MANUEL J | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| LECH, RONALD W | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| HARNED, NORMAN E | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| US TRUCK COMPANY INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| CENTRAL CARTAGE CO INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| C C SOUTHERN INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| ECOMONY TRANSPORT INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| SUPERIOR FORWARDING COMPANY INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| CENTRAL AIR FREIGHT INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| MASON DIXON LINES INC THE | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| UNIVERSAL AM CAN LTD | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| C C EASTERN INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| C C MIDWEST INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| MCKINLAY TRANSPORT LP | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| CTX INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| MOHAWK MOTOR INC | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| EVANS, RICHARD L | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| CRUM, ROBERT E | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| MENDENHALL, WINIFRED E | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| PIERCE, ERNEST V | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| MCMILLON, LARRY | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| WALKINGSTICK, JEFFREY T | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| ALSIP, DAVID M | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| SHAPE, MARTIN L | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| SILVERMAN, MARVIN | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| GANTMAN, PERRY | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |
| SHAPE, STEVEN M | DEFENDANT | GOEBEL, DENNIS M | (248)649-7800 |

## Docket Entries

| Date | Text |
|---|---|
| 07/08/2002 | VIDEO MTN OF 7-8-02 NOT HRD, NO ONE APPEARD, MTN IS DISMISSED |
| 07/08/2002 | MARY A CHRZANOWSKI CLK D BOSS |
| 07/08/2002 | GOEBEL (DSMS CERTAIN CHANDLER DEFTS) |
| 06/17/2002 | GOEBEL (PRO HAC VICE ADMISSION) |
| 06/17/2002 | GOEBEL (DISMISSAL OR STAY OF MATTER) |
| 06/14/2002 | CASE CLOSED S/O DSMSL OF PLTFS COMPLT W/O PREJ - SGD |
| 06/14/2002 | UNCONTESTED/DEFAULT/SETTLED/SUMMARY DISP |
| 06/14/2002 | VIDEO MTNS OF 6-17-02 DISMISSED PER ATTY CHANDLER |

| | |
|---|---|
| 06/14/2002 | MARY A CHRZANOWSKI CLK D BOSS |
| 06/14/2002 | VIDEO STIPULATED ORDER DISMISSAL OF PLTFS COMPLT W/O PREJ SGD/MAC (CLOSES CASE) |
| 06/14/2002 | MARY A CHRZANOWSKI CLK D BOSS |
| 06/11/2002 | ORDER ADJ SETTLEMT CONF FROM 7/23/02 TO 7/30/02 @ 8:00 AM, AS CT UNAVAILABLE - SGD |
| 06/11/2002 | VIDEO ORDER ADJ SETTLEMT CONF FROM 7-23-02 TO 7-30-02 @ 8:00 AM, AS CT UNAVAILABLE SGD/MAC |
| 06/11/2002 | MARY A CHRZANOWSKI CLK D BOSS |
| 06/10/2002 | BRIEF IN SUPPORT |
| 06/10/2002 | ATTY GOEBEL MTN FOR PRO HAC VICE ADMSN OF OUT OF STATE COUNSEL |
| 06/03/2002 | PROOF OF SERVICE |
| 06/03/2002 | PROOF OF SERVICE |
| 06/03/2002 | NOTICE OF RE-HEARING |
| 06/03/2002 | NOTICE OF RE-HEARING |
| 05/21/2002 | CERTIFICATE OF SERVICE |
| 05/21/2002 | BRIEF IN SUPPORT |
| 05/21/2002 | MOTIONS T/DISMISS FORUM |
| 05/21/2002 | NOTICE OF HEARING |
| 05/21/2002 | BRIEF IN SUPPORT |
| 05/21/2002 | NOTICE OF HEARING MTN TO DISMISS CERTAIN CHANDLER DEFTS FR LACK OF PERS JURISDICTION |
| 05/17/2002 | PROOF OF SERVICE |
| 05/17/2002 | AFFIRMATIVE DEFENSES |
| 05/17/2002 | RELIANCE ON JURY DEMAND |
| 05/17/2002 | D/NATIONAL AMERICAN INSUR CO'S ANSWR TO CPLT(REMAND FM US DISTRICT CRT 4/18/02) |
| 04/23/2002 | DISCOVERY AND CASE EVAL ORDER; CASE EVAL AFTER 08/21/02 WITNESS LISTS DUE BY: PLT 6/07/2002, DEF 6/22/2002 ** EDSC SET FOR 7/23/02 AT 8AM; NTC MAILED TO KUPELIAN, LOEFFLER AND GOEBEL ** |
| 04/23/2002 | EARLY DISPOSITION SETT/CONFERENCE NOTICE |
| 04/23/2002 | DISCOVERY AND CASE EVALUATION ORDER |
| 04/18/2002 | CASE REOPENED NTC OF REMAND FROM U.S. DISTRICT COURT |
| 04/18/2002 | ANSWER (LITIGANT'S PRIMARY ATTORNEY) (AN1. ATTY:GOEBEL DENNIS M. ) ( FOR DEF:NATIONAL AMERICAN INSURANCE ) **ANSW TO CMPLT FILED IN US DIST COURT** |
| 04/18/2002 | CASE REOPENED NTC OF REMAND FROM U.S. DISTRICT COURT |
| 05/08/2001 | 2ND NTC OF FILING NTC OF REMOVAL OF ACTION TO U.S. DISTRICT COURT |
| 05/08/2001 | 2ND NTC OF FILING NTC OF REMOVAL OF ACTION TO U.S. DISTRICT COURT |
| 05/04/2001 | COVER LTR FR ATTY HARVEY KRUSE RE: NTC OF REMOVAL FILED 4-27-01 MISSING THE CASE # FROM U S DIST CT & JUDGE'S NAME W/ATTACHED COVER PAGE TO CASE INCLUDING THE INFORMATION R/F |
| 05/01/2001 | SERVICE ON COMPLAINT ACK/R D DAVIS FOR SUPERIOR FORWARDING 4//18/01 |
| 04/30/2001 | VIDEO HRD, MTN GRTD, ORDER GRANTING PERMISSION TO MICHAEL S LOEFFLER, ROBERT PAUL NORMAN & JOHN E DELASCIO TO APPEAR PRO HAC VICE FOR PLTFS AS CO-COUNSEL SGD/MAC ADDRESS:8300 SEARS TOWER,233 S WACKER DR CHICAGO, ILLINOIS 60606, (312) 474-7900 |
| 04/30/2001 | MARY A CHRZANOWSKI CLK D BOSS |
| 04/30/2001 | GARRETT (ORD PERMIT PRO HAC VICE) |
| 04/27/2001 | CASE CLOSED NTC OF FILING NTC OF REMOVAL TO U.S. DISTRICT COURT |
| 04/27/2001 | CERTIFICATE OF SERVICE EXHIBIT A EXHIBIT 1 THROUGH 21 EXHIBIT B EXHIBIT 1 THROUGH 4 |
| 04/27/2001 | PROOF OF SERVICE NTC OF REMOVAL TO U.S. DISTRICT COURT |
| 04/27/2001 | CASE REMOVED TO OTHER COURT NTC OF FILING NTC OF REMOVAL OF ACTION TO U.S. DISTRICT COURT |
| 04/23/2001 | SERVICE ON COMPLAINT PERS/NORMAN E. HARNED 4/2/01 PERS/MCKINLAY TRANSPORT 3/30/01 PERS/U.S. TRUCK COMPANY INC 3/30/01 PERS/CENTRAL CARTAGE CO INC 3/30/01 PERS/C.C. SOUTHERN INC 3/30/01 PERS/CTX, INC. 3/30/01 PERS/THE MASON DIXON LINES INC 3/30/01 PERS/CENTRAL AIR FREIGHT INC 3/30/01 PERS/UNIVERSAL AM-CAN, LTD 3/30/01 PERS/ECONOMY TRANSPORT INC 3/30/01 PERS/C.C. EASTERN INC 3/30/01 PERS/MOHAWK MOTOR INC 3/30/01 PERS/CENTRA INC 3/30/01 PERS/C.C. MIDWEST INC 3/30/01 PERS/RONALD W. LEACH 4/7/01 |
| 04/19/2001 | PROOF OF SERVICE MTN AND BRIEF FOR ORDER GRANTING PERMISSION TO APPEAR PRO HAC VICE |
| 03/07/2001 | MARY A CHRZANOWSKI 03/07/01 11:03 L GRAESSLE |
| 03/07/2001 | JURY DEMAND |
| 03/07/2001 | SUMMONS ISSUED |
| 03/07/2001 | COMPLAINT |
| 03/07/2001 | JURY FEE PAID $ 60.00 #057695 |
| 03/07/2001 | ENTRY FEE PAID $100.00 #057695 |