CLOSED, WC

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:01-cv-71659-GEW

Assicurazioni, et al v. Chandler Ins Co, et al
Assigned to: Honorable George E Woods
Demand: $0
Case in other court: Macomb County, 01-01010-CK

Date Filed: 04/27/2001
Date Terminated: 03/29/2002
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Assicurazioni Generali Spa**

represented by **Carol G. Schley**
Kupelian, Ormond,
25800 Northwestern Highway
Suite 950
Southfield, MI 48075-0197
248-357-0000
Email: cgs@kompc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
Kupelian, Ormond,
25800 Northwestern Highway
Suite 950
Southfield, MI 48075-0197
248-357-0000
Email: pbk@kompc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commercial Union Assurance Company**

represented by **Carol G. Schley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aegon Insurance Company (U.K.) Limited**

represented by **Carol G. Schley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Switzerland U. K., Limited**   represented by   **Carol G. Schley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**London and Hull Maritime Insurance Company, Limited**   represented by   **Carol G. Schley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Northern Assurance Company, Limited**   represented by   **Carol G. Schley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ocean Marine Insurance Company, Limited**   represented by   **Carol G. Schley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Indemnity Marine Assurance Company, Limited**   represented by   **Carol G. Schley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sphere Drake Insurance Company, P. L. C.**

represented by **Carol G. Schley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dai Tokyo Insurance Company, P. L. C.**
*Subscribing to Policies 542/91S00179;*
*542/91S00245; and 542/92S00245*

represented by **Carol G. Schley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chandler Insurance Company, Limited**

represented by **Barry B. Sutton**
Harvey Kruse (Troy)
1050 Wilshire Drive
Suite 320
Troy, MI 48084-1526
248-649-7800
Email: bsutton@harveykruse.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
Harvey Kruse (Troy)
1050 Wilshire Drive
Suite 320
Troy, MI 48084-1526
248-649-7800
Email: dgoebel@harveykruse.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
McKinney, Stringer,
101 N. Robinson
Suite 1300
Oklahoma City, OK 73102
405-239-6444
Fax: 405-239-6444
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
McKinney, Stringer,
101 N. Robinson
Suite 1300
Oklahoma City, OK 73102
405-239-6444
Fax: 405-239-6444
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chandler Insurance, Limited**          represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chandler Incorporated**          represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chandler Holdings, Limited**          represented by   **Barry B. Sutton**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National American Insurance Company**          represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NAICO Indemnity Cayman, Limited**          represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**W. Brent Lagere**                     represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin T. Walkingstick**            represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**L. Keith Price**                      represented by   **Barry B. Sutton**
*Estate of*                                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R. Patrick Gilmore**                    represented by    **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert L. Rice**                    represented by    **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brenda B. Pair-Watson**                    represented by  **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven R. Butler**                    represented by  **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul A. Maestri**                    represented by  **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David McLane**                    represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark T. Paden**                    represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Centra, Incorporated**            represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Manuel J. Moroun**                     represented by    **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald W. Lech**                       represented by    **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Norman E. Harned**                        represented by   **Barry B. Sutton**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Dennis M. Goebel**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth N. McKinney**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Robert L. Roark**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**U. S. Truck Company, Incorporated**       represented by   **Barry B. Sutton**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Dennis M. Goebel**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth N. McKinney**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Robert L. Roark**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Central Cartage Company, Incorporated**   represented by   **Barry B. Sutton**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Dennis M. Goebel**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. C. Southern, Incorporated**                     represented by  **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Economy Transport, Incorporated**                  represented by  **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Superior Forwarding Company,**                     represented by  **Barry B. Sutton**

**Incorporated**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Central Air Freight, Incorporated**          represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mason and Dixon Lines, Incorporated**          represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Am-Can, Limited**          represented by  **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. C. Eastern, Incorporated**          represented by  **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. C. Midwest, Incorporated**          represented by  **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **McKinlay Transport L. P.** | represented by | **Barry B. Sutton** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **CTX, Incorporated** | represented by | **Barry B. Sutton** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohawk Motor, Incorporated**                    represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard L. Evans**                    represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert E. Crum**                    represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Winifred E. Mendenhall**                 represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ernest B. Pierce**                       represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Larry McMillon**                         represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Jeffrey T. Walkingstick**                    represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**David M. Alsip**                    represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martin L. Shape**                                    represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marvin Silverman**                                   represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Perry Gantman**                                      represented by   **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven M. Shape**                          represented by  **Barry B. Sutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Goebel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth N. McKinney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Roark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2001 | 1 | NOTICE by defendants of removal from Macomb County Circuit Court - Receipt # 417308 - Date Fee Received: 4/27/01 with exhibits (ew) (Entered: 04/30/2001) |
| 04/27/2001 | 1 | COPY of complaint filed in Macomb County Circuit Court, 01-1010 (ew) (Entered: 04/30/2001) |
| 04/27/2001 | 2 | MOTION by defendants to dismiss fraudulently joined and unnecessary defendants with brief and proof of mailing (ew) (Entered: 04/30/2001) |
| 04/27/2001 | 3 | STATEMENT of disclosure of corporate affiliations and financial interests by defendant Chandler Ins Ltd (ew) (Entered: 04/30/2001) |
| 04/27/2001 | 4 | STATEMENT of disclosure of corporate affiliations and financial interests by defendant Chandler Inc (ew) (Entered: 04/30/2001) |
| 04/27/2001 | 5 | STATEMENT of disclosure of corporate affiliations and financial interests by defendant Chandler Ins Co (ew) (Entered: 04/30/2001) |
| 04/27/2001 | 6 | STATEMENT of disclosure of corporate affiliations and financial interests by defendant Chandler Holdings (ew) (Entered: 04/30/2001) |
| 04/27/2001 | 7 | STATEMENT of disclosure of corporate affiliations and financial interests by defendant Natl Amer Ins Co (ew) (Entered: 04/30/2001) |

| 04/27/2001 | 8 | STATEMENT of disclosure of corporate affiliations and financial interests by defendant NAICO Indemnity (ew) (Entered: 04/30/2001) |
|---|---|---|
| 04/27/2001 | 9 | MOTION by defendants to dismiss certain Chandler defendants for lack of personal jurisdiction with brief and attachments (ew) (Entered: 04/30/2001) |
| 04/27/2001 | 10 | PROOF of mailing by defendants of documents 1 thru 9 (ew) (Entered: 04/30/2001) |
| 05/03/2001 | 11 | ORDER by Judge George E. Woods, setting deadline for response to motion to dismiss fraudulently joined and unnecessary defendants by defendants [2-1] for 5/31/01 [EOD Date 5/4/01] (RH) (Entered: 05/04/2001) |
| 05/03/2001 | 12 | ORDER by Judge George E. Woods, setting deadline for response to motion to dismiss certain Chandler defendants for lack of personal jurisdiction by defendants[9-1] for 5/31/01 [EOD Date 5/4/01] (RH) (Entered: 05/04/2001) |
| 05/04/2001 | 13 | ANSWER by defendant Natl Amer Ins Co to complaint [1-1] with proof of mailing (lh) (Entered: 05/07/2001) |
| 05/04/2001 | 13 | AFFIRMATIVE defenses by defendant Natl Amer Ins Co with proof of mailing (lh) (Entered: 05/07/2001) |
| 05/22/2001 | 14 | MOTION by plaintiffs to extend time to answer motion to dismiss certain Chandler defendants for lack of personal jurisdiction by defendants [9-1] with notice, brief, exhibit and proof of mailing (DT) (Entered: 05/23/2001) |
| 05/29/2001 | 15 | MOTION by plaintiffs' to remand case to Macomb County Circuit Court with brief, exhibits and proof of service (RH) (Entered: 05/30/2001) |
| 05/31/2001 | 16 | ORDER by Judge George E. Woods with stipulation, setting deadline for response to motion to dismiss certain Chandler defendants for lack of personal jurisdiction by defendants [9-1] and motion to dismiss fraudulently joined and unnecessary defendants by defendantsssssssssssssssssssssssssssssssssssssssssssssss [2-1] for 6/8/01 [EOD Date: 6/1/01] (RH) (Entered: 06/01/2001) |
| 06/08/2001 | 17 | RESPONSE by plaintiff to motion to dismiss certain Chandler defendants for lack of personal jurisdiction by defendants [9-1] with attachments (ew) (Entered: 06/11/2001) |
| 06/08/2001 | 18 | RESPONSE by plaintiff to motion to dismiss fraudulently joined and unnecessary defendants by defendants [2-1] with exhibits (ew) (Entered: 06/11/2001) |
| 06/08/2001 | 19 | PROOF of mailing of documents 17 and 18 (ew) (Entered: 06/11/2001) |
| 06/13/2001 | 20 | REQUEST FOR RESPONSE AND ORDER for submission and determination of Motion without oral hearing by Judge George E. Woods, setting deadline for response to motion to remand case to Macomb County Circuit Court by plaintiffs [15-1] for 7/13/01 [EOD Date 6/14/01] (ew) (Entered: 06/14/2001) |
| 06/25/2001 | 21 | ORDER by Judge George E. Woods with stipulation, setting deadline for response to motion to remand case to Macomb County Circuit Court by plaintiffs [15-1] for 6/29/01 as to the Chandler defendants , setting deadline for reply to response to motion to dismiss certain Chandler defendants for lack of personal jurisdiction by defendants [9-1] for 6/29/01 , setting deadline for reply to response to motion to dismiss fraudulently joined and unnecessary defendants by defendants [2-1] for 6/29/01 [EOD Date: 6/26/01] (dh) (Entered: 06/26/2001) |
| 06/28/2001 | 22 | PETITION by Chandler Holdings, Chandler Inc, Chandler Ins Co, Chandler Ins Ltd for order to allow the filing of reply briefs in excess of five pages with proof of mailing (dh) (Entered: 06/28/2001) |
| 07/11/2001 | 23 | REPLY by Chandler defendants to plaintiffs' response to motion to dismiss certain |

| | | |
|---|---:|---|
| | | Chandler defendants for lack of personal jurisdiction by defendants [9-1] with proof of mailing (DT) (Entered: 07/11/2001) |
| 07/11/2001 | 24 | ORDER by Judge George E. Woods granting petition for order to allow the filing of reply briefs in excess of five pages by Chandler Ins Ltd, Chandler Ins Co, Chandler Inc, Chandler Holdings [22-1] [EOD Date 7/11/01] (DT) (Entered: 07/11/2001) |
| 07/11/2001 | 25 | REPLY by Chandler defendants to plaintiffs' response to motion to dismiss fraudulently joined and unnecessary defendants by defendants [2-1] with exhibits and proof of mailing (DT) (Entered: 07/11/2001) |
| 07/13/2001 | 26 | RESPONSE by defendants' to motion to remand case to Macomb County Circuit Court by plaintiffs [15-1] with attachments A & B, and proof of mailing. (PP) (Entered: 07/16/2001) |
| 07/13/2001 | 27 | MOTION by defendant to transfer case to Western District of Oklahoma with brief, notice of hearing, attachments A & B, and proof of mailing. (PP) (Entered: 07/16/2001) |
| 07/24/2001 | 28 | REPLY BRIEF by plaintiffs to response to motion to remand case to Macomb County Circuit Court by plaintiffs [15-1] with attachment and proof of mailing (DT) (Entered: 07/27/2001) |
| 07/27/2001 | 29 | ORDER by Judge George E. Woods with stipulation, extending time for plaintiff to answer motion to transfer case to District of Oklahoma by Steven M. Shape [27-1] and setting deadline for response to motion to transfer case by Steven M. Shape [27-1] for 8/10/01 [EOD Date: 7/30/01] (LS) (Entered: 07/30/2001) |
| 07/31/2001 | 30 | MOTION by plaintiffs to stay case with brief, attachments 1 and 2, notice of hearing with date to be set and proof of mailing (LS) (Entered: 08/01/2001) |
| 08/09/2001 | 31 | ORDER by Judge George E. Woods with stipulation setting deadline for response to motion to stay case by plaintiffs [30-1] for 8/20/01 , setting deadline for reply to response to motion to stay case by plaintiffs [30-1] for 8/30/01 , setting deadline for defendant Chandler to file supplemental brief for 8/20/01 [EOD Date 8/10/01] (dh) (Entered: 08/10/2001) |
| 08/20/2001 | 32 | RESPONSE and brief by Chandler defendants in support of the denial of plaintiffs' motion to stay case [30-1] with proof of mailing (DT) (Entered: 08/21/2001) |
| 08/20/2001 | 33 | SUPPLEMENTAL RESPONSE and brief by Chandler defendants in support of the denial of plaintiffs' motion to remand [26-1] [15-1] with proof of mailing (DT) (Entered: 08/21/2001) |
| 08/24/2001 | 34 | NOTICE by defendants' attorney of change of address with proof of mailing. (PP) (Entered: 08/27/2001) |
| 08/30/2001 | 35 | PROOF of mailing of reply brief in support of London Mkt Insurers' motion to stay and supplemental reply brief in support of motion to remand (ew) (Entered: 09/04/2001) |
| 08/30/2001 | 36 | REPLY by plaintiffs' to response to motion to stay case [30-1], with proof of service (RH) (Entered: 09/05/2001) |
| 08/30/2001 | 37 | SUPPLEMENTAL brief by plaintiffs' in support of motion to remand case to Macomb County Circuit Court [15-1], with exhibits and proof of service (RH) (Entered: 09/05/2001) |
| 12/26/2001 | 38 | MOTION by plaintiff for protective order with brief, attachment 1, proof of mailing (dh) (Entered: 12/27/2001) |
| 01/14/2002 | 39 | CORRECTED response by Chandler defendants to motion and brief for protective order by plaintiffs [38-1] with attachments "A" thru "D" and proof of mailing (lh) (Entered: |

| | | 01/15/2002) |
|---|---|---|
| 01/17/2002 | 40 | ORDER by Judge George E. Woods referring motion for protective order by plaintiffs [38-1] to Judge Wallace Capel Jr. for hearing and determination with proof of mailing [EOD Date 1/18/02] (lh) (Entered: 01/18/2002) |
| 01/28/2002 | 41 | REPLY brief by plaintiffs' to response to motion for protective order by plaintiffs [38-1] with attachments A-E, and proof of mailing. (PP) (Entered: 01/29/2002) |
| 01/30/2002 | 42 | NOTICE by Magistrate Judge Capel's chambers of setting hearing on motion for protective order by plaintiffs [38-1] for 10:00 2/21/02 with proof of mailing. (PP) (Entered: 01/31/2002) |
| 03/06/2002 | 43 | SUPPLEMENTAL brief by defendant Richard L. Evans, defendant Mark T. Paden, defendant David McLane, defendant Paul A. Maestri, defendant Steven R. Butler, defendant Brenda B. Pair-Watson, defendant Robert L. Rice, defendant R. Patrick Gilmore, defendant L. Keith Price, defendant Benjamin T. Walkingstick, defendant W. Brent Lagere, defendant NAICO Indemnity, defendant Natl Amer Ins Co, defendant Chandler Holdings, defendant Chandler Inc, defendant Chandler Ins Co, defendant Chandler Ins Ltd motion to dismiss certain Chandler defendants for lack of personal jurisdiction by defendants [9-1] and motion to dismiss fraudulently joined and unnecessary defendants by defendants [2-1], with attachment 1 and proof of mailing. (RH) (Entered: 03/08/2002) |
| 03/14/2002 | 44 | SUPPLEMENTAL brief by plaintiff in support of motion for protective order by plaintiffs [38-1] with exhibits and proof of service (ew) (Entered: 03/15/2002) |
| 03/19/2002 | | MOTION hearing held on motion for protective order by plaintiffs [38-1] - disposition: UNDER ADVISEMENT. Plaintiff to file a supplemental brief within 20 days; defendant's response 10 days thereafter. A continued hearing may then be held. - Magistrate Judge Wallace Capel Jr. - Court Reporter: cv tape 02-12 (pp) (Entered: 03/19/2002) |
| 03/29/2002 | 45 | ORDER by Judge George E. Woods granting motion to remand case to Macomb County Circuit Court by plaintiffs [15-1] with proof of mailing [EOD Date 4/1/02] (dh) (Entered: 04/01/2002) |
| 03/29/2002 | 46 | ORDER by Judge George E. Woods, remanding case to Macomb County Circuit Court with proof of mailing [EOD Date 4/1/02] (dh) (Entered: 04/01/2002) |
| 04/16/2002 | 47 | NOTICE of remanding case to Macomb County Circuit Court (DT) (Entered: 04/16/2002) |
| 04/18/2002 | 48 | ACKNOWLEDGEMENT from Macomb County Circuit Court of receipt of case remanded to Macomb County Circuit Court [47-1] (lh) (Entered: 04/22/2002) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:36:42 | | |
| PACER Login: | bs0117 | Client Code: | 271173-00001 |
| Description: | Docket Report | Search Criteria: | 2:01-cv-71659-GEW |
| Billable Pages: | 13 | Cost: | 1.04 |

Case 2:06-cv-15185-NGE-RSW    ECF No. 28-9, PageID.1166    Filed 04/05/07    Page 24 of 45

## 2003-009051-XX TECH-SEAL PRODUCTS INC vs. CENTRAL TRANSPORT INTERNATIONAL INC

| File Date | 03/28/2003 | Case Status | Closed | Case Status Date | 03/28/2003 |
|---|---|---|---|---|---|

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| TECH-SEAL PRODUCTS INC | | PLAINTIFF | SCHLEGEL, MATTHEW W | (248)357-0000 |
| | | | GILMER, D R | (248)357-0000 |
| CENTRAL TRANSPORT INTERNATIONAL INC | | DEFENDANT | KASIBORSKI, JR, CHESTER E | (313)961-1900 |
| | | | BUCK, BRANDON K | (248)354-4030 |

### Docket Entries

| Date | Text |
|---|---|
| 10/05/2004 | ** CONVERTED PAYMENT HISTORY AS OF 10-05-2004 ** DATE : 10-02-2004 AMOUNT : $000000075.00 FEE_TYPE : HEARING MEDFEE LIT NO : 001 ------------------------------------------------------- ------------------------------------------------------- DATE : 10-02-2004 AMOUNT : $000000075.00 FEE_TYPE : HEARING MEDFEE LIT NO : 002 ------------------------------- ------------------------ |
| 07/17/2003 | CASE CLOSED |
| 07/15/2003 | ACCEPTED MEDIATION 07/14/03 EVALUATED-PARTIES ACCEPTED-O/CASE EVAL & CASE EVAL DOCUMENTS SENT TO 37TH D/C |
| 04/25/2003 | NOTIFIED: CASE EVAL 06/16/03 3:30 P.M. ROOM 512 PANEL 268 |
| 04/23/2003 | CASE EVALUATION 06/16/03 3:30 ROOM 512, PANEL 268 |
| 03/28/2003 | CASE EVAL; AVAILABLE 03/28/03 |
| 03/28/2003 | ***D/C#37TH CASE #02-2781GC (JAKUBOWSKI) CASE #03-9051XX ASSIGNED ONLY FOR SCHEDULING OF CASE EVALUATION HEARING*** ****FILE REMAINS AT DISTRICT COURT**** |

CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-71134-GEW-RSW

| | |
|---|---|
| Mason and Dixon Lines, Incorporated v. Thirty 38 Distribution and Brokerage, Incorporated, Electric South Division | Date Filed: 03/26/2004 |
| Assigned to: Honorable George E Woods | Date Terminated: 08/12/2004 |
| Referred to: Honorable R. Steven Whalen | Jury Demand: None |
| Cause: No cause code entered | Nature of Suit: 450 Commerce ICC Rates, Etc. |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mason and Dixon Lines, Incorporated**                    represented by    **Kenneth J. Grunfeld**
Keenan, Cohen, (Philadelphia)
2005 Market Street
Suite 3520
Philadelphia, PA 19103
215-609-1110
Email: kgrunfeld@freightlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul D. Keenan**
Janssen & Keenan
2005 Market Street
Suite 2050
Philadelphia, PA 19103
215-665-8888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Thirty 38 Distribution and Brokerage,
Incorporated, Electric South Division**
*Doing business as*
Electric South

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2004 | 1 | COMPLAINT filed by Mason and Dixon Lines, Incorporated against Thirty 38 Distribution and Brokerage, Incorporated, Electric South Division, Receipt No. 505103. (NHoll, ) (Entered: 04/02/2004) |
| 06/09/2004 | 2 | SUMMONS Returned Executed. Mason and Dixon Lines, Incorporated served on 6/3/2004, answer due 6/23/2004 (Grunfeld, Kenneth) (Entered: 06/09/2004) |
| 06/28/2004 | 3 | STIPULATION AND ORDER TO ANSWER Complaint by 6/30/04 Signed by Honorable George E Woods. (LHack, ) (Entered: 06/29/2004) |
| 07/09/2004 | 4 | MOTION to Dismiss for Lack of Personal Jurisidiction and Improper Venue by Thirty |

|  |  | 38 Distribution and Brokerage, Incorporated, Electric South Division dba Electric South. (LHack, ) (Entered: 07/13/2004) |
| --- | --- | --- |
| 08/12/2004 | 5 | NOTICE of Voluntary Dismissal by Mason and Dixon Lines, Incorporated (LHack, ) (Entered: 08/13/2004) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 03/28/2007 14:35:24 | | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-71134-GEW-RSW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**2004-002473-CZ FILBIN INTERNATIONAL INC vs. GIBSON, GREGORY J MSS**

| File Date | 06/14/2004 | Case Status | Closed | Case Status Date | 06/14/2004 |
|-----------|------------|-------------|--------|------------------|------------|

## Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|------------|-----------------|------------|-------------|----------------|
| FILBIN INTERNATIONAL INC | | PLAINTIFF | FILIPP, MARK R | (248)528-1111 |
| MASON AND DIXON LINES INC THE | | PLAINTIFF | FILIPP, MARK R | (248)528-1111 |
| GIBSON, GREGORY J | | DEFENDANT | | |
| STONYS TRUCKING COMPANY | | DEFENDANT | | |
| CORPORATE VISION INC | | DEFENDANT | | |
| TUORTO, SR, RICHARD D | | DEFENDANT | | |
| GJG MANAGEMENT LLC | | DEFENDANT | | |

## Docket Entries

| Date | Text |
|------|------|
| 12/18/2006 | CASELOAD TRANSFERRED The judge was changed from FOSTER, JOHN C to SWITALSKI, MARK . |
| 05/01/2006 | CASELOAD TRANSFERRED TO SUCCESSOR JUDGE The judge was changed from SERVITTO, DEBORAH A to FOSTER, JOHN . |
| 08/18/2004 | SERVICE ON COMPLAINT PERS/ROBERT TUORTO SR/8-5-04 |
| 08/18/2004 | SERVICE ON COMPLAINT PERS/CORPORATE VISION INC C/O ROBERT TUORTO SR/8-11-04 PERS/STONYS TRUCKING COMPANY C/O ROBERT TUORTO SR/8-11-04 |
| 08/10/2004 | CASE CLOSED DEFT'S NTC OF FILING NTC OF REMOVAL TO US DIST COURT |
| 08/10/2004 | CERTIFICATE OF SERVICE NTC OF REMOVAL TO U.S. DISTRICT COURT |
| 08/10/2004 | TRANSFERRED DEFT'S NTC OF FILING NTC OF FILING NTC OF REMOVAL TO U.S. DIST COURT |
| 08/04/2004 | SERVICE ON COMPLAINT CERT/MARK S BURNETT O/B/O GREGORY GIBSON 7-23-04 NO CERT CARD ATTACHED |
| 08/04/2004 | SERVICE ON COMPLAINT PERS/SMDK AGENCY R/A FOR GJG MGMT/7-6-04 |
| 07/20/2004 | CORRECTED EXHIBITS R/F IN FILE |
| 06/14/2004 | DEBORAH A SERVITTO 06/14/04 15:17 R ESLER |
| 06/14/2004 | SUMMONS ISSUED |
| 06/14/2004 | COMPLAINT |
| 06/14/2004 | ENTRY FEE PAID $150.00 #123650 |

CLOSED

## U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:04-cv-73034-LPZ-VMM

Filbin International, Incorporated et al v. Gibson et al
Assigned to: Honorable Lawrence P Zatkoff
Referred to: Honorable Virginia M Morgan
Cause: No cause code entered

Date Filed: 08/09/2004
Date Terminated: 02/03/2005
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Filbin International, Incorporated**                represented by **Mark R. Filipp**
Kemp, Klein, (Troy)
201 W. Big Beaver Road
Suite 600
Troy, MI 48084-4300
248-528-1111
Fax: 248-528-5129
Email: mark.filipp@kkue.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond L. Morrow**
Kemp, Klein, (Troy)
201 W. Big Beaver Road
Suite 600
Troy, MI 48084-4300
248-528-1111
Email: r.morrow@kkue.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mason and Dixon Lines, Incorporated**              represented by **Mark R. Filipp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond L. Morrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory J. Gibson**                                represented by **Mark S. Bennett**
Weston, Hurd,
50 Public Square
2500 Terminal Tower
Cleveland, OH 44113

216-241-6602
Email: mbennett@westonhurd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott C. Smith**
Weston, Hurd,
50 Public Square
2500 Terminal Tower
Cleveland, OH 44113
216-241-6602
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GJG Management, L. L. C.**                    represented by **Mark S. Bennett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott C. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stony's Trucking Company**

**Defendant**

**Corporate Vision, Incorporated**

**Defendant**

**Richard D. Tuorto, Sr.**

**Counter Claimant**

**GJG Management, L. L. C.**

**Counter Claimant**

**Gregory J. Gibson**

V.

**Counter Defendant**

**Filbin International, Incorporated**

**Counter Defendant**

**Mason and Dixon Lines, Incorporated**

**Counter Claimant**

**Corporate Vision, Incorporated**                    represented by **Mark S. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Stony's Trucking Company**                    represented by **Mark S. Bennett**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**Richard D. Tuorto, Sr.**                      represented by **Mark S. Bennett**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**Filbin International, Incorporated**

**Counter Defendant**

**Mason and Dixon Lines, Incorporated**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2004 | 1 | NOTICE OF REMOVAL by GJG Management, L. L. C., Gregory J. Gibson from Macomb County Circuit Court, case number 04-2473-C2. Receipt No. 511936 (Attachments: # 1 Document Continuation)(DTyle, ) (Entered: 08/10/2004) |
| 08/16/2004 | 2 | STIPULATION by Filbin International, Incorporated, GJG Management, L. L. C., Gregory J. Gibson, Mason and Dixon Lines, Incorporated for Leave to Plead. (LHack, ) (Entered: 08/18/2004) |
| 08/25/2004 | 3 | MOTION to Remand by plaintiffs with Attachments 1,A-B. (Attachments: # 1 Document Continuation)(LHack, ) (Entered: 08/26/2004) |
| 09/07/2004 | 4 | BRIEF IN OPPOSITION to 3 MOTION to Remand filed by GJG Management, L. L. C., Gregory J. Gibson. (LHack, ) (Entered: 09/08/2004) |
| 09/13/2004 | 5 | ANSWER to Complaint with Affirmative Defenses with Jury Demand *and*, COUNTERCLAIM filed by GJG Management, L. L. C., Gregory J. Gibson against all plaintiffs by GJG Management, L. L. C., Gregory J. Gibson.(Bennett, Mark) (Entered: 09/13/2004) |
| 09/14/2004 | 6 | STIPULATION AND ORDER to Enlarge Time for Prudential Insurance Company to file Responsive Pleading to 1 Complaint. Response due: 9/23/2004. Signed by Honorable Nancy G Edmunds. (LHack, ) (Entered: 09/15/2004) |
| 09/14/2004 | 7 | REPLY to defendants Gregory J. Gibson and GJG Management, LLC's Brief in Opposition re 3 MOTION to Remand filed by plaintiffs. (LHack, ) (Entered: 09/15/2004) |
| 09/14/2004 | 8 | CERTIFICATE OF SERVICE by Plaintiffs re 7 Reply to Response to Motion Mailed to Richard Tuorto Sr. (LHack, ) (Entered: 09/15/2004) |
| 09/14/2004 | 9 | CERTIFICATE OF SERVICE by Plaintiffs re 7 Reply to Response to Motion Mailed to Mark S. Bennett. (LHack, ) (Entered: 09/15/2004) |
| 10/04/2004 | 10 | ANSWER to Counterclaim with Affirmative Defenses by plaintiffs.(LHack, ) (Entered: 10/05/2004) |
| 10/08/2004 | 11 | ANSWER to Complaint with Jury Demand *and*, COUNTERCLAIM filed by Corporate Vision, Incorporated, Stony's Trucking Company, Richard D. Tuorto Sr. against all |

| | | |
|---|---|---|
| | | plaintiffs by Corporate Vision, Incorporated, Stony's Trucking Company, Richard D. Tuorto Sr..(Bennett, Mark) (Entered: 10/08/2004) |
| 10/28/2004 | 12 | ORDER for Plaintifs and Defendant GJG Management, L. L. C., to Show Cause in Writing, as to whether Defendant GJG is bound by forum election clause and that Defendant Stony, CVI and Tuorto to Show Cause whether they object to relief requested Show Cause Response due by 11/15/2004. Signed by Honorable Lawrence P Zatkoff. (LHack, ) (Entered: 10/28/2004) |
| 10/28/2004 | 13 | ANSWER to Counterclaim of Defendants with Affirmative Defenses by plaintiffs. (LHack, ) (Entered: 10/29/2004) |
| 02/03/2005 | 14 | STIPULATED ORDER for Dismissal Signed by Honorable Lawrence P Zatkoff. (LHack, ) (Entered: 02/09/2005) |
| 02/16/2005 | 15 | CERTIFICATE OF SERVICE re 14 Stiplulated Order Dismissing Case. (LHack, ) (Entered: 02/17/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:35:41 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-73034-LPZ-VMM |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |





**Back**   **Print**

| | | | | |
|---|---|---|---|---|
| **Case Number** | 1995-493604-NI | PABUCCIYAN MERI vs. CENTRAL CARTAGE COMPANY | | |
| **Judge Name** | RUDY J. NICHOLS | | | |
| **Case Filed** | 03/17/1995 | | | |
| **Case Disposed** | 01/02/1996 | | | |

| Party Type | Party Name | Bar # | Attorney Name |
|---|---|---|---|
| Plaintiff - 0001 | PABUCCIYAN MERI | 27868 | ROBERT D. MOURADIAN |
| Defendant - 0001 | CENTRAL CARTAGE COMPANY | 16846 | JOSEPH G. LUJAN |
| Defendant - 0002 | RICE ROBERT | 16846 | JOSEPH G. LUJAN |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan

Privacy/ Legal   |   Accessibility   |   Contact Us

Oakland County - Case Summary





**Back    Print**

| **Case Number** | 1995-493604-NI | PABUCCIYAN MERI vs. CENTRAL CARTAGE COMPANY |
|---|---|---|

**Judge Name**      RUDY J. NICHOLS

**Case Filed**       03/17/1995

**Case Disposed**    01/02/1996

| Date | Code | Description |
|---|---|---|
| 03/17/1995 | C | COMPLAINT FILED /JRY DEMAND |
| 03/17/1995 | SI | SUMMONS ISSUED |
| 03/21/1995 | SUM | P/S ON SUMMONS FILED |
| 03/31/1995 | ATC | ANSWER TO COMPLAINT FILED /CENTRAL CARTAGE CO |
| 06/04/1995 | SOP | SCHEDULING ORDER WRITTEN |
| 06/04/1995 | | 09/01/95 EXPERT DATE. |
| 06/04/1995 | | 11/01/95 MEDIATION DATE. |
| 06/04/1995 | | 09/01/95 WITNESS DATE. |
| 06/04/1995 | | 12/01/95 MOTION DATE. |
| 06/04/1995 | | 10/02/95 DISCOVERY DATE. |
| 06/04/1995 | | 02/15/96 TRIAL DATE. |
| 06/04/1995 | APR | DATE SET FOR TRIAL ON 02151996 08 30 AM |
| 06/14/1995 | SUM | P/S ON SUMMONS FILED |
| 07/19/1995 | ATC | ANSWER TO COMPLAINT FILED ROBERT RICE JD |
| 09/01/1995 | APR | DATE SET FOR CASE EVAL ON 11011995 03 00 PM |
| 09/01/1995 | WLT | WITNESS LIST FILED PLFS/EXH |
| 09/05/1995 | WLT | WITNESS LIST FILED PLFS/SUPPLEMENTAL/EXH |
| 09/05/1995 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 09/06/1995 | WLT | WITNESS LIST FILED DFTS/POS |
| 10/02/1995 | STO | STIP/ORDER FILED EXTEND TIME FOR DISC |
| 10/31/1995 | STO | STIP/ORDER FILED CORRECT NAME OF DFT CORP |
| 11/03/1995 | | STATEMENT OF MEDIATORS FILED |
| 12/08/1995 | OMA | ORDER MEDIATION AWARD 110195 |
| 12/29/1995 | ORD | ORDER FILED DISMISSAL |
| 12/29/1995 | STP | STIPULATION FILED DISMISSAL |
| 01/02/1996 | FD | FINAL DISPOSITION |
| 01/02/1996 | DIS | DISMISSAL GRANTED |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan                    Privacy/ Legal  |  Accessibility  |  Contact Us

Case 2:06-cv-15185-NGE-RSW   ECF No. 28-9, PageID.1176   Filed 04/05/07   Page 34 of 45




**Back**   **Print**

| **Case Number** | 1997-551774-NZ | GARAVAGLIA CHARLES vs. ROGERS GEORGE W |
|---|---|---|

**Judge Name**   NANCI J. GRANT

**Case Filed**   09/17/1997

**Case Disposed**   11/25/1998

| Party Type | Party Name | Bar # | Attorney Name |
|---|---|---|---|
| Plaintiff - 0001 | GARAVAGLIA CHARLES | 14221 | CHARLES GOTTLIEB |
| Defendant - 0001 | ROGERS GEORGE W | 17951 | PATRICK A. MORAN |
| Defendant - 0002 | MORAN PATRICK A | 42797 | ERIC A. PARZIANELLO |
| Defendant - 0003 | CENTRA INC | 20224 | JOEL H. SERLIN |
| Defendant - 0004 | CENTRAL TRANSPORT INC | 99999 | |
| Defendant - 0005 | CENTRAL CARTAGE CO | 99999 | |
| Defendant - 0006 | MOROUN MANUEL J | 20224 | JOEL H. SERLIN |
| Defendant - 0007 | NONE | 26487 | BARRY M. ROSENBAUM |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services





**Back**    **Print**

| | | |
|---|---|---|
| **Case Number** | 1997-551774-NZ | GARAVAGLIA CHARLES vs. ROGERS GEORGE W |
| **Judge Name** | NANCI J. GRANT | |
| **Case Filed** | 09/17/1997 | |
| **Case Disposed** | 11/25/1998 | |

| Date | Code | Description |
|---|---|---|
| 09/17/1997 | C | COMPLAINT FILED /JURY DEMAND |
| 09/24/1997 | SI | SUMMONS ISSUED 12/17/97 |
| 09/24/1997 | SI | SUMMONS ISSUED 12/17/97 |
| 09/24/1997 | SI | SUMMONS ISSUED 12/17/97 |
| 09/24/1997 | SI | SUMMONS ISSUED |
| 09/24/1997 | SI | SUMMONS ISSUED |
| 09/24/1997 | SI | SUMMONS ISSUED |
| 10/08/1997 | SUM | P/S ON SUMMONS FILED |
| 10/08/1997 | SUM | P/S ON SUMMONS FILED |
| 10/08/1997 | SUM | P/S ON SUMMONS FILED |
| 10/08/1997 | SUM | P/S ON SUMMONS FILED |
| 11/05/1997 | ATC | ANSWER TO COMPLAINT FILED DEFT MORAN/AFM/JD RELIANCE |
| 11/05/1997 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 11/07/1997 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 11/07/1997 | ATC | ANSWER TO COMPLAINT FILED SOME DFTS CENTRA & MOROUN/AFM |
| 12/01/1997 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 11/25/1997 | FD | FINAL DISPOSITION |
| 11/25/1997 | DIS | DISMISSAL GRANTED |
| 12/02/1997 | STO | STIP/ORDER FILED DISMSSAL CENTRAL TRANSPRT/CARTAGE |
| 12/03/1997 | SUM | P/S ON SUMMONS FILED |
| 12/05/1997 | AFF | AFFIDAVIT FILED SUPPT DEF |
| 12/05/1997 | DEF | DEFAULT FILED |
| 01/14/1998 | MPR | MOTION PRAECIPE FILED FOR 01211998 |
| 01/14/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 01/14/1998 | NOH | NOTICE OF HEARING FILED |
| 01/14/1998 | MTN | MOTION FILED SET ASIDE DEFAULT |
| 01/15/1998 | BRF | BRIEF FILED SUPPT MTN SET ASIDE DEF |
| 01/20/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 01/20/1998 | ANS | ANSWER FILED PLF TO SET ASIDE DEFAULT |
| 01/21/1998 | DM | DEFENSE MOTION SET ASIDE DEFAULT DENIED |
| 02/11/1998 | MPR | MOTION PRAECIPE FILED FOR 02181998 |
| 02/11/1998 | MTN | MOTION RENEWED/TO SET ASIDE DEF |
| 02/11/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 02/11/1998 | NOH | NOTICE OF HEARING FILED |
| 02/17/1998 | ANS | ANSWER FILED PLF TO MTN TO SET ASIDE DEFAULT |
| 02/17/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 02/18/1998 | ORD | ORDER FILED SET ASIDE DEFAULT |
| 02/18/1998 | DM | DEFENSE MOTION SET ASIDE DEFAULT GRANTED |
| 02/18/1998 | M | MOTION COSTS GRANTED $250 IN 30 DAYS |
| 02/24/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 03/03/1998 | NTC | NOTICE FILED OF INTENT TO SUBMIT ORD/POS |
| 03/03/1998 | ORD | ORDER FILED DENYING MTN TO SET ASIDE DEFAULT |
| 03/06/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 03/17/1998 | FDE | FINAL DISPOSITION ERROR |

| 03/17/1998 | R | REINSTATED |
| 03/17/1998 | OTH | PT 4/6/98 8:30 |
| 03/28/1998 | SOP | SCHEDULING ORDER WRITTEN |
| 03/28/1998 | | 06/26/98 EXPERT DATE. |
| 03/28/1998 | | 07/27/98 MEDIATION DATE. |
| 03/28/1998 | | 08/31/98 WITNESS DATE. |
| 03/28/1998 | | 09/15/98 MOTION DATE. |
| 03/28/1998 | | 09/15/98 DISCOVERY DATE. |
| 03/28/1998 | | 12/10/98 TRIAL DATE. |
| 03/28/1998 | APR | DATE SET FOR TRIAL ON 12101998 08 30 AM |
| 04/08/1998 | NOH | NOTICE OF HEARING FILED |
| 04/08/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 04/08/1998 | MTN | MOTION FILED PLF FOR ENTRY OF DEF AGST ROGERS |
| 04/08/1998 | MTN | MOTION FILED PLFTO DISQUALIFY MORAN AS COUNSEL FOR ROGERS |
| 04/09/1998 | BRF | BRIEF FILED IN SUPPT OF MTN FOR ENTRY OF DEF AGST ROGERS |
| 04/09/1998 | BRF | BRIEF FILED IN SUPPT OF PLF MTN TO DISQUALIFY MORAN |
| 04/09/1998 | MPR | MOTION PRAECIPE FILED FOR 04221998 |
| 04/09/1998 | ORD | ORDER FILED DISMISS W/O PREJUDICE/POS |
| 04/09/1998 | FD | FINAL DISPOSITION |
| 04/09/1998 | DIS | DISMISSAL GRANTED NA-PT |
| 04/16/1998 | REQ | REQUEST FILED FOR ADMISSIONS (2) |
| 04/20/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 04/20/1998 | ANS | ANSWER FILED /BRF IN RES TO PLF MTN TO DISQUALIFY COUNSEL |
| 04/20/1998 | ANS | ANSWER FILED /BRF IN RES TO PLF MTN FOR ENTRY DEF |
| 04/17/1998 | FDE | FINAL DISPOSITION ERROR |
| 04/17/1998 | R | REINSTATED |
| 04/22/1998 | M | MOTION DISQUALIFY COUNSEL GRANTED |
| 04/28/1998 | APR | DATE SET FOR CASE EVAL ON 07311998 NO TIME SET |
| 05/01/1998 | APR | DATE SET FOR CASE EVAL ON 07311998 10 40 AM |
| 05/14/1998 | ANS | ANSWER FILED PATRICK MORAN TO INT & REQ FOR PROD OF DOC |
| 05/14/1998 | ANS | ANSWER FILED PATRICK MORAN TO REQ FOR ADM |
| 05/14/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 05/18/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 05/18/1998 | RES | RESPONSE FILED CENTRA/MANUEL MOROUN TO REQ FOR ADM |
| 05/19/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 05/19/1998 | OPN | OPINION FILED & ORDER |
| 05/19/1998 | M | MOTION DISQUALIFY COUNSEL FOR CO-DFT GRANT IN PART |
| 05/21/1998 | ORD | ORDER FILED OF REINSTATEMENT |
| 05/21/1998 | NTC | NOTICE FILED OF INTENT TO SUBMIT ORD TO ENTRY |
| 05/21/1998 | BRF | BRIEF FILED SUPPLEMENTAL TO MTN TO DISQUALIFY MORAN COUNSEL |
| 06/08/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 06/29/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 06/29/1998 | WLT | WITNESS LIST FILED EXPERT P MORAN |
| 08/18/1998 | NOH | NOTICE OF HEARING FILED |
| 08/18/1998 | MTN | MOTION FILED CENTRA INC/MOROUN/SUM DISP |
| 08/18/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 08/24/1998 | MPR | MOTION PRAECIPE FILED FOR 09091998 |
| 08/26/1998 | SO | SCHEDULING ORDER FILED |
| 09/01/1998 | OMA | ORDER MEDIATION AWARD 073198 |
| 09/01/1998 | OMA | ORDER MEDIATION AWARD 073198 |
| 08/31/1998 | WLT | WITNESS LIST FILED CENTRA/MOROUN /EXH |
| 08/31/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 09/01/1998 | WLT | WITNESS LIST FILED MORAN/ROGERS /EXH |
| 09/01/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 09/01/1998 | WLT | WITNESS LIST FILED PLF |
| 09/01/1998 | EXH | EXHIBIT LIST FILED PLF |
| 09/02/1998 | NOH | NOTICE OF HEARING FILED |

Oakland County - Case Summary

| Date | Code | Description |
|------|------|-------------|
| 09/02/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 09/08/1998 | MPR | MOTION PRAECIPE FILED FOR 10141998 |
| 09/29/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 09/30/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 09/30/1998 | NOH | NOTICE OF HEARING FILED RE |
| 10/01/1998 | BRF | BRIEF FILED SUPPT OF MOROUN/CENTRA MTN SUM DISP |
| 10/12/1998 | MPR | MOTION PRAECIPE FILED FOR 11041998 |
| 11/04/1998 | NOH | NOTICE OF HEARING FILED (2) |
| 11/04/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED (2) |
| 11/04/1998 | MTN | MOTION FILED COMP DISC |
| 11/04/1998 | MTN | MOTION FILED MORAN/ROGERS/SUM DISP |
| 11/04/1998 | BRF | BRIEF FILED SUPPT MTN |
| 11/03/1998 | NOH | NOTICE OF HEARING FILED |
| 11/03/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 11/09/1998 | MPR | MOTION PRAECIPE FILED FOR 11251998 |
| 11/09/1998 | MPR | MOTION PRAECIPE FILED FOR 11251998 |
| 11/10/1998 | ANS | ANSWER FILED PLF TO CENTRA/MOROUN MTN SUM DISP/BRF/POS |
| 11/19/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 11/19/1998 | ANS | ANSWER FILED PLF IN OPP TO MTN COMP DISC |
| 11/19/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 11/19/1998 | BRF | BRIEF FILED CENTRA/MOROUN SUPPT MTN SUM DISP |
| 11/20/1998 | ANS | ANSWER FILED PLF/TO DFTS MORAN & ROGERS MTN SUM DISP |
| 11/20/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 11/20/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 11/25/1998 | DM | DEFENSE MOTION SD GRANTED |
| 11/25/1998 | FD | FINAL DISPOSITION |
| 11/25/1998 | SD | SUMMARY DISPOSITION |
| 12/02/1998 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 12/02/1998 | NTC | NOTICE FILED ENTRY OF ORD |
| 12/02/1998 | ORD | ORDER FILED GRANT DFT MTN FOR SUM DISP |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan

Privacy/ Legal   |   Accessibility   |   Contact Us

 

**Back   Print**

| | | | |
|---|---|---|---|
| **Case Number** | 2003-049959-NF | PENZ SANDRA vs. PROGRESSIVE MICHIGAN INS CO | |
| **Judge Name** | D. LANGFORD MORRIS | | |
| **Case Filed** | 05/21/2003 | | |
| **Case Disposed** | 11/14/2003 | | |

| Party Type | Party Name | Bar # | Attorney Name |
|---|---|---|---|
| Plaintiff - 0001 | PENZ SANDRA | 44589 | MICHAEL G. SIMON |
| Plaintiff - 0002 | PENZ RONALD | 44589 | MICHAEL G. SIMON |
| Defendant - 0001 | PROGRESSIVE MICHIGAN INS CO | 24194 | CHARLES A. HUCKABAY |
| Defendant - 0002 | ROMERO EZEQUIEL | 99999 | |
| Defendant - 0003 | MASON DIXON LINES | 99999 | |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan

Privacy/ Legal   |   Accessibility   |   Contact Us

Oakland County - Case Summary





**Back**   **Print**

| | | |
|---|---|---|
| **Case Number** | 2003-049959-NF | PENZ SANDRA vs. PROGRESSIVE MICHIGAN INS CO |
| **Judge Name** | D. LANGFORD MORRIS | |
| **Case Filed** | 05/21/2003 | |
| **Case Disposed** | 11/14/2003 | |

| Date | Code | Description |
|---|---|---|
| 05/21/2003 | C | COMPLAINT FILED /JURY DEMAND |
| 05/21/2003 | JD | JURY DEMAND FILED |
| 05/21/2003 | SI | SUMMONS ISSUED |
| 06/05/2003 | SUM | P/S ON SUMMONS FILED |
| 06/10/2003 | APP | APPEARANCE FILED DFT |
| 07/18/2003 | REQ | REQUEST FILED DFT/FOR ADMISSIONS/FOLLOW UP INT |
| 07/18/2003 | ATC | ANSWER TO COMPLAINT FILED |
| 07/23/2003 | MPR | MOTION PRAECIPE FILED FOR 07302003 |
| 07/21/2003 | MTN | MOTION FILED PHYS EXAM PIP SUIT/PROGRESSIVE MI INSUR |
| 07/21/2003 | NOH | NOTICE OF HEARING FILED |
| 07/22/2003 | SI | SUMMONS ISSUED |
| 07/22/2003 | SI | SUMMONS ISSUED |
| 07/22/2003 | AMC | AMENDED COMPLAINT FILED 1ST/JD |
| 07/23/2003 | RES | RESPONSE FILED PLF/AFM |
| 07/31/2003 | STO | STIP/ORD FILED RE MED EXAM OF PLF |
| 08/05/2003 | OBJ | OBJECTION FILED PROGRESSIVE INS/TO INT |
| 08/05/2003 | OBJ | OBJECTION FILED PROGRESSVE/TO REQ FOR PRODCTN OF DOCS |
| 08/09/2003 | SOP | SCHEDULING ORDER WRITTEN |
| 08/09/2003 | | 11/07/2003 EXPERT DATE. |
| 08/09/2003 | | 12/08/2003 CASE EVALUATION DATE. |
| 08/09/2003 | | 01/12/2004 WITNESS DATE. |
| 08/09/2003 | | 01/27/2004 MOTION DATE. |
| 08/09/2003 | | 01/27/2004 DISCOVERY DATE. |
| 08/09/2003 | | 03/12/2004 TRIAL DATE. |
| 08/09/2003 | APR | DATE SET FOR TRIAL ON 03122004 08 30 AM |
| 08/19/2003 | MTN | MOTION FILED COMPEL DISC/DFT |
| 08/19/2003 | NOH | NOTICE OF HEARING FILED |
| 08/27/2003 | MPR | MOTION PRAECIPE FILED FOR 09102003 |
| 08/26/2003 | SUM | P/S ON SUMMONS FILED |
| 09/03/2003 | MPR | MOTION PRAECIPE FILED FOR 09102003 |
| 09/02/2003 | MTN | MOTION FILED COMPEL ANS TO INTERR/REQ PROD OF DOCS/PLF |
| 09/02/2003 | NOH | NOTICE OF HEARING FILED /POS |
| 09/08/2003 | APR | DATE SET FOR TRIAL ON 05102004 08 30 AM |
| 09/08/2003 | APC | ADJ-COUNSEL 03122004 PER S&O TO 05102004,NTC SENT |
| 09/04/2003 | BRF | BRIEF FILED IN SUPPT |
| 09/10/2003 | SO | SCHEDULING ORDER FILED REVISED |
| 09/11/2003 | REQ | REQUEST FILED ADMISSION & FOLLOW UP INTERR/POS/DFT |
| 09/15/2003 | OBJ | OBJECTION FILED TO SCHEDULING ORD |
| 09/16/2003 | STP | STIPULATION FILED COMPEL |
| 09/16/2003 | ORD | ORDER FILED COMPEL |
| 09/29/2003 | MPR | MOTION PRAECIPE FILED FOR 10082003 |
| 09/25/2003 | NOH | NOTICE OF HEARING FILED |
| 09/25/2003 | MTN | MOTION FILED MEDICAL AUTHORIZATIONS/DFT |
| 10/02/2003 | RES | RESPONSE FILED TO MTN FOR MED AUTH/BRF/PLF |

Oakland County - Case Summary

| 10/03/2003 | APR | DATE SET FOR CASE EVAL ON 12082003 02 00 PM |
| 10/06/2003 | OBJ | OBJECTION FILED DFT/TO PLF 2ND REQ FOR PROD OF DOCS/PO |
| 10/08/2003 | DM | DEFENSE MOTION MEDICAL AUTHORIZATIONS GRNTD |
| 10/30/2003 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 10/30/2003 | ORD | ORDER FILED GRNT IN PART MTN FOR MED AUTHORIZATN |
| 10/30/2003 | NTC | NOTICE FILED ENTRY OF ORD |
| 11/04/2003 | STP | STIPULATION FILED TO CMPL PLF RES TO DISC |
| 11/04/2003 | ORD | ORDER FILED CMPL PLF RES TO DISC |
| 11/13/2003 | STP | STIPULATION FILED DISMISSAL |
| 11/13/2003 | ORD | ORDER FILED DISMISSAL W/PREJ |
| 11/14/2003 | FDD | FINAL DISP-DIMISS-BY PARTIES W/PREJ,W/O COSTS |
| 01/14/2004 | OMA | ORDER MEDIATION AWARD 12082003 DISMISSED |

Oakgov Home   |  Elected Officials   |  Departments/Agencies  |  Jobs |  Online Services

© 2002-2007 Oakland County, Michigan

Privacy/ Legal  |  Accessibility   |   Contact Us

Oakland County - Case Summary

 

**Back**   **Print**

| Case Number | 2004-059523-CK | CENTRAL TRANSPORT INTERNATIONA vs. KMART CORP |
| --- | --- | --- |
| **Judge Name** | JOHN J. MCDONALD | |
| **Case Filed** | 07/01/2004 | |
| **Case Disposed** | 08/17/2004 | |

| Party Type | Party Name | Bar # | Attorney Name |
| --- | --- | --- | --- |
| Plaintiff - 0001 | CENTRAL TRANSPORT INTERNATIONA | 60262 | TRACY M. CLARK-FLAHERTY |
| Defendant - 0001 | KMART CORP | 49100 | PATRICK MICHAEL MCCARTHY |

Oakgov Home | Elected Officials | Departments/Agencies | Jobs | Online Services

© 2002-2007 Oakland County, Michigan

Privacy/ Legal | Accessibility | Contact Us





**Back**   **Print**

| **Case Number** | 2004-059523-CK | CENTRAL TRANSPORT INTERNATIONA vs. KMART CORP |
|---|---|---|

**Judge Name**   JOHN J. MCDONALD

**Case Filed**   07/01/2004

**Case Disposed**   08/17/2004

| Date | Code | Description |
|---|---|---|
| 07/01/2004 | C | COMPLAINT FILED |
| 07/01/2004 | SI | SUMMONS ISSUED |
| 07/01/2004 | AFF | AFFIDAVIT FILED CHERYL BEATTIE |
| 07/16/2004 | SUM | P/S ON SUMMONS FILED |
| 07/30/2004 | APP | APPEARANCE FILED KMART |
| 07/30/2004 | POS | AFFIDAVIT/PROOF OF SERVICE FILED |
| 08/17/2004 | FD | FINAL DISPOSITION |
| 08/17/2004 | SY | STAY FOR PENDING FEDERAL ACTION |
| 08/17/2004 | STO | STIP/ORD FILED STAY ALL PROCEEDINGS UNTIL RESOLUTION |
| 01/06/2005 | STO | STIP/ORD FILED DISMISSAL |

Oakgov Home   |   Elected Officials   |   Departments/Agencies   |   Jobs   |   Online Services

© 2002-2007 Oakland County, Michigan

Privacy/ Legal   |   Accessibility   |   Contact Us

CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:90-cv-70355-AC

Intl Brhd Teamsters v. Cntrl Trans Inc, et al
Assigned to: Honorable Avern Cohn
Demand: $0
Cause: 29:185 Labor/Mgt. Relations (Contracts)

Date Filed: 02/08/1990
Date Terminated: 02/05/1991
Jury Demand: None
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

**Plaintiff**

**Teamsters, Chauffeurs, Warehousemen and Helpers of America**

represented by **Wayne A. Rudell**
Rudell and O'Neill (Dearborn)
22720 Michigan Avenue
Suite 300
Dearborn, MI 48124-2798
313-359-9888
Fax: 313-359-1589
Email: rohilinda@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Central Transport, Incorporated**

represented by **Fredric A. Smith**
Warner, Norcross,
2000 Town Center
Suite 2700
Southfield, MI 48075
248-784-5000
Email: fsmith@wnj.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. Moran**
Evans & Luptak
7457 Franklin Road
Suite 250
Bloomfield Hills, MI 48301
248-406-5100
Fax: 248-406-5100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/1990 | 1 | COMPLAINT with - Receipt # 250391 - Date Fee Received: 2/8/90 (CD) (Entered: 02/09/1990) |

| | | |
|---|---|---|
| 02/28/1990 | 2 | ANSWER by defendant Cntl Trans Inc to complaint [1-1] with proof of mailing. (CD) (Entered: 03/01/1990) |
| 02/28/1990 | 2 | AFFIRMATIVE defenses by defendant Cntl Trans Inc (CD) (Entered: 04/24/1990) |
| 04/23/1990 | 3 | ANSWER by plaintiff Intl Brhd Teamsters to affirmative defenses by Cntl Trans Inc [2-1] with proof of mailing. (CD) (Entered: 04/24/1990) |
| 06/04/1990 | 4 | NOTICE of status conference scheduled before Judge Cohn, with proof of mailing. (CD) (Entered: 06/07/1990) |
| 06/29/1990 | | SCHEDULE: status conference set for 2:00 7/3/90 before Judge Avern Cohn (JC) (Entered: 06/29/1990) |
| 07/03/1990 | | STATUS conference held - Judge Avern Cohn (JC) (Entered: 07/05/1990) |
| 07/03/1990 | 9 | MOTION by plaintiff Intl Brhd Teamsters to compel the deposition of Manueal John Moroun and for other relief with brief, exhibits, proof of mailing. (CD) (Entered: 07/18/1990) |
| 07/05/1990 | 5 | PRETRIAL scheduling order by Judge Avern Cohn (CD) (Entered: 07/09/1990) |
| 07/09/1990 | | SCHEDULE: deadline for discovery set for 8/31/90 , final pretrial conference set for 2:00 11/13/90 , jury trial set for 9:00 11/26/90 before Judge Avern Cohn (JC) (Entered: 07/09/1990) |
| 07/09/1990 | 6 | MOTION by plaintiff Intl Brhd Teamsters to compel designation of deponents, their attendance at depositions, their production of documents and for other relief with brief, proof of mailing. (CD) (Entered: 07/11/1990) |
| 07/09/1990 | 7 | MOTION by plaintiff Intl Brhd Teamsters to compel defendant Central Transport, Inc. to produce documents with brief, proof of mailing. (CD) (Entered: 07/11/1990) |
| 07/13/1990 | 8 | NOTICE by plaintiff Intl Brhd Teamsters of hearing on motion to compel defendant Central Transport, Inc. to produce documents by Intl Brhd Teamsters [7-1], motion to compel designation of deponents, their attendance at depositions, their production of documents and for other relief by Intl Brhd Teamsters [6-1] with proof of mailing. (CD) (Entered: 07/16/1990) |
| 07/16/1990 | | SCHEDULE: hearing on motion to compel defendant Central Transport, Inc. to produce documents by Intl Brhd Teamsters [7-1] set for 2:00 7/23/90, motion to compel designation of deponents, their attendance at depositions, their production of documents and for other relief by Intl Brhd Teamsters [6-1] set for 2:00 7/23/90 before Judge Avern Cohn (JC) (Entered: 07/16/1990) |
| 07/19/1990 | 10 | MOTION by plaintiff Intl Brhd Teamsters for summary judgment with brief, exhibits and proof of mailing (sd) (Entered: 07/20/1990) |
| 07/23/1990 | | MOTION hearing not held on motion to compel defendant Central Transport, Inc. to produce documents by Intl Brhd Teamsters [7-1], motion to compel designation of deponents, their attendance at depositions, their production of documents and for other relief by Intl Brhd Teamsters [6-1], motion to compel the deposition of Manueal John Moroun and for other relief by Intl Brhd Teamsters [9-1] - disposition: RESOLVED - Judge Avern Cohn (JC) (Entered: 07/23/1990) |
| 08/02/1990 | 11 | SUPPLEMENTAL MEMORANDUM by plaintiff Intl Brhd Teamsters in support of motion for summary judgment [10-1] with attachments and proof of mailing (bK) (Entered: 08/06/1990) |
| 08/03/1990 | 12 | MOTION by plaintiff Intl Brhd Teamsters to compel answers to first interrogatories to defendant with brief, exhibits and proof of mailing (RH) (Entered: 08/06/1990) |

| | | |
|---|---|---|
| 08/03/1990 | 13 | RESPONSE by defendant Cntl Trans Inc to motion to compel answers to first interrogatories to defendant by Intl Brhd Teamsters [12-1] with brief and proof of mailing (RH) (Entered: 08/06/1990) |
| 08/08/1990 | 14 | NOTICE by plaintiff Intl Brhd Teamsters of hearing on plaintiffs' motions with proof of mailing (RH) (Entered: 08/10/1990) |
| 08/14/1990 | | SCHEDULE: hearing on motion to compel answers to first interrogatories to defendant by Intl Brhd Teamsters [12-1] set for 2:00 9/10/90, motion for summary judgment by Intl Brhd Teamsters [10-1] set for 2:00 9/10/90, motion to compel defendant Central Transport, Inc. to produce documents by Intl Brhd Teamsters [7-1] set for 2:00 9/10/90, motion to compel designation of deponents, their attendance at depositions, their production of documents and for other relief by Intl Brhd Teamsters [6-1] set for 2:00 9/10/90 before Judge Avern Cohn (JC) (Entered: 08/14/1990) |
| 08/16/1990 | 15 | ORDER by Judge Avern Cohn granting motion to compel answers to first interrogatories to defendant by Intl Brhd Teamsters [12-1] (RH) (Entered: 08/17/1990) |
| 08/22/1990 | 16 | MOTION by plaintiff Intl Brhd Teamsters to compel answers to plaintiff's second interrogatories with attachment and brief with proof of mailing (dg) (Entered: 09/11/1990) |
| 01/17/1991 | 17 | NOTICE of status conference scheduled before Judge Cohn, with proof of mailing. (CD) (Entered: 01/22/1991) |
| 02/05/1991 | 18 | JUDGMENT entered by Judge Avern Cohn for Cntl Trans Inc against Intl Brhd Teamsters in the amount of $563,000.00. (dh) (Entered: 02/06/1991) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/28/2007 14:52:20 | | |
| **PACER Login:** | bs0117 | **Client Code:** | 271173-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:90-cv-70355-AC |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |