Westlaw.

Date of Printing: APR 02,2007

KEYCITE

**H** U.S. v. Certain Land Situated in the City of Detroit, Wayne County, 450 F.3d 205, 2006 Fed.App. 0193P (6th Cir.(Mich.), Jun 08, 2006) (NO. 04-1052)

History

Direct History

**H**    1 U.S. v. Certain Land Situated in City of Detroit, 188 F.Supp.2d 747 (E.D.Mich. Feb 20, 2002) (NO. 79-CV-73934-DT)

   *Affirmed by*

=>   2 **U.S. v. Certain Land Situated in the City of Detroit, Wayne County,** 450 F.3d 205, 2006 Fed.App. 0193P (6th Cir.(Mich.) Jun 08, 2006) (NO. 04-1052)

   *Certiorari Denied by*

**H**    3 Detroit Intern. Bridge Co. v. U.S., --- S.Ct. ----, 2007 WL 789069, 75 USLW 3266, 75 USLW 3492, 75 USLW 3497 (U.S. Mar 19, 2007) (NO. 06-639)

**H**    4 U.S. v. Certain Land Situated in City of Detroit, Wayne County, Michigan, 286 F.Supp.2d 865 (E.D.Mich. Sep 30, 2003) (NO. 79-CV-73934-DT)

   *Affirmed by*

=>   5 **U.S. v. Certain Land Situated in the City of Detroit, Wayne County,** 450 F.3d 205, 2006 Fed.App. 0193P (6th Cir.(Mich.) Jun 08, 2006) (NO. 04-1052)

   *Certiorari Denied by*

**H**    6 Detroit Intern. Bridge Co. v. U.S., --- S.Ct. ----, 2007 WL 789069, 75 USLW 3266, 75 USLW 3492, 75 USLW 3497 (U.S. Mar 19, 2007) (NO. 06-639)

Related References (U.S.A.)

**H**    7 U.S. v. Detroit Intern. Bridge Co., 7 F.3d 497, 27 Fed.R.Serv.3d 671 (6th Cir.(Mich.) Oct 12, 1993) (NO. 92-1687), rehearing denied (Nov 03, 1993)

   *On Remand to*

**H**    8 U.S. v. Certain Land Situated in City of Detroit, Wayne County, State of Mich., 873 F.Supp. 1050 (E.D.Mich. Dec 30, 1994) (NO. 79-CV-73934-DT)

   *Affirmed by*

© Copyright 2007 West, Carswell, Sweet & Maxwell Asia and Thomson Legal & Regulatory Limited, ABN 64 058 914 668, or their Licensors. All rights reserved.

H  9  U.S. v. Certain Land Situated in City of Detroit, 76 F.3d 380 (6th Cir.(Mich.) Jan 23, 1996) (TABLE, TEXT IN WESTLAW, NO. 95-1118)

*Certiorari Denied by*

H  10  Commodities Export Co. v. U.S., 519 U.S. 819, 117 S.Ct. 72, 136 L.Ed.2d 32, 65 USLW 3239, 65 USLW 3257 (U.S. Oct 07, 1996) (NO. 95-1977)

H  11  U.S. v. Certain Land Situated in City of Detroit, Wayne County, Mich., 43 F.Supp.2d 762 (E.D.Mich. Mar 24, 1999) (NO. 79-CV-73934-DT, 96-CV-75495-DT)

▶  12  U.S. v. Certain Land Situated in City of Detroit, 148 F.Supp.2d 863 (E.D.Mich. Jul 13, 2001) (NO. 79-CV-73934-DT, 01-CV-70391-DT, 96-CV-75494-DT, 96-CV-75495-DT)

*Opinion Withdrawn and Vacated by*

H  13  U.S. v. Certain Land Situated in City of Detroit, 195 F.Supp.2d 908 (E.D.Mich. Feb 27, 2002) (NO. CIV.79-CV-78934)

H  14  U.S. v. Certain Land Situated in City of Detroit, Wayne County, Michigan, 178 F.Supp.2d 792 (E.D.Mich. Dec 27, 2001) (NO. 79-CV-73934-DT)

H  15  U.S. v. Certain Land Situated in City of Detroit, 361 F.3d 305, 58 Fed.R.Serv.3d 247, 2004 Fed.App. 0073P (6th Cir.(Mich.) Mar 09, 2004) (NO. 02-1591), rehearing en banc denied (Aug 19, 2004)

*Certiorari Denied by*

H  16  Detroit Intern. Bridge Co. v. U.S., 543 U.S. 1120, 125 S.Ct. 1115, 160 L.Ed.2d 1068, 73 USLW 3324, 73 USLW 3429, 73 USLW 3448 (U.S. Jan 24, 2005) (NO. 04-675)

### Court Documents

### Appellate Court Documents (U.S.A.)

**U.S. Appellate Petitions, Motions and Filings**

17  Detroit Intern. Bridge Co. v. U.S., 2006 WL 3244043 (Appellate Petition, Motion and Filing) (U.S. Nov. 3, 2006) **Petition for a Writ of Certiorari** (NO. 06-639)

© Copyright 2007 West, Carswell, Sweet & Maxwell Asia and Thomson Legal & Regulatory Limited, ABN 64 058 914 668, or their Licensors. All rights reserved.

<u>ORIGINAL IMAGE OF THIS DOCUMENT (PDF)</u>

<u>18</u>  Detroit Intern. Bridge Co., v. United States of America, 2007 WL 419296 (Appellate Petition, Motion and Filing) (U.S. Feb. 7, 2007) **Brief for the United States in Opposition** (NO. 06-639)
<u>ORIGINAL IMAGE OF THIS DOCUMENT (PDF)</u>

<u>19</u>  Detroit Intern. Bridge Co. v. United States of America, 2007 WL 432472 (Appellate Petition, Motion and Filing) (U.S. Feb. 7, 2007) **Brief Amicus Curiae of Pacific Legal Foundation, National Taxpayers Union, And New England Legal Fou** (NO. 06-639)
<u>ORIGINAL IMAGE OF THIS DOCUMENT (PDF)</u>

<u>20</u>  Detroit Intern. Bridge Co. v. U.S., 2007 WL 580719 (Appellate Petition, Motion and Filing) (U.S. Feb. 20, 2007) **Reply Brief in Support of Petition for a Writ of Certiorari** (NO. 06-639)
<u>ORIGINAL IMAGE OF THIS DOCUMENT (PDF)</u>

**Dockets (U.S.A.)**

**U.S.**

<u>21</u>  DETROIT INTERNATIONAL BRIDGE COMPANY v. UNITED STATES, NO. 06-639 (Docket) (U.S. Nov. 7, 2006)

**C.A.6**

<u>22</u>  USA v. CERTAIN LAND, ET AL, NO. 04-1052 (Docket) (C.A.6 Jan. 13, 2004)

© Copyright 2007 West, Carswell, Sweet & Maxwell Asia and Thomson Legal & Regulatory Limited, ABN 64 058 914 668, or their Licensors. All rights reserved.