(ORDER LIST: 549 U.S.)

MONDAY, MARCH 19, 2007

CERTIORARI -- SUMMARY DISPOSITIONS

06-8682    CABRELLIS, CEARIACO V. CALIFORNIA

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeal of California, First Appellate District, for further consideration in light of *Cunningham* v. *California*, 549 U. S. ___ (2007).

06-8713    FLORES, RICHARD V. CALIFORNIA

06-8716    GILL, WILEY V. CALIFORNIA

06-8806    ZAMUDIO, MANUEL V. CALIFORNIA

06-8835    BROCK, GUAN V. CALIFORNIA

The motions of petitioners for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted. The judgments are vacated and the cases are remanded to the Court of Appeal of California, Second Appellate District, for further consideration in light of *Cunningham* v. *California*, 549 U. S. ___ (2007).

06-8948    HAYES, CLARENCE J. V. CALIFORNIA

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeal of California, Third Appellate District, for further consideration in light of *Cunningham* v. *California*, 549 U. S.

1

___ (2007).

06-9051     THO, CHANNA V. CALIFORNIA

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeal of California, Second Appellate District, for further consideration in light of *Cunningham* v. *California*, 549 U. S. ___ (2007).

## ORDERS IN PENDING CASES

06M74      JAWORSKI, THEODORE V. McDONOUGH, SEC., FL DOC

06M75      NEAL, TYREE V. UNITED STATES

The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

05-1157    CREDIT SUISSE SEC. (USA), ET AL. V. BILLING, GLEN, ET AL.

Having been advised by Justice Kennedy that he now realizes that he should have recused himself from participation in this case, and does now recuse himself, the Court vacates its order of Thursday, December 7, 2006. The Court has reconsidered the petition for certiorari, and the petition is granted.  The Chief Justice and Justice Kennedy have not participated in the vote to withdraw the order of December 7, 2006, or in the instant reconsideration of the petition for certiorari.

06-830     JOBLOVE, BETTY, ET AL. V. BARR LABS, INC., ET AL.

The Solicitor General is invited to file a brief in this case expressing the views of the United States.

## CERTIORARI DENIED

06-639     DETROIT INT'L BRIDGE COMPANY V. UNITED STATES

06-643     MILLER, STACEY V. UNITED STATES

06-669      VERITY INT'L, LTD., ET AL. V. FTC

06-672      WILK, KENNETH P. V. UNITED STATES

06-723      FITCH, KELLI B. V. MORROW, NORMAN D.

06-735   )  DOE, JANE V. OBERWEIS DAIRY
         )
06-767   )  OBERWEIS DAIRY V. DOE, JANE

06-789      DRACH, ROGER V. BRUCE, WARDEN, ET AL.

06-792      TOLEDO, PEORIA & WESTERN R. V. SURFACE TRANSP. BD., ET AL.

06-795      STONE, KAY V. HEALTH CARE AUTHORITY

06-797      U.S. FOREST SERVICE, ET AL. V. EARTH ISLAND INSTITUTE, ET AL.

06-799      D. T. V. BRIDGEWATER-RARITAN BD. OF ED.

06-801      SHAVERS, JOHN E. V. UNITED STATES FIRE INS. CO.

06-806      CONSOLIDATION COAL COMPANY V. WILLIAMS, BILLY D., ET AL.

06-831      CADIZ, FLORA B. V. BANK OF NEW YORK, TRUSTEE

06-836      DE PEREZ, LIGIA, ET AL. V. AT&T CORP., ET AL.

06-837      OLD STONE CORP. V. UNITED STATES

06-839      LOUISIANA HEALTH SERVICE V. RAPIDES HEALTHCARE, ET AL.

06-891      MOON, TIMOTHY V. HARRISON PIPING SUPPLY, ET AL.

06-898      HUERTAS, HECTOR L. V. CITY OF PHILADELPHIA, ET AL.

06-901      GOETZ, DAVE, ET AL. V. JOHN B., ET AL.

06-912      ADAIR, MICHAEL, ET AL. V. CHARTER COUNTY OF WAYNE, ET AL.

06-914      DABISH, JOYCE A. V. DAIMLERCHRYSLER CORP., ET AL.

06-916      AZIMI, ABDUL V. JORDAN'S MEATS, INC.

06-918      LOGAN, BRADLEY S. V. HCA, INC., ET AL.

06-920      ROBERTS, TYREE A. V. SOUTH CAROLINA

06-927      CONWAY, LARRY, ET UX. V. WILSON, P. PRESTON, ET AL.

06-933      LYNCH, JERRY W., ET AL. V. JELLICO, TN, ET AL.

06-934      KUFMAN, MELVYN V. KAYE, CHIEF JUDGE, ETC., ET AL.

06-936      BUYER'S CORNER REALTY, INC. V. N. KY ASSN. OF REALTORS, INC.

06-938      LI, JAMES V. LOS ANGELES COUNTY, CA, ET AL.

06-943      BROWN, ROBERT E., ET UX. V. INTERBAY FUNDING, LLC, ET AL.

06-949      CLOEREN, PETER F. V. DRUSCHEL, ROBERT L.

06-957      HERNANDEZ, JOSE R. V. ARELLANO, MARGARITA, ET AL.

06-961      HOUK, WARDEN V. JOSEPH, RICHARD

06-962      XEROX CORP. RETIREMENT, ET AL. V. MILLER, WALDAMAR, ET AL.

06-963      VAUGHAN, CHRISTOPHER D. V. FL DEPT. AGRIC., ET AL.

06-966      JONES, PAUL R. V. SALT RIVER PIMA-MARICOPA INDIAN

06-971      IL CENTRAL RAILROAD CO. V. ACUFF, PHILLIP, ET AL.

06-972      GIOVANELLA, JOHN M. V. ASHLAND CONSERVATION COMMISSION

06-973      HALE, CHRISTIAN W. V. ESTATE OF WILLIAM P. LEAR

06-976      BANK OF LOUISIANA V. AETNA US HEALTHCARE, ET AL.

06-977      WOLFENBARGER, WARDEN V. SATTERLEE, WYNN

06-983      ROBERT J. DeBRY & ASSOC., P.C. V. QWEST DEX, INC., ET AL.

06-988      HIGHWAY J CITIZENS GROUP, ET AL. V. DEPT. OF TRANSP., ET AL.

06-993      ZAVARAS, DIR., CO DOC, ET AL. V. STEVENS, DAVID P.

06-998      ANDERSON, LYNIS M. V. ABODEEN, SHIMELLA, ET AL.

06-1003     DANIELS, PRINCE A. V. GONZALES, ATT'Y GEN.

06-1012     TRUDEAU, KEVIN V. UNITED STATES

06-1017     SANDOVAL, OBDULIO V. MARTINEZ, RAYMOND

06-1024     REYNOLDS, ERNEST V. MURPHY, MICHAEL, ET AL.

06-1026     PROCTOR, PHILIP L. V. DEPT. OF EDUCATION

06-1029     ALMAGHZAR, ABDUL R. V. GONZALES, ATT'Y GEN.

06-1031     AU-TOMOTIVE GOLD, INC. V. VOLKSWAGEN OF AM., INC., ET AL.

06-1040     HIGGINS, HENRY C. V. DEPT. OF AIR FORCE

06-1043     FABIANO, JOHN V. WILMES, KARL, ET AL.

06-1053     SEWELL, CLINTON, ET AL. V. 1199 NATIONAL BENEFIT FUND

06-1058     COCA-COLA COMPANY, ET AL. V. BIGIO, RAPHAEL, ET AL.

06-1059    CANOE MANUFACTURING CO., ET AL. V. JONES, JOSEPH H., ET AL.

06-1076    O'NEIL, JERRY V. MT SUPR. CT. COMM'N., ETC.

06-1083    CAVICCHI, EUGENE V. CHERTOFF, SEC. OF HOMELAND SEC.

06-1092    AMUNRUD, GREG V. BOARD OF APPEALS, ET AL.

06-1095    SOUTHEASTERN PA TRANSPORTATION V. BOLDEN, LEONARD

06-1098    MARTINELLI, DAVID E. V. UNITED STATES

06-1103    WOOD, IRIS C. V. BILLINGTON, JAMES H.

06-1119    JOSEPH, GREGSON V. LEAVITT, SEC. OF H&HS

06-6668    THOMPSON, STEVEN P., ET UX. V. CALIFORNIA

06-7153    PAUL, ERIC V. CONWAY, SUPT., ATTICA

06-7631    CRUDUP, CHRISTOPHER D. V. UNITED STATES

06-7731    PRUITT, DEMETRIUS V. UNITED STATES

06-7734    WILLIAMS, KORSHAN V. UNITED STATES

06-7758    LAMBERT, MICHAEL A. V. BUSS, SUPT., IN

06-7863    AMAYA, ALEJANDRO V. UNITED STATES

06-7907    TAYLOR, PHILLIP A. V. NEW YORK

06-7997    PEAK, MICHAEL A. V. KENTUCKY

06-8084    ROBINSON, DANNY R. V. NEBRASKA

06-8338    RUIZ, ROLANDO V. QUARTERMAN, DIR., TX DOC

06-8430    EDWARDS, JAMES W. V. UNITED STATES

06-8454    WHITAKER, GEORGE H. V. QUARTERMAN, DIR., TX DCJ

06-8664    STREATER, ERVIN L. V. BECK, SEC., NC DOC

06-8674    COE, RAYMOND H. V. TEXAS

06-8681    DeMARSH, GERALD L. V. ISSAKS, JUDGE, ETC., ET AL.

06-8683    CRAIG, RAYANN, ET VIR V. TUSCARAWAS CTY. JOB & FAMILY

06-8686    DOUGLAS, RALPH O. V. ANSON FINANCIAL, INC., ET AL.

06-8688    PROPHET, JOSEPH D. V. CALIFORNIA

06-8693    LEWIS, RONALD E. V. QUARTERMAN, DIR., TX DCJ

06-8699    BUCKNER, GEORGE C. V. POLK, WARDEN

06-8700    SNELLING, LONNIE V. McFADDEN, LARRY T., ET AL.

06-8702    GAYLOR, GREGORY A. V. CATTELL, WARDEN

06-8706    HENYARD, RICHARD V. McDONOUGH, SEC., FL DOC, ET AL.

06-8708    HEDENBERG, HELKA V. RABER, TROY D., ET AL.

06-8711    JOHNSON, PHILIP V. QUEENS ADMIN. CHILDREN'S SERV.

06-8726    MURRAY, SUZANNE V. ST. JOHN'S REGIONAL MEDICAL CTR.

06-8728    PALMER, TIMOTHY V. AULT, WARDEN

06-8731    MAYNARD, LARRY D. V. BOONE, WARDEN

06-8735    RICHARDSON, WILLIAM C. V. SPURLOCK, JAMES, ET AL.

06-8737    WILLIAMS, DAVID M. V. DELAWARE

06-8741    TAYLOR, LARRY V. WOLFE, WARDEN

06-8746    RAMIREZ, ALFONSO V. EVANS, WARDEN

06-8754    BARKER, DUWAYNE R. V. HILL, SUPT., SNAKE RIVER

06-8763    ORTIZ, ALBERT M. V. TEXAS

06-8764    SHAW, DESIREE A. V. QUARTERMAN, DIR., TX DCJ

06-8765    BLACK, HAROLD J. V. FORT WADE CORRECTIONAL CENTER

06-8767    BERRIOS, BASILIO V. NEW YORK

06-8769    CONSALVO, ROBERT V. FLORIDA

06-8778    EVANS, WILLIAM H. V. OHIO

06-8779    PIGEON, CHRISTOPHER E. V. NEVADA

06-8780    PAGE, LAWRENCE G. V. TEXAS

06-8784    SULLIVAN, WILLIAM L. V. DeLOACH, WARDEN, ET AL.

06-8789    JONES, RONALD C. V. BROWN, M., ET AL.

06-8791    KUPLEN, JOHN E. V. BECK, SEC., NC DOC, ET AL.

06-8792    CANO, ANDRES V. TEXAS

06-8795    SMITH, WILLIE A. V. NIX, CHMN., GA BD. OF PARDONS

06-8797    MILLER, SCOT V. ILLINOIS

| | |
|---|---|
| 06-8799 | BOROM, DERECK V. FLORIDA |
| 06-8807 | JEMISON, ARTHUR L. V. MICHIGAN |
| 06-8808 | SIEBERT, DANIEL V. ALLEN, COMM'R, AL DOC |
| 06-8812 | ROYSTER, ALFREDA V. NEW YORK, NY, ET AL. |
| 06-8817 | CARDENAS, CARLOS V. FISCHER, SUPT., SING SING |
| 06-8819 | TREECE, CHARLES A. V. TERRELL, WARDEN, ET AL. |
| 06-8821 ) | AMERSON, MARY V. IOWA, ET AL. |
| 06-8822 ) | HAYES, MICHAEL A. V. IOWA, ET AL. |
| 06-8830 | VAN ZANT, PHILLIP V. FL PAROLE COMMISSION |
| 06-8832 | WANG, MICHAEL J. V. U.S. MED. LIC. EX. SEC'T, ET AL. |
| 06-8836 | CHISM, WILLIAM W. V. WASHINGTON |
| 06-8838 | DIXON, BOBBY M. V. CAMPBELL, WARDEN |
| 06-8841 | WILLIAMS, HERMAN B. V. UCHTMAN, WARDEN |
| 06-8842 | OLIVER, NATHAN V. PIAZZA, SUPT., COAL TOWNSHIP |
| 06-8845 | COCKE, ABNER L. V. TEXAS |
| 06-8850 | MINCEY, ROBERTO R. V. NELSON, WARDEN |
| 06-8854 | MARTIN, DERRICK D. V. CALIFORNIA |
| 06-8862 | KANEHE, HOWARD K. V. CALIFORNIA |
| 06-8865 | VANCRETE, LaPONCE J. V. VANCRETE, KORINNE S. |
| 06-8867 | JENNINGS, ROBERT W. V. KNIGHT, SUPT., PENDLETON |
| 06-8868 | DAUGHTRY, JOHNNY R. V. POLK, WARDEN |
| 06-8869 | ALBERNI, JOSE E. V. McDANIEL, WARDEN, ET AL. |
| 06-8875 | THORNTON, CHARLES E. V. CULLIVER, WARDEN, ET AL. |
| 06-8877 | MOORE, TEDDY V. POLISH AM. DEFENSE COMM., ET AL. |
| 06-8886 | RICKS, EDWARD E. V. TEXAS |
| 06-8892 | JOHNSON, CHARLES V. OHIO |
| 06-8893 | SCOTT, BOBBY J. V. SCHRIRO, DIR., AZ DOC, ET AL. |
| 06-8895 | YOUNGBLOOD, ANTHONY V. CONWAY, SUPT., ATTICA |

06-8924     TANKSLEY, DANIEL V. OHIO

06-8934     DOUGLAS, BRIAN V. BROOKS, SUPT., ALBION

06-8938     McNABB, WADE V. KENTUCKY

06-8969     VARNER, HERBERT J. V. MONOHAN, TOM

06-8973     BOHANNON, ALEXANDER L. V. UNITED STATES

06-8981     BONDARENKO, NIKOLAY N. V. GONZALES, ATT'Y GEN.

06-9000     SANDERS, JERROLL M. V. UNITED STATES

06-9005     ALLEN, JAMES D. V. LEWIS, WARDEN

06-9006     BAPTISTA, ALIRIO T. V. GONZALES, ATT'Y GEN.

06-9009     ALLEN, GEORGE W.S. V. GONZALES, ATT'Y GEN.

06-9010     ACOSTA, JOSE V. V. GONZALES, ATT'Y GEN.

06-9012     COBB, MICHAEL J. V. KELLY, WARDEN

06-9013     CLARK, ELWOOD V. UNITED STATES

06-9026     NASH, ERIC G. V. POLLARD, WARDEN

06-9034     HUNTER, JOHN K. V. CALIFORNIA

06-9043     CLICK, JIMMY S. V. HALEY, COMM'R, AL DOC, ET AL.

06-9057     URIBE, CESAR V. ADAMS, WARDEN

06-9059     EARLE, SCOTT V. McDONOUGH, SEC., FL DOC

06-9062     PASTOR-HERNANDEZ, SANTOS V. GONZALES, ATT'Y GEN.

06-9063     MAYO, QUENTIN V. CALIFORNIA

06-9066     STAHL, JAMES A. V. OZMINT, DIR., SC DOC

06-9068     SHANNON, MYCHAEL T. V. NAVARRO, BELINDA

06-9072     EPPERSON, ROGER V. KENTUCKY

06-9084     JOYNER, BRUCE S. V. PHILADELPHIA, PA, ET AL.

06-9107     PATTERSON, LARRY E. V. JOHNSON, DIR., VA DOC

06-9117     TURNER, JIMMY M. V. LOUISIANA

06-9124     YANG, GEORGE G. V. KNIGHT RIDDER DIGITAL

06-9150     REED, CHARLES E. V. VIRGINIA

06-9162     EBERSOLE, RUSSELL L. V. UNITED STATES

06-9185     THOMAS, KENNETH D. V. TENNESSEE

06-9191     McROY, JAMES E. V. SHEAHAN, SHERIFF, ET AL.

06-9194     STEPHENS, CLARINE V. WYNNE, SEC. OF AIR FORCE

06-9196     CREVELING, DAVID W. V. WA DEPT. OF FISH AND WILDLIFE

06-9200     ELLIOTT, CORTEZ V. LAMARQUE, WARDEN, ET AL.

06-9220     JACKSON, MARVIN V. UNITED STATES

06-9234     GAMEZ-MENDOZA, ALEJANDRO V. UNITED STATES

06-9245     CRESPO-ECHEVARRIA, ALEXIS V. UNITED STATES

06-9247     FERMIN, JOSE L. V. UNITED STATES

06-9254     FREEMAN, FRED H. V. CALIFORNIA

06-9265     NGUYEN, LONG T. V. NORTH CAROLINA

06-9275     DeANGELIS, NICHOLAS D. V. UNITED STATES

06-9276     MESA, JUAN V. UNITED STATES

06-9277     CAPOZZI, MARK A. V. UNITED STATES

06-9287     OLICK, THOMAS W. V. JOHN HANCOCK MUTUAL LIFE INS.

06-9289     QUERUBIN, RENANTE B. V. UNITED STATES

06-9290     SANCHEZ, JIMMY V. UNITED STATES

06-9293     SHERWOOD, JOHN M. V. UNITED STATES

06-9294     WILLIE, DAVID L. V. UNITED STATES

06-9297     ROJAS, EDGAR V. UNITED STATES

06-9298     RUIZ, FABIAN V. UNITED STATES

06-9303     McBRAYER, RUBY V. UNITED STATES

06-9304     MARTINEZ, FABIAN V. UNITED STATES

06-9307     TODD, HAROLD V. UNITED STATES

06-9309     ZUNIGA-HERNANDEZ, JUAN J. V. CHILDRESS, WARDEN

06-9315     BRYANT, TYRONE O. V. UNITED STATES

06-9317     HERRING, ANTHONY D. V. NORTH CAROLINA

06-9318     HERNANDEZ, JOSE V. UNITED STATES

06-9322     GUILLEN-RODRIGUEZ, ANASTACIO V. UNITED STATES

06-9323     HOOD, ROBERT L. V. NORTH CAROLINA

06-9325     LYONS, CASUAL V. UNITED STATES

06-9326     HUNT, TERRY L. V. PINION, SUPT., PIEDMONT

06-9329     FILES, EDWARD V. UNITED STATES

06-9334     THOMAS, JACINTA V. UNITED STATES

06-9340     BAEZ, ROBERTO V. MILLER, SHERIFF

06-9341     BROUSSARD, CRAIG A. V. UNITED STATES

06-9342     CARTER, GREGORY V. UNITED STATES

06-9343     CHAVEZ-GARCIA, ELISEO V. UNITED STATES

06-9348     SHRINER, EARL K. V. ROHLING, WARDEN, ET AL.

06-9349     SOLIS-HERRERA, JOSHUA J. V. UNITED STATES

06-9351     TODD, MICHAEL B. V. JACKSON, DEAN, ET AL.

06-9355     SMITH, JERRY V. UNITED STATES

06-9357     SMITH, BRIAN K. V. SIMPSON, WARDEN

06-9358     SMITH, TIMOTHY V. UNITED STATES

06-9359     OEHM, ERNEST J. V. UNITED STATES

06-9360     SANTANA-ARANA, JOSE V. UNITED STATES

06-9361     RODRIGUEZ, WALTER V. UNITED STATES

06-9362     SMITH, MICHAEL J. V. UNITED STATES

06-9363     CASTRO-GUERRERO, MARCOS V. UNITED STATES

06-9364     WINTERS, RICHARD K. V. UNITED STATES

06-9366     MANNIX, SHEILA V. SHEETZ, DANIEL

06-9367     CORREA-JAEN, DANNY J. V. UNITED STATES

06-9368     KIRSCH, ROBERT L. V. UNITED STATES

06-9370     MAGESTRO, KENNETH V. UNITED STATES

06-9373     JIMENEZ, MARCELLO V. UNITED STATES

```
06-9376     ACOSTA-SALINAS, LUIS T. V. UNITED STATES

06-9377     BRADD, ADRIAN V. UNITED STATES

06-9378     ORTIZ, ARNULFO Y. V. UNITED STATES

06-9379     DIAZ-ORTEGA, FERNANDO V. UNITED STATES

06-9380     VASQUEZ-CARBAJAL, JAIME V. UNITED STATES

06-9383     WILLIAMS, WESLEY B. V. UNITED STATES

06-9385     CASTRO, HERNAN V. ANDREWS, WARDEN

06-9386     EBANKS, VINCENT V. UNITED STATES

06-9388     CHAVEZ-QUEZADA, JOEL G. V. UNITED STATES

06-9389     DISCH, MICHAEL V. UNITED STATES

06-9393     CASTANEDA-CEJA, JESUS V. UNITED STATES

06-9395     ECHEVERRIA, FRANCISCO M. V. UNITED STATES

06-9403     SLEDGE, CLAUDE V. UNITED STATES

06-9405     SOLIS, HILARIO M. V. UNITED STATES

06-9406     FLORES-FLORES, ANASTACIO V. UNITED STATES

06-9413     TIDSWELL, CALVIN L. V. UNITED STATES

06-9415     THOMPSON, VINCENT E. V. UNITED STATES

06-9420     JOHANSON, EDWARD V. UNITED STATES

06-9422     PINKNEY, STEVEN R. V. UNITED STATES

06-9423  )  PRICE, MICHAEL V. UNITED STATES
         )
06-9458  )  PRESSLEY, EDDIE V. UNITED STATES

06-9426     JOHNSON, FREDDIE L. V. UNITED STATES

06-9435     BRYANT, GEORGE V. UNITED STATES

06-9436     STERLING, SHANE V. PATTON, WARDEN

06-9437     DURHAM, MARCUS C. V. UNITED STATES

06-9439     BUCKNER, PAUL V. UNITED STATES

06-9441     DEGLACE, CARLOS V. UNITED STATES

06-9445     TCHIBASSA, ARTUR V. UNITED STATES
```

11

06-9446     BOUNDS, JOE A. V. YOUNG, WARDEN, ET AL.

06-9450     BROWN, LEONARD V. UNITED STATES

06-9456     CYRUS, CLARENCE E. V. UNITED STATES

06-9460     PAEZ-ORTIZ, OCTAVIO V. UNITED STATES

06-9466     JOHNSON, LEON V. UNITED STATES

06-9469     POLK, KERRY A. V. UNITED STATES

06-9473     MARTINEZ ZAPATA, CARLOS A. V. UNITED STATES

06-9476     BARROWS, JAMES W. V. UNITED STATES

06-9479     GALLAHER, JAMES H. V. USDC ED WA, ET AL.

06-9480     FINLEY, JEFFREY L. V. WEST VIRGINIA

06-9482     DANIEL, MAX V. UNITED STATES

06-9488     FELICIANO, OMAR V. UNITED STATES

06-9493     CORTEZ-RIVERA, ENRIQUE V. UNITED STATES

06-9494     DAVILA-RODRIGUEZ, LORENZO V. UNITED STATES

06-9498     ROCHE-MARTINEZ, JOSE V. UNITED STATES

06-9499     MARTINEZ, DANIEL V. V. UNITED STATES

06-9501     MARTIN, SHERRY M. V. UNITED STATES

06-9502     McLAURIN, JOHN V. McBRIDE, WARDEN

06-9504     MEDINA-IBARRA, AMADEO V. UNITED STATES

06-9507     MOON, RONALD P. V. UNITED STATES

06-9510     ROBLES-ROSAS, CARLOS V. UNITED STATES

06-9513     GUTIERREZ, ADAM A. V. UNITED STATES

06-9514     FALLS, DENNIS V. UNITED STATES

06-9515     HIGAREDA, LUIS F. V. UNITED STATES

06-9518     HILL, JUSTIN B. V. UNITED STATES

06-9519     HUFFMAN, CHE B. V. UNITED STATES

06-9521     GRACE, JOHN A. V. UNITED STATES

06-9522     FANFAN, DUCAN V. UNITED STATES

06-9524    HOLLAND, JENNIFER V. UNITED STATES

06-9525    FAIR, RICKEY V. UNITED STATES

06-9530    HAYES, FERNANDO A. V. UNITED STATES

06-9531    HENRIQUES, PHILLIP V. UNITED STATES

06-9533    SOTO-CASTILLO, JOSE V. UNITED STATES

06-9534    SANTOSTEFANO, STEVEN V. UNITED STATES

06-9535    BREWER, PAUL D. V. UNITED STATES

06-9540    PAYNE, JERRY L. V. UNITED STATES

06-9544    LYLES, ANTHONY V. UNITED STATES

06-9545    URIAS-BOJORQUEZ, RUBEN V. UNITED STATES

06-9546    TAYLOR, GARY O. V. UNITED STATES

06-9549    DOCTOR, FRANKIE L. V. UNITED STATES

06-9550    ELIZONDO, ENRIQUE V. UNITED STATES

06-9553    DAVIS, BRIAN V. UNITED STATES

06-9557    MASON, DANE A. V. UNITED STATES

06-9558    COVIAN-SANDOVAL, JOSE V. UNITED STATES

06-9565    McCOURT, MICHAEL S. V. UNITED STATES

06-9574    MERCADO, ANGEL G. V. UNITED STATES

06-9577    ACOSTA, AUGUSTIN V. ILLINOIS

06-9578    ABUMEZER, GAZI V. WILEY, WARDEN

06-9579    ANDERSON, DON B. V. UNITED STATES

        The petitions for writs of certiorari are denied.

06-739    KELLEY, WALTER W. V. BRACEWELL, RICKY W.

        The motion of Professors Susan Block -Lieb, et al. for leave
to file a brief as *amici curiae* is granted.  The petition for a
writ of certiorari is denied.

06-779    UNIVERSITY OF PUERTO RICO V. TOLEDO, IVAN

        The motion of respondent for leave to proceed *in*

*forma pauperis* is granted.  The petition for a writ of certiorari is denied.

06-1008    MAALOUF, EMILE B. V. CITIGROUP GLOBAL MARKETS

The petition for a writ of certiorari is denied.  The Chief Justice took no part in the consideration or decision of this petition.

06-8758    ROBERSON, CLEVEN L. V. GRAZIANO, PAUL

06-8820    HADDAD, CONNIE E. V. ADECCO USA, INC., ET AL.

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed.  See Rule 39.8.

**HABEAS CORPUS DENIED**

06-9485    IN RE RAYMOND K. L. PIN

06-9491    IN RE RODOSVALDO POZO

06-9568    IN RE JAMES D. BENNETT

06-9610    IN RE ALFRED WILLIAMS, JR.

The petitions for writs of habeas corpus are denied.

**MANDAMUS DENIED**

06-8748    IN RE JAMES BUTLER

06-9327    IN RE JIMMY L. FIELDS

The petitions for writs of mandamus are denied.

06-8917    IN RE DAVID McCULLOUGH

The petition for a writ of mandamus and/or prohibition is denied.

**PROHIBITION DENIED**

06-8785    IN RE JOANNE BOYD

06-8786    IN RE JOANNE BOYD

06-8787    IN RE JOANNE BOYD

06-8788    IN RE JOANNE BOYD

    The petitions for writs of prohibition are denied.

**REHEARINGS DENIED**

05-5094    FLOWERS, DARRICK C. V. USCA 6

05-5543    FLOWERS, DARRICK C. V. UNITED STATES

06-640     CANNADY, GEORGE W. V. FRANZ, KARL S., ET AL.

06-683     BURCH, JOSEPH V. V. PHILIP MORRIS USA, INC.

06-764     FREDERICK, EDWARD V. FLORIDA

06-6215    CUESTA, TOMAS D. V. BERTRAND, DANIEL, ET AL.

06-6527    JONES, FRANKLIN G. V. SMITH-JONES, NANCY

06-7249    CLINE, PHILLIP V. UNITED STATES

06-7289    BROWN, MEIER J. V. UNITED STATES

06-7313    LENOIR, ROBERT V. CABANA, DONALD A.

06-7329    BIERLEY, HARRY L. V. BARNHART, COMM'R, SOCIAL SEC.

06-7421    ZHANG, ZHENLU V. SCIENCE & TECH. CORP., ET AL.

06-7443    ROTH, CECIL J. V. BOARD OF EDUCATION OF GENESEO

06-7552    IN RE MIKE REDFORD

06-7572    BIERLEY, HARRY L. V. PENNSYLVANIA

06-7650    MARQUEZ, HOWARD V. OKLAHOMA

06-7746    ADAMES, JOSE V. NEW YORK CITY BD. ELECTIONS

06-7801    EQUELS, MICHAEL E. V. TILTON, SEC., CA DOC, ET AL.

06-7846    DALEY, JOHN R. V. FED. BUREAU OF PRISONS, ET AL.

06-7862    JERRY-EL, BERNARD C. V. PETSOCK, GEORGE, ET AL.

06-7866    BOMER, ALBERT V. MI DOC

06-7891    MURPHY, CAROL V. MAINE

06-8067    CREVELING, DAVID W. V. WASHINGTON

06-8405    DuMONDE, DANIEL L. V. UNITED STATES

    The petitions for rehearing are denied.

06-524      SWAN, ALBERTA A. V. WAL-MART, ET AL.

06-7259     TSEHAI, MEBRHATO V. LONG, WARDEN

      The petitions for rehearing are denied.  Justice Breyer took no part in the consideration or decision of these petitions.