





## READY FOR THE FUTURE

The Bower family successfully maintained control of the Ambassador Bridge until 1979. When Joseph A. Bower stepped down as chairman of the Ambassador Bridge Company Board of Directors in 1939, he turned the reins over to his son Robert. Then, in 1979, following the death of joseph Bower, the family decided to withdraw from the management of the bridge. On July 31, after two years of negotiations, the Central Cartage Company of Detroit purchased the Ambassador Bridge, which is owned and operated by the Detroit International Bridge Company. Central Cartage was owned by a native Detroit family headed by Manuel J. "Matty" Moroun, a successful transportation businessman who recognized both the great heritage of the bridge and its great potential.



Many appropriate management changes occurred under the leadership of Moroun. Both he and Dan Stamper, current president of the Ambassador Bridge, set a vision for the future that involved immediate change and future growth. As much as the Bower family members were financiers and their expertise was needed during the building and early decades of operating the bridge, the 1980s were bring ing new and different challenges.

It became apparent that new ideas and approaches were imperative to maintain the bridge's position as one of the leading border crossings in North America. Moroun provided the imaginative leadership needed to accomplish this. He was an expert on international trade and transportation, and he demonstrated a keen ability to work with local neighborhoods as well as state, federal, and international governments. Furthermore, he understood the needs of the commercial truck companies, tourists, and travelers who used the bridge. And Stamper, also familiar with bridge operations and international trade, has provided the administrative leadership to make the needed changes happen

As in past decades, the bridge continues to be carefully inspected and excellently maintained. In order to alleviate the congestion caused by traffic tie-ups during certain weeks of the year, the company built a secondary truck inspection facility in Windsor, just three miles south of the bridge. Then, in 1993, a new truck exit ramp and an inspection facility on the U.S. side were added, followed by the construction of a new Canadian customs facility and new duty-free stores on both sides. In Windsor the duty-free store is operated in partnership with the University of Windsor.



Now in the advanced planning stages are a new bridge headquarters building, a major highway information center, and better access to the major interstate and provincial highway systems on both the Michigan and Canadian sides of the border. Bridge officials are working closely with neighborhood leaders to provide better housing and community facilities near the bridge. The Ambassador Bridge has also been selected under the North American Free Trade Agreement to install a model intelligent transportation system (ITS), using advanced technologies to automate

customs, toll collecting, and other procedures that will facilitate international trade. Under the guidance of Moroun, the Ambassador Bridge Company is a private company that proudly serves the public.

The positive results of the current leadership of Moroun, Stamper, and the Ambassador Bridge's board of directors are clear. Improved facilities and careful planning have made the Ambassador Bridge the number one international bridge crossing in North America. Nearly 10 million vehicles crossed the span in 1995.

The necklace of lights on the bridge's cables, which is visible at night for miles in every direction, creates a dramatic presence for the Ambassador Bridge and shines as vivid testimony to its continued vitality as the world's longest international suspension bridge.

 **UP**

< back >

GO BACK | WHO WE ARE | HISTORY | FACTS | AN OVERVIEW | OUR COMMUNITY | INDEX

© 1996- 2007 The Ambassador Bridge

Hosted By: eliquidMEDIA