**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CENTRA, INC., a Delaware Corporation and
DETROIT INTERNATIONAL BRIDGE
COMPANY, a Michigan Corporation,   Case No. 06-15185

      Plaintiffs,   Hon. Nancy G. Edmunds

vs.   Magistrate Judge Steven R. Whalen

DAVID ESTRIN, Individually, and
GOWLING LAFLEUR HENDERSON LLP,
a Canadian Limited Liability Partnership,

      Defendants.

## INDEX OF EXHIBITS

1. Declaration of Patrick A. Moran
2. Declaration of Emilio S. Binavince
3. Declaration of Fred Calderone
4. Declaration of Dale Hill
5. Declaration of Timothy Wach
6. David Estrin Letter to Coast Guard dated September 14, 2006
7. Declaration of David Estrin
8. Scott Jolliffe Letter to Dan Stamper dated November 20, 2006
9. Gowlings Letter to CenTra dated December 8, 2006
10. Resume of David J. McFadden, Gowlings partner
11. Declaration of Dannie Stamper
12. Declaration of Professor Bruce L. Hay
13. Declaration of Professor Peter J. Henning