06-15185

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 07-1680

FILED
Aug 15, 2008
LEONARD GREEN, Clerk

CENTRA, INC.; DETROIT INTERNATIONAL BRIDGE CO.,
    Plaintiffs - Appellants,

v.

DAVID ESTRIN; GOWLING LAFLEUR HENDERSON, LLP,
    Defendants - Appellees.

FILED
AUG 1 5 2008
CLERK'S OFFICE
DETROIT

Before: MERRITT, DAUGHTREY, and MOORE, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court granting summary judgment in favor of defendants is REVERSED and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

*[signature]*

Leonard Green
Clerk