MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CENTRA, INC., a Delaware Corporation and
DETROIT INTERNATIONAL BRIDGE
COMPANY, a Michigan Corporation

    Plaintiff(s),

v.

DAVID ESTRIN, Individually, and
GOWLING LAFLEUR HENDERSON
LLP, a Canadian Limited Liability Partnership

    Defendant(s).

Case No. 06-15185

Judge Nancy G. Edmunds

Magistrate Judge Steven R. Whalen

## DEFENDANTS' STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Defendants__

make the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [ ]   No [X]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [X]   No [ ]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: The Chubb Insurance Company of Canada is an affiliate/ subsidiary of the Chubb Corporation, which is publicly traded in New York under symbol CB.

   Nature of Financial Interest: Insurer

Date: October 20, 2008

Signature: /s/ Kevin Kalczynski
Kevin Kalczynski
Bar No: P57929
Firm Name (if applicable): Barris, Sott, Denn & Driker, PLLC
Address 1: 211 West Fort Street, 15th Floor
Address 2:
City, State Zip Code: Detroit, Michigan 48226
Telephone No: (313) 965-9725
Primary Email Address: kkalczynski@bsdd.com