UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRA, INC., a Delaware Corporation and DETROIT INTERNATIONAL BRIDGE COMPANY, a Michigan Corporation

   Plaintiffs,

-vs-

DAVID ESTRIN, Individually, and GOWLING LAFLEUR HENDERSON LLP, a Canadian Limited Liability Partnership,

   Defendants.

Case No. 06-15185

Hon. Nancy G. Edmunds

Magistrate Judge Steven R. Whalen

---

## INDEX OF EXHIBITS TO
## DEFENDANTS' MOTION IN LIMINE TO PROHIBIT ANY TESTIMONY OR EVIDENCE REGARDING THE CONTENT OF THE GOODMAN MEMO

1. Declaration of Patrick A. Moran

2. Declaration of Ronald D. Lunau

3. Declaration of Emilio S. Binavince

4. Supplemental Declaration of Dale Hill

5. Plaintiffs' Responses to Defendants' First Set of Requests for Production of Documents to Plaintiffs

6. Declaration of David Estrin

7. Investissement Canada

f:\docsopen\kkalczynski\l-ind\0367538.01