UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRA, INC., a Delaware Corporation and
DETROIT INTERNATIONAL BRIDGE
COMPANY, a Michigan Corporation,

        Plaintiffs,

-vs-

DAVID ESTRIN, Individually, and GOWLING
LAFLEUR HENDERSON LLP, a Canadian
Limited Liability Partnership,

        Defendants.

Case No. 06-15185

Hon. Nancy G. Edmunds

Magistrate Judge Steven R. Whalen

**INDEX OF EXHIBITS TO**
**DEFENDANTS' RESPONSE TO PLAINTIFFS' EX PARTE MOTION FOR A**
**TEMPORARY RESTRAINING ORDER, RESTRAINING DEFENDANTS FROM**
**FILING FURTHER DAMAGING DOCUMENTS WITH THE U.S. COAST**
**GUARD AND OTHER U.S. FEDERAL AND STATE AGENCIES**

1. U.S. Coast Guard Draft Finding of No Significant Impact for Ambassador Bridge Enhancement Project

2. Public Notice 09-02-09 dated March 30, 2009

3. March 26, 2009 e-mail from the Coast Guard regarding extension of the comment period to April 30, 2009

4. Letter dated August 30, 2007 regarding Windsor's comments on DIBC and CTC's environmental assessment

5. Windsor Council Minutes Dated March 23, 2009

6. Administrative Report for the March 23, 2009 Windsor City Council Meeting

7.  Gateway Communities Development Collaborative's March 25, 2009 letter to Coast Guard concurring in Windsor's request for extension of the comment period to April 30, 2009; USEPA March 20, 2009 letter; Windsor March 19, 2009 letter

8.  Public Notice 09-01-09 dated February 27, 2009

trm/index/373759.1