UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRA, INC., a Delaware Corporation and DETROIT INTERNATIONAL BRIDGE COMPANY, a Michigan Corporation

        Plaintiffs,

-vs-

DAVID ESTRIN, Individually, and GOWLING LAFLEUR HENDERSON LLP, a Canadian Limited Liability Partnership,

        Defendants.

Case No. 06-15185

Hon. Nancy G. Edmunds

Magistrate Judge Steven R. Whalen

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITH EACH <u>PARTY BEARING ITS OWN COSTS AND ATTORNEYS' FEES</u>**

This matter coming before the Court pursuant to a settlement agreement among the parties, and the Court being duly advised in the premises, IT IS HEREBY ORDERED that:

This case is dismissed in its entirety with prejudice and with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: April 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 28, 2010, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager

WE HEREBY STIPULATE TO THIS RELIEF AND THE ENTRY OF THIS ORDER:

| | |
|---|---|
| CRAIG L. JOHN, PLLC | BARRIS, SOTT, DENN & DRIKER, PLLC |
| By: /s/ Craig L. John | By: /s/ Sharon M. Woods |
|     Craig L. John (P27146) |     Sharon M. Woods (P22542) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 11109 Bradley | 211 W. Fort Street, 15th Floor |
| Plymouth, MI 48170 | Detroit, MI 48226-3281 |

StipulatedOrderofDismissal.wpd